DocuSign Envelope ID: A7559023-FCFA-4935-A7CD-2E0D5BF1103C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SITEONE LANDSCAPE SUPPLY, LLC,

      Plaintiff,

v.

NICHOLAS GIORDANO, DOMINICK
CAROLEO, VICTOR CAROLEO,
NARROW WAY REALTY, LTD.,
NARROW WAY 2 LLC, THE GARDEN
DEPT. CORP., GROUP 5 ASSOCIATES,
LTD., 3670 ROUTE 112 LLC, AND
9 4TH ST. LLC,

      Defendants.

DECLARATION OF
ANTHONY CATALANO

Civil Action No.:

---

1.     My name is Anthony Catalano. I am over 18 years of age and I am fully competent to execute this Declaration. I am a resident of the State of New York. I submit this Declaration solely for use in the above-captioned lawsuit and for no other purpose. The facts in this Declaration are true and correct to the best of my information and belief as of the date hereof and are based on my personal knowledge except where noted.

2.     I am currently employed by SiteOne Landscape Supply, LLC ("SiteOne") in the role of Area Manager for the Long Island, New York region. I have been in this role with SiteOne for about five years. I am currently responsible for 14 SiteOne locations on Long Island. I report to Greg Thistle, a SiteOne Regional Vice President, and have been doing so since August 2022.

3.     SiteOne acquired a company named Garden Department from Dominick "Don" Caroleo in January 2020. That acquisition included the Garden Department store locations in Coram, Dix Hills, and Speonk, New York (all three of which continue to operate under the name "Garden Department").

DocuSign Envelope ID: A7559023-FCFA-4935-A7CD-2E0D5BF1103C

4.      Although the Garden Department stores are on Long Island, SiteOne specifically excluded those locations from the area I managed. Instead, Mr. Caroleo became a SiteOne employee after the acquisition and he continued to manage the Garden Department stores. Sometime in October 2022, Mr. Caroleo left SiteOne. After his departure, the three Garden Department stores were added to the Long Island territory for which I am responsible.

5.      After Mr. Caroleo's departure from SiteOne, Nicholas "Nick" Giordano served as the Branch Manager for the three Garden Department store locations. My understanding is that he worked in that role or a similar one for Mr. Caroleo for approximately 20 years prior to SiteOne's January 2020 acquisition of Mr. Caroleo's company. When the Garden Department stores were added to my region following Mr. Caroleo's departure, Mr. Giordano continued in his role of Branch Manager over the Garden Department locations.

6.      To entice Mr. Giordano to stay with SiteOne and continue performing well for the company, SiteOne offered Mr. Giordano an equity grant in October 2022. To be eligible for the equity award, Mr. Giordano was required to sign an agreement governing the terms of the grant and which contained a non-compete provision. This equity grant agreement is a standard company document required of all employees who become eligible for equity awards. After receiving a copy of the agreement, Mr. Giordano told me he would have his attorney review the agreement and would follow up with me as to whether he was agreeable to signing it. I followed up with Mr. Giordano three separate times about the agreement, and he continued to tell me he needed his attorney to review it. Mr. Giordano never signed the agreement.

7.      On or about October 20, 2022, not long after Mr. Caroleo's last day with SiteOne, I happened to be visiting the Coram location. There was a computer repairman onsite while I was present. He was not a SiteOne employee. My understanding is that the repairman had been hired

by Mr. Giordano and was there to work on a company computer at the Coram location. At one point the repairman came out of one of the offices in the store and stated something to the effect of, "the problem with this computer is that someone was trying to get information off of it with a flash drive and that messed it up." I did not have any additional context around this statement at the time, but, in hindsight, it appears someone was trying to copy information off one of the company computers right around the same time Mr. Caroleo's employment ended with SiteOne.

