UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SITEONE LANDSCAPE SUPPLY, LLC,

        Plaintiff,

v.

NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDEN DEPT. CORP., GROUP 5 ASSOCIATES, LTD., 3670 ROUTE 112 LLC, AND 9 4TH ST. LLC,

        Defendants.

---

**ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**

Civil Action No.:

FILED
CLERK
2:59 pm, Mar 20, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Upon consideration of the (i) Complaint of Plaintiff SiteOne Landscape Supply, LLC ("SiteOne"), together with the accompanying Declarations, (ii) the Memorandum of Law in Support of SiteOne's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Forensic Discovery, and (iii) the Declaration of Daniel E. Gorman in Support of SiteOne's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Forensic Discovery, and for good cause being shown, the Court enters the following Orders:

**TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and the Court's inherent powers, Defendants, and all those in concert or participation with them (including, but not limited to, their officers, directors, agents, servants, employees, representatives, attorneys, subsidiaries, related companies, successors, assigns) are temporarily restrained from:

(a) Operating a competing business in violation of the non-competition provisions of the contracts identified in SiteOne's Complaint, specifically including (but not limited to) at or on the property located at 38 Yaphank Middle Island Road, New York;

(b) Disclosing, conveying, accessing, or using for theirs or another's benefit any materials that constitute SiteOne's trade secrets and/or confidential information;

(c) Soliciting SiteOne's customers in violation of the contracts identified in SiteOne's Complaint; and

(d) Soliciting SiteOne's employees in violation of the contracts identified in SiteOne's Complaint.

This Temporary Restraining Order shall remain in place for 14 days from the date of its entry, unless extended by the Court or by agreement by the Parties.

### EXPEDITED FORENSIC DISCOVERY ORDER

In connection with SiteOne's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Forensic Discovery, the Court also finds that expedited forensic discovery is warranted under Fed. R. Civ. P. 26. Thus, SiteOne will be permitted to engage in expedited forensic discovery to determine whether and to what extent Defendants have SiteOne's trade secrets or confidential information in their possession, custody, or control. Within seven days of this Order, SiteOne shall submit to the Court a proposed expedited forensic discovery protocol and proposed confidentiality order.

Defendants are hereby ordered to preserve all SiteOne trade secrets and confidential information in their possession, custody, or control, whether in electronic or hard-copy form, and to preserve all data, documents, and devices (including personally-owned smartphones, e-mail

accounts, cloud-based storage locations, external hard drive or thumb drives, etc.) in their possession, custody, or control otherwise relevant to this Action.

### ORDER FOR HEARING ON SITEONE'S PRELIMINARY INJUNCTION REQUEST

In connection with SiteOne's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Forensic Discovery, the Court hereby orders Defendants Nicholas Giordano, Dominick Caroleo, Victor Caroleo, Narrow Way Realty, Ltd., Narrow Way 2 LLC, The Garden Dept. Corp., Group 5 Associates, Ltd., 3670 Route 12 LLC, and 9 4th St. LLC (collectively, "Defendants"), to show cause at a hearing to be held in this Court before the Honorable Gary R Brown, United States District Judge, in Courtroom 940 of the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, on March 22, 2023, at 2 PM, or as soon as thereafter as counsel may be heard, why an order should not be entered granting SiteOne a preliminary injunction, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and the Court's inherent powers, enjoining and restraining Defendants, and all those in concert or participation with them (including, but not limited to, their officers, directors, agents, servants, employees, representatives, attorneys, subsidiaries, related companies, successors, assigns) from:

(a) Operating a competing business in violation of the non-competition provisions of the contracts identified in SiteOne's Complaint, specifically including (but not limited to) at or on the property located at 38 Yaphank Middle Island Road, New York;

(b) Disclosing, conveying, accessing, or using for theirs or another's benefit any materials that constitute SiteOne's trade secrets and/or confidential information;

(c) Soliciting SiteOne's customers in violation of the contracts identified in SiteOne's Complaint; and

(d)     Soliciting SiteOne's employees in violation of the contracts identified in SiteOne's Complaint.

Prior to the hearing, Defendants shall serve their written responses, if any, to SiteOne's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Forensic Discovery by MAR 22, 2023 at 12 noon. ~~SiteOne shall file its reply briefs, if any, by _____, 2023.~~

Personal service of a copy of this Order, together with the papers upon which it is granted, on Defendants, by MAR 21, 2023, shall constitute good and sufficient service of the same, if service has not already been agreed to by e-mail or otherwise.

**SO ORDERED:**

Date: MARCH 20, 2023

/s/Gary R. Brown

_____
UNITED STATES DISTRICT JUDGE