UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; 99 LONG ISLAND AVENUE SOUTH LLC; 99 LONG ISLAND AVENUE NORTH LLC; NEWAY MANAGEMENT, LLC; and NEWAY TRUCKING,<br><br>         Defendants. | Case No. 23-CV-2084 (GRB) (ST) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Julie E. Cohen, a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, admitted to the Bar of this Court, hereby enters her appearance in this action as counsel for Defendants Nicholas Giordano, Victor Caroleo, Narrow Way Realty Ltd., Narrow Way 2 LLC, Group 5 Associates, Ltd., Scapes Supply, LLC and Neway Management, LLC (collectively, the "Vic Defendants"). The Vic Defendants do not waive, and expressly preserve, any and all defenses, including relating to jurisdiction and venue.

Dated: New York, New York
February 16, 2024

/s/ Julie E. Cohen
Julie E. Cohen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
Fax:    (212) 735-2000
julie.cohen@skadden.com

*Counsel for Defendant Nicholas Giordano, Victor Caroleo, Narrow Way Realty Ltd., Narrow Way 2 LLC, Group 5 Associates, Ltd., Scapes Supply, LLC, and Neway Management, LLC.*
