UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; 99 LONG ISLAND AVENUE SOUTH LLC; 99 LONG ISLAND AVENUE NORTH LLC; NEWAY MANAGEMENT, LLC; and NEWAY TRUCKING,<br><br>        Defendants. | 23-CV-2084 (GRB) (ST) |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Dominick Caroleo, The Garden Dept. Corp., 3670 Route 112 LLC, and 9 4th St. LLC hereby certifies as follows:

The Garden Dept. Corp. has no parent company, and no publicly held corporation owns 10% or more of The Garden Dept. Corp.

3670 Route 112 LLC has no parent company, and no publicly held corporation owns 10% or more of 3670 Route 112 LLC.

9 4th St. LLC has no parent company, and no publicly held corporation owns 10% or more of 9 4th St. LLC.

Dated: Lake Success, New York
      February 16, 2024

*Michael C. Mulè*
Michael C. Mulè, Esq.
MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
michaelmule@mllaborlaw.com

*Attorneys for Defendants Dominick Caroleo, The Garden Dept. Corp., 3670 Route 112 LLC, and 9 4th St. LLC*

2