UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC,<br><br>                          Plaintiff,<br><br>         v.<br><br>NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; 99 LONG ISLAND AVENUE SOUTH LLC; 99 LONG ISLAND AVENUE NORTH LLC; NEWAY MANAGEMENT, LLC; and NEWAY TRUCKING,<br><br>                          Defendants. | Case No. 23-CV-2084 (GRB) (ST) |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Narrow Way Realty Ltd., Narrow Way 2 LLC, Group 5 Associates, Ltd., Scapes Supply, LLC and Neway Management, LLC hereby certify as follows:

Narrow Way Realty Ltd. has no parent company and no publicly held corporation owns 10% or more of Narrow Way Realty Ltd.

Narrow Way 2 LLC has no parent company and no publicly held corporation owns 10% or more of Narrow Way 2 LLC.

Group 5 Associates, Ltd. has no parent company and no publicly held corporation owns 10% or more of Group 5 Associates, Ltd.

Scapes Supply, LLC has no parent company and no publicly held corporation owns 10%

or more of Scapes Supply, LLC.

Neway Management, LLC has no parent company and no publicly held corporation owns 10% or more of Neway Management, LLC.

Dated: New York, New York
       February 16, 2024

/s/ Julie E. Cohen
Julie E. Cohen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
Fax:   (212) 735-2000
julie.cohen@skadden.com

*Counsel for Defendants Nicholas Giordano, Victor Caroleo, Narrow Way Realty Ltd., Narrow Way 2 LLC, Group 5 Associates, Ltd., Scapes Supply, LLC, and Neway Management, LLC.*