UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SITEONE LANDSCAPE SUPPLY, LLC,

                    *Plaintiff*,

-against-

NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; 99 LONG ISLAND AVENUE SOUTH LLC; 99 LONG ISLAND AVENUE NORTH LLC; NEWAY MANAGEMENT, LLC; and NEWAY TRUCKING,

                    *Defendants*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No: 23-CV-2084 (GRB) (ST)

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE**, that Kevin P. Mulry, Esq. of Farrell Fritz, P.C., an attorney authorized to practice in this court, hereby appears as attorney for Plaintiff SITEONE LANDSCAPE SUPPLY, LLC, and hereby requests that he be notified of all filings by ECF.

Dated: New York, New York
       February 19, 2024

                                FARRELL FRITZ, P.C.

                               *s/ Kevin P. Mulry*
               By: _____
                       Kevin P. Mulry
                       *Attorneys for Plaintiff*
                        SITEONE LANDSCAPE SUPPLY, LLC
                       400 RXR Plaza
                       Uniondale, New York 11556
                       Tel.: (516) 227- 0620
                       Email: kmulry@farrellfritz.com

FF\13643440.1