UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SITEONE LANDSCAPE SUPPLY, LLC,

                Plaintiff,

-against-

NICHOLAS GIORDANO; DOMINICK CAROLEO;
VICTOR CAROLEO; NARROW WAY REALTY, LTD.;
NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.;
GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9
4TH ST. LLC; SCAPES SUPPLY, LLC; 99 LONG ISLAND
AVENUE SOUTH, LLC; 99 LONG ISLAND AVENUE
NORTH, LLC; NEWAY MANAGEMENT, LLC; AND
NEWAY TRUCKING,

                Defendants.
-------------------------------------------------------------------X

Docket No.:
23-cv-02084-GRB-ST

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Please enter the appearance of Kenneth A. Novikoff, Esq., in the above captioned matter on behalf as counsel for the Defendants NICHOLAS GIORDANO and VICTOR CAROLEO, (collectively "Defendants"), in the above-entitled action. I certify that I am admitted to practice in this Court.

    Kindly direct all communications on this matter to the undersigned.

Dated: Uniondale, New York
         March 7, 2024

                            Yours, etc.,

                            RIVKIN RADLER LLP
                            Attorneys for Defendant(s)

         By: /s/ *Kenneth A. Novikoff*
                            Kenneth A. Novikoff
                            926 RXR Plaza
                            Uniondale, New York 11556-0926
                            (516) 357-3000