

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

March 8, 2024

**VIA ELECTRONIC MAIL**
Judge Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza Central Islip
Courtroom 940
New York 11722-9014

    Re:  *Siteone Landscape Supply, LLC, v. Nicholas Giordano, Dominick Caroleo, Victor Caroleo, Narrow Way Realty, Ltd., et. al.*
           Docket No.: 23-cv-02084-GRB-ST

Your Honor:

    The law firm of Rivkin Radler LLP has within the last few days been retained to represent Defendants, Nicholas Giordano and Victor Caroleo, in connection with the above-referenced action. My Firm will be lead counsel for Messrs. Giordano and Caroleo going forward. Given the activity that has taken place over the past year in this action, and the breadth of Plaintiff's Amended Complaint, it will take me some time to get up to speed. Accordingly, I have asked, and Plaintiff's counsel have consented to my clients receiving an extension of time, until March 22, 2024, in which to file their responsive pleading to Plaintiff's Amended Complaint.

    On behalf of Defendants Nicholas Giordano and Victor Caroleo, I respectfully request that Your Honor So Order this extension.

    Respectfully submitted,

    RIVKIN RADLER LLP

    *Kenneth A. Novikoff*

    Kenneth A. Novikoff

4869-7653-4444, v. 1

66 South Pearl Street, 11th Floor   25 Main Street   1301 Riverplace Boulevard   477 Madison Avenue   2649 South Road
Albany, NY 12207-1533   Court Plaza North, Suite 501   Jacksonville, FL 32207-9047   New York, NY 10022-5843   Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199   Hackensack, NJ 07601-7082   T 904.792.8925 F 904.467.3461   T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777
  T 201.287.2460 F 201.489.0495