# UNITED STATES DISTRICT COURT

Eastern **District of** New York

SiteOne Landscape Supply, LLC, et al.
    Plaintiff (s),

V.

Nicholas Giordano, et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 23-cv-2084 (GRB) (SIL)

Notice is hereby given that, subject to approval by the court, Nicholas Giordano, Victor Caroleo, Narrow Way Realty, Ltd., Narrow Way 2, LLC, Scapes Supply, LLC, Newway Management, LLC, Group 5 Associates, Ltd. substitutes
(Party (s) Name)

Ken Novikoff , State Bar No. 2397610 as counsel of record in
(Name of New Attorney)

place of Saul D. Zabell .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Rivkin Radler
    Address: 926 RXR Plaza , Uniondale , NY  11556 0926
    Telephone: 516.357.3000   Facsimile 516.357.3333
    E-Mail (Optional): Ken.Novikoff@rivkin.com

I consent to being substituted.
Date: 3/12/2024     Saul D. Zabell
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/13/2024
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
Judge