UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   SITEONE LANDSCAPE SUPPLY, LLC,               Docket No.:
                                     Plaintiff,            23-cv-02084-GRB-ST
         -against-

                                                       **NOTICE OF APPEARANCE**

NICHOLAS GIORDANO; DOMINICK CAROLEO;
VICTOR CAROLEO; NARROW WAY REALTY, LTD.;
NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.;
GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9
4TH ST. LLC; SCAPES SUPPLY, LLC; 99 LONG ISLAND
AVENUE SOUTH, LLC; 99 LONG ISLAND AVENUE
NORTH, LLC; NEWAY MANAGEMENT, LLC; AND
NEWAY TRUCKING,

                                        Defendants.
-------------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

      Please enter the appearance of Kenneth A. Novikoff, Esq., in the above captioned matter on behalf as counsel for the Defendants, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC; GROUP 5 ASSOCIATES, LTD., SCAPES SUPPLY, LLC and NEWAY MANAGEMENT, LLC, (collectively "Defendants"), in the above-entitled action. I certify that I am admitted to practice in this Court.

      Kindly direct all communications on this matter to the undersigned.

Dated:  Uniondale, New York
           March 14, 2024

                                                          Yours, etc.,

                                                          RIVKIN RADLER LLP
                                                          Attorneys for Defendant(s)

                                         By:  /s/ *Kenneth A. Novikoff*
                                                Kenneth A. Novikoff
                                                926 RXR Plaza
                                                Uniondale, New York 11556-0926
                                                (516) 357-3000

4866-3258-4875, v. 1