# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Michael C. Mulè – Partner
Direct E-Mail Address: michaelmule@mllaborlaw.com
Direct Dial: (516) 303-1442

March 14, 2024

**VIA ECF**
Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      **RE:**   **SiteOne Landscape Supply, LLC v. Nicholas Giordano, et al.**
             **Civil Action No. 2:23-cv-02084-GRB-SIL**

Dear Judge Locke:

    We represent Defendants Dominick Caroleo, The Garden Dept. Corp., 3670 Route 112 LLC, and 9 4th St. LLC in the above-referenced matter. We submit this letter, jointly, on behalf of all parties, to respectfully request that the Court adjourn the status conference currently scheduled for April 11, 2024 to one of the following proposed dates: April 25, 2024, or April 30, 2024. This is the first such request. This request is made because the undersigned has a prior engagement, a mediation, on the date originally scheduled.

    We thank the Court for its attention to this matter.

                                   Respectfully submitted,

                                   MILMAN LABUDA LAW GROUP PLLC
                                 *Michael C. Mulè*
                                 Michael C. Mulè, Esq.

cc:    All counsel via ECF