UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SITEONE LANDSCAPE SUPPLY, LLC,

    Plaintiff,

v.

NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING,

    Defendants.

Civil Action No.: 23-CV-02084

**SCHEDULING ORDER**

---

**DEADLINES & COURT APPEARANCES**

| | |
|---|---|
| March 22, 2024 | : Exchange of Rule 26(a)(1) disclosures |
| April 19, 2024 | : Service of first interrogatories and document demands |
| April 19, 2024 | : File Proposed Agreement on the Exchange of Electronic Information |
| May 20, 2024 | : Responses to first interrogatories and document demands |
| June 20, 2024 | : Motions to join new parties or amend the pleadings |
| **October 14, 2024** | : Completion of depositions and fact discovery |
| November 15, 2024 | : Identification of case-in-chief experts and service of Rule 26 disclosures |
| December 12, 2024 | : Identification of rebuttal experts and service of Rule 26 disclosures |
| January 17, 2025 | : Completion of expert depositions and expert discovery |
| February 17, 2025 | : Latest date for commencement of summary judgment motion practice |

SO ORDERED:
/s/ STEVEN I. LOCKE
Steven I. Locke, USMJ on 5/2/24