UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SITEONE LANDSCAPE SUPPLY, LLC,

                      Plaintiff,

-against-

NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING,

                      Defendants.
-----------------------------------------------------------X

Civil Action No.: 2:23-CV-02084-GRB-SL

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Defendants, NICHOLAS GIORDANO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2, LLC., GROUP 5 ASSOCIATES, LTD., SCAPES SUPPLY, LLC, and NEWAY MANAGEMENT, LLC, in connection with the above action.  Please forward all future correspondence and litigation documents to the attention of the undersigned.  I certify that I am admitted to practice in this Court.

Dated: Uniondale, New York
       May 9, 2024

                                            RIVKIN RADLER LLP
                                            *Attorneys for Defendants*
                                            *NICHOLAS GIORDANO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2, LLC., GROUP 5 ASSOCIATES, LTD., SCAPES SUPPLY, LLC, and NEWAY MANAGEMENT, LLC*

                                            By: /s/ Michael N. Impellizeri
                                            Michael N. Impellizeri
                                            926 RXR Plaza
                                            Uniondale, New York 11556
                                            (516) 357-3000
                                            Michael.Impellizeri@rivkin.com

TO:    All parties via ECF