Troutman Pepper Hamilton Sanders LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308



John "Evan" Gibbs III
evan.gibbs@troutman.com

**BY ECF**

Magistrate Judge Steven I. Locke                                    May 24, 2024
Eastern District Court New York
100 Federal Plaza, Room 910
Central Islip, New York 11722

**Re:   SiteOne Landscape Supply, LLC v. Nicholas Giordano et. al. (23-CV-02084)
        Consent Letter Motion for Entry of Agreed Protective Order**

Dear Judge Locke:

    We write on behalf of Plaintiff SiteOne Landscape Supply, LLC ("SiteOne") to request entry of the proposed Protective Order enclosed with this Letter Motion as Exhibit 1. We have conferred with counsel for all Defendants and Defendants consent to the entry of same.

    Thank you.

John "Evan" Gibbs III
Counsel for Plaintiff SiteOne Landscape Supply, LLC