**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING,<br><br>Defendants. | Case No. 23-CV-2084-GRB-SL |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Matthew H. Adler, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff SiteOne Landscape Supply, LLC in the above-captioned action.

I am in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted, this 28th day of May 2024.

                                              TROUTMAN PEPPER HAMILTON SANDERS LLP

                                              /s/ *Matthew H. Adler*
                                              Matthew H. Adler, Esq.
                                              3000 Two Logan Square
                                              Eighteenth and Arch Streets
                                              Philadelphia, PA 19103
                                              (215) 981-4802

Matt.adler@troutman.com
*Attorneys for Plaintiff SiteOne Landscape Supply, LLC*