**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING,<br><br>  Defendants. | Case No. 23-CV-2084-GRB-SL |

**DECLARATION OF MATT ADLER IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

I, Matthew H. Adler declare the following:

1. I am an attorney with the firm Troutman Pepper Hamilton Sanders LLP.
2. I am a member in good standing of the of the Commonwealth of Pennsylvania and the State of New Jersey.
3. I have never been censured, suspended, disbarred or denied admission or readmission of any court.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. Attached to this declaration are true and correct copies of certificates of good standing from the Commonwealth of Pennsylvania and the State of New Jersey.
6. I declare under penalty of perjury the foregoing is true and correct.

Respectfully submitted,

*/s/ Matthew H. Adler*
Matthew H. Adler