

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Matthew Howard Adler, Esq.*

DATE OF ADMISSION

*November 22, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 22, 2024

*Darian Holland*
Darian Holland
Chief Clerk