**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING,<br><br>                              Defendants. | Case No. 23-CV-2084-GRB-SL |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Matthew H. Adler ("Applicant") for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania and the State of New Jersey and his contact information is as follows:

> Matthew H. Adler, Esq.
> 3000 Two Logan Square
> Eighteenth and Arch Streets
> Philadelphia, PA 19103
> (215) 981-4802
> Matt.adler@troutman.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for SiteOne Landscape Supply, LLC in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Eastern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  This ___ day of _____, 20__        _____

                                                                                    DISTRICT/MAGISTRATE JUDGE
                                                                                     U.S. DISTRICT COURT FOR THE
                                                                                     EASTERN DISTRICT OF NEW YORK