| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 5/28/24<br>TIME: 2:00 pm |

CASE: **CV 23-2084 (GRB) SiteOne Landscape Supply LLC v. Giordano et al**

TYPE OF CONFERENCE: MOTION          FTR: 2:00-2:43;3:02-3:05

APPEARANCES:

    For Plaintiff:    Kevin Mulry, Daniel Gorman and Matthew Adler

    For Defendant: Michael Mule
                         Kenneth Novikoff
                         Michael Impellizeri

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Motion hearing held. Defendants' motion to quash, DE [125] is granted in part and denied in part. For the reasons set forth on the record, American Community Bank will respond in full to the subpoena to Narrow Way Realty Limited, and as to the subpoena to Victor Caroleo, the responsive documents will be produced for the period from January 1, 2020 forward and only as to transactions with the Defendants in this case. DE [129], is granted without opposition.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    9/10/24 at 11:00 am          : Status conference

                                       SO ORDERED

                                       /s/Steven I. Locke
                                       STEVEN I. LOCKE
                                       United States Magistrate Judge