Troutman Pepper Hamilton Sanders LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308



troutman.com

**John "Evan" Gibbs III**
evan.gibbs@troutman.com

June 19, 2024

Magistrate Judge Steven Locke
Eastern District Court New York
100 Federal Plaza, Room 820
Central Islip, New York 11722

**Re:**   *SiteOne Landscape Supply, LLC v. Nicholas Giordano et al.* **(2:23-CV-02084)**
**Consent Request to Adjourn Deadline for Motions to Join New Parties or Amend Pleadings**

Dear Judge Locke:

This firm is counsel to Plaintiff SiteOne Landscape Supply, LLC ("SiteOne").

SiteOne writes to request an adjournment of the deadline to file motions to join new parties or amend the pleadings to July 22, 2024. Pursuant to the Scheduling Order entered on May 2, 2024, the current deadline to file motions to join new parties or amend the pleadings is June 20, 2024. [ECF No. 123]. This request for adjournment is made to ensure the Parties have the opportunity to review the parties' document productions and make a determination regarding proposed amendments after such review.

Adjournment of the deadline to file motions to join new parties or amend the pleadings does not impact any other dates in the Scheduling Order. [ECF No. 123]. The undersigned conferred with counsel for Defendants and Defendants consent to this request.

Accordingly, SiteOne respectfully requests Your Honor grant an adjournment of the deadline to file motions to join new parties or amend the pleadings to July 22, 2024.

We thank Your Honor for your consideration and attention to this matter.

Respectfully submitted,

John "Evan" Gibbs III