**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SITEONE LANDSCAPE SUPPLY, LLC,

                Plaintiff,

Doc No.: 2:23-CV-02084-GRB-SIL

          - against -

NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING;

                Defendants.
----------------------------------------------------------------X

## NOTICE OF APPEARANCE OF COLLEEN O'NEIL, ESQ. FOR DEFENDANTS DOMINICK CAROLEO, THE GARDEN DEPT. CORP., 3670 ROUTE 112 LLC, AND 9 4TH ST. LLC

**PLEASE TAKE NOTICE** that Colleen O'Neil, Esq. hereby appears as counsel for Defendants Dominick Caroleo, The Garden Dept. Corp., 3670 Route 112 LLC, and 9 4th St. LLC. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       June 24, 2024

                                      **MILMAN LABUDA LAW GROUP, PLLC**

                                      /s/ Colleen O'Neil
                                      Colleen O'Neil, Esq.
                                      3000 Marcus Avenue, Suite 3W8
                                      Lake Success, NY 11042-1073
                                      (516) 328-8899 (office)
                                      (516) 303-1395 (direct dial)
                                      (516) 328-0082 (facsimile)
                                      colleen@mllaborlaw.com