Troutman Pepper Hamilton Sanders LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308



troutman.com

**John "Evan" Gibbs III**
evan.gibbs@troutman.com

July 19, 2024

Magistrate Judge Steven Locke
Eastern District Court New York
100 Federal Plaza, Room 820
Central Islip, New York 11722

**Re:** *SiteOne Landscape Supply, LLC v. Nicholas Giordano et al.* **(2:23-CV-02084)**
<u>**Request to Adjourn Deadline for Motions to Join New Parties or Amend Pleadings**</u>

Dear Judge Locke:

This firm is counsel to Plaintiff SiteOne Landscape Supply, LLC ("SiteOne").

SiteOne writes to request an adjournment of the deadline to file motions to join new parties or amend the pleadings to August 23, 2024. Pursuant to the Scheduling Order entered on May 2, 2024 [ECF No. 123], as amended by the Text Order, dated June 20, 2024, the current deadline to file motions to join new parties or amend the pleadings is July 22, 2024. This request for adjournment is made to ensure the Parties have the opportunity to review the parties' ongoing and forthcoming document productions and make a determination regarding proposed amendments after such review. The parties are currently working through a myriad of discovery disputes that are not yet ripe to rise to Your Honor's attention, but SiteOne has identified at least one corporate entity that may yet need to be added as a party but requires further discovery from Defendants to make that assessment.

This requested adjournment of the deadline to file motions to join new parties or amend the pleadings does not impact any other dates in the Scheduling Order. [ECF No. 123]. The undersigned requested consent from Defendants the afternoon of July 19, 2024, and has not yet received approval. SiteOne will provide an update to the Court after Defendants respond to SiteOne's request for consent.

Accordingly, SiteOne respectfully requests Your Honor grant an adjournment of the deadline to file motions to join new parties or amend the pleadings to August 23, 2024.

We thank Your Honor for your consideration and attention to this matter.

Respectfully submitted,

John "Evan" Gibbs III