# EXHIBIT 2

# DEFICIENCIES IN INTERROGATORIES

## Narrow Way Realty Ltd.

- **No. 1**: Identifies American Community Bank, but does not say there are no others. Need clarification.
- **No. 3**: Does not identify all signatories, only one (Vic); are there others?
- **No. 4**: Does not state whether he has always been the sole member, only that he is currently; has that always been the case?
- **No. 5**: Only listed one PO Box mailing address; we asked for physical and other addresses used since its formation.
- **No. 6**: Does not answer the question at all; we asked its primary business, they said it's not nursery and landscape supply.
- **No. 7-12; 14-19**: Does not answer the question at all.
- **No. 13**: Extremely vague answer, does not provide enough information.

## Don Caroleo

- **No. 1-3, 5, 7, 9-11; 16**: Only objections, no response.
- **No. 4**: Only IDs entities that are Defendants; does not identify any others or say this is a full list of all entities.
- **No. 6**: Only provides one number and no other information requested, does not say there are no other phone numbers. We need the carrier information.

## 3670 Route 112 LLC; 9 4th St. LLC

- **No. 1**: Identifies Webster Bank, but does not say there are no others. Need clarification.
- **No. 2**: Does not answer the question at all, referred to production (but nothing currently in production).
- **No 3**: Who are the other signatories, if any?
- **No. 4**: Does not state whether there are other shareholders/members/owners of Defendant.
- **No. 5**: Only listed one PO Box mailing address; we asked for physical and other addresses used since its formation.
- **No. 6**: "Real estate" does not tell us anything; what specifically does the company do?
- **No. 7-8**: States that Defendant is not in the nursery and/or landscape supply business and does not substantively answer the question.
- **No. 10-12**: Does not answer the question at all.
- **No. 13**: Does not answer the question at all, refers to bank production.

## The Garden Dept. Corp.

- **No. 1**: Identifies Webster Bank but does not say there are no others. Need clarification.
- **No. 2**: Does not answer the question at all, referred to production (but nothing currently in production).

1

- **No. 3**: Who are the other signatories, if any?
- **No. 4**: Who were the previous shareholders, members and owners and are there currently additional shareholders, members or owners?
- **No. 5**: Are there any additional addresses associated with Garden Dept?
- **No. 7**: Does not answer the question and instead states that all of The Garden Dept.'s customers continued with, and their identity is in the possession of, SiteOne.
- **No. 8; 11**: Does not substantively respond to the Interrogatory.
- **No. 10; 12**: Does not answer the question at all.

### Narrow Way 2 LLC

- **No. 1-3; 9-12**: Does not answer the question at all.
- **No. 4**: They identify Vic as the current sole member. Were there previously any additional shareholders, members, or owners of Narrow Way 2?
- **No. 5**: Are there additional addresses associated with Narrow Way 2?
- **No. 6**: Does not answer the question at all; we asked its primary business, Defendants said it's not nursery and landscape supply.
- **No. 7-8**: Defendant states it is not in the retail nursery and/or landscape supply business. This does not answer the question.

### Neway Management

- **No. 1-3; 9-12**: Does not answer the question at all.
- **No. 4**: Identifies Vic as an owner. Who are the other shareholders, members, and owners, if any?
- **No. 5**: Are there additional addresses associated with Neway Management?
- **No. 6**: "Management company" does not tell us anything; what specifically does the company do?
- **No. 7-8**: Defendant states it is not in the retail nursery and/or landscape supply business. This does not answer the question.

### Group 5 Associates Ltd.

- **No. 1-3; 9-12**: Does not answer the question at all.
- **No. 4**: Identifies Vic. Who are the other shareholders, members, and owners, if any?
- **No. 5**: Only listed one PO Box mailing address; we asked for physical and other addresses used since its formation.
- **No. 6**: Does not answer the question at all; we asked its primary business, they said it's not nursery and landscape supply.
- **No. 7-8**: Defendant states it is not in the retail nursery and/or landscape supply business. This does not answer the question.

### Scapes Supply LLC

- **No. 1-3; 8-9; 11-12**: Does not answer the question at all.

2

- **No. 4**: Are there any other previous shareholders, members, and owners?
- **No. 5**: Are there any additional addresses associated with Defendant?
- **No. 7**: SiteOne does not have information regarding Scapes Supply's customers. Defendant must produce this information.

## Vic Caroleo

- **No. 1-3; 5; 7; 9-15**: Only objections, no response.
- **No. 4**: Only identifies entities that are Defendants; does not identify any others or say this is a full list of all entities.
- **No. 6**: Only provides one number and no other information requested, does not say there are no other phone numbers. We need the carrier information.
- **No. 16**: The Interrogatory requests payments received from Narrow Way Realty by Vic or any entity he owns/operates/controls. His response appears to only relate to amounts received by Vic, not about amounts received by any entity he owns/operates/controls.

## Nick Giordano

- **No. 1-3; 5; 7; 9-12**: Only objections, no response.
- **No. 4**: Only states that he is not an owner of any of the named defendants.
- **No. 6**: Only provides one number and no other information requested, does not say there are no other phone numbers. We need the carrier information ASAP.
- **No. 15**: The Interrogatory requests payments received from Narrow Way Realty by Nick or any entity he owns/operates/controls. The response appears to only relate to amounts received by Nick, not about amounts received by any entity he owns/operates/controls.
- **No. 16**: The Interrogatory requests payments received from Vic or Don by Nick or any entity Nick owns/operates/controls. The response appears to only relate to amounts received by Nick, not about amounts received by any entity Nick owns/operates/controls.

