# EXHIBIT 3

| | |
|---|---|
| **From:** | Gibbs, J. Evan |
| **Sent:** | Monday, July 1, 2024 10:39 AM |
| **To:** | Nicole Koster; Michael Mule; Ken Novikoff; Michael N. Impellizeri; Robert Milman; Colleen O'Neil |
| **Cc:** | kmulry@FarrellFritz.com; Gorman, Daniel E.; Kent, Paris L.; Adler, Matt |
| **Subject:** | RE: Siteone Landscape Supply, LLC v. Giordano et al. / 2:23-cv-02084-GRB-SIL; Discovery Deficiencies |

Good morning –

As discussed during our meet and confer Friday, we agree to limit Interrogatory No. 7 to both Nick and Vic as follows:

> *Identify all sources of income greater than $1,000 (in the aggregate) from January 1, 2020 through the present from any Defendant in this action.*

This is in line with the proposed narrowing proposed by Mike I. during our call. For the avoidance of doubt, we are asking for *aggregated* amounts received from any Defendant. For example, if Don gave Nick $100 every month in 2023, we would expect Nick to identify those funds because the income received totals more than $1,000 in the aggregate.

Please provide all supplemental responses to SiteOne's interrogatories by Friday, July 12, 2024.

Also, please provide us with your availability for a meet and confer regarding Defendants' responses to SiteOne's RFPs. I propose we schedule a one-hour call this Wednesday afternoon to start working through them, although I of course realize some folks may be out of pocket for the Fourth. If Wednesday doesn't work, let's go ahead and schedule an hour on Monday and an hour on Tuesday next week (July 8 and 9).

Thank you all.

**J. Evan Gibbs**
**Partner**
**troutman** pepper
Direct: 404.885.3093 | Mobile: 229.425.3745 | Internal: 11-3093
evan.gibbs@troutman.com

---

**From:** Nicole Koster <NKoster@mllaborlaw.com>
**Sent:** Friday, June 28, 2024 3:22 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Michael Mule <MichaelMule@mllaborlaw.com>
**Cc:** Michael N. Impellizeri <Michael.Impellizeri@rivkin.com>; Ken Novikoff <Ken.Novikoff@rivkin.com>; Robert Milman <rob@mmmlaborlaw.com>; kmulry@FarrellFritz.com; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>; Colleen O'Neil <Colleen@mllaborlaw.com>
**Subject:** RE: Siteone Landscape Supply, LLC v. Giordano et al. / 2:23-cv-02084-GRB-SIL; Discovery Deficiencies

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Hi Evan,

We are not able to access the documents in this file. Could you please send a new link?

Thank you,

**Nicole M. Koster, Esq.**
**Milman Labuda Law Group PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
nkoster@mllaborlaw.com

---

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Sent:** Friday, June 28, 2024 3:00 PM
**To:** Michael Mule <MichaelMule@mllaborlaw.com>
**Cc:** Nicole Koster <NKoster@mllaborlaw.com>; Michael N. Impellizeri <Michael.Impellizeri@rivkin.com>; Ken Novikoff <Ken.Novikoff@rivkin.com>; Robert Milman <rob@mmmlaborlaw.com>; kmulry@FarrellFritz.com; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>; Colleen O'Neil <Colleen@mllaborlaw.com>
**Subject:** RE: Siteone Landscape Supply, LLC v. Giordano et al. / 2:23-cv-02084-GRB-SIL; Discovery Deficiencies

Mike –

As discussed during our call, here's a link which includes the additional documents from American Community Bank for Vic's account. The Bank is producing the records on a rolling basis, so I anticipate additional productions from them.

https://emerge.sharefile.com/d-s48599950187346bdaf4ff1d59244288c

Thank you.

**J. Evan Gibbs**
**Partner**
**troutman** pepper
Direct: 404.885.3093 | Mobile: 229.425.3745 | Internal: 11-3093
evan.gibbs@troutman.com

---

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Friday, June 28, 2024 2:30 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Cc:** Nicole Koster <NKoster@mllaborlaw.com>; Michael N. Impellizeri <Michael.Impellizeri@rivkin.com>; Ken Novikoff <Ken.Novikoff@rivkin.com>; Robert Milman <rob@mmmlaborlaw.com>; kmulry@FarrellFritz.com; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>; Colleen O'Neil <Colleen@mllaborlaw.com>

**Subject:** Siteone Landscape Supply, LLC v. Giordano et al. / 2:23-cv-02084-GRB-SIL; Discovery Deficiencies
**Importance:** High

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Please see the attached.

Michael C. Mulè, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michaelmule@mllaborlaw.com
516 303-1442 office
516 328-0082  fax

Note:  The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.  Thank you.

---

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.