**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Colleen O'Neil - Partner**
**Direct E-Mail Address: colleen@mllaborlaw.com**
**Direct Dial: (516) 303-1395**

September 3, 2024

**VIA ECF**
Hon. Steven I. Locke
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *SiteOne Landscape Supply, LLC v. Nicholas Giordano, et al.*
Case No.: 2:23-cv-2084-GRB-SIL

Dear Judge Locke,

As the Court is aware, we represent Defendants Dominick "Don" Caroleo, The Garden Dept. Corp, 3670 Route 112 LLC, and 9 4th St., LLC (the "Don Defendants"), in the above-referenced matter. We respectfully submit this letter, with the consent of Plaintiff, to request a three-day extension of the deadline to oppose Plaintiff's August 30, 2024 motion to quash two subpoenas served by the Don Defendants upon Wells Fargo Bank, N.A. and JP Morgan Chase Bank, N.A. (ECF No. 148).

Specifically, the Don Defendants seek an extension of the deadline to file from today, September 3, 2024 to Friday, September 6, 2024.

There is good cause for this request. Plaintiff filed its motion to quash this past Friday, August 30, 2024, under seal, and forwarded a copy of its motion to the Don Defendants later that same night, on the eve of the holiday weekend. In light of the Don Defendants' late receipt of a copy of the motion on the eve of the holiday weekend, the Don Defendants have not had an opportunity to review and respond to the motion before today. The requested extension will provide the time necessary for the Don Defendants to respond appropriately.

Plaintiff has consented to this request for an extension.

Thank you for your attention to this matter.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

/s/ Colleen O'Neil

cc: All counsel of record via ECF.