AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

SITEONE LANDSCAPE SUPPLY, LLC,
　　　　　　　　　　　　　　Plaintiff,
　v.
NICHOLAS GIORDANO; DOMINICK CAROLEO;
VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2
LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670
ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY
MANAGEMENT, LLC; AND NEWAY TRUCKING,
　　　　　　　　　　　　　　Defendants,

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:23-cv-02084

Notice is hereby given that, subject to approval by the court, __NICHOLAS GIORDANO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, GROUP 5 ASSOCIATES, LTD., SCAPES SUPPLY, LLC, NEWAY MANAGEMENT, LLC, and NEWAY TRUCKING__ substitute
(Party (s) Name)

__Michael C. Mulè__, State Bar No. __2725984__ as counsel of record in
(Name of New Attorney)

place of __Kenneth A. Novikoff and Michael N. Impellizeri (RIVKIN RADLER LLP)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | MILMAN LABUDA LAW GROUP PLLC |
| Address: | 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042 |
| Telephone: | (516) 328-8899　　Facsimile (516) 328-0082 |
| E-Mail (Optional): | michaelmule@mllaborlaw.com |

I consent to the above substitution.
Date:　　9/4/2024
　　　　　　　　　　　　　Victor Caroleo, on behalf of all Substituted Parties except Nicholas Giordano
　　　　　　　　　　　　　Nicholas Giordano
　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　　9/4/2024
　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　　9/4/2024
　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]