UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SITEONE LANDSCAPE SUPPLY, LLC,

                    Plaintiff,

    - against -

NICHOLAS GIORDANO, DOMINICK CAROLEO,
VICTOR CAROLEO, NARROW WAY REALTY,
LTD, NARROW WAY 2 LLC, THE GARDEN
DEPT. CORP, GROUP 5 ASSOCIATES, LTD, 3670
ROUTE 112 LLC, 9 4TH ST. LLC; SCAPES
SUPPLY, LLC, NEWAY MANAGEMENT, LLC,
AND NEWAY TRUCKING;

                    Defendants.
---------------------------------------------------------------X

Doc No.: 2:23-CV-02084-GRB-SIL

**NOTICE OF APPEARANCE OF COLLEEN O'NEIL, ESQ.
FOR DEFENDANTS NICHOLAS GIORDANO, VICTOR CAROLEO, NARROW WAY
REALTY, LTD, NARROW WAY 2 LLC, GROUP 5 ASSOCIATES, LTD, SCAPES
SUPPLY, LLC, NEWAY MANAGEMENT, LLC, and NEWAY TRUCKING**

    **PLEASE TAKE NOTICE** that Colleen O'Neil, Esq. hereby appears as counsel for Defendants Nicholas Giordano, Victor Caroleo, Narrow Way Realty, Ltd, Narrow Way 2 LLC, Group 5 Associates, Ltd, Scapes Supply, LLC, Neway Management, LLC, and Neway Trucking. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       September 12, 2024

                                            **MILMAN LABUDA LAW GROUP, PLLC**

                                            */s/ Colleen O'Neil*
                                            Colleen O'Neil, Esq.
                                            3000 Marcus Avenue, Suite 3W8
                                            Lake Success, NY 11042-1073
                                            (516) 328-8899 (office)
                                            (516) 303-1395 (direct dial)
                                            colleen@mllaborlaw.com