UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SITEONE LANDSCAPE SUPPLY, LLC,

                       Plaintiff,

        - against -

NICHOLAS GIORDANO; DOMINICK CAROLEO;
VICTOR CAROLEO; NARROW WAY REALTY,
LTD.; NARROW WAY 2 LLC; THE GARDEN
DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.;
3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES
SUPPLY, LLC; NEWAY MANAGEMENT, LLC;
AND NEWAY TRUCKING;

                       Defendants.
---------------------------------------------------------------X

Civil Action No.: 2:23-CV-02084-GRB-SIL

## NOTICE OF APPEARANCE OF MICHAEL C. MULÈ, ESQ. FOR DEFENDANTS NICHOLAS GIORDANO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, GROUP 5 ASSOCIATES, LTD., SCAPES SUPPLY, LLC, AND NEWAY MANAGEMENT, LLC

**PLEASE TAKE NOTICE** that Michael C. Mulè, Esq. hereby appears as counsel for Defendants Nicholas Giordano, Victor Caroleo, Narrow Way Realty, Ltd., Narrow Way 2 LLC, Group 5 Associates, Ltd., Scapes Supply, LLC, and Neway Management LLC (collectively, the "Vic Defendants"). I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       September 12, 2024

**MILMAN LABUDA LAW GROUP, PLLC**

/s Michael C. Mulè, Esq._____
Michael C. Mulè, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
michaelmule@mllaborlaw.com