# EXHIBIT C

Draft - Master Staff Report Chart for 9 applications received for 2023 Agricultural Districts Open Enrollment Period - NYS AML 303b Requests for inclusion of parcels into an Agricultural District

| Application No. | SBL | Landowner Name | Farm Name | Property Location | Hamlet | Subject Parcel Acreage | Enterprise Type | Operation Status | Duration of Subject Operation | Does the proposal involve an active commercial production operation? | Does the proposal involve an active commercial horse boarding operation and/or commercial equine operation? | Are there at least 7 acres and greater than $10,000 in annual gross sales? | Are there less than 7 acres and greater than $50,000 in annual gross sales? | Are at least 10 horses boarded/stabled? | Is at least 50% of the farmland in agricultural production and/or used in support of a commercial horse boarding and/or commercial equine operation? | Does 50% of the included land include Prime Soils and/or Soils of Statewide Significance? | Have the farmland development rights been purchased by a municipality or sold or held in-profit on part or all of the farmland? | Capital Improvements in Last 5 Years | Staff Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 0200 42400 0100 004000 | Narrow Way 2 LLC | Vic's Nursery East | Brookhaven | Middle Island | 5.5 | Horticulture crops (4.5 A.) | Proposed/Start-up | N/A Proposed/Start-up | Not currently. 5 year plan states the property will be cleared for the farming of nursery stock, including trees, bushes, shrubs, grasses, and flowers. Improvements such as small buildings for sales and greenhouses will be installed/constructed. | No | There are less than 7 acres, but currently is not generating sales because this is a proposed start-up. The applicant states that based upon past business operation at 166 Old County Road (similar farming operation), they project greater than $50,000 in annual gross sales once fully operating. | N/A | According to the applicant and propertyshark the parcel has been cleared. ~2.6 acres in the northern portion of the property are proposed for nursery stock, pottings, and crops. ~2.25 acres on the eastern portion is proposed to be designated for nursery stock greenhouses and pottings. Two 50'x100' greenhouses are proposed. The southeastern portion of the property for growing vegetables and potted plants. | Yes, 62.6% of soils are Prime Soils. | No | N/A proposed start-up. However, greater than $50,000 in capital improvements are proposed based upon past experience of the applicant based in connection with similar nursery. The applicant is anticipated, based upon past nursery operation by the applicant, to be approx. 2+ million annually | Comments were received from the Town of Brookhaven regarding this application. |
| 8 | 0200 65700 0200 002001 | Heiselbeck Road LLC | Vic's Nursery West | Brookhaven | Medford | 2.8 | Horticulture crops (ll.p.?) | Proposed/Start-up | N/A Proposed/Start-up | Not currently. 5 year plan states the property will be cleared for the farming of nursery stock, including trees, bushes, shrubs, grasses, and flowers. Improvements such as small buildings for sales and greenhouses will be installed/constructed. | No | There are greater than 7 acres, but currently is not generating sales because this is a proposed start-up. The applicant states that based upon past business operation at 166 Old County Road (similar farming operation), they project greater than $50,000 in annual gross sales once fully operating, as confirmed by the applicant via email on 4/13/23 in response to staff questions. | No | Not currently, as confirmed by the applicant via email on 4/13/23 in response to staff questions. | No, 43.42% of soils include Prime Soil. | No | N/A proposed start-up. However, greater than $50,000 in capital improvements are proposed based upon past experience of the applicant based in connection with similar nursery. The applicant is anticipated, based upon past nursery operation by the applicant, to be approx. 2+ million annually | Comments were received from the Town of Brookhaven regarding this application. |
| 9 | 0200 65700 0200 003001 | | | Brookhaven | | 2.4 | | | | | | | | | | | | | |
| | 0200 65700 0200 001001 | | | | | 4.7 | Horticulture crops (8.1 A.) | Proposed/Start-up | N/A Proposed/Start-up | Not currently. 5 year plan states the property will be cleared for the farming of nursery stock, including trees, bushes, shrubs, grasses, and flowers. Improvements such as small buildings for sales and greenhouses will be installed/constructed. | No | There are greater than 7 acres, but currently is not generating sales because this is a proposed start-up. The applicant states that based upon past business operation at 166 Old County Road (similar farming operation), they project greater than $50,000 in annual gross sales once fully operating, as confirmed by the applicant via email on 4/13/23 in response to staff questions. | N/A | Not currently, according to site plan received on 4/13/23 and staff review of this site. It is heavily wooded. Structures and responses to staff questions received via email on 4/13/23 indicate that 100% on the property will be used for nursery stock related operations. It also shows that ~1 acre on the south portion of the property will be used for the storage of farm supplies. ~5.4 acres in the middle portion of the property will be utilized for growing nursery stock, horticulture crops and plantings. On the western portion of the property, two 50'x150' greenhouses are proposed, one 75'x150' steel frame farm building for nursery stock storage, and open courses. | | No | N/A proposed start-up. | Comments were received from the Town of Brookhaven regarding this application. |

CONFIDENTIAL                SITEONE_00488882