### MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Colleen O'Neil - Partner**
**Direct E-Mail Address: colleen@mllaborlaw.com**
**Direct Dial: (516) 303-1395**

October 11, 2024

**VIA ECF**
Hon. Steven I. Locke
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *SiteOne Landscape Supply, LLC v. Nicholas Giordano, et al.*
               Case No.: 2:23-cv-2084-GRB-SIL

Dear Judge Locke,

     As the Court is aware, we represent the Defendants in the above-referenced matter. We respectfully submit this letter to request an extension of the deadline to oppose Plaintiff's letter motion to compel compliance with four third party subpoenas (ECF No. 171) to Friday, October 18, 2024.

     There is good cause for this request. Plaintiff filed its motion to compel late in the afternoon yesterday, thereby requiring Defendants, pursuant to this Court's individual rules, to file their opposition by Monday, October 14, 2024. However, due to pre-arranged travel plans of counsel for Defendants over this holiday weekend, as well as the need to prepare for oral argument before this Court on twelve pending motions on Tuesday, October 15, 2024, Defendants will not have sufficient time to devote to the present motion until after oral argument. The requested extension will provide the time necessary for Defendants to respond appropriately.

     This is Defendants' first request for an extension of this deadline. Plaintiff has consented to the request.

     We thank the Court for its attention to this matter.

Respectfully submitted,
**MILMAN LABUDA LAW GROUP PLLC**
/s/ Colleen O'Neil
Colleen O'Neil

cc: All counsel of record via ECF