**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

Author: Colleen O'Neil - Partner
Direct E-Mail Address: colleen@mllaborlaw.com
Direct Dial: (516) 303-1395

October 28, 2024

<u>**VIA ECF**</u>
Hon. Steven I. Locke
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *SiteOne Landscape Supply, LLC v. Nicholas Giordano, et al.*
             Case No.: 2:23-cv-2084-GRB-SIL

Dear Judge Locke,

    We represent all Defendants in the above-referenced matter. Based upon a conversation with chambers earlier today, it is our understanding that a transcript from the motion conference held before the Court on October 15, 2024 (ECF No. 178) may be available upon request to the Court. Accordingly, we write to respectfully request access to the October 15, 2024 transcript.

    Thank you for your attention to this request.

                              Respectfully submitted,

                              **MILMAN LABUDA LAW GROUP PLLC**

                              */s/ Colleen O'Neil*

cc: All counsel of record via ECF.