# EXHIBIT "A"

| | |
|---|---|
| **From:** | Michael Mule |
| **To:** | Gibbs, J. Evan; Kent, Paris L.; Adler, Matt; Gorman, Daniel E.; Mulry, Kevin P. |
| **Cc:** | James Orioli; Colleen O'Neil; Joseph Labuda; Robert Milman; Hope Devito; Kadeem Harper; Michael Mule |
| **Subject:** | SiteOne Landscape v. Giordano, et al.; Defendant"s Rolling Production #3 RE: Order 10/15/24 |
| **Date:** | Tuesday, November 19, 2024 2:07:51 PM |
| **Attachments:** | Final_Defendants_000194 - Defendants_000371.pdf<br>Defendants Entities.pdf<br>IT Vendor for Defendants.pdf |
| **Importance:** | High |

Evan,

Attached please find the first tranche of Defendants' rolling production #3 in response to the Order issued by Judge Locke dated 10/15/24 (the "Order"). The documents provided in this transmission satisfy the following items of the Order:

> #3 - Amount of business Scapes does
>
> #4 - Nick's bank account records for the period January 1, 2023 to May 31, 2023 (the Court Order erroneously states "2024" but you clearly sought 2023) relating to transactions with defendants.
>
> #5 - List of entities Don, Vic and Nick have had an interest.
>
> #6 - Scapes related documents
>
> #7 - Formation documents for Vic's entities
>
> #8 - Defendants' IT vendors

We intend to provide, by November 26, documents that satisfy the following items:

> #2 - Defendants communications to SiteOne employees about leaving SiteOne and coming to Scapes. Defendants' solicitations (if any) for the period of April and May 2023.
>
> #1 (partially satisfied) - electronic searches of documents and emails consistent with the search terms and call logs.

We have been making diligent efforts.  We will continue our efforts to provide the text message communications between the Defendants (item #1(b)) by the November 26 deadline.  However, since this calls for a manual review, it is, obviously, a laborious task. In addition, some personnel who were previously on this matter are no longer with the firm, and some will not be available starting early next week due to travel for the upcoming Thanksgiving Holiday.  Accordingly, we will be seeking a three-week extension, *e.g.*, for the text message production, to December 17, 2024.  Please advise if you will you consent to this request, so that we may advise the Court.  Thank you.

Sincerely,

Michael C. Mulè, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
<michaelmule@mllaborlaw.com>
516 303-1442 office
516 328-0082  fax

Note:  The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.  Thank you.