# EXHIBIT "B"

For searching in Nick's data:
- "Victor Caroleo"
- "Vic Caroleo"
- "Vic"
- "Don"
- "Donnie"
- "Donny"
- "631-484-3532" or "631.484.3532" or "6314843532"
- "stang5484@aol.com"
- "doncaroleo5484@gmail.com"
- "doncaroleo@gardendept.com"
- "631-484-3535" or "631.484.3535" or "6314843535"
- "victorcaroleo@aol.com"
- "victor@scapessupply.com"
- ("Dominick Caroleo" or "Don Caroleo" or "Don" or "Donny" or "Donnie") and ("wire" or "pay!" or "money" or "transfer")

For searching in Vic's Data:
- "Dad"
- "Son"
- "Donnie"
- "Donny"
- "631-484-3532" or "631.484.3532" or "6314843532"
- "stang5484@aol.com"
- "doncaroleo5484@gmail.com"
- "doncaroleo@gardendept.com"
- "Nicholas Giordano"
- "Nick"
- "Giordano"
- "Nick Giordano"
- "631-987-1525" or "631.987.1525" or "6319871525"
- "nick@scapessupply.com"
- "ngiordano31@gmail.com"

For searching in Don's data:
- "Nicholas Giordano"
- "Nick"
- "Giordano"
- "Nick Giordano"
- "631-987-1525" or "631.987.1525" or "6319871525"
- "nick@scapessupply.com"
- "ngiordano31@gmail.com"
- "Victor Caroleo"
- "Vic Caroleo"

- "Vic"
- "631-484-3535" or "631.484.3535" or "6314843535"
- "victorcaroleo@aol.com"
- "victor@scapessupply.com"

For searching in all Defendants' data:
- "Middle Island Road" or "38 Yaphank" or "Brookhaven"
- "Long Island Avenue" or "LI Ave" or "Long Island Ave" or "Yaphank"
- "Horseblock Road" or "Medford"
- "Casper"
- "Rose" or "Rosie"
- ("Security" or video* or camera*) and ("SiteOne" or "Coram")
- ("wire" or "pay!" or "money" or "transfer")
- "Damiano"
- "Janet"