# EXHIBIT "D"

| Search Term | Number of Hits | Hits w/ Family Members |
| --- | --- | --- |
| collection_source:("Nick - Email") AND "Victor Caroleo" | 878 | 3069 |
| collection_source:("Nick - Email") AND "Vic Caroleo" | 252 | 560 |
| collection_source:("Nick - Email") AND "Vic" | 678 | 3320 |
| collection_source:("Nick - Email") AND "Don" | 7105 | 10883 |
| collection_source:("Nick - Email") AND "Donnie" | 20 | 43 |
| collection_source:("Nick - Email") AND "Donny" | 6 | 6 |
| collection_source:("Nick - Email") AND ("631-484-3532" OR "631.484.3532" OR "6314843532") | 1 | 1 |
| collection_source:("Nick - Email") AND "stang5484@aol.com" | 0 | 0 |
| collection_source:("Nick - Email") AND "doncaroleo5484@gmail.com" | 146 | 187 |
| collection_source:("Nick - Email") AND "doncaroleo@gardendept.com" | 0 | 0 |
| collection_source:("Nick - Email") AND ("631-484-3535" OR "631.484.3535" OR "6314843535") | 95 | 213 |
| collection_source:("Nick - Email") AND "victorcaroleo@aol.com" | 602 | 2682 |
| collection_source:("Nick - Email") AND "victor@scapessupply.com" | 0 | 0 |
| collection_source:("Nick - Email") AND ("Dominick Caroleo" or "Don Caroleo" or "Don" or "Donny" or "Donnie") and ("wire" or pay* or "money" or "transfer") | 4035 | 4508 |
| collection_source:("Vic - Email") AND "Dad" | 0 | 0 |
| collection_source:("Vic - Email") AND "Son" | 0 | 0 |
| collection_source:("Vic - Email") AND "Donnie" | 0 | 0 |
| collection_source:("Vic - Email") AND "Donny" | 0 | 0 |
| collection_source:("Vic - Email") AND ("631-484-3532" OR "631.484.3532" OR "6314843532") | 0 | 0 |
| collection_source:("Vic - Email") AND "stang5484@aol.com" | 0 | 0 |
| collection_source:("Vic - Email") AND "doncaroleo5484@gmail.com" | 0 | 0 |
| collection_source:("Vic - Email") AND "doncaroleo@gardendept.com" | 0 | 0 |
| collection_source:("Vic - Email") AND "Nicholas Giordano" | 0 | 0 |
| collection_source:("Vic - Email") AND "Nick" | 0 | 0 |
| collection_source:("Vic - Email") AND "Giordano" | 0 | 0 |
| collection_source:("Vic - Email") AND "Nick Giordano" | 0 | 0 |
| collection_source:("Vic - Email") AND ("631-987-1525" OR "631.987.1525" OR "6319871525") | 0 | 0 |
| collection_source:("Vic - Email") AND "nick@scapessupply.com" | 0 | 0 |
| collection_source:("Vic - Email") AND "ngiordano31@gmail.com" | 0 | 0 |
| collection_source:("Don - Email") AND "Nicholas Giordano" | 451 | 744 |
| collection_source:("Don - Email") AND "Nick" | 627 | 1062 |
| collection_source:("Don - Email") AND "Giordano" | 1197 | 1632 |
| collection_source:("Don - Email") AND "Nick Giordano" | 168 | 307 |
| collection_source:("Don - Email") AND ("631-987-1525" OR "631.987.1525" OR "6319871525") | 28 | 39 |
| collection_source:("Don - Email") AND "nick@scapessupply.com" | 55 | 71 |
| collection_source:("Don - Email") AND "ngiordano31@gmail.com" | 73 | 145 |
| collection_source:("Don - Email") AND "Victor Caroleo" | 1498 | 2411 |
| collection_source:("Don - Email") AND "Vic Caroleo" | 474 | 870 |
| collection_source:("Don - Email") AND "Vic" | 1256 | 1880 |
| collection_source:("Don - Email") AND ("631-484-3535" OR "631.484.3535" OR "6314843535") | 102 | 205 |
| collection_source:("Don - Email") AND "victorcaroleo@aol.com" | 649 | 852 |
| collection_source:("Don - Email") AND "victor@scapessupply.com" | 0 | 0 |
| collection_source:("Don - Email" OR "Nick - Email" OR "Vic - Email" OR "Sales - Email" OR "Accounting - Email") AND ("Middle Island Road" or "38 Yaphank" or "Brookhaven") | 996 | 1728 |
| collection_source:("Don - Email" OR "Nick - Email" OR "Vic - Email" OR "Sales - Email" OR "Accounting - Email") AND ("Long Island Avenue" or "LI Ave" or "Long Island Ave" or "Yaphar | 13367 | 18773 |
| collection_source:("Don - Email" OR "Nick - Email" OR "Vic - Email" OR "Sales - Email" OR "Accounting - Email") AND ("Horseblock Road" or "Medford") | 1529 | 2349 |
| collection_source:("Don - Email" OR "Nick - Email" OR "Vic - Email" OR "Sales - Email" OR "Accounting - Email") AND "Casper" | 332 | 621 |
| collection_source:("Don - Email" OR "Nick - Email" OR "Vic - Email" OR "Sales - Email" OR "Accounting - Email") AND ("Rose" or "Rosie") | 3007 | 5670 |
| collection_source:("Don - Email" OR "Nick - Email" OR "Vic - Email" OR "Sales - Email" OR "Accounting - Email") AND ("Security" or video* or camera*) and ("SiteOne" or "Coram") | 1131 | 2452 |
| collection_source:("Don - Email" OR "Nick - Email" OR "Vic - Email" OR "Sales - Email" OR "Accounting - Email") AND ("wire" or pay* or "money" or "transfer") | 39049 | 49864 |
| collection_source:("Don - Email" OR "Nick - Email" OR "Vic - Email" OR "Sales - Email" OR "Accounting - Email") AND "Damiano" | 209 | 248 |
| collection_source:("Don - Email" OR "Nick - Email" OR "Vic - Email" OR "Sales - Email" OR "Accounting - Email") AND "Janet" | 365 | 2611 |