# Exhibit "A"

# Advanced Report

| Display Name | Nick Giordano |
|---|---|

## Messaging

| Name | Number of Threads | Number of Messages | Number of Deleted Messages | Number of Edited Messages | Number of Unread Messages | Number of Scheduled Messages | Number of Attachments | Earliest Date | Newest Date |
|---|---|---|---|---|---|---|---|---|---|
| Messages (iOS) | 1206 | 151952 | 2 | 224 | 429 | 0 | 19258 / 19261 | 2020-11-04 13:16:26 | 2024-10-21 15:50:01 |
| Subtotal | 1206 | 151952 | 2 | 224 | 429 | 0 | 19258 / 19261 | | |

## OS Data

| Name | Total | Number of Incoming | Number of Outgoing | Earliest Date | Newest Date |
|---|---|---|---|---|---|
| iOS Contacts | 7822 | | | | |
| Installed Apps | 69 | | | | |
| iOS Calls | 2149 | 1101 | 1048 | 2023-04-26 12:02:53 | 2024-10-21 15:51:35 |
| Subtotal | 10040 | 1101 | 1048 | | |

## Multimedia / Other

| Name | Total |
|---|---|
| Subtotal | 0 |