| RFP No. | Demand | Response |
|---|---|---|
| 20 | All documents and concerning your allegations as set forth in ¶ 21 of the Complaint that "SiteOne is the largest full product line supplies of wholesale goods for landscaping professionals in the United States and Canada." | will produce, if any |
| 64 | All documents concerning any systems, policies, procedures, or protocols implementing different levels of employee access to your trade secrets, confidential information, and proprietary information. | will produce, if any |
| 68 | All documents concerning the economic value or competitive advantage realized by SiteOne from the secrecy or non-disclosure of the trade secrets, confidential information, and proprietary information which you contend were misappropriated by the Defendants. | will produce, if any |
| 81 | All documents concerning any computer used by any of Defendants while employed by SiteOne, including SiteOne's ownership, use and cataloguing of any such computer. | will produce, if any |
| 90 | All documents concerning alleged damages resulting from Nick and Don's purported access of SiteOne's computer system or security camera systems. | will produce, if any |
| 92 | All documents concerning SiteOne's ability to access or restrict access to the website address: http://www.lccsny.com/gdweb/SalesMobilev2.aspx. | will produce, if any |
| 100 | As to each Defendant, all documents supporting the claims that Defendants knowingly induced or participated in a breach of fiduciary duty. | will produce, if any |
| 101 | All documents supporting Plaintiff's claim for damages for aiding and abetting breach of fiduciary duty. | will produce, if any |
| 102 | As to each Defendant, all documents and communications supporting Plaintiff's claims that Defendants entered into an agreement in furtherance of an alleged civil conspiracy against SiteOne. | will produce, if any |
| 103 | All documents supporting Plaintiff's claim for damages for civil conspiracy. | will produce, if any |
| 111 | All documents reflecting business plans and/or strategies concerning the acquisition by SiteOne of Garden Dept. | will produce, if any |
| 114 | All documents reflecting economic forecasts and/or projections for SiteOne Speonk, SiteOne Coram and SiteOne Dix Hills, respectively, created and/or generated prior to the acquisition by SiteOne of Garden Dept. | will produce, if any |
| 115 | All documents reflecting economic forecasts and/or projections for the SiteOne Speonk, SiteOne Coram and SiteOne Dix Hills, respectively, created and/or generated subsequent to the acquisition by SiteOne of Garden Dept. | will produce, if any |
| 116 | All documents concerning SiteOne's investigation concerning the claims for relief asserted in this action relative to each of the Defendants. | will produce, if any |
| 117 | All documents containing or referencing non-privileged communications that in any way relate to the facts alleged in any of the pleadings filed in this action. | will produce, if any |