Troutman Pepper Locke LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

troutman.com

March 9, 2025

Magistrate Judge Steven Locke
Eastern District Court New York
100 Federal Plaza, Room 820
Central Islip, New York 11722

Re:   *SiteOne Landscape Supply, LLC v. Giordano, et al.*
      Civil Action No. 2:23-cv-02084-GRB-SL

Dear Judge Locke:

This firm is counsel to Plaintiff SiteOne Landscape Supply, LLC ("SiteOne"). SiteOne respectfully writes to request (1) a one-day extension of the deadline to oppose Defendants' motion to compel filed March 7, 2025 (ECF No. 193) (the "Motion); and (ii) permission to file a response to the Motion of up to five pages, as opposed to three pages as set forth in Your Honor's Individual Motion Practices Rule 4(A)(i).

With respect to the one-day extension, Defendants filed their Motion on a Friday afternoon at 4:57 p.m. Concurrently due briefing in other cases and family obligations prevented the undersigned from being able to work on the response to any significant degree over the weekend. Given the number of issues to be addressed and the fact that this Motion will presumably not be heard until the currently scheduled status conference with the Court on March 26, SiteOne asks for one extra day for the filing of its response, making the response due March 12. Defendants do not oppose the requested one-day extension.

With respect to the two extra pages for the response, there are multiple issues to be addressed which have been the subject of extensive meet-and-confer efforts and briefing since July 2024. The Motion itself SiteOne will make every effort at brevity to keep the response as succinct as possible. SiteOne asks for the additional pages out of an abundance of caution to ensure the issues are fully addressed. Defendants oppose the requested two additional pages.[1]

We thank Your Honor for your consideration and attention to this matter.

Respectfully submitted,

J. Evan Gibbs III

---

[1] It is odd that Defendants oppose this request since Defendants regularly exceed the page limit in their responses without seeking leave. *See, e.g.*, ECF Nos. 188, 177, 174, 173, etc.