# EXHIBIT 1

| | |
|---|---|
| **From:** | Colleen O'Neil <Colleen@mllaborlaw.com> |
| **Sent:** | Friday, March 7, 2025 10:44 PM |
| **To:** | Gorman, Daniel E.; Michael Mule; Joseph Labuda; Robert Milman |
| **Cc:** | Adler, Matt; Mulry, Kevin P.; Kent, Paris L.; Gibbs, J. Evan |
| **Subject:** | Re: SiteOne Landscape Supply, LLC v. Giordano et al. (23-cv-02084) - Notice of Service of Subpoena |

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Great detective work, Dan! Is that how you put the complaint together also?

Looking forward to speaking with you on Monday.

Get Outlook for iOS

---

**From:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>
**Sent:** Friday, March 7, 2025 10:17:39 PM
**To:** Colleen O'Neil <Colleen@mllaborlaw.com>; Michael Mule <MichaelMule@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; Robert Milman <rob@mmmlaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>; Kent, Paris L. <Paris.Kent@troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Subject:** RE: SiteOne Landscape Supply, LLC v. Giordano et al. (23-cv-02084) - Notice of Service of Subpoena

Colleen:

We will revert with a time to meet and confer on Monday.

It is 100% clear that Don retained the vendors, and at a minimum WeRecoverData, as your firm represented to the Court in a letter dated January 28, 2025 that "Don voluntarily commissioned WeRecoverData…" which Don purportedly undertook as a "belt and suspenders" (ECF Doc 188). You further represented to the Court that "At Don's request, WRD prepared a hard drive… thereafter, were forwarded to this firm…" (Id.) If your firm retained WeRecoverData, why did you "briefly review" them and put them "in the file for later" without ever seeing that WeRecoverData did absolutely nothing to preserve this critical evidence? It also begs the obvious question of how your firm permitted Don to then destroy the cell phone all together.

That being said, and to facilitate our discussion on Monday and have a productive call, please immediately send us all engagement letters, retainers, or correspondence evidencing the engagement, between your firm and NextPoint, WeRecoverData, and MRD Services (who we plan to subpoena on Monday), including for the purpose of understand the services provided to your firm by each. *See e.g., Pegaso Dev. Inc. v. Moriah Educ. Mgmt. LP*, No. 19-CV-7787, 2022 WL 1306571, at *3 (S.D.N.Y. May 2, 2022).

Thank you,
Daniel

1

**Daniel E. Gorman\***
**Partner**
**troutman pepper locke**
Direct: 212.704.6333
daniel.gorman@troutman.com

*Licensed to practice law in New York and New Jersey.

---

**From:** Colleen O'Neil <Colleen@mllaborlaw.com>
**Sent:** Friday, March 7, 2025 9:56 PM
**To:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Michael Mule <MichaelMule@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; Robert Milman <rob@mmmlaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>; Kent, Paris L. <Paris.Kent@troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Subject:** RE: SiteOne Landscape Supply, LLC v. Giordano et al. (23-cv-02084) - Notice of Service of Subpoena

---

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Dan –

I'm not sure why you think it is "abundantly clear that these 'vendors' were retained by Don . . . without counsel's involvement." In fact, that is not accurate. Both WeRecoverData and Nextpoint were retained by counsel. Your subpoenas seek privileged communications and work product.

Please confirm that you will withdraw your subpoenas. Otherwise, provide your availability to meet and confer on Monday.

Also, if you do not agree to withdraw your subpoenas, please advise both NextPoint and WeRecoverData to hold off on production until there is a resolution to our objection.

Thank you
Colleen

---

**From:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>
**Sent:** Friday, February 28, 2025 12:39 PM
**To:** Michael Mule <MichaelMule@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; Robert Milman <rob@mmmlaborlaw.com>; Colleen O'Neil <Colleen@mmmlaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>; Kent, Paris L. <Paris.Kent@troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Subject:** RE: SiteOne Landscape Supply, LLC v. Giordano et al. (23-cv-02084) - Notice of Service of Subpoena

Hi Mike,

Please detail your objections in writing.  After the hearing, it is now abundantly clear that these "vendors" were retained by Don and botched the backup of his cell phone without counsel's involvement.  Even worse, this is *after* Don failed to preserve the evidence.  The information sought is 100% relevant to the intentional spoliation of critical evidence.

We are happy to have a call once we understand the purported objections, so that we can have a productive call.

Thank you,
Dan

**Daniel E. Gorman***
**Partner**
**troutman pepper locke**
Direct: 212.704.6333
daniel.gorman@troutman.com

*Licensed to practice law in New York and New Jersey.

---

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Friday, February 28, 2025 12:15 PM
**To:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Joseph Labuda <joe@mllaborlaw.com>; Robert Milman <rob@mmmlaborlaw.com>; Colleen O'Neil <Colleen@mmmlaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>; Kent, Paris L. <Paris.Kent@troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Michael Mule <MichaelMule@mllaborlaw.com>
**Subject:** RE: SiteOne Landscape Supply, LLC v. Giordano et al. (23-cv-02084) - Notice of Service of Subpoena

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

We request SiteOne to withdraw the subpoenas on NextPoint and WeRecoverData to avoid motion practice to quash those subpoenas. Please advise when you are available for a meet and confer on these issues. Thanks.

Michael C. Mulè, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michaelmule@mllaborlaw.com
516 303-1442 office
516 328-0082  fax

Note:  The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.  Thank you.

---

**From:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>
**Sent:** Tuesday, February 25, 2025 10:27 PM
**To:** Michael Mule <MichaelMule@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; Robert Milman <rob@mmmlaborlaw.com>; Colleen O'Neil <Colleen@mmmlaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>; Kent, Paris L.

<Paris.Kent@troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Subject:** SiteOne Landscape Supply, LLC v. Giordano et al. (23-cv-02084) - Notice of Service of Subpoena

Mike:

Please see attached notice of service of subpoenas.

Regards,
Daniel

**Daniel E. Gorman***
**Partner**
**troutman pepper locke**
Direct: 212.704.6333
daniel.gorman@troutman.com

*Licensed to practice law in New York and New Jersey.

---

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.