AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC <br> *Plaintiff* <br> v. <br> GIORDANO, ET AL. <br> *Defendant* | Case No. 2:23-CV-02084 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dominick Caroleo, The Garden Dept. Corp., 3670 Route 112 LLC, 9 4th Street LLC.

Date: 03/26/2025

*Attorney's signature*

Thomas A. Bizzaro, Jr., Esq. (TB1201)
*Printed name and bar number*
Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743

*Address*

tbizzaro@tab-law.com
*E-mail address*

(631) 380-3297
*Telephone number*

*FAX number*