| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: STEVEN I. LOCKE                                                          DATE:  3/26/25
             U.S. MAGISTRATE JUDGE                                              TIME:  2:30 pm

CASE:  **CV 23-2084(GRB) Siteone Landscape Supply, LLC v. Giordano et al**
TYPE OF CONFERENCE:       MOTION        FTR: 2:37-3:07;3:10-4:24;4:51-4:58;5:00-5:07
APPEARANCES:
    For Plaintiff:    Evan Gibbs, Kevin Mulry and Matthew Adler

    For Defendant: Michael Mule, Robert Milman and Thomas Bizzaro

**THE FOLLOWING RULINGS WERE MADE:**

☒    Other: Oral argument held.  Plaintiff's motion to compel, DE [199], is granted for the reasons set forth on the record.  The depositions will occur no later than May 2, 2025.

Plaintiff's motion to compel. DE [198], is granted for the reasons set forth on the record.

Defendants' motion to quash, DE [195], is denied for the reasons set forth on the record, provided, that once Plaintiff receives the responsive documents, Plaintiff will confirm what they are and then provide them to Defendants so that Defendants may assert a work product objection to specific documents on a log.  The log will be provided to Plaintiff and the log and the documents will be provided to the Court for in camera review.

As to Defendants' motion to compel, DE [193], incorporating DE [189], the motion is granted in part and denied in part.  No later than April 2, 2025, Defendants will provide Plaintiff with a four-month windows as to texts and another four-month window for emails to conduct searches of the seven custodians addressed on the record in addition to the three custodians for whom emails have already been produced consistent with the search terms identified in DE [189-8] (a total of ten witnesses.)   Each search as to texts may be for a different four-month period designated by Defendants.  Also, the total search hits for each search will be produced as well as the responsive texts.  The hit count for text searches will be provided by each side including for prior searches.  As to emails, the searches will also include additional custodians Brian Hoffman, Anthony Ferrante and Taylor Koch.  Plaintiff will then make a production of the responsive information, and if it proves to be relevant to Defendants' theory of the case, they can make an application to expand the window of time for the search, after the parties meet and confer on the issues.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

        6/12/25 at 10:00 am            : Status conference

                                                                **SO ORDERED**
                                                                 /s/Steven I. Locke
                                                                STEVEN I. LOCKE
                                                                United States Magistrate Judge