Troutman Pepper Locke LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308



Magistrate Judge Steven Locke                                             April 10, 2025

**Re:**   *SiteOne Landscape Supply, LLC v. Giordano, et al.* **(Case No. 2:23-CV-02084)**
          **Joint Motion for Entry of Forensic Protocol**

Dear Judge Locke:

    Pursuant to the Court's Orders of February 10, 2025 [ECF No. 190] and March 26, 2025 [ECF No. 203], the parties jointly submit the Forensic Protocol attached hereto as Exhibit 1 for entry by the Court. The parties have agreed that the negotiated Forensic Protocol shall govern the forensic examinations of the Defendants' phones as ordered by the Court on February 10 and March 26.

    Thank you.

| **Attorneys for Plaintiff** | **Attorneys for Defendants** |
|---|---|
| /s/ *John S. Gibbs III* | /s/ *Michael C. Mulè* |
| John S. Gibbs III | Michael C. Mulè |
| | |
| TROUTMAN PEPPER LOCKE LLP | MILMAN LABUDA LAW GROUP PLLC |
| Daniel E. Gorman | Michael C. Mulè |
| Matthew H. Adler (admitted PHV) | Joseph Labuda |
| John S. Gibbs III (admitted PHV) | 3000 Marcus Avenue |
| 875 Third Ave. | Suite 3W8 |
| Suite 1700 | Lake Success, New York 11042 |
| New York, NY 10022 | |
| | LAW OFFICES OF THOMAS A. BIZZARO, JR., P.C. |
| FARRELL FRITZ P.C. | Thomas A. Bizzaro |
| Kevin P. Mulry | 7 High Street |
| 400 RXR Plaza | Suite 300 |
| Uniondale, NY 11556 | Huntington, New York 11743 |