**Outlook**

## SiteOne v. Giordano et al

**From** Michael Mule <MichaelMule@mllaborlaw.com>
**Date** Wed 4/19/2023 8:08 PM
**To** Don Caroleo <doncaroleo5484@gmail.com>
**Cc** Michael Mule <MichaelMule@mllaborlaw.com>; Robert Milman <rob@mmmlaborlaw.com>

ATTORNEY CLIENT // ATTORNEY WORK PRODUCT
PRIVILEGED COMMUNICATION
Don,

[REDACTED] you advised that your phone was damaged at the Yankee game last week. [REDACTED] As we advised you last week, please preserve the phone you dropped.

[REDACTED]

Best regards,
Mike

Michael C. Mulè, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michaelmule@mllaborlaw.com
516 303-1442 office
516 328-0082 fax

Note: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

Defendants_002224