**From** Michael Mule <MichaelMule@mllaborlaw.com>

**Date** Fri 7/14/2023 10:42 AM

**To** Don Caroleo <doncaroleo5484@gmail.com>

**Cc** Michael Mule <MichaelMule@mllaborlaw.com>; Robert Milman <rob@mmmlaborlaw.com>

**Don,**

████████████████████████████████████████████████████████████ don't restore to factory settings.  Find out when Werecoverdata can look at the phone and create a forensic copy right away.

**Thanks,**
**Mike**

Defendants_002223