| | |
|---|---|
| **From:** | Colleen O'Neil |
| **To:** | VICTOR CAROLEO; Don Caroleo; Nick Giordano |
| **Cc:** | Joseph Labuda; Michael Mule; James Orioli |
| **Subject:** | SiteOne v. Giordano - IMPORTANT |
| **Date:** | Thursday, February 6, 2025 7:08:43 PM |
| **Importance:** | High |

Vic, Don, and Nick -

███████████████████████████████████████████████
███████████████████████ I want to take this opportunity to reinforce that

**<u>it is of utmost importance that absolutely no texts get deleted from any of your phones from now until the end of this case</u>**.

Thank you

Colleen

_____

Colleen O'Neil - Partner
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
Telephone Direct: (516) 303-1395
Telephone Office: (516) 328-8899
Fax: (516) 328-0082

This information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and the enclosed documents in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately.  Thank you.

Defendants_002225