| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: STEVEN I. LOCKE   　　　　　　　　　　　　　　DATE: 6/12/25
　　　　U.S. MAGISTRATE JUDGE   　　　　　　　　　　　　TIME: 10:00 am

CASE: **CV 23-2084(GRB) Siteone Landscape Supply, LLC v. Giordano et al**
TYPE OF CONFERENCE:   MOTION　　　　　　　FTR: 10:01-10:36

APPEARANCES:
　　　　For Plaintiff:   Evan Gibbs and Kevin Mulry

　　　　For Defendant: Michael Mule
　　　　　　　　　　　Thomas Bizzaro Jr.

**THE FOLLOWING RULINGS WERE MADE:**

☒　ORDER: Oral argument held. Plaintiff's motion to compel directed to non-party, NextPoint, is denied without prejudice to be renewed upon service to NextPoint, with service indicated on the docket. The motion will be served on June 19, 2025. Opposition, if any, will be served by NextPoint, on July 9, 2025. Reply will be served on July 19, 2025. Plaintiff will file all the motion papers on July 20, 2025 and provide a courtesy copy to the Court. Defendant takes no position on this motion.

　　　　DE [207] is withdrawn. Defendant will take IT-retention depositions. These will be completed on or before July 24, 2025.
　　　　DE [210] is granted. Plaintiff's remaining documents will be produced by June 30, 2025.
　　　　DE [212] is granted. The Court is reviewing the documents, which have already been submitted.
　　　　DE [213] is granted. Plaintiff will produce the names and home contact information for the following individuals: Gerard Passaro, Kevin Peattie and Alex Trauma so that they may be served with subpoenas at their homes. The subpoenas will be directed to cell phone access. Plaintiff will provide this information no later than June 19, 2025. Plaintiff's counsel will also provide a copy of this order to these individuals.

　　　　On July 10, 2025 the parties will file a joint status report concerning merits depositions, including the identities of individuals to be deposed and a schedule.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

　　　　9/29/25 at 12:00 pm　　　　　: Status conference

　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　　United States Magistrate Judge