UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Siteone Landscape Supply, LLC**

CIVIL ACTION NO.: 2:23-CV-02084-GRB-SL

*Plaintiff*

vs

**Nicholas Giordano; et al.,**

*Defendant*

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Arizona,

That on **06/23/2025** at **1:35 PM** at **3260 N. Hayden Road #210, Scottsdale, AZ 85251**

I served a(n) **Cover Letter Dated June 19, 2025, with Exhibit A - Renewed Motion to Compel Production of Documents to NextPoint Law Group LLC, Exhibit 1 - Cover Letter Dated April 9, 2025, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Exhibits A to C, and Exhibits 1 to 2 with Exhibits A to B**

on **NextPoint Law Group LLC c/o Corporate Creations Network Inc., Registered Agent**,

by delivering thereat a true copy of each to **Jasmine Monteith, Office Specialist** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Female
Race: White
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other:

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/27/2025

John Harder
MC-9064