UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Siteone Landscape Supply, LLC

CIVIL ACTION NO.: 2:23-CV-02084-GRB-SL

*Plaintiff*

vs

Nicholas Giordano; et al.,

*Defendant*

## PROOF OF DELIVERY

I am not a party herein, am over 18 years of age and reside in the state of Arizona,

That on **06/20/2025** at **11:43 AM** at **2375 E. Camelback Road, Suite 600, Phoenix, AZ 85016**

I delivered a(n) **Cover Letter Dated June 19, 2025 with Exhibit A - Renewed Motion to Compel Production of Documents to NextPoint Law Group LLC, Exhibit 1 - Cover Letter Dated April 9, 2025, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Exhibits A to C, and Exhibits 1 to 2 with Exhibits A to B**

To **NextPoint Law Group LLC, Attn: Anand Matthew**, by leaving one set of the above said documents with **Pam "Doe"** (did not provide last name), receptionist at Regus Virtual Office personally.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6.27.25

Ryan Sotelo