UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC,<br><br>                                Plaintiff,<br><br>v.<br><br>NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING,<br><br>                                Defendants. | Civil Action No.: 2:23-cv-02084-GRB-SL |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 19th day of June 2025, I caused a true and correct copy of Plaintiff SiteOne Landscape Supply, LLC's ("SiteOne") Renewed Motion to Compel Production of Documents to NextPoint Law Group, LLC ("NLG") to be served via electronic mail to counsel for NLG at the following electronic mail address: amathew@nextpointlawgroup.com; and on the 18th day of July 2025, I caused a true and correct copy of SiteOne's Reply in Further Support of Renewed Motion to Compel Production of Documents to NLG to be served via electronic mail to counsel for NLG at the following electronic mail address: amathew@nextpointlawgroup.com.

Dated: July 18, 2025

                TROUTMAN PEPPER LOCKE LLP

                /s/ J. Evan Gibbs III
                _____
                J. Evan Gibbs III
                600 Peachtree Street NE,
                Suite 3000
                Atlanta, GA 30308
                Telephone: (404) 885-3093
                Email: evan.gibbs@troutman.com