# EXHIBIT "B"

| | |
|---|---|
| **From:** | Thomas A. Bizzaro, Jr. |
| **To:** | Gibbs, J. Evan; Michael Mule; Adler, Matt; Gorman, Daniel E. |
| **Cc:** | George Peters |
| **Subject:** | Re: SiteOne v. Giordano,et al. |
| **Date:** | Thursday, June 19, 2025 9:43:59 AM |

Evan -

Considering these are limited scope depositions, I do not believe it is necessary to do these in person. Virtual is fine.

But, to confirm, I would like to start with the Director/Head of SiteOne IT - not just an IT person who know about the litigation holds. I would like the head of the department. Please provide the name and title of that individual.

As far as scheduling, please provide the IT Head and Black's availability for depositions the week of June 30th.

Lastly, I can confirm that we would like to depose, Kevin Peattie, in person, at Millman Labuda's office,   Kindly provide his availability the week of June 30th as well.

Thank you.

**Thomas A. Bizzaro, Jr., Esq.**
 Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
tbizzaro@tab-law.com
www.TAB-LAW.com

---

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Sent:** Monday, June 16, 2025 9:52 PM
**To:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Cc:** Michael Mule <michaelmule@mllaborlaw.com>; George Peters <gpeters@tab-law.com>
**Subject:** RE: SiteOne v. Giordano,et al.

Tom –

We're fine working with you to schedule these depositions. As we touched on at the hearing, Doug Black is in the Atlanta area and, because the company is HQ'd here, I

anticipate the IT representative will also be in the Atlanta area. Are you planning to take these two depositions remotely or in person? If in person, are you planning to come to Atlanta for the depositions? I ask because this will probably impact the scheduling of the depositions.

Thank you.

**J. Evan Gibbs**
**Partner**
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Sent:** Monday, June 16, 2025 1:49 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Cc:** Michael Mule <michaelmule@mllaborlaw.com>; George Peters <gpeters@tab-law.com>
**Subject:** SiteOne v. Giordano,et al.

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Evan -

We would like to move forward with scheduling the document retention depositions. I will speak with Mike M. and we will put together a complete list of the custodians we want to initially depose.

In the interim, would you kindly provide proposed dates for the depositions of a witness from the SiteOne IT department, who has knowledge of the litigation hold in this lawsuit, as well as Douglas Black. Since we know at this time we want to depose these two witnesses, let's move forward with scheduling those while we select the remaining. Thank you.

Best,

**Thomas A. Bizzaro, Jr., Esq.**
 Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
tbizzaro@tab-law.com

**[www.TAB-LAW.com](www.TAB-LAW.com)**

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.

Wednesday, July 16, 2025 at 12:53:20 PM Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Re: SiteOne v. Narrow Way et. al. (Index No.: 616315/2024) |
| **Date:** | Monday, June 30, 2025 at 1:36:35 PM Eastern Daylight Time |
| **From:** | Thomas A. Bizzaro, Jr. |
| **To:** | Gibbs, J. Evan, Gorman, Daniel E., Kent, Paris L., Michael Mule |
| **CC:** | Adler, Matt, Mulry, Kevin P. |
| **Attachments:** | image001.png |

I can probably make 7.10 work.  Mike Mule?

**Thomas A. Bizzaro, Jr., Esq.**



Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
tbizzaro@tab-law.com
www.TAB-LAW.com

---

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Date:** Monday, June 30, 2025 at 11:00 AM
**To:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>, Gorman, Daniel E. <Daniel.Gorman@troutman.com>, Kent, Paris L. <Paris.Kent@troutman.com>, Michael Mule <MichaelMule@mllaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@troutman.com>, Mulry, Kevin P. <kmulry@FarrellFritz.com>
**Subject:** RE: SiteOne v. Narrow Way et. al. (Index No.: 616315/2024)

Tom –

On the depositions, I'm hoping to have confirmation today for Doug Black for July 11. He/his team have been traveling. Does the afternoon of July 10 work for you for David Black's remote deposition?

I will follow up with you shortly on the availability of Kevin Peattie and Gerard Passaro.

Thank you.

**J. Evan Gibbs**
**Partner**
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Sent:** Monday, June 30, 2025 10:53 AM
**To:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>; Michael Mule <michaelmule@mllaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>
**Subject:** Re: SiteOne v. Narrow Way et. al. (Index No.: 616315/2024)

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Hi Dan-

Apologies for the delay. I hope you and your family are safe and out of Israel.

I've had three different sets of motion papers on unrelated matters that were due over the last week and a half. The final set is due by midnight tomorrow.

I don't necessarily believe there is a need to discuss as we may not have an issue with what you propose.

Let me take a look at it in a short while and I will get back to you with our comments.


Evan,

On another note, when do you expect to be able to confirm Doug Black's document retention depositions for the afternoon of July 11, 2025?

Additionally, when are Peattie and Passaro available for their respective depositions? Once these are scheduled and confirmed, we can provide the names of the other custodians we would like to depose. Magistrate Locke's order says 7.15.2025 for completion of the custodians' depositions.

Lastly, based upon your representations, my clients agree to start with the deposition of David Black, as opposed to the head of IT. Of course, My clients reserve their rights for an additional deposition of an IT witness should Mr. Black not have sufficient information.

We can also discuss this in the afternoon if needed. Thanks all.

