Troutman Pepper Locke LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

troutman.com

August 12, 2025

By ECF
Magistrate Judge Steven Locke
Eastern District Court New York
100 Federal Plaza, Room 820
Central Islip, New York 11722

**Re:** *SiteOne Landscape Supply, LLC v. Nicholas Giordano et al.* **(2:23-CV-02084)**
**Consent Motion for Adjournment of September 17, 2025 Conference**

Dear Judge Locke:

We write on behalf of SiteOne Landscape Supply, LLC ("SiteOne") to respectfully request an adjournment on consent of the conference scheduled before Your Honor on September 17, 2025. The undersigned counsel has a previously scheduled hearing on a motion for preliminary injunction scheduled in another matter in the Eastern District of Michigan on September 17, 2025 at 2:00 pm ET. The undersigned conferred with Defendants' counsel, and the parties request that the hearing be rescheduled for the week of September 22, 2025. Defendants' counsel consents to this request.

We thank Your Honor for your consideration and attention to this matter.

Respectfully submitted,

J. Evan Gibbs III

cc: All counsel (By ECF)