Troutman Pepper Locke LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

troutman.com

September 8, 2025

By ECF
Magistrate Judge Steven Locke
Eastern District Court New York
100 Federal Plaza, Room 820
Central Islip, New York 11722

**Re:** *SiteOne Landscape Supply, LLC v. Nicholas Giordano et al.* **(2:23-CV-02084)**
**Withdrawal of Motion for Adjournment of September 17, 2025 Conference**

Dear Judge Locke:

We write on behalf of SiteOne Landscape Supply, LLC ("SiteOne") to respectfully withdraw the request for an adjournment of the conference scheduled before Your Honor on September 17, 2025, filed on August 12, 2025. [ECF No. 224.] The undersigned counsel's previously scheduled hearing on a motion for preliminary injunction in another matter in the Eastern District of Michigan has been removed from the calendar. Thus, the undersigned no longer has a scheduling conflict and is able to appear before Your Honor on September 17, 2025.

We thank Your Honor for your consideration and attention to this matter.

Respectfully submitted,

J. Evan Gibbs III

cc:  All counsel (By ECF)