# EXHIBIT

# 1

                        D. BLACK
  1
  2         Q.   Okay -- all right.  So, according to
  3    this letter -- and I'm putting it back up again.
  4             (Whereupon, a document was shared.)
  5         Q.   Let's go to Kevin Peattie -- can you
  6    see it -- Kevin Peattie?
  7         A.   Yes.
  8         Q.   Okay.  There's a factory reset of
  9    his phone as we discussed.
 10             In connection with the code of
 11    conduct by SiteOne, which you've reviewed
 12    before, correct -- you've read it?
 13         A.   Yes.
 14         Q.   Let me try to bring that up.
 15             (Whereupon, a discussion was held
 16          off the record.)
 17             (Whereupon, a brief recess was
 18          taken.)
 19             MR. BIZZARO:  Evan, the floor is
 20          yours, buddy.
 21             MR. GIBBS:  Thanks, Tom.
 22             So, at this point in the deposition,
 23          we've been going for approximately
 24          three hours questioning Mr. Black about
 25          various topics.

```
1                    D. BLACK

2              At this point, from my perspective,

3          we have discussed how litigation holds

4          are handled within SiteOne, who's in

5          charge of litigation holds, how the

6          litigation holds are distributed, and to

7          whom, what types of data SiteOne is able

8          to place a litigation hold on.

9      Mr. Black testified that it's really

10         limited to emails and not to text

11         messages.

12             Mr. Black has testified about the

13         company's inability to remotely gather

14         text messages or collect text messages

15         from employee phones.  He has testified

16         about the company's inability to place

17         -- or preserve text messages for

18         purposes of a litigation or for any

19         other purpose.

20             He has testified that he wasn't

21         involved personally with the text

22         messages in this case with the

23         collection of those messages and that no

24         one at the company was because, as we've

25         explained to counsel previously and on
```

1          D. BLACK

2      the record today, that was all handled

3      by the law firm and by the law firm's

4      vendors.

5          Mr. Black has also testified he

6      wasn't involved with the analysis of any

7      of the phones and he doesn't know where

8      any missing data is or why any text

9      message data is missing.  He has

10     testified about the extent of his

11     knowledge on the topics for which this

12     deposition was ordered.

13         He has been asked about other topics

14     ranging from SEC reporting obligations

15     to company policies.  We've covered the

16     same questions repeatedly from my

17     perspective and he has given all the

18     testimony that's relevant.

19         At this point, we've had -- we being

20     myself and Mr. Bizzaro -- have had

21     conversations off the record about what

22     is left to discuss.

23         Mr. Bizzaro has represented to me

24     that he has a lot of questions left --

25     likely hours of questions -- and at this

<pre>
 1                    D. BLACK
 2          point, it's entirely unclear -- I've
 3          asked Mr. Bizzaro, you know,
 4          particularly what questions are left
 5          that go to the purpose -- the limited
 6          scope of this deposition and he has told
 7          he wants to ask about the retention
 8          policy, which would take at least
 9          another hour, and then, you know,
10          additional questions that -- I'm not
11          sure what they are.
12              We did try to call Magistrate Judge
13          Locke.  We called chambers at
14          approximately 12:30 today and we're
15          advised by, I believe, Judge Locke's law
16          clerk that Judge Locke was not available
17          today.
18              We've discussed, off the record --
19          Tom and I -- and have been unable to
20          reach an agreement on these issues, and
21          so on behalf of SiteOne, we are
22          adjourning the deposition with the
23          expectation that we'll bring this issue
24          to Judge Locke for resolution at some
25          point in the near future.
</pre>