# EXHIBIT

# 1

Case 2:23-cv-02084-GRB-SIL   Document 228-1   Filed 09/08/25   Page 1 of 5 PageID #: 3931

```
 1                          D. BLACK
 2       Q.    Okay -- all right.  So, according to
 3  this letter -- and I'm putting it back up again.
 4             (Whereupon, a document was shared.)
 5       Q.    Let's go to Kevin Peattie -- can you
 6  see it -- Kevin Peattie?
 7       A.    Yes.
 8       Q.    Okay.  There's a factory reset of
 9  his phone as we discussed.
10             In connection with the code of
11  conduct by SiteOne, which you've reviewed
12  before, correct -- you've read it?
13       A.    Yes.
14       Q.    Let me try to bring that up.
15             (Whereupon, a discussion was held
16         off the record.)
17             (Whereupon, a brief recess was
18         taken.)
19             MR. BIZZARO:  Evan, the floor is
20         yours, buddy.
21             MR. GIBBS:  Thanks, Tom.
22             So, at this point in the deposition,
23         we've been going for approximately
24         three hours questioning Mr. Black about
25         various topics.
```

1                        D. BLACK
2             At this point, from my perspective,
3        we have discussed how litigation holds
4        are handled within SiteOne, who's in
5        charge of litigation holds, how the
6        litigation holds are distributed, and to
7        whom, what types of data SiteOne is able
8        to place a litigation hold on.
9        Mr. Black testified that it's really
10       limited to emails and not to text
11       messages.
12            Mr. Black has testified about the
13       company's inability to remotely gather
14       text messages or collect text messages
15       from employee phones.  He has testified
16       about the company's inability to place
17       -- or preserve text messages for
18       purposes of a litigation or for any
19       other purpose.
20            He has testified that he wasn't
21       involved personally with the text
22       messages in this case with the
23       collection of those messages and that no
24       one at the company was because, as we've
25       explained to counsel previously and on

1               D. BLACK
2     the record today, that was all handled
3     by the law firm and by the law firm's
4     vendors.
5          Mr. Black has also testified he
6     wasn't involved with the analysis of any
7     of the phones and he doesn't know where
8     any missing data is or why any text
9     message data is missing.  He has
10    testified about the extent of his
11    knowledge on the topics for which this
12    deposition was ordered.
13         He has been asked about other topics
14    ranging from SEC reporting obligations
15    to company policies.  We've covered the
16    same questions repeatedly from my
17    perspective and he has given all the
18    testimony that's relevant.
19         At this point, we've had -- we being
20    myself and Mr. Bizzaro -- have had
21    conversations off the record about what
22    is left to discuss.
23         Mr. Bizzaro has represented to me
24    that he has a lot of questions left --
25    likely hours of questions -- and at this

```
 1                    D. BLACK
 2      point, it's entirely unclear -- I've
 3      asked Mr. Bizzaro, you know,
 4      particularly what questions are left
 5      that go to the purpose -- the limited
 6      scope of this deposition and he has told
 7      he wants to ask about the retention
 8      policy, which would take at least
 9      another hour, and then, you know,
10      additional questions that -- I'm not
11      sure what they are.
12           We did try to call Magistrate Judge
13      Locke.  We called chambers at
14      approximately 12:30 today and we're
15      advised by, I believe, Judge Locke's law
16      clerk that Judge Locke was not available
17      today.
18           We've discussed, off the record --
19      Tom and I -- and have been unable to
20      reach an agreement on these issues, and
21      so on behalf of SiteOne, we are
22      adjourning the deposition with the
23      expectation that we'll bring this issue
24      to Judge Locke for resolution at some
25      point in the near future.
```