# Exhibit "A"

Monday, September 8, 2025 at 8:04:49 PM Eastern Daylight Time

**Subject:** Re: SiteOne v. Giordano, et al.
**Date:** Wednesday, June 25, 2025 at 7:11:33 AM Eastern Daylight Time
**From:** Thomas A. Bizzaro, Jr.
**To:** Gibbs, J. Evan, Michael Mule, Adler, Matt, Gorman, Daniel E.
**CC:** George Peters, Mulry, Kevin P.
**Attachments:** image001.png

Good morning Evan,

I will get back to you later today with dates for Doug Black, David Black and Kevin Peattie. Thx.

**Thomas A. Bizzaro, Jr., Esq.**
Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
tbizzaro@tab-law.com
www.TAB-LAW.com

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Sent:** Tuesday, June 24, 2025 10:07 AM
**To:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>; Michael Mule <michaelmule@mllaborlaw.com>; Adler, Matt <Matt.Adler@troutman.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>
**Cc:** George Peters <gpeters@tab-law.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>
**Subject:** RE: SiteOne v. Giordano, et al.

Tom –

Thanks for your patience as we coordinate schedules to provide you with available dates.

First, with respect to the SiteOne IT organization representative, after speaking with the relevant individuals, we have concluded that the Chief Information Security Officer, David Black, is the person most knowledgeable about the issues relevant to this deposition. We are not agreeable to producing anyone else because they would not be as knowledgeable as Mr. Black about these issues or this case in particular. We are happy to meet and confer further via phone over this if you want, but it's entirely unclear why you'd want to depose with less knowledge about the relevant issues in this case.

Second, with respect to scheduling the depositions, we can offer the following dates for Mr. Black and Kevin Peattie. These dates are available for us and the witnesses. We are working on available dates for Doug Black's remote deposition and will have those to you later today or tomorrow. (Note: Like Doug Black, David Black is also in Atlanta, so I am assuming his

1 of 6

deposition will be remote.)

- Kevin Peattie (in person): July 15-16, 24
- David Black (remote): July 8, 9 (morning only), 10 (afternoon only), 15, 17, 22, 23 (morning only), 24, and 25 (morning only)

Thank you and talk soon.

**J. Evan Gibbs**
Partner
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Sent:** Tuesday, June 24, 2025 8:37 AM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Michael Mule <michaelmule@mllaborlaw.com>; Adler, Matt <Matt.Adler@troutman.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>
**Cc:** George Peters <gpeters@tab-law.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>
**Subject:** Re: SiteOne v. Giordano, et al.

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Good Morni g Evan -

Are you available today for a meet and confer on this? Thank you.

**Thomas A. Bizzaro, Jr., Esq.**
Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
tbizzaro@tab-law.com
www.TAB-LAW.com

---

**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Sent:** Friday, June 20, 2025 9:38 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Michael Mule <michaelmule@mllaborlaw.com>; Adler, Matt <Matt.Adler@troutman.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>
**Cc:** George Peters <gpeters@tab-law.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>
**Subject:** Re: SiteOne v. Giordano, et al.

Evan - circling back on this. I would like to get these scheduled. Thanks.

Enjoy the weekend.

Best,

**Thomas A. Bizzaro, Jr., Esq.**
Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
tbizzaro@tab-law.com
www.TAB-LAW.com

**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Sent:** Thursday, June 19, 2025 1:34:31 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Michael Mule <michaelmule@mllaborlaw.com>; Adler, Matt <Matt.Adler@troutman.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>
**Cc:** George Peters <gpeters@tab-law.com>; Mulry, Kevin P. <kmulry@farrellfritz.com>
**Subject:** Re: SiteOne v. Giordano, et al.

Evan –

Who is the Division Head/Top of the Organizational Chart of the SiteOne IT Dep't?

**Thomas A. Bizzaro, Jr., Esq.**



Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
tbizzaro@tab-law.com

3 of 6

www.TAB-LAW.com

---

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Date:** Thursday, June 19, 2025 at 10:53 AM
**To:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>, Michael Mule <michaelmule@mllaborlaw.com>, Adler, Matt <Matt.Adler@troutman.com>, Gorman, Daniel E. <Daniel.Gorman@troutman.com>
**Cc:** George Peters <gpeters@tab-law.com>
**Subject:** RE: SiteOne v. Giordano, et al.

Tom –

Our plan is to produce David Black (no relation to Doug Black, FYI), who is SiteOne's Chief Information Security Officer. He is the one responsible for SiteOne's litigation hold administration and is the one most knowledgeable about the topics that are the subject of this deposition. Given his role with the company and his direct knowledge of the relevant issues, he is the one best suited for this deposition. Do Defendants object to Mr. Black being SiteOne's IT witness?

The week of June 30 will probably be difficult for scheduling due to the Fourth of July holiday (I know that I'm out July 3 and 4), but I will check with everyone (Doug Black, David Black, and Kevin Peattie) for their availability that week and the following two weeks and will follow up.

Thank you.

**J. Evan Gibbs**
Partner
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Sent:** Thursday, June 19, 2025 9:44 AM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Michael Mule <michaelmule@mllaborlaw.com>; Adler, Matt <Matt.Adler@troutman.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>
**Cc:** George Peters <gpeters@tab-law.com>
**Subject:** Re: SiteOne v. Giordano, et al.

> **CAUTION:** This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Evan -

Considering these are limited scope depositions, I do not believe it is necessary to do these

in person. Virtual is fine.

But, to confirm, I would like to start with the Director/Head of SiteOne IT - not just an IT person who know about the litigation holds. I would like the head of the department. Please provide the name and title of that individual.

As far as scheduling, please provide the IT Head and Black's availability for depositions the week of June 30th.

Lastly, I can confirm that we would like to depose, Kevin Peattie, in person, at Millman Labuda's office, Kindly provide his availability the week of June 30th as well.

Thank you.

**Thomas A. Bizzaro, Jr., Esq.**
Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
tbizzaro@tab-law.com
www.TAB-LAW.com

---

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Sent:** Monday, June 16, 2025 9:52 PM
**To:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Cc:** Michael Mule <michaelmule@mllaborlaw.com>; George Peters <gpeters@tab-law.com>
**Subject:** RE: SiteOne v. Giordano, et al.

Tom –

We're fine working with you to schedule these depositions. As we touched on at the hearing, Doug Black is in the Atlanta area and, because the company is HQ'd here, I anticipate the IT representative will also be in the Atlanta area. Are you planning to take these two depositions remotely or in person? If in person, are you planning to come to Atlanta for the depositions? I ask because this will probably impact the scheduling of the depositions.

Thank you.

**J. Evan Gibbs**
Partner
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Sent:** Monday, June 16, 2025 1:49 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Cc:** Michael Mule <michaelmule@mllaborlaw.com>; George Peters <gpeters@tab-law.com>
**Subject:** SiteOne v. Giordano, et al.

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Evan -

We would like to move forward with scheduling the document retention depositions. I will speak with Mike M. and we will put together a complete list of the custodians we want to initially depose.

In the interim, would you kindly provide proposed dates for the depositions of a witness from the SiteOne IT department, who has knowledge of the litigation hold in this lawsuit, as well as Douglas Black. Since we know at this time we want to depose these two witnesses, let's move forward with scheduling those while we select the remaining. Thank you.

Best,

**Thomas A. Bizzaro, Jr., Esq.**
Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
tbizzaro@tab-law.com
www.TAB-LAW.com

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.