Exhibit 2

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - -

SITEONE LANDSCAPE SUPPLY, LLC,

   Plaintiff,  Civil Action No.

v.      2:23-CV-2084(GRB)(SL)

NICHOLAS GIORDANO; DOMINICK CAROLEO;

VICTOR CAROLEO; NARROW WAY REALTY, LTD.;

NARROW WAY 2 LLC; THE GARDEN DEPARTMENT

CORP.; GROUP 5 ASSOCIATES, LTD.; 3670

ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES

SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND

NEWAY TRUCKING,

    Defendants.

- - -

April 24, 2025

- - -

  Videotaped deposition of

VICTOR CAROLEO, conducted at Farrell

Fritz, P.C., 400 RXR Plaza, Uniondale, New

York, commencing at 10:00 a.m. EDT, on the

above date.

    Magna Legal Services
     866-624-6221
     www.MagnaLS.com
       Marie Foley
       RMR, CRR



Page 2

```
 1
 2  APPEARANCES:
 3
 4  ON BEHALF OF PLAINTIFF:
 5  TROUTMAN PEPPER HAMILTON SANDERS, LLP
 6  BY: EVAN GIBBS, ESQUIRE
 7     600 Peachtree Street, NE
 8     Suite 3000
 9     Atlanta, Georgia  30308
10     PHONE: 470.885.3093
11     EMAIL: evan.gibbs@troutman.com
12        -and-
13  FARRELL FRITZ, P.C.
14  BY: KEVIN P. MULRY, ESQUIRE
15     400 RXR Plaza
16     Uniondale, New York  11556
17     PHONE: 516.227.0620
18     EMAIL: kmulry@farrellfritz.com
19
20
21
22
23
24
25
```

Page 3

```
 1
 2  APPEARANCES:
 3
 4  ON BEHALF OF DEFENDANTS:
 5  MILMAN LABUDA LAW GROUP PLLC
 6  BY: MICHAEL C. MULE, ESQUIRE
 7     3000 Marcus Avenue
 8     Suite 3W8
 9     Lake Success, New York  11042
10     PHONE: 516.328.8899
11     EMAIL: michaelmule@mllaborlaw.com
12
13  LAW OFFICES OF THOMAS A. BIZZARO, JR., P.C.
14  BY: THOMAS A. BIZZARO, JR., ESQUIRE
15     7 High Street
16     Suite 300
17     Huntington, New York  11743
18     PHONE: 631.380.3297
19     EMAIL: TBizzaro@TAB-LAW.com
20
21  ALSO PRESENT:
22     Don Caroleo
23
24  VIDEOGRAPHER:
25     David Hernandez
```

Page 4

```
 1
 2           - - -
 3       TRANSCRIPT INDEX
 4             PAGE
 5  APPEARANCES..................... 2 - 3
 6  INDEX OF EXHIBITS................ 6
 7  EXAMINATION OF VICTOR CAROLEO:
 8  BY:  MR. GIBBS................... 10
 9  SIGNATURE PAGE.................. 33
10  ERRATA.......................... 34
11  REPORTER'S CERTIFICATE.......... 35
12
13  EXHIBITS WITH ORIGINAL TRANSCRIPT
14
15           - - -
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1
 2       FEDERAL STIPULATIONS
 3
 4       IT IS HEREBY STIPULATED AND
 5  AGREED by and between the parties hereto,
 6  through their respective counsel, that the
 7  certification, sealing and filing of the
 8  within examination will be and the same
 9  are hereby waived;
10       IT IS FURTHER STIPULATED AND
11  AGREED that all objections, except as to
12  the form of the question, will be reserved
13  to the time of the trial;
14       IT IS FURTHER STIPULATED AND
15  AGREED that the within examination may be
16  signed before any Notary Public with the
17  same force and effect as if signed and
18  sworn to before this Court.
19
20
21
22
23
24
25
```



Page 6

```
 1
 2              - - -
 3        E X H I B I T S
 4              - - -
 5    NO.     DESCRIPTION          PAGE
 6    Exhibit 2  Email March 21, 2023      12
 7
 8    Exhibit 4  Email thread 7/14/2023     18
 9         (redacted),
10         Bates Defendants_002223-225
11
12    Exhibit 3  Email 15 Jul 2023 (redacted),  23
13         Bates DonCaroleo_000456-457
14
15    (REPORTER'S NOTE:  All quotations from
      exhibits are reflected in the manner
16    in which they were read into the
      record and do not necessarily denote
17    an exact quote from the document.)
18
19
20
21
22
23
24
25
```

Page 7

```
 1
 2    DEPOSITION SUPPORT INDEX
 3
 4    DIRECTION TO WITNESS NOT TO ANSWER
 5     Page  Line
 6     - -none- -
 7
 8
 9    REQUEST FOR PRODUCTION OF DOCUMENTS
10     Page  Line
11     - -none- -
12
13
14    STIPULATIONS
15     Page  Line
16     5    4
17
18
19    QUESTIONS MARKED
20     Page  Line
21     - -none- -
22
23
24
25
```

Page 8

```
 1
 2              - - -
 3        10:09 a.m. EDT
 4        Uniondale, New York
 5              - - -
 6        THE VIDEOGRAPHER:  We are now on
 7    the record.  This begins videotape
 8    number 1 in the deposition of Victor
 9    Caroleo in the matter of SiteOne
10    Landscape LLC versus Nicholas
11    Giordano, et al. in the United States
12    District Court, Eastern District of
13    New York, Case No. 2:23-CV-02084 GRB SL.
14        Today is April 24th, 2025, and
15    the time is 10:09 a.m.
16        This deposition is being taken
17    at Farrell Fritz, PC, Uniondale, New
18    York, at the request of Troutman
19    Pepper Law, LLP.
20        The videographer is David
21    Hernandez of Magna Legal Services.
22    The court reporter is Marie Foley of
23    Magna Legal Services.
24        Will counsel and all parties
25    present please state their appearances
```

Page 9

```
 1
 2    and whom they represent.
 3        MR. GIBBS:  Good morning.  This
 4    is Evan Gibbs here on behalf of the
 5    plaintiff SiteOne Landscape Supply,
 6    LLC with the Troutman Pepper Locke law
 7    firm.
 8        MR. MULRY:  Kevin Mulry from
 9    Farrell Fritz also for plaintiff.
10        MR. MULE:  Michael Mule from
11    Milman Labuda Law Group, PLLC on
12    behalf of the defendants.
13        MR. BIZZARO:  And Thomas A.
14    Bizzaro, Junior, Law Offices of Thomas
15    A. Bizzaro, Junior, P.C., for all the
16    defendants as well.
17        THE VIDEOGRAPHER:  Would the
18    court reporter please swear in the
19    witness.
20        THE STENOGRAPHER:  If I could
21    ask you to raise your right hand,
22    please.
23        Do you swear or affirm the
24    testimony you give will be the truth,
25    the whole truth, and nothing but the
```



Page 10

1
2    truth today?
3         THE WITNESS:  Yes, I do.
4         THE STENOGRAPHER:  Thank you.
5              -  -  -
6    VICTOR CAROLEO, the Witness herein,
7         having been first duly sworn by a
8         Notary Public in and of the State of
9         New York, was examined and testified
10        as follows:
11   EXAMINATION BY
12   MR. GIBBS:
13        Q.    Mr. Caroleo, if you would, we'll
14   kind of start the way we did last time,
15   but if you could just start with providing
16   me with your full name.
17        A.    It's Victor Caroleo.
18        Q.    Are you presently on any kind of
19   medications or drugs that could affect
20   your testimony today?
21        A.    I don't think so.  You know, I'm
22   on -- I'm on some drugs, but I don't know
23   that it would be affecting any of my
24   testimony.
25        Q.    And we spoke last time about the

Page 11

1
2    memory issues that you've had.
3         Are you still taking your -- the
4    medication that your doctor prescribed for
5    your memory issues?
6         A.    Yes.
7         Q.    Just to refresh on the ground
8    rules, try to let me finish my question
9    before you start to answer.  Make sure you
10   answer verbally as opposed to, you know,
11   nodding yes or no, saying "uh-huh,"
12   "uh-uh."  Please try to verbalize a yes or
13   a no.  And of course, if at any time you
14   don't understand any of my questions, just
15   let me know and I'm happy to rephrase
16   them.  I want to make sure that we're on
17   the same page.
18        Does that all make sense to you?
19        A.    Yes, sir.
20        Q.    And you understand that you've
21   been placed under oath today?
22        A.    Yes, I do.
23        Q.    And that your testimony is the
24   same as if you were testifying in court?
25        A.    Yes, I do.

