# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Michael C. Mulè - Partner**
**Direct E-Mail Address:** michaelmule@mllaborlaw.com
**Direct Dial: (516) 303-1303**

September 15, 2025

**<u>VIA ECF</u>**
Hon. Steven I. Locke
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *SiteOne Landscape Supply, LLC v. Nicholas Giordano, et al.*
       Case No.: 2:23-cv-2084-GRB-SIL

Dear Judge Locke:

We currently represent Defendants in the above-referenced matter along with co-counsel, Law Office of Thomas A. Bizzaro, Jr., P.C. ("Bizzaro Law"). We write in accordance with Judge Brown's rules and Rule 4 of Your Honor's individual rules to request the Court (i) to "so-order" the attached Stipulation to Withdraw as Counsel and (ii) to exercise supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, to hear a fee dispute between litigants and their attorneys (*see, e.g.*, *Alderman v. Pan Am World Airways*, 169 F.3d 99, 102 (2d Cir. 1999)) with our firm submitting moving papers by September 29, 2025.

Since July 2025, we have sought to resolve the issue of outstanding fees which are in a principal amount of $330,559.63, and other issues with our clients. On September 4, 2025, Defendants, through Bizzaro Law, sent our firm an email containing an executed Stipulation to Withdraw as Counsel, but we have otherwise reached an impasse.

We thank you for your attention to this matter.

Respectfully submitted,
**MILMAN LABUDA LAW GROUP PLLC**
*/s/ Michael C. Mulè*
Michael C. Mulè

Encl.
cc: all counsel of record via ECF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SITEONE LANDSCAPE SUPPLY, LLC,

                  Plaintiff,

    -against-

NICHOLAS GIORDANO, DOMINICK CAROLEO,
VICTOR CAROLEO; NARROW WAY REALTY,
LTD., NARROW WAY 2 LLC; THE GARDEN
DEPT. CORP., GROUP 5 ASSOCIATES, LTD., 3670
ROUTE 112 LLC, 9 4TH STREET LLC; SCAPES
SUPPLY, LLC; NEWAY MANAGEMENT, LLC
AND NEWAY TRUCKING,
                  Defendants.
-----------------------------------------------------------------X

Civil Action No. 2:23-cv-02084-SIL

**STIPULATION TO**
**WITHDRAW AS COUNSEL**

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned Defendants that

Milman Labuda Law Group PLLC is hereby permitted to withdraw as counsel for Defendants

Dominick Caroleo, Victor Caroleo, Nicholas Giordano, Narrow Way Realty, Ltd., Narrow Way 2

LLC; The Garden Dept. Corp., Group 5 Associates, Ltd., 3670 Route 112 LLC, 9 4th St. LLC;

Scapes Supply, LLC; and Neway Management, LLC in connection with the above-captioned

litigation.

**IT IS HEREBY STIPULATED AND AGREED** that all the Defendants to this Stipulation

consent to such withdrawal and that said withdrawal shall be effective upon the So Ordering of

this Stipulation by the Court.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in

counterpart, that a facsimile signature will have the same force and effect as an original signature

and may be filed with the Clerk of Court without further notice.

So Ordered: _____
                         U.S.D.J.

Dated: August 1, 2025
Lake Success, NY 11042

DOMINICK CAROLEO, INDIVIDUALLY
AND ON BEHALF OF, THE GARDEN
DEPARTMENT, 3670 ROUTE 112 LLC,
9 4TH STREET LLC

Signed by:

VICTOR CAROLEO, INDIVIDUALLY
And ON BEHALF OF, NARROW WAY
REALY, LTD., NARROW WAY 2 LLC,
GROUP 5 ASSOCIATES LTD.,
SCAPES SUPPLY, LLC, and
NEWAY MANAGEMENT, LLC

Signed by:

NICHOLAS GIORDANO

MILMAN LABUDA LAW GROUP PLLC
Withdrawing Attorney for Defendants

Page 2 of 2