AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

SITEONE LANDSCAPE SUPPLY, LLC )
*Plaintiff* )
v. ) Case No. 2:23-CV-02084
GIORDANO, ET AL )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dominick Caroleo

Date: 09/17/2025

*Attorney's signature*

Anthony W. Cummings, Esq.
*Printed name and bar number*
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554

*Address*

acummings@certilmanbalin.com
*E-mail address*

(516) 296-7062
*Telephone number*

(516) 296-7111
*FAX number*