# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-CV-02084 |
| GIORDANO, ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff SiteOne Landscape Supply LLC.

Date: 09/18/2025

s/ Paris L. Kent
*Attorney's signature*

Paris L. Kent 5917380
*Printed name and bar number*
Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

*Address*

paris.kent@troutman.com
*E-mail address*

(212) 794-6000
*Telephone number*

(212) 704-6288
*FAX number*