

90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
Phone: 516.296.7000 • Fax: 516.296.7111
www.certilmanbalin.com

Anthony W. Cummings
Partner
Direct Dial 516.296.7062
acummings@certilmanbalin.com

October 10, 2025

**Via: ECF**
Magistrate Judge Steven Locke
United States District Court
Eastern District of New York
100 Federal Plaza, Room 820
Central Islip, New York 11722

Re: SiteOne Landscape Supply, LLC v. Giordano et al.
2:23-cv-02084

Dear Judge Locke,

I am one of the attorneys at Certilman Balin and I represent Dominick Caroleo in connection with the above-mentioned.

This letter is submitted to respectfully request that certain documents filed under seal be released to me in furtherance of my representation of Mr. Caroleo.

Plaintiff, SiteOne Landscape Supply, LLC ("SiteOne"), requested leave by Letter Motion dated August 19, 2025, to file a motion to quash certain portions of subpoenas issued by Defendants Dominick, The Garden Dept. Corp., 3670 Route 112 LLC, and 94th St., LLC to Wells Fargo Bank, N.A. and JP Morgan, Chase Bank, N.A., dated July 31, 2024 (the "Subpoenas"), which Subpoenas sought the production of certain records related to SiteOne's bank accounts (Doc No. 143). That application was granted by Electronic Order filed August 23, 2025.

I do not have access to the documentation related to the motion filed under seal and it is necessary for me to review the previously mentioned documentation to ascertain the scope of the Order that I believe was ultimately granted as it may impact my anticipated discovery demands.

Therefore, it is respectfully requested that you authorize release of the documentation related to the motion to quash filed under seal by Plaintiff to me.

Anthony W. Cummings, Esq.

Certilman Balin Adler & Hyman, LLP
Suffolk Office: Hauppauge, NY 11788

8676957.1