

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

ANTHONY W. CUMMINGS
PARTNER
DIRECT DIAL 516.296.7062
acummings@certilmanbalin.com

October 17, 2025

VIA: ECF
Magistrate Judge Steven Locke
United States District Court
Eastern District of New York
100 Federal Plaza, Room 820
Central Islip, New York 11722

Re: SiteOne Landscape Supply, LLC v. Giordano et al.
2:23-cv-02084

Dear Judge Locke,

My firm represents the Defendants in the above-referenced matter, along with co-counsel, Law Offices of Thomas A. Bizzaro, Jr., P.C. This correspondence shall serve as Defendants' letter request for permission to modify the Court's directives/order following the September 17, 2025 conference before Your Honor.

On September 17, 2025, the Court issued an order appointing a Special Master to supervise the IT-retention depositions of SiteOne Custodians. (Doc. No. 233). Further, the Court directed SiteOne to produce Custodians, CEO Douglas Black, CISO David Black (for his continued deposition), Gerard Passaro, and Kevin Peattie.

On October 15, 2025, pursuant to the Court's directives, the virtual deposition of CEO Douglas Black was conducted and completed in under three (3) hours - under the supervision of Special Master Michael Cardello III, Esq.

Based on the testimony of CEO Black, the Defendants are willing to waive the IT-retention depositions of Custodians Gerard Passaro[1] and Kevin Peattie[2] (only), provided Plaintiff SiteOne agree to produce the following Custodians in their place and stead:

---

[1] The Court may recall that in the May 27, 2025 correspondence from Evan Gibbs, Esq. to Thomas A. Bizzaro, Jr., Esq., Mr. Gibbs states that Mr. Passaro was issued a SiteOne cellular telephone in either February of March of 2023, but for some undisclosed reasons, Mr. Passaro's text message data only dates back to July 18, 2023. It should be noted that Mr. Caroleo was wrongfully terminated by SiteOne in October 2022 and he signed the Confidential Settlement Agreement in February 2023. SiteOne commenced this lawsuit in March 2023. The missing time period is critical to the defense of the Defendants.

[2] The May 27, 2025 correspondence from Evan Gibbs, Esq. to Thomas A. Bizzaro, Jr., Esq. further states that SiteOne's IT Department performed a factory reset of Mr. Peattie's device – despite the issuance of a



October 17, 2025
Magistrate Judge Steven Locke
Page 2.

- David Bannister - Head of SiteOne's IT Department;
- Sean Cramer – Former Head of SiteOne's IT Department[3];
- Neville Ranglin;
- Briley Brisendine, Esq. – SiteOne's former General Counsel (who has already been served with a Subpoena); and
- Travis Jackson, Esq. – SiteOne's current General Counsel.

Defendants reserve their right to conduct additional IT-retention depositions of other SiteOne Custodians and/or non-party witnesses to the extent new witnesses are identified by the deponents during their testimony.

Based on the foregoing, Defendants respectfully request the Court modify its September 17, 2025 order so that Defendants can depose only materially relevant Custodians, following CEO Black's testimony on October 15, 2025).

Thank you for your prompt attention to this matter.

Respectfully,

Anthony W. Cummings, Esq.

---

litigation hold to Mr. Peattie – thus making any relevant text message data on Mr. Peattie's device unrecoverable.

[3] Defendants' process server has informed co-counsel, Thomas A. Bizzaro, Jr., that non-party, Sean Cramer, is evading service and refuses to come downstairs from his third-floor office to accept the subpoena and the building security will not let Defendants' process server upstairs. This has resulted in Defendants being forced to hire an investigator to locate Mr. Cramer's home address and consider enlisting the U.S. Marshals Service.