UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK                                         5472481

**Plaintiff / Petitioner:**
SiteOne Landscape Supply, LLC

**Defendant / Respondent:**
Nicholas Giordano, Victor Caroleo, et al

**AFFIRMATION OF SERVICE**

Index No:
2:23-cv-02084
Date Filed: 10-10-25

I, Bill Maseroni affirm and say that I'm not a party herein, I'm over 18 years of age and reside in New York State. That on Tue, Oct 14 2025 AT 10:44 AM AT 323 Long Island Ave, Holtsville, NY 11742 affirmant served the within Paul Brand Subpoena (10.10.2025).pdf (Received Oct 10, 2025 at 12:57pm EDT) on Paul Brand

[X] **Individual:** by delivering a true copy of each to said defendant, personally; affirmant knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Agency:** a defendant, therein named, by delivering a true copy of each to _____ personally, affirmant knew said corporation/agency so served to be the corporation/agency described, and knew said individual to be thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. That person was also asked by affirmant whether said premises was the defendant's residence/place of business and the reply was affirmative.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, affirmant was unable with due diligence to find defendant, or a person of suitable age or discretion threat, having called thereon; at

[ ] **Mailing:** Affirmant also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential that did not indicate on it that the communication was from an attorney or concerns an action against the person to be served at aforementioned address to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department. Mailed on _____.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| Age: | 48-58 | Skin Color: | Caucasian | Gender: | Male | Weight: | 175-190 |
| Height: | 5'9" | Hair: | Blond | Eyes: | n/a | Relationship: | Unknown |

Other   Served at his place of employment -SiteOne Landscape Supply Inc.

*William Maseroni* (signature)

Bill Maseroni
2124933-DCWP
WRM Process Services & Investigations, Inc.
1019 Fort Salonga Road-Unit 166
Northport, NY 11768

Pursuant to NY CPLR § 2106. I affirm this 14 day of OCTOBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Prepared For:
Law Offices of Thomas A. Bizzaro, Jr., P.C.
23 GREEN STREET Suite -308
HUNTINGTON, NY 11743