

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

ANTHONY W. CUMMINGS
PARTNER
DIRECT DIAL 516.296.7062
acummings@certilmanbalin.com

October 13, 2025

**Via: ECF**
Magistrate Judge Steven Locke
United States District Court
Eastern District of New York
100 Federal Plaza, Room 820
Central Islip, New York 11722

    Re:    SiteOne Landscape Supply, LLC v. Giordano et al.
               2:23-cv-02084

Dear Judge Locke,

    This letter is in reply to the objection by Plaintiff's counsel to my request for access to certain documents filed under seal (Doc. No. 241).

    The only reason I'm interested in the documents filed under seal is to ascertain what, if any, restrictions may apply in my efforts to move forward with discovery in this action. From what is apparent from the record, Plaintiff's counsel sought to file under seal a motion to quash portions of subpoenas seeking records related to SiteOne's bank accounts (Doc. No. 143).

    According to Plaintiff's counsel, the subpoenas pertain to Laura Shartle, Trisha Earls and the Hawkins Firm, LLC. Counsel goes on to state in its letter request (Doc. No. 143) that the facts surrounding why the records may be relevant are the subject of a confidentiality agreement. It is noteworthy the subpoenas sought copies of all transaction statements, deposit and/or withdrawal transactions and slips, canceled checks, electronic fund transfers, wire transfers, and account ledgers.

    However, it is my intent to ascertain the scope of the Order that I believe was ultimately granted as it may impact my anticipated forthcoming discovery demands. As relevant to my objectives, on September 28, 2022, my client Mr. Don Caroleo attended a SiteOne event in Atlanta. During a dinner following the event, it was alleged that Mr. Don Caroleo made inappropriate comments of a sexual nature to a senior SiteOne female employee, Laura Shartle. After the dinner, Mr. Don Caroleo shared an Uber with that employee, and he is alleged to have made a sexual advance during the ride. Laura Shartle allegedly reported the incident the next day. Mr. Don Caroleo was suspended on October 3, 2022. SiteOne allegedly hired outside counsel to independently investigate the



October 13, 2025
Magistrate Judge Steven Locke
Page 2.

allegations. The investigation purportedly found enough evidence to support Laura Shartle's allegations. SiteOne's Board of Directors is alleged to have voted unanimously to terminate Mr. Don Caroleo' employment with Cause effective October 19, 2022, under his employment agreement for violating SiteOne's anti-harassment policy.

However, Mr. Don Caroleo asserts that this purported justification for his dismissal is merely a cover up for a conspiracy to fire him since he had achieved extraordinary results in terms of financial measures and indicia of superior leadership that others resented or otherwise resisted since he was due substantial performance based compensation.

In order to properly prepare the defense to the allegations of termination for Cause, discovery must proceed as against Laura Shartle and all of the relevant witnesses. I have no interest in the documentation that the motion to quash sought to bar from public disclosure.

Furthermore, my letter has nothing to do with evading a lien.

The genuine purpose of my request is to allow forward progress in the discovery surrounding important issues in this case and for the avoidance of doubt and the avoidance of other motions alleging a violation of a prior Order and any other similar unnecessary use of Court resources.

Therefore, it is respectfully requested that you authorize release of the documentation related to the motion to quash filed under seal (Doc. No. 143) by Plaintiff to me.

Respectfully,

Anthony W. Cummings, Esq.

8678434.1