

**Michael Cardello**
Managing Partner
Direct Dial: (516) 880-7290
Email:  mcardello@moritthock.com

October 28, 2025

**Via ECF**

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:   ***Siteone Landscape Supply, LLC v. Nicholas Giordano, et al.***
            **Case Number 2:23-cv-02084-GRB-SIL**

Dear Magistrate Judge Locke:

    Pursuant to your Order dated September 17, 2025, Your Honor appointed me as Special Master to oversee the depositions of Douglas Black, David Black, Kevin Peattie, and Gerald Passaro by November 15, 2025.  I am pleased to report that these depositions have been completed.

    Please let me know if I may be of further assistance to the Court.

                                            Respectfully submitted,

                                             *Michael Cardello III*

                                             Michael Cardello III

cc:    All counsel via ECF