# EXHIBIT 4

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

                                     .
Siteone Landscape Supply,            .  Docket #CV-23-2084 (GRB)(SIL)
LLC,                                 .
                                     .
           Plaintiff,                .
                                     .
                                     .  United States Courthouse
            V.                       .  Central Islip, New York
                                     .  June 12, 2025
Nicholas Giordano, et al.,           .  10:01 a.m.
                                     .
           Defendants.               .
. . . . . . . . . . . . . . . . . . .
```

## TRANSCRIPT OF MOTIONS HEARING
### BEFORE THE HONORABLE STEVEN I. LOCKE
### UNITED STATES MAGISTRATE JUDGE

**APPEARANCES:**

| | |
|---|---|
| For The Plaintiff: | Evan Gibbs, Esq.<br>Troutman Pepper Hamilton Sanders, LLP<br>Ste. 3000<br>600 Peachtree Street, NE<br>Atlanta, GA 30208 |
| | Kevin P. Mulry, Esq.<br>Farrell Fritz, PC<br>400 RXR Plaza<br>Uniondale, NY 11556 |
| | Paris Kent, Esq.<br>Troutman Pepper Hamilton Sanders, LLP<br>875 Third Ave.<br>New York, NY 10022 |
| For The Defendants: | Thomas A Bizzaro, Jr, Esq.<br>Law Offices of<br>Thomas A. Bizzaro, Jr., P.C.<br>133C New York Avenue<br>Huntington, NY 11743 |

14

depositions limited on these issues.  So I could ask relevant questions at those depositions.  Nobody was looking to give anybody extra work.  We were trying to be more efficient.

THE COURT:  Okay.  How does that sound, Mr. Gibbs?

MR. GIBBS:  That's totally fine.  With the individuals that they want to depose on these, you know, sort of evidence document retention type depositions, I think this stuff is fair game.

THE COURT:  Okay.  So then let's just do that.  In terms of document retention depositions, let's flesh that out a little more.  How many are you talking about Mr. Bizzaro?

MR. BIZZARO:  I think I certainly want every one of the individuals identify -- the ten on the May 27th letter.  I don't -- I like to write to depose them, but I don't know that I need to because depending on what sub certain --

THE COURT:  Well, I think that's what I was going to say.  You maybe taking ten of the same depositions if you do that.

MR. BIZZARO:  Correct. And additionally, I certainly need somebody from Siteone IT who can explain --

THE COURT:  Well, that's what I was anticipating.  I mean, someone from Siteone IT who can explain this, I would think Mr. Gibbs, you don't have a problem with.

MR. GIBBS:  I think that's fine, Your Honor.

THE COURT:  Why don't we do that and then --