# EXHIBIT 5

Case 2:23-cv-02084-GRB-SIL   Document 254-5   Filed 11/03/25   Page 1 of 2 PageID #: 4314

# TO BE FILED UNDER SEAL