# EXHIBIT 7

<u>**LITIGATION HOLD NOTICE**</u>

**ATTORNEY-CLIENT PRIVILEGED / CONFIDENTIAL
DO NOT DISTRIBUTE**

**Date:  April 13, 2023**

**Re:    <u>Your Duties to Preserve Data and Records</u>**

This notice is to advise of a litigation filed by SiteOne Landscape Supply, LLC ("SiteOne") in the District Court for the Eastern District of New York on March 17, 2023 (the "Litigation") against Defendants Nicholas Giordano, Dominick Caroleo, Victor Caroleo, Narrow Way Realty, Ltd., Narrow Way LLC, Narrow Way 2 LLC, The Garden Dept. Corp., Group 5 Associates, Ltd., 3670 Route 112 LLC, and 94th St. LLC (collectively, "Defendants").

SiteOne is taking steps to identify all paper documents, physical items, and electronic documents and data that may be relevant to the Litigation.  As part of this process, you must preserve and safeguard, and must not alter, delete, destroy, discard or replace any copies of the items ***related to the Litigation*** in the bulleted list below because this information may be evidence in the Litigation.

**YOUR OBLIGATIONS TO PRESERVE AND NOT DELETE, ACCESS, SHARE, OR ALTER DOCUMENTS EXTENDS TO ALL PERSONAL DEVICES AND ACCOUNTS.**

These obligations include, but are not limited to, the following categories:

- Any and all computing devices and accounts including but not limited to computers, cell phones, tablets, email accounts, web-based file sharing accounts, external hard drives, thumb drives, social media accounts, text messages, What's App messages, etc.

- Any and all communications to, from, or between the following individuals or entities: (1) Defendants; (2) employees or representatives of SiteOne; (3) employees and representatives of Defendants; (4) customers of SiteOne; and (5) employees of SiteOne.

- Any and all files, data, documents, and communications in your possession, custody, or control that relate to or mention SiteOne or Garden Department.

You also must take affirmative steps to preserve, and suspend any deletion, overwriting, modification, or other destruction of, all relevant electronic and paper documents and data under your control.

**It is a violation of company policy to fail to retain these documents and data, whether intentionally or accidentally, or ignore the directive of this Notice.  This Notice is effective immediately and your compliance with it is mandatory.  Please review this entire Notice.**

**Company Policies; Duration of Hold:** You must continue to apply the directions contained in this Notice until you receive written notice that it is no longer in effect. You received this Notice because you may possess information relevant or related to the Litigation. However, you may not otherwise be involved with the Litigation.

Please sign, date and return a copy of this Notice, acknowledging that you have read and understood the preservation obligations it imposes on you.

\*        \*        \*        \*        \*

I, the undersigned, hereby acknowledge receipt of this Notice and I understand that I have an affirmative responsibility to obey the directions it sets out.

_____

Employee Name (Print): Doug Black
Title: Chairman & CEO
Date: 4/19/2023

2