# EXHIBIT 8

Webex Chat: Re: Backing up Text Messages on Doug's Samsung Galaxy (Brandon Chin & Neville Ranglin)

1-26-2024

---

 You   1/26/2024, 8:31 AM

Hey Brandon.

 Brandon Chin   1/26/2024, 8:33 AM

morning

 You   1/26/2024, 8:34 AM

I'm working to copy over Doug's old text messages from his Samsung phone to his new iPhone.

I am trying to do it with an App called AnyTran. It is prompting me to go into developer mode, but AirWatch is blocking it, I have some of the notes from when you and I worked on this with an acquisition tablet, but only have till 10am to give the phones back to Doug, so trying to see if you could help me with the AW bit

 Brandon Chin   1/26/2024, 8:35 AM   Edited



---

🖉  ▯  T̄  ☺  🖼  😊  @  🗎  ⊞  ⸝          Shift+Enter for a new line

Write a message to Brandon Chin                    

---

CONFIDENTIAL                                          SITEONE_00756795

Brandon Chin   1/26/2024, 8:35 AM · Edited

so you just need dev mode enabled?

You   1/26/2024, 8:36 AM

yes

Brandon Chin   1/26/2024, 8:36 AM

ok, yeah i can put him in the exception group so you can turn it on

whats his usre ID?

You   1/26/2024, 8:36 AM

db24360

Brandon Chin   1/26/2024, 8:37 AM

give it a try now

You   1/26/2024, 8:39 AM

When I try to tap "Build Number" 7 times to get into dev mode, it says Action not allowed

Do you need the SN?

Brandon Chin   1/26/2024, 8:39 AM

Shift+Enter for a new line

Write a message to Brandon Chin



Brandon Chin   1/26/2024, 8:39 AM

can you sync it with AW?

You   1/26/2024, 8:41 AM

I just synced it. Got the same message

Brandon Chin   1/26/2024, 8:43 AM

try now?

im trying to remeber what groups

You   1/26/2024, 8:44 AM

same error

Brandon Chin   1/26/2024, 8:45 AM

this is for his android right?

You   1/26/2024, 8:45 AM

correct

You   1/26/2024, 8:51 AM

Do you think if we unenroll it from AW, it would allow me to get into dev mode?

Brandon Chin   1/26/2024, 8:51 AM

Write a message to Brandon Chin

Shift+Enter for a new line

SITEONE_00756797

Brandon Chin   1/26/2024, 8:51 AM

try it now

if you unenroll it will wipe it so i would avoid that

You   1/26/2024, 8:51 AM

I'm gonna reboot and try. hold on...

Brandon Chin   1/26/2024, 8:52 AM

theres a profile that we have that prevents dev mode. but we have a QA group that allows it i just cant find which one does it

theres a few QA groups

You   1/26/2024, 8:52 AM

gotcha

You   1/26/2024, 8:55 AM

same message

Brandon Chin   1/26/2024, 8:58 AM

can you send a picture of the message?

---

Tᴛ 😊 GIF 😆 @ ⑧ ⊞ ✨        Shift+Enter for a new line

Write a message to Brandon Chin                    

CONFIDENTIAL





**Brandon Chin**  1/26/2024, 9:00 AM    Edited

see if it works now i added all the QA groups

👍 1  🙂

**You**  1/26/2024, 9:02 AM

I just synced AW and tried dev mode again, but got the same message

Do you think if it is unenrolled from AW, it will remove the restriction?



**Brandon Chin**  1/26/2024, 9:02 AM

nah it will wipe the device

im going to just remove all the profiles

👍 1  🙂



**Brandon Chin**  1/26/2024, 9:07 AM

try now

⌐ 🖵 Tт 🙂 GIF 😀 @ ⑧ 🎥 ✨                    Shift+Enter for a new line

Write a message to Brandon Chin                              ➤ | 🕐

CONFIDENTIAL



SITEONE_00756801



**You** 1/26/2024, 9:10 AM

David Black just stopped by my desk. I told him that you're helping me get pass this hurdle

I'll try it now...

**Brandon Chin** 1/26/2024, 9:11 AM

ok, i removed the profiles, but seems like they are trying to re-install so let me know if its still coming up

**You** 1/26/2024, 9:11 AM

yeah. still getting the error

**Brandon Chin** 1/26/2024, 9:14 AM

ok i moved the OU it was in. has to work to now lol

👍 1 😊

**You** 1/26/2024, 9:15 AM

Success 👍

**Brandon Chin** 1/26/2024, 9:15 AM

Write a message to Brandon Chin

Shift+Enter for a new line

CONFIDENTIAL

SITEONE_00756802



Brandon Chin   1/26/2024, 9:15 AM

ok cool, only took the kitchen sink lol. let me know how it goes since i took all the restrictions off

You   1/26/2024, 9:16 AM

Thanks a mil. I'll proceed with the rest of the steps here. Hopefully the software works

Brandon Chin   1/26/2024, 9:18 AM

yeah no problem any time

Brandon Chin   1/26/2024, 10:59 AM

does doug plan on using the android after you get the messages back on his iphone?

You   1/26/2024, 11:00 AM

yes

Brandon Chin   1/26/2024, 11:00 AM

ok let me know when you get everything moved over so i can put him back in the right oU

Write a message to Brandon Chin

Shift+Enter for a new line

1-30-2024

CONFIDENTIAL

SITEONE_00756803



**Brandon Chin** 1/30/2024, 10:19 AM

## Morning Neville did you get Doug all sorted?



You 1/30/2024, 11:03 AM

Hey Brandon, Doug's new iPhone is setup, but the attempts to copy his text messages history over to the iPhone didn't work. He will keep his old Samsung phone to reference his text message history when needed.

