

**ANTHONY W. CUMMINGS**
PARTNER
DIRECT DIAL 516.296.7062
acummings@certilmanbalin.com

November 5, 2025

**Via: ECF**
Magistrate Judge Steven Locke
United States District Court
Eastern District of New York
100 Federal Plaza, Room 820
Central Islip, New York 11722

      Re:    SiteOne Landscape Supply, LLC v. Giordano et al.
               2:23-cv-02084

Dear Judge Locke,

      This letter is submitted to respectfully request leave to file a late response in opposition to the letter motion to quash and for protective order filed by J. Evan Gibbs III, attorney for Plaintiff SiteOne, dated October 27, 2025 (Doc. No. 251).

      Due to my current schedule and recent involvement in this matter, I was unaware of this Court's rule regarding the time allotted for responses in opposition to letter motions. I have now familiarized myself with the Individual Motion Practices of this Court and apologize for my error. It is respectfully requested that the Court grant me leave to file a late response in opposition as there has been and will be no prejudice to the Plaintiff by the proposed late filing. Additionally, the relief sought in the letter motion by Plaintiff's counsel concerns important discovery matters that should be addressed on the merits. I once again and sincerely apologize to the Court for my error.

                                              Respectfully Submitted,

                                              Anthony W. Cummings, Esq.