Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**Daniel E. Gorman**
daniel.gorman@troutman.com

November 10, 2025

Magistrate Judge Steven Locke
Eastern District Court of New York

**Re:** ***SiteOne Landscape Supply, LLC v. Nicholas Giordano et al.* (2:23-CV-02084)**
<u>**Letter Regarding Consent Motion to File Under Seal SiteOne's Motion to Quash**</u>

Dear Judge Locke:

    This letter is respectfully submitted to request that SiteOne Landscape Supply LLC be permitted to file under seal its discovery motion directed to Defendants' requests for production concerning non-parties Laura Shartle, Trisha Earls, and The Hawkins Firm, LLC, pursuant to the consent motion to file a discovery motion under seal, filed on October 27, 2025 (Dkt. 250). We are available in the event the Court wishes to hear from the parties on this issue.

    We thank Your Honor for your consideration and attention to this matter.

Respectfully submitted,

*/s/ Daniel E. Gorman*
Daniel E. Gorman

cc: All counsel of record