# EXHIBIT 2

## Marko, Mia S.

| | |
|---|---|
| **From:** | Gibbs, J. Evan |
| **Sent:** | Thursday, September 18, 2025 1:07 PM |
| **To:** | Thomas A. Bizzaro, Jr.; Anthony W. Cummings |
| **Cc:** | Adler, Matt; Gorman, Daniel E.; Mulry, Kevin P.; Kent, Paris L. |
| **Subject:** | SiteOne/Caroleo - Follow Up Items |

Tom –

We write to follow up on two issues.

First, you issued deposition subpoenas to the following individuals: Ana Valentin, Anthony Catalano, Briley Brisendine, Gerard Passaro, Jeri Isbell, Joe Ketter, Neville Ranglin, Sean Kramer, Doug Black, Jerry Justice, and me. In light of yesterday's Order limiting by name the number of retention deponents and postponing merits depositions until the conclusion of the retention depositions, please confirm that those subpoenas have been withdrawn by Defendants. We will otherwise have to seek a protective order from the Court.

Second, my understanding from the discussion between you and the Court during the hearing yesterday is that your office was going to issue a subpoena to Vic's physician yesterday afternoon. Can you please confirm the subpoena was served and send us a copy of the subpoena as we did not receive any notice of serving same.

Thank you.

## J. Evan Gibbs
**Partner**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

**troutman pepper locke**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com