# EXHIBIT 3

**Marko, Mia S.**

| | |
|---|---|
| **From:** | Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com> |
| **Sent:** | Thursday, September 18, 2025 1:57 PM |
| **To:** | Gibbs, J. Evan; Anthony W. Cummings |
| **Cc:** | Adler, Matt; Gorman, Daniel E.; Mulry, Kevin P.; Kent, Paris L. |
| **Subject:** | Re: SiteOne/Caroleo - Follow Up Items |
| **Attachments:** | Subpoena - BMTC_Redacted.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Thursday, October 9, 2025 4:00 PM |
| **Flag Status:** | Flagged |

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Evan -

I am willing to agree that the witnesses do not have to appear on the date(s) and time(s) noticed in the Subpoenas and I will not seek to compel those merit depositions until the Court agrees that merit depositions can begin. I will also agree that you do not have to take any action to quash or otherwise, and that you reserve all rights to challenge the subpoenas down the road when the Court opens up the merit depositions. Does that work for you?

Additionally, please provide Doug Black's availability for his DRD. We will likely conduct Doug's DRD in person in GA. Please provide proposed dates for same. Thank you.

As far as the Subpoena to Bonita Memory Center for Vic, we have sent him the HIPPA authorization, which I intend on attaching to the Subpoena (copy attached).

Will send final with HIPPA as soon as I get the authorization back from Vic - expected by EOD.

Best,

**Thomas A. Bizzaro, Jr., Esq.**



Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300

1

Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
[tbizzaro@tab-law.com](mailto:tbizzaro@tab-law.com)
[www.TAB-LAW.com](http://www.TAB-LAW.com)

---

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Date:** Thursday, September 18, 2025 at 1:07 PM
**To:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>, Anthony W. Cummings <acummings@certilmanbalin.com>
**Cc:** Adler, Matt <Matt.Adler@troutman.com>, Gorman, Daniel E. <Daniel.Gorman@troutman.com>, Mulry, Kevin P. <kmulry@farrellfritz.com>, Kent, Paris L. <Paris.Kent@troutman.com>
**Subject:** SiteOne/Caroleo - Follow Up Items

Tom –

We write to follow up on two issues.

First, you issued deposition subpoenas to the following individuals: Ana Valentin, Anthony Catalano, Briley Brisendine, Gerard Passaro, Jeri Isbell, Joe Ketter, Neville Ranglin, Sean Kramer, Doug Black, Jerry Justice, and me. In light of yesterday's Order limiting by name the number of retention deponents and postponing merits depositions until the conclusion of the retention depositions, please confirm that those subpoenas have been withdrawn by Defendants. We will otherwise have to seek a protective order from the Court.

Second, my understanding from the discussion between you and the Court during the hearing yesterday is that your office was going to issue a subpoena to Vic's physician yesterday afternoon. Can you please confirm the subpoena was served and send us a copy of the subpoena as we did not receive any notice of serving same.

Thank you.

**J. Evan Gibbs**
**Partner**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

**troutman pepper locke**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

---

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.