# EXHIBIT 5



**From:** Sean Kramer <SKramer@bss.com>
**Date:** November 18, 2025 at 10:06:08 PM EST
**To:** Travis Jackson <TJackson@siteone.com>
**Cc:** Brandy Kramer <brandy.kramer@gmail.com>
**Subject: [EXTERNAL] Fw: Sean Kramer Subpoena and Affirmation of Service**


Travis,
I got this email to my work email address. Per your previous note, I don't have to be deposed. Can reconfirm I won't be deposed?  This is a bit alarming.

Sean

Get Outlook for iOS [aka.ms]

---

**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Sent:** Tuesday, November 18, 2025 12:02 PM
**To:** Sean Kramer <SKramer@BSS.com>
**Cc:** Anthony W. Cummings <acummings@certilmanbalin.com>; Zahreena Rahimi <zahreena@tab-law.com>
**Subject:** Fw: Sean Kramer Subpoena and Affirmation of Service

> You don't often get email from tbizzaro@tab-law.com. Learn why this is important [aka.ms]

Dear Mr. Kramer -

As you are aware, you were served with a subpoena to testify at a deposition in connection with a litigation commenced by your former employer, SiteOne Landscape Supply LLC, against Don Caroleo and others.

Please let me know if you would like to speak prior to your deposition this Friday, November 21, 2025 at 10:00 AM.

Please be advised that your testimony is critical to my clients' defense to this lawsuit. As such, should you fail to comply with my subpoena I shall have no alternative but to seek judicial intervention. I trust the foregoing will not be necessary.

Thank you.

**\*\*\*\*Effective 9.29.2025 our firm's new office address is 23 Green Street, Suite 309, Huntington, New York 11743. Additionally, please note new mobile telephone number for Thomas A. Bizzaro, Jr., Esq. \*\*\*\***

**Thomas A. Bizzaro, Jr., Esq.**
 Law Offices of Thomas A. Bizzaro, Jr., P.C.
23 Green Street, Suite 309
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (631) 987-4135
tbizzaro@tab-law.com