# Exhibit "A"

**Thursday, November 20, 2025 at 2:38:29 PM Eastern Standard Time**

---

**Subject:**  Siteone Landscape v. Nicholas Giordano, Victor Caroleo, et al., Subpoenas
**Date:**  Monday, September 15, 2025 at 3:59:20 PM Eastern Daylight Time
**From:**  Thomas A. Bizzaro, Jr.
**To:**  Gibbs, J. Evan, 'Kent, Paris L.', 'Gorman, Daniel E.', 'Adler, Matt'
**CC:**  Zahreena Rahimi, George Peters, Anthony W. Cummings
**BCC:**  Don Caroleo, Thomas A. Bizzaro, Jr., Administration, Thomas A. Bizzaro III, Kevin A. Cyrulnik, Max Katzenberg
**Attachments:**  image001.png, Ana Valentin Subpoena_Redacted.pdf, Anthony Catalano Subpoena[17]_Redacted.pdf, Bradley Brisindine, Esq. Subpoena[17]_Redacted.pdf, Gerard Passaro Subpoena_Redacted.pdf, Gibbs Subpoena (9.15.2025)_Redacted.pdf, Isbel Subpoena[31]_Redacted.pdf, Ketter Subpoena_Redacted.pdf, Neville Ranglin Subpoena_Redacted.pdf, Sean Cramer Subpoena[45]_Redacted.pdf

Evan -

Please see attached Subpoenas for the following non-party witnesses for whom you have agreed to accept service:

1.    Neville Ranglin
2.    Jeri Isbel
3.    Anthony Catalano
4.    Joseph Ketter
5.    Ana Valentin
6.    Bradley Brisindine
7.    Gerard Passaro

I have also attached a copy of a Subpoena to Sean Cramer (you indicated you could not accept service for Mr. Cramer).

Lastly, attached is a Subpoena directed towards you as a material witness.  Please let me know if email service upon you is acceptable.  Thank you.

Best,

**Thomas A. Bizzaro, Jr., Esq.**



Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
**tbizzaro@tab-law.com**
**www.TAB-LAW.com**