Troutman Pepper Locke LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

troutman.com

**BY ECF**                                                                                         November 24, 2025

Magistrate Judge Steven Locke
Eastern District Court New York

**Re:**   *SiteOne Landscape Supply, LLC v. Nicholas Giordano, et al* **(2:23-CV-02084)**
          <u>Letter Supplement to Emergency Motion to Prevent Unauthorized Deposition and</u>
          <u>for Contempt and Discovery Sanctions</u>

Dear Judge Locke:

    We write to supplement SiteOne Landscape Supply, LLC's ("SiteOne") letter motion which sought to prevent the unauthorized deposition of Sean Kramer (the "Motion") [ECF No. 258] filed by SiteOne the afternoon of November 19.

    On November 20, in response to the Motion, the Court stayed discovery, ordered that the deposition of Sean Kramer would not proceed, and ordered the parties to appear before the Court on December 1. The next day, November 21, SiteOne's General Counsel forwarded to the undersigned an additional email that was sent to Mr. Kramer by Mr. Bizzaro at 2:11 p.m. on November 19 which is relevant to the Motion. A copy of that email is attached as Exhibit 1. SiteOne did not have a copy of November 19 email at the time it filed its Motion and is thus now providing a copy to the Court in anticipation of the conference on December 1.

    Respectfully submitted,

J. Evan Gibbs III