**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Sent:** Wednesday, November 19, 2025 1:26 PM
**To:** Sean Kramer <SKramer@BSS.com>
**Cc:** Anthony W. Cummings <acummings@certilmanbalin.com>; Zahreena Rahimi <zahreena@tab-law.com>; Steve Blatt <Sblatt@tab-law.com>
**Subject:** Re: Sean Kramer Subpoena and Affirmation of Service
**Importance:** High

> You don't often get email from tbizzaro@tab-law.com. Learn why this is important [aka.ms]

Mr. Kramer -

I wanted to follow up on my email below concerning your deposition scheduled for this Friday, November 21, 2025 at 10:00 a.m. As you are aware, you were served with a federal court Subpoena Duces Tecum and your compliance is not optional.

Upon your receipt and review of this email, please let me know you intend on appearing - virtually - for your deposition on Friday. In that regard, I must hire a court reporter for the virtual deposition and, in order to secure a reporter for Friday, I must advise the court reporting company today so they can assign a reporter for your virtual deposition.

Alternatively, I am happy to hop on a brief call with you today or tomorrow so that we can discuss your deposition and logistics, etc.

Please be advised that should I not hear from you by the close of business tomorrow, November 20, 2025, I will assume you have no intention of complying with the subpoena, and my client will take the necessary actions to compel your attendance at same.

I look forward to forward to hearing from you. If you are represented by counsel in connection with the subpoena, please provide his/her contact information and please have you counsel call me today. Thank you.

Best,

==***Please note new firm address and mobile number for Thomas A. Bizzaro, Jr. below***==

**Thomas A. Bizzaro, Jr., Esq.**



**Law Offices of Thomas A. Bizzaro, Jr., P.C.**
23 Green Street, Suite 309
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (631) 987-4135
tbizzaro@tab-law.com
www.TAB-LAW.com [tab-law.com]

---

**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Date:** Tuesday, November 18, 2025 at 12:01 PM
**To:** skramer@bss.com <skramer@bss.com>
**Cc:** Anthony W. Cummings <acummings@certilmanbalin.com>, Zahreena Rahimi <zahreena@tab-law.com>
**Subject:** Fw: Sean Kramer Subpoena and Affirmation of Service

Dear Mr. Kramer -

As you are aware, you were served with a subpoena to testify at a deposition in connection with a litigation commenced by your former employer, SiteOne Landscape Supply LLC, against Don Caroleo and others.

Please let me know if you would like to speak prior to your deposition this Friday, November 21, 2025 at 10:00 AM.

Please be advised that your testimony is critical to my clients' defense to this lawsuit. As such, should you fail to comply with my subpoena I shall have no alternative but to seek judicial intervention. I trust the foregoing will not be necessary.

Thank you.

****Effective 9.29.2025 our firm's new office address is 23 Green Street, Suite 309, Huntington, New York 11743. Additionally, please note new mobile telephone number for Thomas A. Bizzaro, Jr., Esq. ****

**Thomas A. Bizzaro, Jr., Esq.**
 Law Offices of Thomas A. Bizzaro, Jr., P.C.
23 Green Street, Suite 309

Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (631) 987-4135
**tbizzaro@tab-law.com**