**NextpointLawGroup**

NextpointLawGroup.com

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

Analysis of SiteOne Productions
August 28, 2024

## Total Documents Produced

SiteOne has made four productions totaling 146,636 documents. The vast majority came from the first production.

| Production Volume | Total Documents |
|---|---|
| PROD001 | 146,413 |
| PROD002 | 77 |
| PROD003 | 70 |
| PROD004 | 76 |
| Grand Total | 146,636 |

## Confidentiality

Nearly all, 146,442 out of 146,636, of the documents are designated "Attorneys' Eyes Only."

| Confidentiality Designation | Total Documents |
|---|---|
| ATTORNEYS' EYES ONLY | 50 |
| CONFIDENTIAL | 194 |
| CONFIDENTIAL; ATTORNEYS' EYES ONLY | 146,392 |
| Grand Total | 146,636 |

## Custodians

SiteOne produced information regarding the "Custodian" of each document and the "Duplicate Custodian" if applicable. The "Custodian" offers refers to the "primary custodian" (which itself, can mean many things including simply the first custodian from whom the document was collected) and any other custodian that may possess an identical copy of the document is referred to as a "Duplicate Custodian."

Below is the information on the "Custodian" (names in bold) and any "Duplicate Custodian" information (names under the names in bold). The "(blank)" means there is no Duplicate Custodian identified and all of the documents belong only to the primary Custodian.

| Custodian/Duplicate Custodian | Total Documents |
|---|---|
| **Baratian, Melissa** | 9 |
| (blank) | 8 |
| Justice, Jerry | 1 |
| **Black, Doug** | 38 |
| (blank) | 22 |
| Brisendine, Briley | 12 |
| Black, Doug;Koch, Taylor;Salmon, Scott | 2 |
| Salmon, Scott | 1 |
| Guthrie, John;Justice, Jerry;Koch, Taylor;Salmon, Scott | 1 |
| **Brisendine, Briley** | 27 |
| (blank) | 23 |
| Caroleo, Don | 3 |
| Koch, Taylor | 1 |
| **Caroleo, Don** | 146,369 |
| Caroleo, Don | 81,446 |
| (blank) | 64,922 |
| Caroleo, Don;Catalono, Anthony | 1 |
| **Catalono, Anthony** | 30 |
| (blank) | 17 |
| Caroleo, Don;Catalono, Anthony | 8 |
| Caroleo, Don | 4 |
| Ketter, Joe | 1 |
| **Dannenbaum, Brad** | 7 |
| (blank) | 4 |
| Heustess, Amy | 3 |
| **Giordano, Nick** | 8 |
| Caroleo, Don | 8 |
| **Ketter, Joe** | 59 |
| (blank) | 31 |
| Brisendine, Briley | 18 |
| Justice, Jerry;Koch, Taylor | 3 |
| Koch, Taylor | 3 |
| Black, Doug;Brisendine, Briley | 3 |
| Guthrie, John;Justice, Jerry;Koch, Taylor;Salmon, Scott | 1 |
| **Klump, Emmanual** | 11 |

| | |
|---|---:|
| (blank) | 5 |
| Heustess, Amy | 2 |
| Guthrie, John | 2 |
| Guthrie, John;Heustess, Amy | 2 |
| Passaro, Gerard | 5 |
| (blank) | 5 |
| Peattie, Kevin | 4 |
| Catalono, Anthony;Marx, Theresa | 2 |
| Caroleo, Don;Catalono, Anthony;Peattie, Kevin | 2 |
| Salmon, Scott | 38 |
| (blank) | 23 |
| Koch, Taylor | 4 |
| Guthrie, John;Koch, Taylor | 3 |
| Heustess, Amy | 3 |
| Dannenbaum, Brad | 2 |
| Koch, Taylor;Valentin, Ana | 2 |
| Dannenbaum, Brad;Heustess, Amy | 1 |
| SiteOne | 31 |
| (blank) | 31 |
| **Grand Total** | **146,636** |

## File Types

Below are the filetypes, and counts, of the documents that SiteOne produced. Note that non-email filetypes (non-EML and non-MSG files) are often attachments to emails. Based on the folders from which SiteOne produced, it is likely that most of the non-EML and non-MSG files are attachments to emails.

