**Short Message Report**

| Conversations: 12 | Participants: 14 |
|---|---|
| Total Messages: 92 | Date Range: 1/21/2023 - 1/22/2023 |

**Outline of Conversations**

**Pat Davidson, Gerard Passaro** • 14 messages between 1/21/2023 - 1/22/2023 • Gerard Passaro • Pat Davidson

**+18663165507, Gerard Passaro** • 1 message on 1/22/2023 • +18663165507 • Gerard Passaro

**Dr Dean Delle Donne, Gerard Passaro** • 1 message on 1/22/2023 • Dr Dean Delle Donne • Gerard Passaro

**+16314482398, +16314482495, +16314453122** • 6 messages on 1/22/2023 • +16314482398, +16314482495, +16314453122 • Anthony Ferrante • Gerard Passaro

**Gerard Passaro, Growing up with Joan** • 11 messages on 1/22/2023 • Gerard Passaro • Growing up with Joan

**Gerard Passaro, Sydney** • 31 messages on 1/22/2023 • Gerard Passaro • Sydney

**Gerard Passaro, Renee Passaro** • 4 messages on 1/22/2023 • Gerard Passaro • Renee Passaro

**Jimmy Whispers, Gerard Passaro** • 16 messages on 1/22/2023 • Gerard Passaro • Jimmy Whispers

**Gerard Passaro, Samantha Baldwin Baldwin** • 2 messages on 1/22/2023 • Gerard Passaro • Samantha Baldwin Baldwin

**Gerard Passaro, Kim Walther** • 1 message on 1/22/2023 • Gerard Passaro • Kim Walther

**Gerard Passaro, Gerard Passaro-Site One Landscape Supply Passaro** • 1 message on 1/22/2023 • Gerard Passaro • Gerard Passaro-Site One Landscape Supply Passaro

**Gerard Passaro, Cecelia-Jersey Lady** • 4 messages on 1/22/2023 • Cecelia-Jersey Lady • Gerard Passaro

SITEONE_00756868

**Messages in chronological order** (times are shown in GMT -05:00)



**Pat Davidson, Gerard Passaro**

# Redacted for Privacy

CONFIDENTIAL

# Redacted for Privacy

---

 **+18663165507, Gerard Passaro**

# Redacted for Privacy

---

 **Dr Dean Delle Donne, Gerard Passaro**

# Redacted for Privacy

---

 **+16314482398, +16314482495, +16314453122**

# Redacted for Privacy

---

CONFIDENTIAL

# Redacted for Privacy

**Gerard Passaro, Growing up with Joan**

# Redacted for Privacy

CONFIDENTIAL

SITEONE_00756871

# Redacted for Privacy

Gerard Passaro, Sydney

# Redacted for Privacy

CONFIDENTIAL

SITEONE_00756872

# Redacted for Privacy

CONFIDENTIAL

SITEONE_00756873



CONFIDENTIAL

SITEONE_00756874

# Redacted for Privacy

 **Gerard Passaro, Renee Passaro**

# Redacted for Privacy

 **Jimmy Whispers, Gerard Passaro**

| | | |
|---|---|---|
| >>>>> **Jimmy Whispers** | | ► 1/22/2023, 3:03 PM |
| >>>>> yup | | |
| JW | | |
| Receipts • Gerard Passaro [R:1/22/2023, 3:04 PM] | | |
| >>>>> **Gerard Passaro** | | ◄ 1/22/2023, 2:57 PM |
| >>>>> Sneaky fucks | | |
| GP | | |
| Receipts • Jimmy Whispers [R:1/22/2023, 2:57 PM] | | |
| >>>>> **Jimmy Whispers** | | ► 1/22/2023, 3:04 PM |

CONFIDENTIAL

>>>>>  im kinda pissed
JW

Receipts • Gerard Passaro [R:1/22/2023, 3:04 PM]

>>>>>  **Jimmy Whispers**                                                    ▶  1/22/2023, 1:32 PM
>> JW  looked like 2 spanish guys and someone else, also a white escalade and 2 pick up trucks black and white

Receipts • Gerard Passaro [R:1/22/2023, 1:32 PM]

>>>>>  **Gerard Passaro**                                                    ◀  1/22/2023, 1:33 PM
>>>    White Escalade is nick
GP

Receipts • Jimmy Whispers [R:1/22/2023, 1:33 PM]

>>>>>  **Jimmy Whispers**                                                    ▶  1/22/2023, 1:34 PM
>>>>   ok
JW

Receipts • Gerard Passaro [R:1/22/2023, 1:34 PM]

>>>>>  **Gerard Passaro**                                                    ◀  1/22/2023, 3:06 PM
>>>>>  Me too man, really hurt
GP     I sound like a queer but I really gave everything I had to this place and have squat to show for it

Receipts • Jimmy Whispers [R:1/22/2023, 3:06 PM]

>>>>   **Jimmy Whispers**                                                    ▶  1/22/2023, 12:52 PM
JW     people working there

Receipts • Gerard Passaro [R:1/22/2023, 1:12 PM]

>>>>>  **Gerard Passaro**                                                    ◀  1/22/2023, 1:12 PM
GP     Just like yesterday?

Receipts • Jimmy Whispers [R:1/22/2023, 1:12 PM]

>>>>>  **Gerard Passaro**                                                    ◀  1/22/2023, 1:20 PM
> GP   Nick there?

Receipts • Jimmy Whispers [R:1/22/2023, 1:20 PM]

>>>>>  **Jimmy Whispers**                                                    ▶  1/22/2023, 3:09 PM
>>>>>  When a company gets taken over this happens, i'm not pissed about that, it's the fact that 2 shades nick soup david
JW     veridion lamay and who knows who else knows

Receipts • Gerard Passaro [R:1/22/2023, 3:09 PM]

>>>>>  **Gerard Passaro**                                                    ◀  1/22/2023, 3:10 PM
>>>>>  Yes agreed
GP

Receipts • Jimmy Whispers [R:1/22/2023, 3:10 PM]

JW     **Jimmy Whispers**                                                    ▶  1/22/2023, 11:42 AM
       you ok?

Receipts • Gerard Passaro [R:1/22/2023, 11:43 AM]

CONFIDENTIAL                                                          SITEONE_00756876

> JW    **Jimmy Whispers**                                              ▶ 1/22/2023, 11:42 AM
          going there now

          Receipts • Gerard Passaro [R:1/22/2023, 11:43 AM]

>> GP    **Gerard Passaro**                                             ◀ 1/22/2023, 11:44 AM
          Yeah still hurt honestly though

          Receipts • Jimmy Whispers [R:1/22/2023, 11:44 AM]

>>>      **Jimmy Whispers**                                             ▶ 1/22/2023, 11:44 AM
JW        ok

          Receipts • Gerard Passaro [R:1/22/2023, 11:44 AM]

---

 **Gerard Passaro, Samantha Baldwin Baldwin**

# Redacted for Privacy

---

 **Gerard Passaro, Kim Walther**

# Redacted for Privacy

---

 **Gerard Passaro, Gerard Passaro-Site One Landscape Supply Passaro**

# Redacted for Privacy

---

 **Gerard Passaro, Cecelia-Jersey Lady**

# Redacted for Privacy

CONFIDENTIAL

SITEONE_00756878