| Custodian | Emails | Emails + Fam | Emails - Date Range | Texts | Texts + Fam | Texts - Date Range | Standalone | Standalone + Fam | Standalone - Date Range | Total Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| Baratian, Melissa | 4 | 5 | 05/04/22 - 05/10/23 | 0 | 0 | N/A | 0 | 0 | N/A | 5 |
| Black, Doug | 23 | 66 | 01/16/20 - 06/13/23 | 0 | 0 | N/A | 0 | 0 | N/A | 66 |
| Catalono, Anthony | 4,564 | 8,206 | 10/22/19 - 06/20/23 | 44 | 106 | 01/21/21 - 03/23/23 | 0 | 0 | N/A | 8,312 |
| Chruch, Marta | 33 | 45 | 02/03/22 - 12/16/22 | 0 | 0 | N/A | 0 | 0 | N/A | 45 |
| Dannenbaum, Brad | 10 | 14 | 10/24/19 - 11/19/19 | 0 | 0 | N/A | 0 | 0 | N/A | 14 |
| D'Onofrio, Jesse | 2 | 2 | 03/06/23 - 06/07/23 | 0 | 0 | N/A | 0 | 0 | N/A | 2 |
| Ferrante, Anthony | 42 | 45 | 08/24/22 - 06/20/23 | 0 | 0 | N/A | 0 | 0 | N/A | 45 |
| Guthrie, John | 5 | 5 | 12/12/19 - 02/14/20 | 0 | 0 | N/A | 0 | 0 | N/A | 5 |
| Hofmann, Brian | 1,367 | 2,195 | 10/21/19 - 06/20/23 | 0 | 0 | N/A | 0 | 0 | N/A | 2,195 |
| Justice, Jerry | 7,240 | 15,086 | 10/20/19 - 06/20/23 | 5 | 76 | 01/21/21 - 01/25/22 | 0 | 0 | N/A | 15,162 |
| Kersnowski, Brian | 4,437 | 6,513 | 12/18/17 - 06/20/23 | 5 | 52 | 09/27/22 - 05/03/23 | 1 | 1 | 4/14/2025 - 4/14/2025 | 6,566 |
| Ketter, Joe | 3,144 | 5,201 | 07/16/18 - 06/20/23 | 0 | 0 | N/A | 0 | 0 | N/A | 5,201 |
| Klump, Emmanual | 11 | 11 | 12/04/19 - 02/17/20 | 0 | 0 | N/A | 0 | 0 | N/A | 11 |
| Koch, Taylor | 4,327 | 6,729 | 10/20/19 - 06/20/23 | 0 | 0 | N/A | 0 | 0 | N/A | 6,729 |
| Passaro, Gerard | 41 | 47 | 01/18/21 - 06/20/23 | 7 | 7 | 01/21/23 - 03/02/23 | 0 | 0 | N/A | 54 |
| Peattie, Kevin | 3,704 | 6,541 | 10/22/19 - 06/20/23 | 1 | 6 | 04/11/23 - 04/11/23 | 0 | 0 | N/A | 6,547 |
| Salmon, Scott | 32 | 54 | 10/30/19 - 02/07/20 | 0 | 0 | N/A | 0 | 0 | N/A | 54 |
| Sausto, Phil | 707 | 893 | 02/23/21 - 06/20/23 | 0 | 0 | N/A | 0 | 0 | N/A | 893 |
| SiteOne | 3 | 3 | 11/07/23 - 11/07/23 | 0 | 0 | N/A | 4 | 4 | 05/10/2016 - 07/07/25 | 7 |
| Thistle, Greg | 6,663 | 9,208 | 10/22/19 - 06/20/23 | 35 | 159 | 12/10/21 - 04/11/23 | 0 | 0 | N/A | 9,367 |
| Trama, Alex | 46 | 75 | 08/24/22 - 06/20/23 | 0 | 0 | N/A | 0 | 0 | N/A | 75 |
| Valentin, Ana | 676 | 2,384 | 12/03/19 - 06/19/23 | 0 | 0 | N/A | 0 | 0 | N/A | 2,384 |
| Grand Total | 37,081 | 63,328 | 12/18/17 - 11/07/23 | 97 | 406 | 01/21/21 - 05/03/23 | 5 | 5 | 05/10/2016 - 07/07/25 | 63,739 |