SiteOne Landscape Supply, LLC v. Nicholas Giordano; Dominick Caroleo; Victor Caroleo; et al.

Case 2:23-cv-02084-GRB-SIL   Document 282-6   Filed 11/25/25   Page 1 of 1 PageID #: 4697

SiteOne's Log of Documents Withheld or Redacted for Privilege and/or Work Product

7/25/2025

| Priv ID | Beg Bates | End Bates | Custodians | Date | From | To | CC | BCC | Filename | Doc Type | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Priv_00001 | | | Catalono, Anthony; Justice, Jerry; Ketter, Joe; Thistle, Greg | 2/6/2023 | Anthony Catalano [ACatalano@siteone.com] | Joe Ketter [JKetter@siteone.com]; Jerry Justice [JJustice@siteone.com]; Gregory Thistle [GThistle@siteone.com] | | | Re: GD info | Outlook Message File | Work Product | Email string collected at the request of Brisendine, Briley regarding misappropriation of trade secrets in anticipation of litigation |
| Priv_00002 | | | Ketter, Joe; Koch, Taylor | 9/30/2022 | Koch, Taylor [TKoch@siteone.com] | Ketter, Joe [JKetter@siteone.com] | | | {Redacted for Privilege} | Outlook Message File | Work Product | Correspondence collected at the request of Brisendine, Briley regarding Don Caroleo employment matters in anticipation of litigation |
| Priv_00003 | | | Ketter, Joe; Koch, Taylor | 1/1/1900 | | | | | {Redacted for Privilege} | Microsoft Office Word Open XML Format | Work Product | Attachment to correspondence collected at the request of Brisendine, Briley regarding Don Caroleo employment matters in anticipation of litigation |
| Priv_00004 | | | Ketter, Joe; Valentin, Ana | 10/18/2022 | Stephanie Lee [SLee@siteone.com] | Joe Ketter [JKetter@siteone.com]; Ana Valentin [AValentin@siteone.com] | | | {Redacted for Privilege} | Outlook Message File | Work Product | Email string collected at the request of Brisendine, Briley regarding Don Caroleo employment matters in anticipation of litigation |
| Priv_00005 | | | Ketter, Joe; Valentin, Ana | 5/1/2020 | | | | | {Redacted for Privilege} | Microsoft Office Word Open XML Format | Work Product | Attachment to email string collected at the request of Brisendine, Briley regarding Don Caroleo employment matters in anticipation of litigation |
| Priv_00006 | | | Ketter, Joe; Valentin, Ana | 4/6/2021 | | | | | {Redacted for Privilege} | Adobe Portable Document Format | Work Product | Attachment to email string collected at the request of Brisendine, Briley regarding Don Caroleo employment matters in anticipation of litigation |
| Priv_00007 | | | Ketter, Joe; Valentin, Ana | 10/18/2022 | | | | | {Redacted for Privilege} | Adobe Portable Document Format | Work Product | Attachment to email string collected at the request of Brisendine, Briley regarding Don Caroleo employment matters in anticipation of litigation |
| Priv_00008 | | | Ketter, Joe | 10/20/2022 | Joe Ketter [JKetter@siteone.com] | Lynn Fracassi [LFracassi@siteone.com] | | | RE: Don Caroleo Termination Letter & Separation Agreement | Outlook Message File | Attorney-Client Privilege & Work Product | Email string collected at the request of Brisendine, Briley regarding Don Caroleo employment matters in anticipation of litigation |
| Priv_00009 | | | Ketter, Joe | 10/31/2022 | Joe Ketter [JKetter@siteone.com] | Jennifer Fitts [JFitts@siteone.com] | | | RE: Ethics Updates | Outlook Message File | Work Product | Email string collected at the request of inside counsel regarding Don Caroleo employment matters in anticipation of litigation |
| Priv_00010 | SITEONE_00736724 | SITEONE_00736724 | Peattie, Kevin; Thistle, Greg | 3/15/2023 | Kevin Peattie [KPeattie@siteone.com] | Gregory Thistle [GThistle@siteone.com] | | | Garden Dept Notes | Outlook Message File | Attorney-Client Privilege | REDACTED: Portion of correspondence discussing legal advice from counsel regarding Don Caroleo termination matters |
| Priv_00011 | SITEONE_00741153 | SITEONE_00741153 | Ketter, Joe; Valentin, Ana | 10/18/2022 | Stephanie Lee [SLee@siteone.com] | Joe Ketter [JKetter@siteone.com]; Ana Valentin [AValentin@siteone.com] | | | Standard Termination Communication Form | Outlook Message File | Attorney-Client Privilege | REDACTED: Portion of correspondence discussing legal advice from counsel regarding Don Caroleo termination matters |
| Priv_00012 | SITEONE_00744094 | SITEONE_00744094 | Black, Doug; Justice, Jerry | 3/19/2023 | Jerry Justice [JJustice@siteone.com] | Doug Black [DBlack@siteone.com] | | | 1:1 Topics | Outlook Message File | Attorney-Client Privilege | REDACTED: Portion of correspondence discussing legal advice from outside counsel regarding Don Caroleo termination matters |
