| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 12/1/25<br>TIME: 11:00am |

CASE:  **CV 23-2084 (GRB) Siteone Landscape Supply, LLC v. Giordano** *et al.*

TYPE OF CONFERENCE: Motion Hearing                     FTR: 11:04-12:12

APPEARANCES:

　　　For Plaintiff: Evan Gibbs, Matthew Adler, Travis Jackson, Kevin Patrick Mulry

　　　For Defendant: Thomas A Bizzaro, Anthony Cummings

**THE FOLLOWING RULINGS WERE MADE:**

☐　Scheduling Order entered.

☐　The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒　Other: Plaintiff's motion for a protective order, DE [251], is granted. The latest sets of requests are wildly disproportionate to the needs of the case. Moreover, in addition to being duplicative of earlier requests, there is no explanation as to why these requests were not served earlier by any of the prior counsel.

　　　Defendants' motion to compel, DE [253], is granted in part and denied in part and this case is moving to merits depositions. Each side is given 12 depositions total. These depositions may be used as merits depositions or deal with document retention issues. The total number of depositions may not exceed 12 however, including non-parties. As to providing notice of the depositions, and subpoenas to non-parties, notice must be given to all sides and each side that receives a notice, or copy of a subpoena, will confirm in writing (email is fine) that he/she received the notice so that all sides are on the same page. If no confirmation is received, the noticing party must follow up. Silence without objection is not enough.

　　　Plaintiff's motion for a protective order, DE [260], as to discovery concerning the "Shartle claims," is granted. The information sought is not relevant to the claims at issue in this case. Moreover, the discovery requests are overbroad and disproportionate to the needs of

the case. Finally, the Court resolved this issue on the record in earlier proceedings, and nothing new has been introduced such that there is a reason to revisit the earlier ruling.

Plaintiff's motion for emergency relief staying the deposition of Sean Kramer, DE [258], is granted consistent with the discussion on the record. Mr. Kramer may still be deposed however as one of Defendants' 12 depositions.

On December 8, 2025, the parties will file a joint letter with the Court identifying by name each witness to be deposed, and whether they agree to Mr. Cardello resuming his special master function with respect to these depositions. The letter will also propose a deadline by which the parties expect the depositions to be completed and propose three mutually agreeable status conference dates for after the conclusion of the depositions.

**SO ORDERED**

 /s/ Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge