**LAW OFFICES OF THOMAS A. BIZZARO, JR., P.C.**

December 9, 2025

**VIA ECF**
Honorable Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   **RE:**  **SiteOne Landscape Supply, LLC v. Nicholas Giordano, Victor Caroleo, et al.**
       United States District Court, Eastern District of New York (2:23-cv-02084)

Dear Magistrate Judge Locke:

  My firm represents the Defendants in the above-referenced matter, along with co-counsel, Anthony Cummings, Esq. of Certilman Balin Adler & Hyman, LLP. This Court's December 1, 2025 Order (the "Order") [ECF 264] required the parties to file a joint status report ("JSR") by December 8: (1) identifying the twelve witnesses the parties wish to depose, (2) when the parties reasonably expect those depositions to be completed, (3) whether the parties agree to Michael Cardello resuming his special master function with respect to these depositions, and (4) proposed dates for our next conference.

  Although we hoped filing this straightforward, factual report jointly with SiteOne would not be controversial, because of SiteOne's counsel's insistence on inserting gratuitous and ad hominem comments about Defendant Don Caroleo, his finances, and Defendants' alleged "discovery abuses" – all of which are completely inappropriate for a JSR and not what Your Honor directed – and in light of SiteOne's inexplicable time delays in providing their factual information to Defendants (we will not waste the Court's time explaining the delays, which are irrelevant at this point, but will be happy to do so upon request), we are forced to file Defendants' positions in response to Your Honor's Order here.

**Deposition Schedule**

  Defendants propose that the depositions begin January 5, 2026 and continue through March 31, 2026.

**Anticipated Deponents**

  Defendants designate the following twelve (12) witnesses for depositions as required by the Court, but reserve their right to select other deponents in their place and stead should discovery identify others more critical to the claims and defenses asserted:

SiteOne Landscape Supply LLC 30(b)(6), Douglas Black; Neville Ranglin; Sean Kramer; Joseph Ketter; Phil Sausto; Gerard Passaro; Jeri Isbel; John Guthrie; Briley Brisendine; Anthony Catalano; and David Bannister.

**The Appointment of Michael Cardello**

Defendants do not agree to the re-appointment of Mr. Cardello at the outset, but instead propose that the parties commence merits depositions, and if issues arise, Defendants will re-visit Mr. Cardello's re-appointment, confer with SiteOne, and return to Your Honor at the appropriate time with the parties' positions.

**Proposed Status Conference Dates**

Defendants propose the Court schedule a status conference after the deposition completion deadline in the first week of April 2026, as well as a conference mid-way through the depositions, during the second week of February 2026, in the event any issues have arisen that need the Court's attention (or to revisit Mr. Cardello potential re-appointment if necessary).

**Attorneys for Defendants**

*/s/ Thomas A. Bizzaro, Jr.*
Thomas A. Bizzaro, Jr.

LAW OFFICES OF THOMAS A. BIZZARO, JR., P.C.
Thomas A. Bizzaro, Jr.
23 Green Street
Suite 309
Huntington, New York 11743


CERTILMAN BALIN ADLER & HYMAN, LLP
Anthony W. Cummings
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554


cc:     All Counsel via ECF