

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

ANTHONY W. CUMMINGS
PARTNER
DIRECT DIAL 516.296.7062
acummings@certilmanbalin.com

January 9, 2026

Via: ECF
Magistrate Judge Steven Locke
United States District Court

  Re: SiteOne Landscape Supply, LLC v. Giordano et al.
    2:23-cv-02084
    Motion to Compel Compliance – NextPoint Law Group, LLC's Documents

Dear Judge Locke,

  This letter is submitted in opposition to Plaintiff's January 5, 2026 motion to compel and for attorney's fees. DE [271].

  Plaintiff, SiteOne Landscape Supply, LLC ("SiteOne"), seeks to compel the production of records from NextPoint Law Group, LLC ("NLG") and attorney's fees for the filing of its motion to compel; however, there is no reason why SiteOne should have filed its motion. From the onset it is noteworthy that prior counsel for Defendants previously disclosed to Plaintiff's counsel the documents at the heart of the present issue (the analysis of Defendants' mobile devices, email and other accounts). Plaintiff now seeks documents and communications from NLG to understand the Defendants alleged data destruction and NLG's findings regarding the same. Although it was anticipated that the NLG documents would be processed and prepared for production in November or December 2025, the processing of the documentation took longer than expected but has finally been completed. There was no deadline set for the production of the requested non-privileged documents and a privilege log. During November and December of 2025 review of the NLG documentation ensued. With the demands of other matters and year-end scheduling, the review of the documentation extended until the end of the year.

  Although Plaintiff's counsel requested that the relevant documents be produced on several occasions, having missed the initial targeted production dates, Defendants declined to set a new production date but continued to work on the processing of the material. Plaintiff's last communication on this matter was on December 29, 2025 seeking production by January 2, 2026, which was unachievable. Plaintiff's counsel was informed however, that a response would be forthcoming.

  On January 8, 2026, all non-privileged documents and a privilege log was provided to SiteOne's counsel. The privilege log and privileged material is available



January 9, 2026
Magistrate Judge Steven Locke
Page 2.

for the Court to review in camera, if, as and when required as suggested by Plaintiff's counsel in their motion to compel wherein they state: "Your Honor directed Defendants to then provide all non-privileged documents and privilege log to SiteOne and provide Your Honor with copies of the putatively privileged materials for in camera review to assess the privilege assertions." DE [271].

There has been no refusal to comply with this Court's Order regarding the production of the NLG non-privileged documents and a privilege log. DE [233]. Rather, the logistics in processing the material at issue took longer than anticipated but has been completed now.

Therefore, it is respectfully requested that Plaintiff's motion be denied as moot and that no attorney's fees be awarded as there was no refusal to comply with a discovery order. The processing of the material at issue was done using a third-party vendor and although the production of all non-privileged documents and a privilege log for the NLG documents took longer than anticipated, the same has been completed and made available to Plaintiff's counsel with no prejudice to Plaintiff.

Respectfully Submitted,

Anthony W. Cummings, Esq.