8.      We first began seriously suspecting Mr. Caroleo was planning to open a competing business in or about November 2022 almost immediately after his departure from SiteOne. This suspicion was based on a report we received that Mr. Caroleo purchased a parcel of land suitable for a landscaping supply and/or nursery operation approximately four miles from the Coram Garden Department location at 38 Yaphank Middle Island Road, Middle Island, New York (the Coram Garden Department store is located at 3672 NY-112, Coram, New York). We learned this through a customer of SiteOne who told us he had been outbid by Mr. Caroleo on the parcel of land in question.

9.      Weeks later, we realized Mr. Giordano was likely planning to join Mr. Caroleo in starting or running a competing business. In mid- to late-January 2023, a customer reported to a SiteOne employee (Phil Sausto) that Mr. Caroleo was opening a new nursery business. Mr. Sausto reported this to SiteOne via the company's Ethics Hotline system on January 24, 2023. A copy of the Ethics Hotline complaint is attached to this Declaration as Attachment A. Relevant here, it states:

> Nicholas Giordano is on company time with other employees is getting ready to open another nursery for the previous owner of garden dept. The address is 38 Yaphank Middle Island Road in Middle Island. It's about 4 miles from the Coram Location.

3

10.     SiteOne then began investigating this matter. No SiteOne employees — including

Mr. Giordano — were ever authorized by SiteOne to work on that property. SiteOne's investiga-

tion revealed that individuals wearing Garden Department jackets were actively working on clear-

ing and preparing the Middle Island Road site. Another SiteOne employee (Gerard Passaro) also

visited the parcel in question and confirmed that other current SiteOne employees wearing Garden

Department jackets were working there. Mr. Pessaro also reported this to SiteOne via the com-

pany's Ethics Hotline, a copy of which is attached here as Attachment B.

11.     Based on this information, SiteOne hired a private investigator to surveil the Middle

Island Road site. It is my understanding that the investigator repeatedly photographed Mr.

Giordano and his vehicle at the site during SiteOne's normal business hours.

12.     During this same period, I began receiving reports from various SiteOne employees

that Mr. Giordano was badmouthing SiteOne and discouraging employees from staying with the

company. I received reports he was telling employees at the Garden Department stores he planned

to go into business with Mr. Caroleo in the landscape supply and/or nursery business.

13.     Based on all this information, SiteOne decided to terminate Mr. Giordano's em-

ployment. On February 20, 2023, I, along with Joe Ketter (SiteOne's Executive Vice President of

Human Resources) and my boss, Mr. Thistle, met with Mr. Giordano. At the start of the meeting,

Mr. Giordano at first told us he was loyal to SiteOne and fully intended to stay with SiteOne long-

term, but that he did not want to sign the non-compete agreement.

14.     At this point, we confronted him with the fact the SiteOne knew he was actively

preparing to open a competing business with Mr. Caroleo. He became very defensive and asked

for "proof" of our accusations. Mr. Giordano acknowledged only that he was doing work "at Vic

[Caroleo]'s house" and nothing more. We collected Mr. Giordano's SiteOne cell phone and laptop

4

and provided him with his termination letter. Prior to giving us the cell phone back he frantically worked to disable it in some way so we would not be able to access the information on it. To this day SiteOne does not have access to its contents. The meeting ended and Mr. Giordano exited the property.

15.     Within an hour or so of Mr. Giordano being terminated, we heard from multiple (six or more) customers that same day Mr. Giordano had reached out to them to tell them he was starting a competing business on March 15, 2023. We continued to hear from several other customers that Mr. Giordano was opening a competing business which would open on March 15, 2023.

16.     The day after Mr. Giordano was terminated, seven employees did not return to work with SiteOne: Martin Rojas, Antonio Rios Garcia, Jorge Suarez-Flores, Juan Suarez-Flores, Dale Nash, David Gomez, and Jose Rubi. Based on statements these individuals made to their former co-workers at SiteOne, they are all believed to be working with Mr. Giordano and Mr. Caroleo. There are three

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

94683A3E950E445...