## DEFICIENCIES IN REQUESTS FOR PRODUCTION

## Narrow Way Realty Ltd.

- **No. 1-2**: States Vic is the sole owner of Narrow Way Realty and does not indicate whether they will produce documents.
- **No. 3; 6-11; 16-47; 49; 53-54**: No basis to withhold the requested documents.
- **No. 4-5**: Not clear whether Defendant will produce the requested documents. Irrelevant that Defendant is not in the nursery or landscaping supply business.

## Don Caroleo

- **No. 3; 17-22; 37-38; 42-49; 51; 54-56**: It is not clear exactly what documents are being produced in response. Defendant states, "subject to and without waiving the general and specific objections, and to the extent responsive, see production."

- **No. 4-9; 11-16; 23-28; 39-41; 50**: Only objections, no indication about whether they intend to produce responsive documents.
- **No. 29-36**: Improperly narrows the scope of the request:
    - **No. 29**: "construing the request to concern customers of Defendant in a landscape supply business, none."
    - **No. 30**: "construing the request to concern vendors of Defendant in a landscape supply business, none."
    - **No. 31**: "construing the request to concern employees of Defendant in a landscape supply business, none."
    - **No. 32**: "construing the request to concern independent contractors of Defendant in a landscape supply business, none."
    - **No. 33**: "construing the request to concern a current customer list pertaining to the landscape supply business, none."
    - **No. 35**: "construing the request to concern employees of Defendant in a landscape supply business, none."
    - **No. 36**: "construing the request to concern independent contractors of Defendant in a landscape supply business, none."

**3670 Route 112 LLC; 9 4th St. LLC; The Garden Dept. Corp.**

- **No. 1-4; 6-7; 21; 48-54; 56-58**: It is not clear exactly what documents are being produced in response. Defendant states, "subject to and without waiving the general and specific objections, and to the extent responsive, see production."
- **No. 5; 8-20; 22-39**: Only objections, no indication about whether they intend to produce responsive documents.
- **No. 40-44, 46-47**: Improperly narrows the scope of the request.
    - **No. 40**: "construing the request to concern customers of Defendant in a landscape supply business, none."
    - **No. 41**: "construing the request to concern vendors used by Defendant in a landscape supply business, none."
    - **No. 42**: "construing the request to concern employees of Defendant in a landscape supply business, none."
    - **No. 43**: "construing the request to concern independent contractors of Defendant in a landscape supply business, none."
    - **No. 44**: "construing the request to concern a current customer list pertaining to the landscape supply business, none."
    - **No. 46**: "construing the request to concern employees of Defendant in a landscape supply business, none."
    - **No. 47**: "construing the request to concern independent contractors of Defendant in a landscape supply business, none."

**Narrow Way 2 LLC**

- **No. 1-2**: States Vic is the sole owner of Narrow Way 2 and does not indicate whether they will produce documents.
- **No. 3; 6-11; 16-47; 49; 53-54**: No basis to withhold the requested documents.

4

- **No. 4-5**: Not clear whether Defendant will produce the requested documents. Irrelevant that Defendant is not in the nursery or landscaping supply business.

### Neway Management

- **No. 1-2**: States Vic is the sole owner of Neway Management and does not indicate whether they will produce documents.
- **No. 3; 5-11; 16-47; 49; 53-54**: No basis to withhold the requested documents.
- **No. 4**: Not clear whether Defendant will produce the requested documents. Irrelevant that Defendant is not in the nursery or landscaping supply business.

### Group 5 Associates, Ltd.

- **No. 1-2**: States Vic is the sole owner of Group 5 and does not indicate whether they will produce documents.
- **No. 3; 5-11; 16-47; 49; 53-54**: No basis to withhold the requested documents.
- **No. 4**: Not clear whether Defendant will produce the requested documents. Irrelevant that Defendant is not in the nursery or landscaping supply business.

### Scapes Supply, LLC

- **No. 1-2**: States Vic is the sole member of Scapes Supply and Nick is a former member and does not indicate whether they will produce documents.
- **No. 3; 6-11; 16-39; 42-43; 46-47; 49; 53-54**: No basis to withhold the requested documents.
- **No. 4-5**: Not clear whether Defendant will produce the requested documents. Irrelevant that Defendant is not in the nursery or landscaping supply business.

### Vic Caroleo

- **No. 1**: Does not indicate whether they will produce documents.
- **No. 2-3; 6; 9-28; 31-33; 35-36; 38; 41-45; 47-52**: No basis to withhold the requested documents.
- **No. 4-5**: Directs Plaintiff to documents produced by American Community Bank. Does not indicate whether Defendant will produce responsive documents.

### Nick Giordano

- **No. 1-2**: States Defendant is "not currently an owner of any defendant entities" and does not indicate whether they will produce responsive documents.
- **No. 3-6; 9-28; 31-33; 35-36; 38; 40-45; 47-52**: No basis to withhold the requested documents.