Best,

**Thomas A. Bizzaro, Jr., Esq.**
 Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
[tbizzaro@tab-law.com](mailto:tbizzaro@tab-law.com)
[www.TAB-LAW.com](http://www.TAB-LAW.com)

---

**From:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>
**Sent:** Monday, June 30, 2025 10:43 AM
**To:** Kent, Paris L. <Paris.Kent@troutman.com>; Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>; Michael Mule <michaelmule@mllaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>
**Subject:** RE: SiteOne v. Narrow Way et. al. (Index No.: 616315/2024)

Tom –

We need to get this squared away.  Please let me know your availability to speak today or tomorrow.

Thanks,
Dan

**Daniel E. Gorman\***
**Partner**
**troutman pepper locke**
Direct: 212.704.6333
[daniel.gorman@troutman.com](mailto:daniel.gorman@troutman.com)

\*Licensed to practice law in New York and New Jersey.

---

**From:** Gorman, Daniel E.
**Sent:** Wednesday, June 25, 2025 9:41 AM
**To:** Kent, Paris L. <Paris.Kent@troutman.com>; Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>; Michael Mule <michaelmule@mllaborlaw.com>

**Cc:** Adler, Matt <Matt.Adler@Troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>
**Subject:** RE: SiteOne v. Narrow Way et. al. (Index No.: 616315/2024)

Hi Tom and Mike –

I hope all is well. We sent you this draft compliance conference order on 6/6 and need to get it on file. Please confirm we can /s/ on your behalf.

Thanks so much,
Dan

**Daniel E. Gorman***
**Partner**
**troutman pepper locke**
Direct: 212.704.6333
daniel.gorman@troutman.com

*Licensed to practice law in New York and New Jersey.

---

**From:** Kent, Paris L. <Paris.Kent@troutman.com>
**Sent:** Tuesday, June 24, 2025 1:24 PM
**To:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>; Michael Mule <michaelmule@mllaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>
**Subject:** RE: SiteOne v. Narrow Way et. al. (Index No.: 616315/2024)

Tom and Mike,

We'd like to get the compliance conference order on file this week. Please confirm whether we may execute on your behalf and file.

Thank you,

**Paris Kent**
**Associate**
**troutman pepper locke**
Direct: 212.704.6190
paris.kent@troutman.com

---

**From:** Kent, Paris L.
**Sent:** Monday, June 23, 2025 3:44 PM
**To:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>; Michael Mule <michaelmule@mllaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@Troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>
**Subject:** RE: SiteOne v. Narrow Way et. al. (Index No.: 616315/2024)

Tom and Mike,

Following up again on the draft compliance conference order I sent on June 6th. Please let us know if you have any comments or if we may execute on your behalf and file.

Thanks,

**Paris Kent**
Associate
**troutman pepper locke**
Direct: 212.704.6190
paris.kent@troutman.com

---

**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Sent:** Tuesday, June 17, 2025 6:16 PM
**To:** Kent, Paris L. <Paris.Kent@troutman.com>; Michael Mule <michaelmule@mllaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>
**Subject:** Re: SiteOne v. Narrow Way et. al. (Index No.: 616315/2024)

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

I will review and get this back to you tomorrow morning. I have been in depositions all day. Thank you.

**Thomas A. Bizzaro, Jr., Esq.**
Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
**tbizzaro@tab-law.com**
**www.TAB-LAW.com**

---

**From:** Kent, Paris L. <Paris.Kent@troutman.com>
**Sent:** Tuesday, June 17, 2025 5:58 PM
**To:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>; Michael Mule <michaelmule@mllaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>
**Subject:** RE: SiteOne v. Narrow Way et. al. (Index No.: 616315/2024)

Tom and Mike,

I am writing to follow up on the below and attached. Please let us know if you have comments regarding the compliance conference order, which substantively mirrors the preliminary

conference order, or if we have permission to sign on your behalf and file.

Thanks,

**Paris Kent**
**Associate**
**troutman pepper locke**
Direct: 212.704.6190
paris.kent@troutman.com

---

**From:** Kent, Paris L.
**Sent:** Wednesday, June 11, 2025 5:03 PM
**To:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>; Michael Mule <michaelmule@mllaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@Troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>
**Subject:** RE: SiteOne v. Narrow Way et. al. (Index No.: 616315/2024)

Tom and Mike,

Following up on the below and attached. As explained, the attached largely mirrors the preliminary conference order, including the "Defendants' Claims/Defenses" section. The dates and attorney information have been revised. Please let us know if you have comments, or if we have permission to sign on your behalf and file.

Thanks,

**Paris Kent**
**Associate**
**troutman pepper locke**
Direct: 212.704.6190
paris.kent@troutman.com

---

**From:** Kent, Paris L.
**Sent:** Friday, June 6, 2025 2:15 PM
**To:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>; Michael Mule <michaelmule@mllaborlaw.com>
**Cc:** Adler, Matt <Matt.Adler@Troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>
**Subject:** SiteOne v. Narrow Way et. al. (Index No.: 616315/2024)

Tom and Mike,

Please see attached a draft compliance conference order. The substantive information was pulled from the preliminary conference order, including the "Defendants' Claims/Defenses" section. Only the dates and attorney information have been revised. Please let us know if you have comments, or if we have permission to sign on your behalf and file.

Thanks,

**Paris Kent**
**Associate**

Direct: 212.704.6190
paris.kent@troutman.com

**troutman pepper locke**

875 Third Avenue
New York, NY 10022
troutman.com

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.