Page 12

1
2         Q.    Did you do anything to prepare
3    for your deposition today?
4         A.    No.
5         Q.    Did you review any documents
6    ahead of your deposition today?
7         A.    No.
8         Q.    Other than your attorneys, did
9    you speak to anybody to get ready for the
10   deposition today?
11        A.    No.
12        MR. GIBBS:  I'm marking as
13   Exhibit 2, this was marked as
14   Exhibit 2 to the first part of the
15   deposition, so I'm -- I guess I'm
16   re-marking it as Exhibit 2.
17        (Exhibit 2, email March 21,
18        2023, was marked for identification,
19        as of this date.)
20   BY MR. GIBBS:
21        Q.    If you would, just take a minute
22   to review this particular document, and
23   let me know when you're finished.
24        A.    I didn't bring my reading
25   glasses, I apologize.  But can you give me

Page 13

1
2    an idea what I'm looking at here.
3         Q.    This was -- my question in
4    particular relates to on the first page of
5    the email, this appears to be an email
6    that you sent back on March 21st of 2023,
7    and that's -- that's what my questions are
8    going to be centered around.  I have just
9    a couple of questions about that.
10        A.    Gotcha.
11        So this is an email I sent to
12   somebody, correct?
13        Q.    Well, that's my question,
14   actually.
15        If you look up at the top,
16   there's a "from" --
17        A.    Yes.
18        Q.    -- colon and then it says Victor
19   Caroleo and it has victorcaroleo@aol.com.
20        So my question is -- first
21   question is do you recall sending this
22   particular email on March 21st of 2023?
23        A.    I don't recall.
24        Q.    Do you have any reason to doubt
25   that you sent this particular email?



Page 14

1
2      A.   No.
3      Q.   And that's all the questions I
4  have about that particular document.
5          You previously testified that
6  you were represented initially in this
7  case by Mr. Saul Zabell.  Is that correct?
8      A.   Correct.
9      Q.   Do you remember approximately
10 the date that you hired or retained Mr.
11 Zabell?
12     A.   No.
13     Q.   Did Mr. Zabell ever tell you
14 that you needed to preserve documents and
15 communications for purposes of this case?
16     A.   Not that I recall.
17     Q.   Did you receive any instructions
18 in writing from Mr. Zabell to not destroy
19 any documents or communications relating
20 to the case?
21     A.   No.
22     Q.   A little more specific question
23 along the same lines.
24         Were you ever told by Mr. Zabell
25 to save emails?

Page 15

1
2          MR. BIZZARO:  Objection; asked
3  and answered.
4          Over my objection, you can
5  answer.
6      A.   No, I don't recall that.
7      Q.   And same question with respect
8  to text messages.
9          Do you recall if he specifically
10 instructed you to preserve text messages?
11         MR. BIZZARO:  Objection.  He
12 already testified he doesn't recall
13 having any conversations or
14 communications with Mr. Zabell about
15 deleting or preserving evidence, so
16 why would he have evidence -- what's
17 the difference of the same questions
18 over and over again?  I'm just trying
19 to get him out of here because he's
20 had an early day.  He had a doctor's
21 appointment this morning.  I'd like to
22 get him out of here.  He's hungry, so
23 if we can just expedite it.
24 BY MR. GIBBS:
25     Q.   You can answer the question.

Page 16

1
2      A.   Read the question again?
3      Q.   Did Mr. Zabell ever instruct you
4  to preserve text messages?
5          MR. BIZZARO:  Objection; asked
6  and answered.
7          You can answer.
8      A.   Not that I recall.
9      Q.   Did you -- at any point in time,
10 did you ever receive a document from
11 Mr. Zabell titled or referred to as a
12 litigation hold?
13     A.   Not that I recall.
14     Q.   Did you ever receive a document
15 titled or referred to as a litigation hold
16 from any attorney in this particular case?
17         MR. BIZZARO:  Objection to form.
18         What do you mean by that?  It
19 said litigation hold across the top of
20 it?  What's a litigation hold letter.
21 BY MR. GIBBS:
22     Q.   You can answer my question?
23         MR. BIZZARO:  Do you know what a
24 litigation hold letter is?
25     A.   No.

Page 17

1
2      Q.   I'll lay a foundation.
3          Here' my questions.
4          Did you ever receive a document
5  from any attorney in the case that was
6  titled or referred to as a litigation
7  hold?
8      A.   Not that I recall.
9      Q.   Did you understand at the
10 beginning of the lawsuit that you had an
11 obligation to preserve documents and
12 communications related to this case?
13     A.   Not that I recall.
14     Q.   Did anyone who's not an attorney
15 ever instruct or tell you that you should
16 preserve documents or communications
17 related to this lawsuit?
18     A.   The only thing I specifically
19 remember is on February 2025, I did get a
20 letter from the office of, what is it,
21 Labuda?  Labuda and he told me to make
22 sure that you hold all the papers.
23 Don't -- don't throw anything out.
24         And at that point, I -- I knew
25 I'm -- to keep everything, but before



Page 18

1
2  that, I did not know that.
3        MR. GIBBS:  I'm going to mark
4  as -- one second.
5        THE WITNESS:  This is the water
6  you got me?
7        MR. BIZZARO:  Yes.
8        THE WITNESS:  You drank out of
9  it?
10        MR. BIZZARO:  No.
11        THE WITNESS:  There's quarter of
12  an inch missing.
13        MR. GIBBS:  I'm marking this
14  document I'm showing you as Exhibit 4.
15  We're continuing the numbering from
16  the previous ex -- previous
17  depositions.  So this should be
18  Exhibit 4.
19        (Exhibit 4, email thread
20  7/14/2023 (redacted), Bates
21  Defendants_002223-225, was marked for
22  identification, as of this date.)
23        THE WITNESS:  Okay.  So what is
24  this stating --
25        MR. BIZZARO:  Just read it.

Page 19

1
2  Just take a look at it.
3        THE WITNESS:  Read it?
4        MR. BIZZARO:  Yeah.
5        MR. GIBBS:  That's right.
6        THE WITNESS:  And where is this
7  coming from?
8        MR. GIBBS:  Hold on just one
9  second.  I'll --
10        MR. BIZZARO:  You just read.
11  You don't ask him questions.
12        THE WITNESS:  Okay.
13        MR. BIZZARO:  If you have any
14  questions, we can talk outside.
15        THE WITNESS:  Okay.
16        So, now, what was your question?
17        MR. GIBBS:  I actually haven't
18  asked one yet.  I just wanted you to
19  look it over and then now I'll ask you
20  some questions once you've had a
21  chance to look at it.
22  BY MR. GIBBS:
23     Q.  You mentioned that you remember
24  receiving in February 2025 a communication
25  from the Milman firm not to delete

Page 20

1
2  documents or to preserve evidence.  If
3  looking at this email, is this the
4  communication that you're referring to?
5     A.  I would say yes.
6     Q.  Do you recall any other
7  communications from the Milman firm
8  instructing you to preserve documents as
9  part of this case?
10     A.  I believe one of the attorneys
11  called me up like a week later and says we
12  know you have some memory problems.  Do
13  you got this down?  Do not delete
14  anything.
15     Q.  About a week after that
16  particular email?
17     A.  Maybe -- maybe it was like three
18  weeks after this, just to remind me.
19     Q.  Got it.
20        And I'm going to go back in time
21  to your representation by the Rivkin
22  Radler firm.
23        Do you recall that they
24  previously represented you in this case?
25     A.  Yes.