Kurtis made me aware that if the phone is removed from AW, it will wipe the phone. We definitely don't want to accidentally wipe it.

I will ask Doug to bring his Samsung phone with him the next time he's coming in the office and I will uninstall AW Hub from the phone.



Brandon Chin 1/30/2024, 11:17 AM Edited



if you uninstall hub it will wipe. so i dont think youll want



🖉 🖵 T⊤ ☺ GIF 🙂 @ 🔒 ⊕ ⊹          Shift+Enter for a new line

Write a message to Brandon Chin          ▷ | ⏱

Brandon Chin  1/30/2024, 11:17 AM   Edited

if you uninstall hub it will wipe. so i dont think youll want to go that route

the only thing i want to do is put the profiles back on cause right now its missing restrictions and protection

You  1/30/2024, 11:21 AM

Gotcha. Go ahead and put the profile back.

If it is removed in AW it will be wiped.

To prevent that, the Hib needs to be uninstalled from the physical phone.

Brandon Chin  1/30/2024, 11:22 AM

ok cool, yeah ill put it back where it was. but might be easier to call over that hub thing, im a little lost

You  1/30/2024, 11:34 AM

cool beans. Thanks 👍

Brandon Chin  1/30/2024, 11:34 A

Write a message to Brandon Chin

Shift+Enter for a new line



Brandon Chin · 1/30/2024, 11:54 AM

no problem, you can just call my cell whenever
203-362-7522

─────────── 2/1/2024 ───────────

You  2/1/2024, 12:20 PM

Hey Brandon, how's it going?

You  2/1/2024, 12:21 PM

Doug brought in his old Samsung phone in today, so I
can remove Hub from it.

It won't let me remove it, so I'm thinking you probably
need to allow it again

Brandon Chin  2/1/2024, 12:22 PM

arent we keeping it enrolled so it doesnt wipe?

You  2/1/2024, 12:26 PM

Kurtis said if we remove Hub from the phone first, we can
unenroll it from AW without AW wiping it.

Write a message to Brandon Chin

Shift+Enter for a new line

CONFIDENTIAL

SITEONE_00756806

 **You**  2/1/2024, 12:26 PM

Kurtis said if we remove Hub from the phone first, we can unenroll it from AW without AW wiping it.

I want to reduce the chance of someone doing an audit later and see that this phone hasn't checked in or is out of compliance and remove it from AW, which would then factory reset the phone and wipe out the messages that Doug want to keep for reference.

 **Brandon Chin**  2/1/2024, 12:29 PM

i dont think hub can be removed? if anything keeping it in AW might be better since its better protected. we could change the name of it in AW so no one deletes it

 **You**  2/1/2024, 12:31 PM

Ok, if it can be renamed to help keep it from being wiped accidentally,we can do that. Do you know how to rename it? 

📎 🖥 T₸ 😊 GIF 🙂 @ 🔒 ➕ ✨          Shift+Enter for a new line

Write a message to Brandon Chin          

**You**  2/1/2024, 12:31 PM

Ok, if it can be renamed to help keep it from being wiped accidentally,we can do that. Do you know how to rename it?

Btw, Hub can be removed from iPhones. We actually removed it from the test iPhone that we were using to help troubleshoot Doug's phone last week.

**You**  2/1/2024, 12:44 PM

Just out of curiosity, can you put his phone back in the group in AW that allowed me to get in developer mode. I want to see if once that is unlocked, if it will allow me to delete Hub

**Brandon Chin**  2/1/2024, 12:48 PM



Shift+Enter for a new line

Write a message to Brandon Chin



SITEONE_00756808



SITEONE_00756809

you can change the name under more actions in the device

**Brandon Chin**  2/1/2024, 12:50 PM

but id test with a test android first, since androids are a bit diffrent from apple. i think removing the hub will wipe it or at least wont let you

**You**  2/1/2024, 12:54 PM

Gotcha. I'll leave it then. 👍

**Brandon Chin**  2/1/2024, 12:54 PM

yeah id just change the name to like dougs phone, neville will delete when time comes or something

he might get the compliance emails about it not checking in so id just let him know to ignore those

**You**  2/1/2024, 12:55 PM

Bummer. that is going to be an issue. he's going to not want to get those emails.

**Brandon Chin**  2/1/2024, 12:57 PM 



Write a message to Brandon Chin

Shift+Enter for a new line

CONFIDENTIAL

SITEONE_00756810

Brandon Chin  2/1/2024, 12:57 PM

ill see if i can take that complaince off

You  2/1/2024, 12:58 PM

Thanks. Let me know when done

Brandon Chin  2/1/2024, 1:00 PM

ok hes off that compliance

You  2/1/2024, 1:00 PM

Ok. Good. Thanks

You  2/1/2024, 1:05 PM



Would you type the note in the Friendly name field?

Brandon Chin  2/1/2024, 1:06 PM

thats where i would put it

     

    Shift+Enter for a new line

Write a message to Brandon Chin



thats the name theyll see when the device comes up

and maybe just give luc and michele a heads up

You  2/1/2024, 1:07 PM

ok



Shift+Enter for a new line

Write a message to Brandon Chin

CONFIDENTIAL

SITEONE_00756812