| File Ext | Total Documents |
|---|---:|
| EML | 77,131 |
| MSG | 31,036 |
| PDF | 19,629 |
| JPG | 4,573 |
| VCF | 3,407 |
| XLSX | 2,801 |
| TXT | 1,671 |
| PNG | 1,637 |
| HTM | 1,398 |
| ICS | 1,142 |
| DOCX | 706 |
| CSV | 424 |

| | |
|---|---|
| XLS | 406 |
| DOC | 237 |
| PPTX | 94 |
| HEIC | 81 |
| MP3 | 54 |
| AD | 32 |
| MOV | 30 |
| MP4 | 15 |
| XLSB | 15 |
| WMF | 13 |
| GIF | 12 |
| XLSM | 11 |
| RTF | 10 |
| ODT | 10 |
| TIF | 8 |
| EMF | 8 |
| XPS | 8 |
| 3GP | 6 |
| BMP | 5 |
| MSO | 5 |
| WEBP | 4 |
| WAV | 3 |
| PPTM | 3 |
| PAGES | 3 |
| EPS | 3 |
| VPE | 2 |
| XML | 1 |
| M4R | 1 |
| P7S | 1 |
| **Grand Total** | **146,636** |

## Date Emails Sent

Below is the date range of emails contained within SiteOne's production as well as the number of emails produced for each month.

| Email Date Sent | Total Documents |
|---|---|
| 2018 | 3 |
| Jul | 1 |
| Nov | 1 |
| Dec | 1 |
| 2019 | 12,107 |

| | | |
|---|---:|---:|
| Jan | 1,085 | |
| Feb | 716 | |
| Mar | 1,346 | |
| Apr | 1,401 | |
| May | 1,633 | |
| Jun | 1,204 | |
| Jul | 983 | |
| Aug | 952 | |
| Sep | 1,093 | |
| Oct | 816 | |
| Nov | 493 | |
| Dec | 385 | |
| 2020 | | 18,475 |
| Jan | 438 | |
| Feb | 601 | |
| Mar | 1,454 | |
| Apr | 1,618 | |
| May | 2,630 | |
| Jun | 2,145 | |
| Jul | 1,805 | |
| Aug | 1,537 | |
| Sep | 1,762 | |
| Oct | 1,721 | |
| Nov | 1,352 | |
| Dec | 1,412 | |
| 2021 | | 38,530 |
| Jan | 1,768 | |
| Feb | 2,071 | |
| Mar | 4,965 | |
| Apr | 4,426 | |
| May | 3,758 | |
| Jun | 3,307 | |
| Jul | 1,987 | |
| Aug | 2,313 | |
| Sep | 4,041 | |
| Oct | 3,577 | |
| Nov | 3,760 | |
| Dec | 2,557 | |
| 2022 | | 39,031 |
| Jan | 2,297 | |
| Feb | 3,025 | |
| Mar | 5,143 | |
| Apr | 5,936 | |

| | | |
|---|---|---|
| | May | 5,347 |
| | Jun | 4,565 |
| | Jul | 2,906 |
| | Aug | 3,048 |
| | Sep | 3,469 |
| | Oct | 3,283 |
| | Nov | 9 |
| | Dec | 3 |
| 2023 | | 17 |
| | Jan | 3 |
| | Feb | 1 |
| | Mar | 5 |
| | Apr | 2 |
| | Aug | 4 |
| | Oct | 2 |
| 2024 | | 1 |
| | Jan | 1 |
| **Grand Total** | | **108,164** |

## Folder Locations

Below are the folder locations from which SiteOne produced its documents, broken down by production volume.

| Folder Location/Prod Vol | Total Documents |
|---|---|
| \Caroleo_Don\Email\ | 146,369 |
|   PROD001 | 146367 |
|   PROD002 | 2 |
| \Ketter_Joe\Email\ | 59 |
|   PROD002 | 11 |
|   PROD003 | 40 |
|   PROD004 | 8 |
| \Black_Doug\Email\ | 38 |
|   PROD002 | 32 |
|   PROD003 | 2 |
|   PROD004 | 4 |
| \Salmon_Scott\Email\ | 38 |
|   PROD004 | 38 |
| \Catalono_Anthony\Email\ | 30 |
|   PROD001 | 12 |

| | |
|---|---:|
| PROD003 | 18 |
| \Brisendine_Briley\Email\ | 27 |
|   PROD001 | 3 |
|   PROD002 | 16 |
|   PROD003 | 5 |
|   PROD004 | 3 |
| \eDocs\SiteOne Docs | 21 |
|   PROD001 | 21 |
| \Klump_Emmanual\Email\ | 11 |
|   PROD004 | 11 |
| \SiteOne\eDocs | 10 |
|   PROD002 | 8 |
|   PROD004 | 2 |
| \Baratian_Melissa\Email\ | 9 |
|   PROD002 | 8 |
|   PROD004 | 1 |
| \Giordano_Nick\Email\ | 8 |
|   PROD001 | 8 |
| \Dannenbaum_Brad\Email\ | 7 |
|   PROD004 | 7 |
| \Passaro_Gerard\Email\ | 5 |
|   PROD003 | 5 |
| \Peattie_Kevin\Email\ | 4 |
|   PROD001 | 2 |
|   PROD004 | 2 |
| **Grand Total** | **146636** |