| Priv_00013 | SITEONE_00489764 | SITEONE_00489765 | Thistle, Greg | 3/1/2023 | | Greg Thistle <+19784302192>; Anthony Catalano <+15167791483>; +19784302192; +15167791483; +16318060450 <iMessage; +; chat9645586244245199440> | | | '--- Untitled Document --- | Relativity Short Message Format | Attorney-Client Privilege & Work Product | REDACTED: Portion of text message string reflecting legal advice from outside counsel regarding contract terms in connection with litigation |
| Priv_00014 | SITEONE_00489770 | SITEONE_00489772 | Thistle, Greg | 3/8/2023 | | Kevin Peattie <+19149602970>; Anthony Catalano <+15167791483>; Greg Thistle <+19784302192> | | | '--- Untitled Document --- | Relativity Short Message Format | Attorney-Client Privilege & Work Product | REDACTED: Portion of text message string reflecting legal advice from counsel regarding investigation matters in connection with litigation |
| Priv_00015 | SITEONE_00489773 | SITEONE_00489773 | Thistle, Greg | 3/8/2023 | | | | | Screenshot 2023-03-08 at 9.43.16 AM.jpeg | JFIF-EXIF JPEG Bitmap | Attorney-Client Privilege & Work Product | REDACTED: Portion of text message string reflecting legal advice from outside counsel regarding investigation matters in connection with litigation |
| Priv_00016 | SITEONE_00490063 | SITEONE_00490065 | Catalono, Anthony | 3/1/2023 | | Ana Valentin <+14752181506>; Anthony Catalano [antcat11@netscape.net]; +15167791483; +19784302192; +16318060450 <iMessage; +; chat917884189681404036>; Greg Thistle <+19784302192> | | | '--- Untitled Document --- | Relativity Short Message Format | Attorney-Client Privilege & Work Product | REDACTED: Portion of text message string reflecting legal advice from outside counsel regarding contract terms in connection with litigation |
| Priv_00017 | SITEONE_00490072 | SITEONE_00490076 | Catalono, Anthony | 3/7/2023 | | Brian Hofmann <+15162500486>; Alex Trama - GD <+16314482495>; Anthony Catalano [antcat11@netscape.net]; Brian Kersnowski <+17046348834>; +15167791483; +19149602970; +16314482495 <iMessage; +; chat102822591395176942>; Kevin Peattie <+19149602970>; Ana Valentin <+14752181506>; Greg Thistle <+19784302192> | | | '--- Untitled Document --- | Relativity Short Message Format | Attorney-Client Privilege & Work Product | REDACTED: Portion of text message string reflecting legal advice from outside counsel regarding investigation matters in connection with litigation |
| Priv_00018 | SITEONE_00490077 | SITEONE_00490077 | Catalono, Anthony | 3/8/2023 | | | | | Screenshot 2023-03-08 at 9.43.16 AM.png | JFIF-EXIF JPEG Bitmap | Attorney-Client Privilege & Work Product | REDACTED: Portion of text message string reflecting legal advice from outside counsel regarding investigation matters in connection with litigation |
| Priv_00019 | SITEONE_00490083 | SITEONE_00490084 | Catalono, Anthony | 1/13/2025 | | Alex Trama - GD <+16314482495>; Anthony Catalano <+15167791483> | | | '--- Untitled Document --- | Relativity Short Message Format | Attorney-Client Privilege & Work Product | REDACTED: Portion of text message string forwarding and discussing legal advice from Gibbs, Evan regarding investigation matters in connection with litigation |
| Priv_00020 | SITEONE_00756856 | SITEONE_00756862 | Kersnowski, Brian | 3/7/2023 | | Fam <iMessage; +; chat843923137405904047>; Bear <+17046611680>; AK Steele <+17046616722>; Ted Galinski <+19192917915>; Painter Brett <+12059650500>; Jerry Justice <+18435145774>; William Hobgood. <+19196183122>; +17046348834; +17042004859; +19196183122 <SMS; chat48643089164357531>; Taylor Koch <+17042004859>; Anthony Catalano <+15167791483>; Robert Latham <+17038950082>; Scott Neeley Personal Phone. <+17042812821>; mynet1userx20236971964551@yandex.com; bkersnowski@johndeerelandscapes.com; Cheryl Kersnowski <+12055421880> | | | '--- Untitled Document --- | Relativity Short Message Format | Attorney-Client Privilege & Work Product | REDACTED: Portion of text message string discussing legal advice from counsel regarding investigation matters in connection with litigation |
| Priv_00021 | SITEONE_00756863 | SITEONE_00756867 | Catalono, Anthony | 3/14/2023 | | Anthony Catalano <+15167791483>; Kevin Peattie <+19149602970> | | | '--- Untitled Document --- | Relativity Short Message Format | Attorney-Client Privilege & Work Product | REDACTED: Portion of text message string discussing legal advice from Gibbs, Evan regarding investigation matters in connection with litigation |