Anthony Catalano

March 16, 2023

Date

5

DocuSign Envelope ID: A7559023-FCFA-4935-A7CD-2E9D5BF1103C

# Attachment A

DocuSign Envelope ID: A7559023-FCFA-4935-A7CD-2E9D5BF1103C

Date/Time: 01/24/2023 - 1:00 pm (GMT-05:00) Eastern Time (US & Canada)

Incident Number: 2000188489

The following report was submitted from our web site.  We have restricted editing to the complainant's contact information if they indicated a desire to remain anonymous.

_____

Company Name:

SiteOne Landscape Supply

Works for Company: No

What is your relationship to the organization/entity/company?

Former employee

What is the name of the location you are reporting?

Garden Dept Coram

What is the address/exact location?

1

3672 Route 112, Coram ,NY 11727

Who are the individuals involved in this activity?

Nicholas Giordano, David, others

When did the incident occur?

Ongoing

Did the incident occur more than once? Yes

If so, how many times?

Ongoing

What type of incident would you like to report?

Code of Ethics Violation

What would you like to report?

Nicholas Giordano is on company time with other employees is getting ready to open another nursery for the previous owner of garden dept.The address is 38 Yaphank Middle Island Road in Middle Island. Its about 4 miles from the Coram Location.Also there has been many other instances of pilferage starting with SiteOne being billed for a charging station installation in the outdoor checkout booth for an electric vehicle which one of the former owners has. There are many more instances of pilferage which upon investigation you will uncover quickly.

Was someone from management involved in the incident? Yes

If so, who?

Nicholas Giordano

Has the incident been reported to anyone in the organization/entity/company? No

If so, who?

2

DocuSign Envelope ID: A7559023-FCFA-4935-A7CD-2E9D5BF1103C

Has the incident been reported to anyone outside the organization/entity/company? No

If so, who?

Were there any witnesses? Yes

If so, who?

Multiple people

Would you be willing to anonymously assist further if asked? No

Do you give permission to share your contact information with the organization/entity/company (waive your anonymity)? Not Selected

First Name:

Last Name:

Phone Number:

E-Mail Address:

Best Time to Contact You:

Do you have files to upload to support your report?  No

Provided PIN (Dialog enabled in the CMS): Yes

**Lighthouse Services, LLC**
1710 Walton Road, Suite 204, Blue Bell, PA 19422
Main: 215.884.6150 | Fax: 215.689.3885



LIGHTHOUSE LEARNING:

 [lighthouse-services.com]

Notice:

- To review our whitepaper on Best Practices on Handling an Ethics Report click here [lighthouse-services.com].
- The report is being uploaded to the Case Management System(CMS) where you can document your investigative activities and outcomes.
- YOU ARE ENCOURAGED NOT TO RESPOND TO THIS EMAIL.Communication with a reporter or Lighthouse should be input in the CMS using the dialog feature; click here [lighthouse-services-cms.com] for instructions.
- Providing proactive and timely feedback to reporters who respond YES to "Provided PIN (Dialog enabled in CMS)" is important.
- If you do not have access to the CMS contact your hotline program administrator.

CONFIDENTIALITY WARNING: *This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system. You are hereby notified that any use, dissemination, distribution and/or reproduction of this message and/or any attachment(s) by unintended recipients is unauthorized and may be unlawful*

# Attachment B

DocuSign Envelope ID: A7559023-ECFA-4935-A7CD-2E9D5BF1103C

Date/Time: 01/25/2023 - 6:50 pm (GMT-05:00) Eastern Time (US & Canada)

Incident Number: 2000188882


The following report was submitted from our web site.  We have restricted editing to the complainant's contact information if they indicated a desire to remain anonymous.
_____

Company Name:
SiteOne Landscape Supply


Works for Company: Not Selected

What is your relationship to the organization/entity/company?