Page 21

1
2     Q.  Do you remember approximately
3  when it was that you retained them to
4  represent you?
5     A.  I don't recall that.
6     Q.  Did any attorney of the Rivkin
7  firm ever tell you that you needed to
8  preserve documents or communications for
9  this lawsuit?
10     A.  Not that I recall.
11     Q.  Did you -- do you recall ever
12  receiving a document from anybody at the
13  Rivkin firm that was titled or referred to
14  as a litigation hold document?
15     A.  Not that I recall.
16     Q.  You later became represented by
17  the Milman Labuda firm.  Is that right?
18     A.  That's correct.
19     Q.  Do you remember approximately
20  what date they became your attorneys of
21  record?
22     A.  I don't recall.
23     Q.  Other than the document that we
24  marked as Exhibit 4 from February of 2025,
25  do you recall receiving any prior



Page 22

```
1
2   communications from the Milman firm
3   instructing you to preserve documents and
4   evidence for purposes of the case?
5       A.   No.
6       Q.   Since March 21st of 2023, has
7   any other attorney, other than the ones
8   we've talked about, Mr. Zabell, the
9   attorneys at the Rivkin firm and the
10  attorneys at the Milman firm, have any
11  other attorneys ever instructed you to
12  preserve documents as part of this case?
13      A.   No.
14      Q.   You testified in your last
15  deposition on and off a Scapes Supply email
16  account which is victor@scapessupply.com.
17          Is that right?
18      A.   Yes.
19      Q.   Do you know if a litigation hold
20  was turned on for that particular email
21  account?
22      A.   I never opened that account.
23  You know, I never went and read it,
24  anything in it.  I don't even know the
25  passcode.
```

Page 23

```
1
2       Q.   So just to make sure the record
3   is clear, you've never accessed that
4   particular email account at all?
5       A.   That's correct.
6       Q.   Your victorcaroleo@aol.com email
7   address, your personal account, do you
8   know if a litigation hold was turned on
9   for that particular account?
10      A.   Not that I recall.
11          (Exhibit 3, email 15 Jul 2023
12  (redacted), Bates
13  DonCaroleo_000456-457, was marked for
14  identification, as of this date.)
15  BY MR. GIBBS:
16      Q.   I'm handing you what was marked
17  as Exhibit 3 at your prior deposition.  If
18  you would just take a minute to review
19  that document, I just have a couple of
20  questions about it.
21      A.   Can you give me a summarize [sic]
22  of what this is here, just a rough idea,
23  somebody?
24      Q.   This was an email, and I will
25  put it in the record, it's an email dated
```

Page 24

```
1
2   July 15th, 2023.  It's your --
3   victorcaroleo@aol.com email address is
4   copied, but the -- it appears that this
5   came from doncaroleo5484@gmail.com and was
6   sent to
7   Dominicthorne@SuffolkCountyNewYork.gov.
8       A.   What is your question?
9       Q.   So, my question is --
10          MR. BIZZARO:  Wait just one
11  second.  Can you read this document.
12          THE WITNESS:  It's hard.  That's
13  why I'm asking you guys --
14          MR. BIZZARO:  Well, then can I
15  take him outside and read it to him.
16          MR. GIBBS:  Sure.
17          MR. BIZZARO:  Let's do that.
18          THE VIDEOGRAPHER:  Do you want
19  me to go off the record?
20          MR. GIBBS:  Yeah, if you will.
21          THE VIDEOGRAPHER:  We are going
22  off the record.
23          The time is 10:24 a.m.
24          (Recess taken.)
25          THE VIDEOGRAPHER:  We are going
```

Page 25

```
1
2   back on the record.
3           The time is 10:29 a.m.
4   BY MR. GIBBS:
5       Q.   Mr. Caroleo, did you have an
6   opportunity to review the email with your
7   lawyers while we took our break?
8       A.   Thank you for that.
9           And thank you for reading that
10  for me, Tom.
11          MR. BIZZARO:  You're welcome.
12  BY MR. GIBBS:
13      Q.   And at this point, you
14  understand the document that I'm asking
15  you questions about that we've marked as
16  exhibit -- or that was previously marked
17  as Exhibit 3?
18      A.   Yes.
19      Q.   Do you recall writing this
20  particular email?
21          MR. MULE:  Hold on.  I'm going
22  to object.  And, you know, I've looked
23  at this and I don't see any basis to
24  ask, you know, questions about this.
25  You asked questions about this
```



Page 26

```
 1
 2        previously.  We objected.  This is a
 3   document preservation, document
 4   retention deposition.  This was not
 5   part of the motion, so.
 6        MR. GIBBS:  Well, this was part
 7   of the motion because the questions
 8   that I'm -- I only have three total
 9   questions about this particular
10   document because it goes to whether or
11   not anyone else is asking question --
12   anyone else is using the email account
13   other than Mr. Caroleo or if they have
14   access to one another's email
15   accounts.  And so this -- the -- the
16   objections last time, those were, you
17   know, the same objections and these go
18   directly to that issue and the Court
19   instructed -- the court's order is
20   pretty clear that, you know, they got
21   to answer questions around document
22   preservation.  This goes to that
23   issue.
24        MR. MULE:  So, okay.  Ask -- ask
25   your -- ask your question.
```

Page 27

```
 1
 2        MR. BIZZARO:  Well, no.  I
 3   actually disagree.
 4        So, what -- I don't think it
 5   goes to -- has anything to do with
 6   spoliation.  Whether or not he's using
 7   his email account or he's using his or
 8   I'm using all of theirs, what does
 9   that have to do?  No one's saying
10   document -- this was deleted.
11        MR. GIBBS:  Well, I don't know
12   if it was.  The question is --
13        MR. BIZZARO:  Well, you have it,
14   so it wasn't deleted.
15        MR. GIBBS:  Well, here's the
16   question.  If someone has access to
17   Mr. Caroleo's email account other than
18   himself or if he has access to his son
19   Don Caroleo's email account, then that
20   is directly relevant to -- then we
21   need to question that person about
22   whether they deleted emails from each
23   other's email accounts.
24        MR. BIZZARO:  Okay.  So if you
25   want to ask him if he has access or
```

Page 28

```
 1
 2   has ever used Don's account and vice
 3   versa, I'm fine with that, but --
 4   that's not a problem.
 5        MR. MULE:  But not specific
 6   questions about it.
 7        MR. GIBBS:  Well, the -- well,
 8   the -- look, I'm not getting into the
 9   substance of this particular email.
10   You know, it's questions about the
11   property, questions about, you know,
12   clearing the land.
13        My question is around the
14   authoring of the email because it's
15   signed by two separate people and it's
16   from one -- it's -- it purports to
17   have been written by one person, but
18   sent from a different email account,
19   but it's signed by two people.  And so
20   this is relevant as to who has access
21   to the accounts.
22        MR. BIZZARO:  Look, it's --
23        MR. GIBBS:  I agree, I'm not
24   going to get into the substance of the
25   email.  That would be the -- the, you
```

Page 29

```
 1
 2   know, normal deposition, but in terms
 3   of, you know, the sending, receiving,
 4   and access of accounts, that is
 5   directly relevant to why we're here.
 6        MR. BIZZARO:  So I think, again,
 7   if you asked the simple question, Have
 8   you ever had access to that Don
 9   Caroleo email account or currently,
10   and he says no, then there's no
11   further questions needed because he
12   has authored it, right.
13        MR. GIBBS:  Well, I'm going to
14   ask my questions.
15        MR. BIZZARO:  Okay.  And I'm
16   going to let you ask a couple
17   questions and I'm not going to let you
18   ask any questions.  Go ahead.
19        MR. GIBBS:  And you're always
20   free to instruct the witness to, you
21   know, not answer or --
22        MR. BIZZARO:  I would never do
23   that.  I would never instruct him.
24   Unless it's a privilege ground.  I'm
25   not instructing him not to answer.
```



Page 30

```
1
2            I didn't say that.  Don't put
3    words in my mouth.
4            Go ahead.
5    BY MR. GIBBS:
6        Q.   So, the email that we're
7    referring to, that we're talking about,
8    Mr. Caroleo, that we've marked as Exhibit
9    3, did you write this particular email?
10           MR. BIZZARO:  Objection.
11       What's the relevance?
12   BY MR. GIBBS:
13       Q.   You can answer, Mr. Caroleo.
14           MR. BIZZARO:  Note my objection.
15       A.   I don't recall writing this
16   email.
17       Q.   Did you -- do you recall sending
18   this email?
19       A.   I don't recall sending it
20   neither.
21       Q.   Do you have access to your son
22   Don Caroleo's email account that's noted
23   here at the top of this document
24   doncaroleo5484@gmail.com?
25           MR. BIZZARO:  Objection to form.
```

Page 31

```
1
2    BY MR. GIBBS:
3        Q.   You can answer.
4        A.   Okay.
5            I don't have access to Don's --
6    Caroleo's email.
7        Q.   Have you at any point in time?
8        A.   Not that I recall.
9            MR. GIBBS:  No further
10   questions.
11           MR. MULE:  Okay.  Great.
12           THE WITNESS:  All right.
13           THE VIDEOGRAPHER:  We are going
14   off the record.
15           The time is 10:34 a.m.
16           (Deposition adjourned at
17   approximately 10:34 a.m. EDT)
18
19
20
21
22
23
24
25
```