What is the name of the location you are reporting?
THE GARDEN DEPT CORAM

What is the address/exact location?
38 YAPHANK MIDDLE ISLAND ROAD, MIDDLE ISLAND NY 11953

Who are the individuals involved in this activity?
DON CAROLEO
NICK GIORDANO

When did the incident occur?
STARTED IN DECEMBER 2022 AND IS ONGOING

Did the incident occur more than once? Yes
If so, how many times?
UNKNOWN

What type of incident would you like to report?
Conflict of Interest

What would you like to report?
DON CAROLEO WAS TERMINATED IN OCTOBER 2022 FROM SITE ONE.  SOMETIME IN DECEMBER 2022 HE AND NICK WORKED TOGETHER TO FIND LAND AND START TO BEGIN THE PROCESS OF OPENING UP A NURSERY IN MIDDLE ISLAND NY.  CURRENT EMPLOYEES OF THE GARDEN DEPT HAVER BEEN HELPING OUT, PHYSICALLY WORKING ON THE PROPERTY AT 38 MIDDLE ISLAND YAPHANK ROAD, USING SITE ONE VENDORS AND CUSTOMERS TO HELP PREPARE THE NURSERY

1

DocuSign Envelope ID: A7559023-ECFA-4935-A7CD-2E9D5BF1103C

TO OPEN IN THE SPRING OF 2023.  NICK HAS LEFT HIS JOB DURING A SHIFT ON MULTIPLE OCCASIONS TO GO TO THE SITE AND DELEGATE WORK TO CONTRACTORS AND EMPLOYEES THAT CURRENTLY WORK FOR THE GARDEN DEPT.  I WOULD BE CURIOUS TO KNOW HOW THOSE EMPLOYEES ARE GETTING PAID SINCE THEY HAVEN'T WORKED IN THE STORE IN SOME TIME AND IF THEY HAVE HOURS LOGGED, I BELIEVE IT'S FROM WORKING ON THE NEW PROPERTY.  THE MAIN REASON FOR THIS REPORT IS TO STOP THE NURSERY FROM OPENING UP SINCE THEIR PLAN IS TO TAKE CURRENT EMPLOYEES WITH THEM AND GO AFTER CUSTOMERS OF SITE ONE, WHICH DIRECTLY IMPACTS MY RIGHT TO MAKE A LIVING AND WOULD NEGATIVELY IMPACT THAT AND THE SUCCESS OF SITE ONE MAINLY THE CORAM BRANCH.

Was someone from management involved in the incident? Yes
If so, who?
NICK GIORDANO

Has the incident been reported to anyone in the organization/entity/company? No
If so, who?

Has the incident been reported to anyone outside the organization/entity/company? No
If so, who?

Were there any witnesses? No
If so, who?

Would you be willing to anonymously assist further if asked? Yes gerardlpassaro@gmail.com

Do you give permission to share your contact information with the organization/entity/company (waive your anonymity)? Yes

First Name: GERARD
Last Name: PASSARO
Phone Number: 631-448-2398
E-Mail Address: gerardlpassaro@gmail.com

Best Time to Contact You: WHENEVER NECESSARY

Do you have files to upload to support your report?  No

Provided PIN (Dialog enabled in the CMS): Yes

**Lighthouse Services, LLC**
1710 Walton Road, Suite 204, Blue Bell, PA 19422
Main: 215.884.6150 | Fax: 215.689.3885



<span style="background-color: green">LIGHTHOUSE LEARNING:</span>

                                                                 [lighthouse-services.com]

Notice:
- To review our whitepaper on Best Practices on Handling an Ethics Report click here [lighthouse-services.com].
- The report is being uploaded to the Case Management System(CMS) where you can document your investigative activities and outcomes.
- YOU ARE ENCOURAGED NOT TO RESPOND TO THIS EMAIL.Communication with a reporter or Lighthouse should be input in the CMS using the dialog feature; click here [lighthouse-services-cms.com] for instructions.
- Providing proactive and timely feedback to reporters who respond YES to "Provided PIN (Dialog enabled in CMS)" is important.
- If you do not have access to the CMS contact your hotline program administrator.

CONFIDENTIALITY WARNING: *This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system. You are hereby notified that any use, dissemination, distribution and/or reproduction of this message and/or any attachment(s) by unintended recipients is unauthorized and may be unlawful*