Page 32

```
1
2            INSTRUCTIONS TO WITNESS
3
4            Please read your deposition over
5    carefully and make any necessary
6    corrections.  You should state the
7    reason in the appropriate space on the
8    errata sheet for any corrections that
9    are made.
10           After doing so, please sign the
11   errata sheet and date it.  It will be
12   attached to your deposition.
13           It is imperative that you return
14   the original errata sheet to the
15   deposing attorney within thirty (30)
16   days of receipt of the deposition
17   transcript by you.  If you fail to do
18   so, the deposition transcript may be
19   deemed to be accurate and may be used
20   in court.
21
22
23
24
25
```

Page 33

```
1
2            A C K N O W L E D G M E N T
3
4    STATE OF          )
5                      :ss
6    COUNTY OF         )
7
8            I, VICTOR CAROLEO, hereby certify
9    that I have read the transcript of my
10   testimony taken under oath in my
11   deposition of April 24, 2025; that the
12   transcript is a true and complete record
13   of my testimony, and that the answers on
14   the record as given by me are true and
15   correct.
16
17
18   _____
              VICTOR CAROLEO
19
20   Signed and subscribed to before me this
21   _____ day of _____, 20__.
22
23   _____
24   Notary Public, State of
25
```



9  (Pages 30 to 33)

Page 34

```
 1
 2              E R R A T A
 3    PAGE/LINE/   CHANGE  /  REASON
 4        /     /                    /
 5        /     /                    /
 6        /     /                    /
 7        /     /                    /
 8        /     /                    /
 9        /     /                    /
10        /     /                    /
11        /     /                    /
12        /     /                    /
13        /     /                    /
14        /     /                    /
15        /     /                    /
16        /     /                    /
17        /     /                    /
18        /     /                    /
19        /     /                    /
20        /     /                    /
21        /     /                    /
22        /     /                    /
23        /     /                    /
24        /     /                    /
25        /     /                    /
```

Page 35

```
 1
 2               C E R T I F I C A T E
 3        I, MARIE FOLEY, Registered Merit
 4    Reporter, Certified Realtime Reporter, and
 5    Notary Public for the State of New York,
 6    do hereby certify that prior to the
 7    commencement of the examination, VICTOR
 8    CAROLEO, was duly sworn by me to testify
 9    to the truth, the whole truth and nothing
10    but the truth.
11        I DO FURTHER CERTIFY that the foregoing
12    is a verbatim transcript of the testimony
13    as taken stenographically by me at the time,
14    place and on the date hereinbefore set forth,
15    to the best of my ability.
16        I DO FURTHER CERTIFY that I am neither
17    a relative nor employee nor attorney nor
18    counsel of any of the parties to this action,
19    and that I am neither a relative nor employee
20    of such attorney or counsel, and that I am
21    not financially interested in the action.
22    _____
      COURT REPORTER
23    Registered Merit Reporter
      Certified Realtime Reporter
24    Notary Public
      Dated: May 4, 2025
25
```



10 (Pages 34 to 35)

## A

**a**
3:13,14 9:13,15 10:7
10:17,21 11:6,12,13
11:19,22,25 12:4,7
12:11,21,24 13:9,10
13:16,17,23 14:2,8
14:12,16,21,22 15:6
15:20 16:2,8,10,11
16:13,14,15,20,23
16:25 17:2,4,6,8,13
17:18,19 19:2,20,24
20:5,10,11,15,17,25
21:5,10,12,14,15,18
21:22 22:5,13,15,18
22:19,22 23:5,8,10
23:18,19,21,21,22
24:8 25:8,18 26:2
28:4,18 29:16,24
30:15,19 31:4,8
33:2,12 34:2,2 35:2
35:12,17,19

**ability**
35:15

**about**
10:25 13:9 14:4
15:14 20:15 22:8
23:20 25:15,24,25
26:9 27:21 28:6,10
28:11 30:7

**above**
1:22

**access**
26:14 27:16,18,25
28:20 29:4,8 30:21
31:5

**accessed**
23:3

**account**
22:16,21,22 23:4,7,9
26:12 27:7,17,19
28:2,18 29:9 30:22

**accounts**
26:15 27:23 28:21
29:4

**accurate**
32:19

**across**
16:19

**action**
1:5 35:18,21

**actually**
13:14 19:17 27:3

**address**
23:7 24:3

**adjourned**
31:16

**affect**
10:19

**affecting**
10:23

**affirm**
9:23

**after**
20:15,18 32:10

**again**
15:18 16:2 29:6

**agree**
28:23

**AGREED**
5:5,11,15

**ahead**
12:6 29:18 30:4

**al**
8:11

**all**
5:11 6:15 8:24 9:15
11:18 14:3 17:22
23:4 27:8 31:12

**along**
14:23

**already**
15:12

**also**
3:21 9:9

**always**
29:19

**am**
35:16,19,20

**an**
6:17 13:2,5,11 15:20

17:10,14 18:12
23:24,25 25:5

**and**
1:12 2:12 5:4,5,7,8
5:10,14,17,17 6:16
8:14,24 9:2,13,25
10:8,9,25 11:13,15
11:20,23 12:22 13:7
13:18,19 14:3,14
15:3,7,18 16:6
17:11,21,24 19:6,19
20:11,20 22:3,9,15
22:23 23:24 24:5,15
25:9,13,22,23 26:15
26:17,18 28:2,15,19
29:4,10,15,17,19
32:5,11,19 33:12,13
33:14,20 35:4,9,14
35:19,20

**another's**
26:14

**answer**
7:4 11:9,10 15:5,25
16:7,22 26:21 29:21
29:25 30:13 31:3

**answered**
15:3 16:6

**answers**
33:13

**any**
5:16 10:18,23 11:13
11:14 12:5 13:24
14:17,19 15:13 16:9
16:16 17:5 19:13
20:6 21:6,25 22:7
22:10 25:23 29:18
31:7 32:5,8 35:18

**anybody**
12:9 21:12

**anyone**
17:14 26:11,12

**anything**
12:2 17:23 20:14
22:24 27:5

**apologize**
12:25

**appearances**
2:2 3:2 4:5 8:25

**appears**
13:5 24:4

**appointment**
15:21

**appropriate**
32:7

**approximately**
14:9 21:2,19 31:17

**April**
1:16 8:14 33:11

**are**
5:9 6:15 8:6 10:18
11:3 13:7 24:21,25
31:13 32:9 33:14

**around**
13:8 26:21 28:13

**as**
5:11,17 9:16 10:10
11:10,24 12:12,13
12:16,19 16:11,15
17:6 18:4,14,22
20:8 21:14,24 22:12
23:14,17 25:15,17
28:20 30:8 33:14
35:13

**ask**
9:21 19:11,19 25:24
26:24,24,25 27:25
29:14,16,18

**asked**
15:2 16:5 19:18
25:25 29:7

**asking**
24:13 25:14 26:11

**ASSOCIATES**
1:10

**at**
1:19,21 8:17,18
11:13 13:2,15 16:9
17:9,24 19:2,21
20:3 21:12 22:9,10
23:4,17 25:13,23
30:23 31:7,16 35:13

**Atlanta**



2:9

**attached**
32:12

**attorney**
16:16 17:5,14 21:6
22:7 32:15 35:17,20

**attorneys**
12:8 20:10 21:20
22:9,10,11

**authored**
29:12

**authoring**
28:14

**Avenue**
3:7

**a.m**
1:21 8:3,15 24:23
25:3 31:15,17

— B —

**B**
6:3

**back**
13:6 20:20 25:2

**basis**
25:23

**Bates**
6:10,13 18:20 23:12

**be**
5:8,12,15 9:24 10:23
13:5,8 18:17 28:25
32:11,18,19,19

**became**
21:16,20

**because**
15:19 26:7,10 28:14
29:11

**been**
10:7 11:21 28:17

**before**
5:16,18 11:9 17:25
33:20

**beginning**
17:10

**begins**
8:7

**behalf**
2:4 3:4 9:4,12

**being**
8:16

**believe**
20:10

**best**
35:15

**between**
5:5

**Bizzaro**
3:13,14 9:13,14,15
15:2,11 16:5,17,23
18:7,10,25 19:4,10
19:13 24:10,14,17
25:11 27:2,13,24
28:22 29:6,15,22
30:10,14,25

**break**
25:7

**bring**
12:24

**but**
9:25 10:15,22 12:25
17:25 24:4 28:3,5
28:17,19 29:2 35:10

**by**
2:6,14 3:6,14 4:8 5:5
10:7,11 12:20 14:7
14:24 15:24 16:18
16:21 19:22 20:21
21:16 23:15 25:4,12
28:15,17,19 30:5,12
31:2 32:17 33:14
35:8,13

— C —

**C**
3:6 33:2 35:2,2

**called**
20:11

**came**
24:5

**can**
12:25 15:4,23,25
16:7,22 19:14 23:21

24:11,14 30:13 31:3

**carefully**
32:5

**Caroleo**
1:7,8,19 3:22 4:7 8:9
10:6,13,17 13:19
25:5 26:13 29:9
30:8,13 33:8,18
35:8

**Caroleo's**
27:17,19 30:22 31:6

**case**
8:13 14:7,15,20
16:16 17:5,12 20:9
20:24 22:4,12

**centered**
13:8

**CERTIFICATE**
4:11

**certification**
5:7

**Certified**
35:4,23

**certify**
33:8 35:6,11,16

**chance**
19:21

**CHANGE**
34:3

**Civil**
1:5

**clear**
23:3 26:20

**clearing**
28:12

**colon**
13:18

**coming**
19:7

**commencement**
35:7

**commencing**
1:21

**communication**
19:24 20:4

**communications**

14:15,19 15:14 17:12
17:16 20:7 21:8
22:2

**complete**
33:12

**conducted**
1:19

**continuing**
18:15

**conversations**
15:13

**copied**
24:4

**CORP**
1:10

**correct**
13:12 14:7,8 21:18
23:5 33:15

**corrections**
32:6,8

**could**
9:20 10:15,19

**counsel**
5:6 8:24 35:18,20

**COUNTY**
33:6

**couple**
13:9 23:19 29:16

**course**
11:13

**court**
1:1 5:18 8:12,22 9:18
11:24 26:18 32:20
35:22

**court's**
26:19

**CRR**
1:25

**currently**
29:9

— D —

**D**
33:2

**date**
1:22 12:19 14:10



18:22 21:20 23:14
32:11 35:14
**dated**
23:25 35:24
**David**
3:25 8:20
**day**
15:20 33:21
**days**
32:16
**deemed**
32:19
**defendants**
1:14 3:4 9:12,16
**Defendants_00222...**
6:10 18:21
**delete**
19:25 20:13
**deleted**
27:10,14,22
**deleting**
15:15
**denote**
6:16
**DEPARTMENT**
1:9
**deposing**
32:15
**deposition**
1:18 7:2 8:8,16 12:3
12:6,10,15 22:15
23:17 26:4 29:2
31:16 32:4,12,16,18
33:11
**depositions**
18:17
**DESCRIPTION**
6:5
**destroy**
14:18
**did**
10:14 12:2,5,8 14:13
14:17 16:3,9,10,14
17:4,9,14,19 18:2
21:6,11 25:5 30:9
30:17

**didn't**
12:24 30:2
**difference**
15:17
**different**
28:18
**DIRECTION**
7:4
**directly**
26:18 27:20 29:5
**disagree**
27:3
**District**
1:1,2 8:12,12
**do**
6:16 9:23 10:3 11:22
11:25 12:2 13:21,24
14:9 15:9 16:18,23
20:6,12,13,23 21:2
21:11,19,25 22:19
23:7 24:17,18 25:19
27:5,9 29:22 30:17
30:21 32:17 35:6,11
35:16
**doctor**
11:4
**doctor's**
15:20
**document**
6:17 12:22 14:4
16:10,14 17:4 18:14
21:12,14,23 23:19
24:11 25:14 26:3,3
26:10,21 27:10
30:23
**documents**
7:9 12:5 14:14,19
17:11,16 20:2,8
21:8 22:3,12
**does**
11:18 27:8
**doesn't**
15:12
**doing**
32:10
**DOMINICK**

1:7
**Dominicthorne@S...**
24:7
**Don**
3:22 27:19 29:8
30:22
**DonCaroleo_0004...**
6:13 23:13
**doncaroleo5484@...**
24:5 30:24
**Don's**
28:2 31:5
**don't**
10:21,22 11:14 13:23
15:6 17:23,23 19:11
21:5,22 22:24 25:23
27:4,11 30:2,15,19
31:5
**doubt**
13:24
**down**
20:13
**drank**
18:8
**drugs**
10:19,22
**duly**
10:7 35:8

---

**E**

**E**
6:3 33:2,2 34:2 35:2
35:2
**each**
27:22
**early**
15:20
**Eastern**
1:2 8:12
**EDT**
1:21 8:3 31:17
**effect**
5:17
**else**
26:11,12
**email**

2:11,18 3:11,19 6:6,8
6:12 12:17 13:5,5
13:11,22,25 18:19
20:3,16 22:15,20
23:4,6,11,24,25
24:3 25:6,20 26:12
26:14 27:7,17,19,23
28:9,14,18,25 29:9
30:6,9,16,18,22
31:6
**emails**
14:25 27:22
**employee**
35:17,19
**errata**
4:10 32:8,11,14
**ESQUIRE**
2:6,14 3:6,14
**et**
8:11
**Evan**
2:6 9:4
**evan.gibbs@trout...**
2:11
**even**
22:24
**ever**
14:13,24 16:3,10,14
17:4,15 21:7,11
22:11 28:2 29:8
**everything**
17:25
**evidence**
15:15,16 20:2 22:4
**ex**
18:16
**exact**
6:17
**examination**
4:7 5:8,15 10:11 35:7
**examined**
10:9
**except**
5:11
**exhibit**
6:6,8,12 12:13,14,16



12:17 18:14,18,19
21:24 23:11,17
25:16,17 30:8
**exhibits**
4:6,13 6:15
**expedite**
15:23

___

**F**

**F**
35:2
**fail**
32:17
**Farrell**
1:19 2:13 8:17 9:9
**February**
17:19 19:24 21:24
**FEDERAL**
5:2
**filing**
5:7
**financially**
35:21
**fine**
28:3
**finish**
11:8
**finished**
12:23
**firm**
9:7 19:25 20:7,22
21:7,13,17 22:2,9
22:10
**first**
10:7 12:14 13:4,20
**Foley**
1:24 8:22 35:3
**follows**
10:10
**for**
7:9 9:9,15 11:4 12:3
12:9,18 14:15 18:21
21:8 22:4,20 23:9
23:13 25:8,9,10
32:8 35:5
**force**

5:17
**foregoing**
35:11
**form**
5:12 16:17 30:25
**forth**
35:14
**foundation**
17:2
**free**
29:20
**Fritz**
1:20 2:13 8:17 9:9
**from**
6:15,17 9:8,10 13:16
14:18 16:10,16 17:5
17:20 18:15 19:7,25
20:7 21:12,24 22:2
24:5 27:22 28:16,18
**full**
10:16
**further**
5:10,14 29:11 31:9
35:11,16

___

**G**

**G**
33:2
**GARDEN**
1:9
**Georgia**
2:9
**get**
12:9 15:19,22 17:19
28:24
**getting**
28:8
**Gibbs**
2:6 4:8 9:3,4 10:12
12:12,20 15:24
16:21 18:3,13 19:5
19:8,17,22 23:15
24:16,20 25:4,12
26:6 27:11,15 28:7
28:23 29:13,19 30:5
30:12 31:2,9

**Giordano**
1:7 8:11
**give**
9:24 12:25 23:21
**given**
33:14
**glasses**
12:25
**go**
20:20 24:19 26:17
29:18 30:4
**goes**
26:10,22 27:5
**going**
13:8 18:3 20:20
24:21,25 25:21
28:24 29:13,16,17
31:13
**Good**
9:3
**got**
18:6 20:13,19 26:20
**Gotcha**
13:10
**GRB**
8:13
**Great**
31:11
**ground**
11:7 29:24
**Group**
1:10 3:5 9:11
**guess**
12:15
**guys**
24:13

___

**H**

**H**
6:3
**had**
11:2 15:20,20 17:10
19:20 29:8
**HAMILTON**
2:5
**hand**

9:21
**handing**
23:16
**happy**
11:15
**hard**
24:12
**has**
13:19 22:6 27:5,16
27:18,25 28:2,20
29:12
**have**
13:8,24 14:4 15:16
19:13 20:12 22:10
23:19 25:5 26:8,13
27:9,13 28:17 29:7
30:21 31:5,7 33:9
**haven't**
19:17
**having**
10:7 15:13
**he**
15:9,11,12,16,20
17:21 27:18,25
29:10,11
**here**
9:4 13:2 15:19,22
17:3 23:22 29:5
30:23
**hereby**
5:4,9 33:8 35:6
**herein**
10:6
**hereinbefore**
35:14
**hereto**
5:5
**here's**
27:15
**Hernandez**
3:25 8:21
**he's**
15:19,22 27:6,7
**High**
3:15
**him**



15:19,22 19:11
24:15,15 27:25
29:23,25
**himself**
27:18
**hired**
14:10
**his**
27:7,7,18
**hold**
16:12,15,19,20,24
17:7,22 19:8 21:14
22:19 23:8 25:21
**hungry**
15:22
**Huntington**
3:17

——————————
**I**
——————————
**I**
6:3,3 9:20 10:3,21,22
11:16,22,25 12:15
12:24,25 13:8,11,23
14:3,16 15:6 16:8
16:13 17:8,13,18,19
17:24,24 18:2 19:17
19:18 20:5,10 21:5
21:10,15,22 22:22
22:23,24 23:10,19
23:24 24:14 25:23
26:8 27:2,4,11
28:23 29:6,22,23
30:2,15,19 31:5,8
33:8,9 35:2,2,3,11
35:16,16,19,20
**idea**
13:2 23:22
**identification**
12:18 18:22 23:14
**if**
5:17 9:20 10:13,15
11:13,24 12:21
13:15 15:9,23 19:13
20:2 22:19 23:8,17
24:20 26:13 27:12
27:16,18,24,25 29:7

32:17
**imperative**
32:13
**in**
6:15,16 8:8,9,11 9:18
10:8 11:24 13:3
14:6,18 16:9,16
17:5 19:24 20:20,24
22:14,24 23:25 29:2
30:3 31:7 32:7,20
33:10 35:21
**inch**
18:12
**INDEX**
4:3,6 7:2
**initially**
14:6
**instruct**
16:3 17:15 29:20,23
**instructed**
15:10 22:11 26:19
**instructing**
20:8 22:3 29:25
**instructions**
14:17 32:2
**interested**
35:21
**into**
6:16 28:8,24
**is**
5:4,10,14 8:14,15,16
8:20,22 9:4 11:23
13:11,20,21 14:7
16:24 17:19,20 18:5
18:23 19:6 20:3
21:17 22:16,17 23:3
23:22 24:3,8,9,23
25:3 26:2,11,12,19
27:12,20 28:13,20
29:4 31:15 32:13
33:12 35:12
**issue**
26:18,23
**issues**
11:2,5
**it**

5:4,10,14 10:23
12:16 13:18,19
15:23 16:18,20
17:20 18:9,25 19:2
19:3,19,21 20:17,19
21:3 22:23,24 23:20
23:25 24:4,15 26:10
27:4,12,13,14 28:6
28:16 29:12 30:19
32:11,11,13
**it's**
10:17 23:25 24:2,12
28:10,14,15,16,19
28:22 29:24
**I'd**
15:21
**I'll**
17:2 19:9,19
**I'm**
10:21,22 11:15 12:12
12:15,15 13:2 15:18
17:25 18:3,13,14
20:20 23:16 24:13
25:14,21 26:8 27:8
28:3,8,23 29:13,15
29:17,24
**I've**
25:22

——————————
**J**
——————————
**JR**
3:13,14
**Jul**
6:12 23:11
**July**
24:2
**Junior**
9:14,15
**just**
10:15 11:7,14 12:21
13:8 15:18,23 18:25
19:2,8,10,18 20:18
23:2,18,19,22 24:10

——————————
**K**
——————————
**K**

33:2
**keep**
17:25
**Kevin**
2:14 9:8
**kind**
10:14,18
**kmulry@farrellfri...**
2:18
**knew**
17:24
**know**
10:21,22 11:10,15
12:23 16:23 18:2
20:12 22:19,23,24
23:8 25:22,24 26:17
26:20 27:11 28:10
28:11 29:2,3,21

——————————
**L**
——————————
**L**
33:2
**Labuda**
3:5 9:11 17:21,21
21:17
**Lake**
3:9
**land**
28:12
**Landscape**
1:4 8:10 9:5
**last**
10:14,25 22:14 26:16
**later**
20:11 21:16
**law**
3:5,13 8:19 9:6,11,14
**lawsuit**
17:10,17 21:9
**lawyers**
25:7
**lay**
17:2
**Legal**
1:23 8:21,23
**let**



11:8,15 12:23 29:16
  29:17
**letter**
16:20,24 17:20
**Let's**
24:17
**like**
15:21 20:11,17
**Line**
7:5,10,15,20
**lines**
14:23
**litigation**
16:12,15,19,20,24
  17:6 21:14 22:19
  23:8
**little**
14:22
**LLC**
1:4,9,11,11,12,12
  8:10 9:6
**LLP**
2:5 8:19
**Locke**
9:6
**look**
13:15 19:2,19,21
  28:8,22
**looked**
25:22
**looking**
13:2 20:3
**LTD**
1:8,10

**M**

**M**
33:2
**made**
32:9
**Magna**
1:23 8:21,23
**make**
11:9,16,18 17:21
  23:2 32:5
**MANAGEMENT**

1:12
**manner**
6:15
**March**
6:6 12:17 13:6,22
  22:6
**Marcus**
3:7
**Marie**
1:24 8:22 35:3
**mark**
18:3
**marked**
7:19 12:13,18 18:21
  21:24 23:13,16
  25:15,16 30:8
**marking**
12:12 18:13
**matter**
8:9
**may**
5:15 32:18,19 35:24
**maybe**
20:17,17
**me**
10:16 11:8,15 12:23
  12:25 17:21 18:6
  20:11,18 23:21
  24:19 25:10 33:14
  33:20 35:8,13
**mean**
16:18
**medication**
11:4
**medications**
10:19
**memory**
11:2,5 20:12
**mentioned**
19:23
**Merit**
35:3,23
**messages**
15:8,10 16:4
**Michael**
3:6 9:10

michaelmule@mll...
3:11
**Milman**
3:5 9:11 19:25 20:7
  21:17 22:2,10
**minute**
12:21 23:18
**missing**
18:12
**more**
14:22
**morning**
9:3 15:21
**motion**
26:5,7
**mouth**
30:3
**Mr**
4:8 9:3,8,10,13 10:12
  10:13 12:12,20 14:7
  14:10,13,18,24 15:2
  15:11,14,24 16:3,5
  16:11,17,21,23 18:3
  18:7,10,13,25 19:4
  19:5,8,10,13,17,22
  22:8 23:15 24:10,14
  24:16,17,20 25:4,5
  25:11,12,21 26:6,13
  26:24 27:2,11,13,15
  27:17,24 28:5,7,22
  28:23 29:6,13,15,19
  29:22 30:5,8,10,12
  30:13,14,25 31:2,9
  31:11
**Mule**
3:6 9:10,10 25:21
  26:24 28:5 31:11
**Mulry**
2:14 9:8,8
**my**
10:23 11:8,14 12:24
  13:3,7,13,20 15:4
  16:22 17:3 24:9
  28:13 29:14 30:3,14
  33:9,10,13 35:15

**N**

**N**
33:2,2
**name**
10:16
**NARROW**
1:8,9
**NE**
2:7
**necessarily**
6:16
**necessary**
32:5
**need**
27:21
**needed**
14:14 21:7 29:11
**neither**
30:20 35:16,19
**never**
22:22,23 23:3 29:22
  29:23
**New**
1:2,20 2:16 3:9,17
  8:4,13,17 10:9 35:5
**NEWAY**
1:12,13
**Nicholas**
1:7 8:10
**no**
1:5 6:5 8:13 11:11,13
  12:4,7,11 14:2,12
  14:21 15:6 16:25
  18:10 22:5,13 27:2
  27:9 29:10,10 31:9
**nodding**
11:11
**none**
7:6,11,21
**nor**
35:17,17,17,19
**normal**
29:2
**not**
6:16 7:4 14:16,18



16:8,13 17:8,13,14
18:2 19:25 20:13
21:10,15 23:10 26:4
26:11 27:6 28:4,5,8
28:23 29:17,21,25
29:25 31:8 35:21
**Notary**
5:16 10:8 33:24 35:5
35:24
**Note**
6:15 30:14
**noted**
30:22
**nothing**
9:25 35:9
**now**
8:6 19:16,19
**number**
8:8
**numbering**
18:15

---

**O**

**O**
33:2
**oath**
11:21 33:10
**object**
25:22
**objected**
26:2
**objection**
15:2,4,11 16:5,17
30:10,14,25
**objections**
5:11 26:16,17
**obligation**
17:11
**of**
1:2,18 2:4 3:4,13 4:6
4:7 5:7,12,13 7:9
8:8,9,12,18,21,22
9:4,12,14 10:8,8,14
10:18,23 11:13,14
12:6,14,19 13:4,6,9
13:22 14:15 15:17

15:19,22 16:19
17:10,20 18:8,11,22
20:9,10 21:6,20,24
22:4,6,12 23:14,19
23:22 26:5,7 27:8
28:9,14,24 29:3,4
30:23 32:16,16 33:4
33:6,9,11,13,21,24
35:5,7,12,15,18,18
35:20
**off**
22:15 24:19,22 31:14
**office**
17:20
**Offices**
3:13 9:14
**okay**
18:23 19:12,15 26:24
27:24 29:15 31:4,11
**on**
1:21 2:4 3:4 8:6 9:4
9:11 10:18,22,22
11:7,16 13:4,6,22
17:19 19:8 22:15,20
23:8 25:2,21 32:7
33:13 35:14
**once**
19:20
**one**
18:4 19:8,18 20:10
24:10 26:14 28:16
28:17
**ones**
22:7
**one's**
27:9
**only**
17:18 26:8
**opened**
22:22
**opportunity**
25:6
**opposed**
11:10
**or**
9:23 10:19 11:11,12

14:10,19 15:13,15
16:11,15 17:6,15,16
20:2 21:8,13 25:16
26:10,13 27:6,7,7
27:18,25 29:9,21
35:20
**order**
26:19
**original**
4:13 32:14
**other**
12:8 20:6 21:23 22:7
22:7,11 26:13 27:17
**other's**
27:23
**our**
25:7
**out**
15:19,22 17:23 18:8
**outside**
19:14 24:15
**over**
15:4,18,18 19:19
32:4

---

**P**

**P**
2:14
**page**
4:4,9 6:5 7:5,10,15
7:20 11:17 13:4
**PAGE/LINE**
34:3
**papers**
17:22
**part**
12:14 20:9 22:12
26:5,6
**particular**
12:22 13:4,22,25
14:4 16:16 20:16
22:20 23:4,9 25:20
26:9 28:9 30:9
**parties**
5:5 8:24 35:18
**passcode**

22:25
**PC**
8:17
**Peachtree**
2:7
**people**
28:15,19
**Pepper**
2:5 8:19 9:6
**person**
27:21 28:17
**personal**
23:7
**PHONE**
2:10,17 3:10,18
**place**
35:14
**placed**
11:21
**plaintiff**
1:5 2:4 9:5,9
**Plaza**
1:20 2:15
**please**
8:25 9:18,22 11:12
32:4,10
**PLLC**
3:5 9:11
**point**
16:9 17:24 25:13
31:7
**prepare**
12:2
**prescribed**
11:4
**present**
3:21 8:25
**presently**
10:18
**preservation**
26:3,22
**preserve**
14:14 15:10 16:4
17:11,16 20:2,8
21:8 22:3,12
**preserving**



15:15
**pretty**
26:20
**previous**
18:16,16
**previously**
14:5 20:24 25:16
26:2
**prior**
21:25 23:17 35:6
**privilege**
29:24
**problem**
28:4
**problems**
20:12
**PRODUCTION**
7:9
**property**
28:11
**providing**
10:15
**Public**
5:16 10:8 33:24 35:5
35:24
**purports**
28:16
**purposes**
14:15 22:4
**put**
23:25 30:2
**P.C**
1:20 2:13 3:13 9:15

**Q**

**Q**
10:13,18,25 11:7,20
11:23 12:2,5,8,21
13:3,13,18,24 14:3
14:9,13,17,22 15:7
15:25 16:3,9,14,22
17:2,9,14 19:23
20:6,15,19 21:2,6
21:11,16,19,23 22:6
22:14,19 23:2,6,16
23:24 24:9 25:5,13

25:19 30:6,13,17,21
31:3,7
**quarter**
18:11
**question**
5:12 11:8 13:3,13,20
13:21 14:22 15:7,25
16:2,22 19:16 24:8
24:9 26:11,25 27:12
27:16,21 28:13 29:7
**questions**
7:19 11:14 13:7,9
14:3 15:17 17:3
19:11,14,20 23:20
25:15,24,25 26:7,9
26:21 28:6,10,11
29:11,14,17,18
31:10
**quotations**
6:15
**quote**
6:17

**R**

**R**
34:2,2 35:2
**Radler**
20:22
**raise**
9:21
**read**
6:16 16:2 18:25 19:3
19:10 22:23 24:11
24:15 32:4 33:9
**reading**
12:24 25:9
**ready**
12:9
**Realtime**
35:4,23
**REALTY**
1:8
**reason**
13:24 32:7 34:3
**recall**
13:21,23 14:16 15:6

15:9,12 16:8,13
17:8,13 20:6,23
21:5,10,11,15,22,25
23:10 25:19 30:15
30:17,19 31:8
**receipt**
32:16
**receive**
14:17 16:10,14 17:4
**receiving**
19:24 21:12,25 29:3
**Recess**
24:24
**record**
6:16 8:7 21:21 23:2
23:25 24:19,22 25:2
31:14 33:12,14
**redacted**
6:9,12 18:20 23:12
**referred**
16:11,15 17:6 21:13
**referring**
20:4 30:7
**reflected**
6:15
**refresh**
11:7
**Registered**
35:3,23
**related**
17:12,17
**relates**
13:4
**relating**
14:19
**relative**
35:17,19
**relevance**
30:11
**relevant**
27:20 28:20 29:5
**remember**
14:9 17:19 19:23
21:2,19
**remind**
20:18

**rephrase**
11:15
**reporter**
8:22 9:18 35:4,4,22
35:23,23
**REPORTER'S**
4:11 6:15
**represent**
9:2 21:4
**representation**
20:21
**represented**
14:6 20:24 21:16
**request**
7:9 8:18
**reserved**
5:12
**respect**
15:7
**respective**
5:6
**retained**
14:10 21:3
**retention**
26:4
**return**
32:13
**review**
12:5,22 23:18 25:6
**re-marking**
12:16
**right**
9:21 19:5 21:17
22:17 29:12 31:12
**Rivkin**
20:21 21:6,13 22:9
**RMR**
1:25
**rough**
23:22
**ROUTE**
1:11
**rules**
11:8
**RXR**
1:20 2:15



## S

**S**
6:3
**said**
16:19
**same**
5:8,17 11:17,24
14:23 15:7,17 26:17
**SANDERS**
2:5
**Saul**
14:7
**save**
14:25
**say**
20:5 30:2
**saying**
11:11 27:9
**says**
13:18 20:11 29:10
**Scapes**
1:11 22:15
**sealing**
5:7
**second**
18:4 19:9 24:11
**see**
25:23
**sending**
13:21 29:3 30:17,19
**sense**
11:18
**sent**
13:6,11,25 24:6
28:18
**separate**
28:15
**Services**
1:23 8:21,23
**set**
35:14
**sheet**
32:8,11,14
**should**
17:15 18:17 32:6

**showing**
18:14
**sic**
23:21
**sign**
32:10
**SIGNATURE**
4:9
**signed**
5:16,17 28:15,19
33:20
**simple**
29:7
**Since**
22:6
**sir**
11:19
**SiteOne**
1:4 8:9 9:5
**SL**
8:13
**so**
10:21 12:15 13:11,20
15:15,22 18:17,23
19:16 23:2 24:9
26:5,15,24 27:4,14
27:24 28:19 29:6
30:6 32:10,18
**some**
10:22 19:20 20:12
**somebody**
13:12 23:23
**someone**
27:16
**son**
27:18 30:21
**space**
32:7
**speak**
12:9
**specific**
14:22 28:5
**specifically**
15:9 17:18
**spoke**
10:25

**spoliation**
27:6
**ss**
33:5
**ST**
1:11
**start**
10:14,15 11:9
**state**
8:25 10:8 32:6 33:4
33:24 35:5
**States**
1:1 8:11
**stating**
18:24
**STENOGRAPHER**
9:20 10:4
**stenographically**
35:13
**still**
11:3
**STIPULATED**
5:4,10,14
**STIPULATIONS**
5:2 7:14
**Street**
2:7 3:15
**subscribed**
33:20
**substance**
28:9,24
**Success**
3:9
**such**
35:20
**Suite**
2:8 3:8,16
**summarize**
23:21
**Supply**
1:4,12 9:5 22:15
**SUPPORT**
7:2
**sure**
11:9,16 17:22 23:2
24:16

**swear**
9:18,23
**sworn**
5:18 10:7 35:8

## T

**T**
6:3 33:2 34:2 35:2,2
**take**
12:21 19:2 23:18
24:15
**taken**
8:16 24:24 33:10
35:13
**taking**
11:3
**talk**
19:14
**talked**
22:8
**talking**
30:7
**TBizzaro@TAB-L...**
3:19
**tell**
14:13 17:15 21:7
**terms**
29:2
**testified**
10:9 14:5 15:12
22:14
**testify**
35:8
**testifying**
11:24
**testimony**
9:24 10:20,24 11:23
33:10,13 35:12
**text**
15:8,10 16:4
**than**
12:8 21:23 22:7
26:13 27:17
**thank**
10:4 25:8,9
**that**



5:6,11,15 10:19,23
11:2,4,16,18,20,23
13:6,9,25 14:4,5,7
14:10,14,16 15:6
16:8,13,18 17:5,8
17:10,13,15,22,24
18:2,2 19:23 20:4
20:15,23 21:3,5,7
21:10,13,15,17,23
22:17,20,22 23:3,9
23:10,19 24:4,17
25:8,9,14,15,16
26:8,18,20,22 27:9
27:19,21 28:3,25
29:4,8,23 30:2,6,7,8
31:8 32:8,13 33:9
33:11,13 35:6,11,16
35:19,20

**that's**
13:7,7,13 14:3 19:5
21:18 23:5 24:12
28:4 30:22

**their**
5:6 8:25

**theirs**
27:8

**them**
11:16 21:3

**then**
13:18 19:19 24:14
27:19,20 29:10

**there's**
13:16 18:11 29:10

**these**
26:17

**they**
6:16 9:2 20:23 21:20
26:13,20 27:22

**thing**
17:18

**think**
10:21 27:4 29:6

**thirty**
32:15

**this**
5:18 8:7,16 9:3 12:13

12:19,22 13:3,5,11
13:21,25 14:6,15
15:21 16:16 17:12
17:17 18:5,13,17,22
18:24 19:6 20:3,3,9
20:13,18,24 21:9
22:12 23:14,22,24
24:4,11 25:13,19,23
25:24,25 26:2,4,6,9
26:15,22 27:10 28:9
28:20 30:9,15,18,23
33:20 35:18

**Thomas**
3:13,14 9:13,14

**those**
26:16

**thread**
6:8 18:19

**three**
20:17 26:8

**through**
5:6

**throw**
17:23

**time**
5:13 8:15 10:14,25
11:13 16:9 20:20
24:23 25:3 26:16
31:7,15 35:13

**titled**
16:11,15 17:6 21:13

**today**
8:14 10:2,20 11:21
12:3,6,10

**told**
14:24 17:21

**Tom**
25:10

**took**
25:7

**top**
13:15 16:19 30:23

**total**
26:8

**transcript**
4:3,13 32:17,18 33:9

33:12 35:12

**trial**
5:13

**Troutman**
2:5 8:18 9:6

**TRUCKING**
1:13

**true**
33:12,14

**truth**
9:24,25 10:2 35:9,9
35:10

**try**
11:8,12

**trying**
15:18

**turned**
22:20 23:8

**two**
28:15,19

---
**U**
---

**uh-huh**
11:11

**uh-uh**
11:12

**under**
11:21 33:10

**understand**
11:14,20 17:9 25:14

**Uniondale**
1:20 2:16 8:4,17

**United**
1:1 8:11

**Unless**
29:24

**up**
13:15 20:11

**used**
28:2 32:19

**using**
26:12 27:6,7,8

---
**V**
---

**v**
1:6

**verbalize**
11:12

**verbally**
11:10

**verbatim**
35:12

**versa**
28:3

**versus**
8:10

**vice**
28:2

**Victor**
1:8,19 4:7 8:8 10:6
10:17 13:18 33:8,18
35:7

**victorcaroleo@aol....**
13:19 23:6 24:3

**victor@scapesuppl...**
22:16

**videographer**
3:24 8:6,20 9:17
24:18,21,25 31:13

**videotape**
8:7

**Videotaped**
1:18

---
**W**
---

**W**
33:2

**Wait**
24:10

**waived**
5:9

**want**
11:16 24:18 27:25

**wanted**
19:18

**was**
10:9 12:13,18 13:3
17:5 18:21 19:16
20:17 21:3,13 22:20
23:8,13,16,24 24:5
25:16 26:4,6 27:10
27:12 35:8



**wasn't**
27:14
**water**
18:5
**way**
1:8,9 10:14
**we**
8:6 10:14,25 15:23
19:14 20:11 21:23
24:21,25 25:7 26:2
27:20 31:13
**week**
20:11,15
**weeks**
20:18
**welcome**
25:11
**well**
9:16 13:13 24:14
26:6 27:2,11,13,15
28:7,7 29:13
**went**
22:23
**were**
6:16 11:24 14:6,24
26:16
**we'll**
10:13
**we're**
11:16 18:15 29:5
30:6,7
**we've**
22:8 25:15 30:8
**what**
13:2,7 16:18,23
17:20 18:23 19:16
21:20 23:16,22 24:8
27:4,8
**what's**
15:16 16:20 30:11
**when**
12:23 21:3
**where**
19:6
**whether**
26:10 27:6,22

**which**
6:16 22:16
**while**
25:7
**who**
28:20
**whole**
9:25 35:9
**whom**
9:2
**who's**
17:14
**why**
15:16 24:13 29:5
**will**
5:8,12 8:24 9:24
23:24 24:20 32:11
**with**
4:13 5:16 9:6 10:15
10:16 15:7,14 25:6
27:5 28:3
**within**
5:8,15 32:15
**witness**
7:4 9:19 10:3,6 18:5
18:8,11,23 19:3,6
19:12,15 24:12
29:20 31:12 32:2
**words**
30:3
**would**
9:17 10:13,23 12:21
15:16 20:5 23:18
28:25 29:22,23
**write**
30:9
**writing**
14:18 25:19 30:15
**written**
28:17
**www.MagnaLS.com**
1:24

---

**X**

**X**
6:3

---

**Y**

**Yeah**
19:4 24:20
**yes**
10:3 11:6,11,12,19
11:22,25 13:17 18:7
20:5,25 22:18 25:18
**yet**
19:18
**York**
1:2,21 2:16 3:9,17
8:4,13,18 10:9 35:5
**your**
9:21 10:16,20 11:3,4
11:5,23 12:3,6,8
19:16 20:21 21:20
22:14 23:6,7,17
24:2,8 25:6 26:25
26:25 30:21 32:4,12
**you're**
12:23 20:4 25:11
29:19
**you've**
11:2,20 19:20 23:3

---

**Z**

**Zabell**
14:7,11,13,18,24
15:14 16:3,11 22:8

---

**1**

**1**
8:8
**10**
4:8
**10:00**
1:21
**10:09**
8:3,15
**10:24**
24:23
**10:29**
25:3
**10:34**
31:15,17
**11042**

3:9
**112**
1:11
**11556**
2:16
**11743**
3:17
**12**
6:6
**15**
6:12 23:11
**15th**
24:2
**18**
6:8

---

**2**

**2**
1:9 4:5 6:6 12:13,14
12:16,17
**2:23-CV-02084**
8:13
**2:23-CV-2084(GR...**
1:6
**20**
33:21
**2023**
6:6,12 12:18 13:6,22
22:6 23:11 24:2
**2025**
1:16 8:14 17:19
19:24 21:24 33:11
35:24
**21**
6:6 12:17
**21st**
13:6,22 22:6
**23**
6:12
**24**
1:16 33:11
**24th**
8:14

---

**3**

**3**



4:5 6:12 23:11,17 25:17 30:9
**3W8**
3:8
**30**
32:15
**300**
3:16
**3000**
2:8 3:7
**30308**
2:9
**33**
4:9
**34**
4:10
**35**
4:11
**3670**
1:10

---
**4**
---
**4**
6:8 7:16 18:14,18,19 21:24 35:24
**4TH**
1:11
**400**
1:20 2:15
**470.885.3093**
2:10

---
**5**
---
**5**
1:10 7:16
**516.227.0620**
2:17
**516.328.8899**
3:10

---
**6**
---
**6**
4:6
**600**
2:7
**631.380.3297**

3:18

---
**7**
---
**7**
3:15
**7/14/2023**
6:8 18:20

---
**8**
---
**866-624-6221**
1:23

---
**9**
---
**9**
1:11

