# EXHIBIT 2

**Kent, Paris L.**

| | |
|---|---|
| **From:** | Gibbs, J. Evan |
| **Sent:** | Tuesday, March 25, 2025 9:18 PM |
| **To:** | Michael Mule |
| **Cc:** | Kent, Paris L.; kmulry@FarrellFritz.com; Gorman, Daniel E.; Adler, Matt; Robert Milman; Joseph Labuda; Colleen O'Neil; James Orioli |
| **Subject:** | RE: SiteOne v. Giordano |

Mike –

Our understanding of Defendants' position has been that there are no text messages from Don's phone available for the relevant time period of October 2022 through the end of March 2023—in any format or from any source.

However, your explanation below with respect to the Cellebrite reports (that we just received on March 19) seems to indicate that WeRecoverData extracted hundreds of text messages from Don's phone on July 26, 2023 and that the messages (their content, recipients, dates, etc.) were transcribed into and included with the Cellebrite reports.

If I am understanding it correctly, there appears to be hundreds of texts from Don's phone included with the reports you sent—including messages between Don and Vic or Nick—that are being withheld on the basis that your firm has deemed them irrelevant. Specifically, it appears your firm redacted 96 pages of text messages from Report 1 and 26 pages of texts from Report 2.2.

Based on the above, we first ask that you please confirm or correct the understanding set forth above. Please let me know if anything stated above is incorrect.

Second, unless I've misunderstood any of this, please let us know if you will agree to produce all texts contained in the Cellebrite reports that are between Don and either Nick or Vic (together or separately, and whether or not others are copied or included in the messages). The Protective Order in place will protect any purportedly confidential information.

If Defendants are not willing to produce, we will add this to our agenda tomorrow and will address it with the Court. We are available tomorrow morning for a meet and confer. Perhaps we can meet 15 minutes or so before the hearing outside the courtroom? We can also do a call.

Thank you.

**J. Evan Gibbs**
Partner
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Wednesday, March 19, 2025 12:59 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Cc:** Kent, Paris L. <Paris.Kent@troutman.com>; kmulry@FarrellFritz.com; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>; Michael Mule <MichaelMule@mllaborlaw.com>; Robert Milman <rob@mmmlaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; Colleen O'Neil <Colleen@mllaborlaw.com>; James Orioli <James@mllaborlaw.com>

1

**Subject:** RE: SiteOne v. Giordano
**Importance:** High

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Evan,

Attached please find the two reports requested:
(1) Redacted copies of the Cellebrite reports requested. The redacted pages are not responsive as they contain messages to/from Don which have been reviewed by our firm and do not concern communications between Don, Vic and/or Nick on landscape-related issues.
(2) A month-by-month report of Nick's conversations from October 2022 through March 2023.

Very truly yours,

Michael C. Mulè, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michaelmule@mllaborlaw.com
516 303-1442 office
516 328-0082  fax

Note:  The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.  Thank you.

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Sent:** Tuesday, March 18, 2025 1:38 PM
**To:** Michael Mule <MichaelMule@mllaborlaw.com>; Colleen O'Neil <Colleen@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; James Orioli <James@mllaborlaw.com>; Robert Milman <rob@mmmlaborlaw.com>
**Cc:** Kent, Paris L. <Paris.Kent@troutman.com>; kmulry@FarrellFritz.com; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>
**Subject:** RE: SiteOne v. Giordano

Mike –

We are fine using Epiq as the vendor for this project. I reached out to Mike Krasner this morning and he is preparing an engagement letter with SiteOne. We are also fine with most of your changes to the protocol. We accepted your changes and made a few counter-edits and comments in the attached. If this is good with you, let us know and we will finalize it. If you have any other issues, let's schedule a call for tomorrow morning or Friday to resolve the issues because they would be very minor at this point. We need to get this process going.

Relatedly, please let us know by COB today about the two reports we discussed after Don's deposition on Friday and which we emailed you about Friday afternoon.

Thank you.

## J. Evan Gibbs
**Partner**
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Tuesday, March 11, 2025 7:25 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Colleen O'Neil <Colleen@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; James Orioli <James@mllaborlaw.com>
**Cc:** Kent, Paris L. <Paris.Kent@troutman.com>; kmulry@FarrellFritz.com; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>; Michael Mule <MichaelMule@mllaborlaw.com>; Robert Milman <rob@mmmlaborlaw.com>
**Subject:** RE: SiteOne v. Giordano
**Importance:** High

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Evan,

Attached please find our redlined and clean versions of draft forensic protocol.  Also, we propose the following company as the vendor:



**Jason Paroff, Esq.**
Senior Director & Practice Lead, Forensics | Legal Solutions
+1 917 2841979
+1 (212) 225-9277 x9277
jparoff@epiqglobal.com

**Drive Decisions. Accelerate Outcomes.**
www.epiqglobal.com



**Michael Krasner**
Senior Account Director | Legal Solutions
+1 (732) 604-0899
MKrasner@epiqglobal.com
**Connect with me on LinkedIn**
www.epiqglobal.com

Please let us know when (if) you would like to discuss.

Sincerely,

3

Michael C. Mulè, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michaelmule@mllaborlaw.com
516 303-1442 office
516 328-0082  fax

Note:  The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.  Thank you.

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Sent:** Monday, March 10, 2025 3:21 PM
**To:** Colleen O'Neil <Colleen@mllaborlaw.com>; Michael Mule <MichaelMule@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; James Orioli <James@mllaborlaw.com>
**Cc:** Kent, Paris L. <Paris.Kent@troutman.com>; kmulry@FarrellFritz.com; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>
**Subject:** RE: SiteOne v. Giordano

Good afternoon –

We have not heard back from you all on the forensic vendor and protocol, which is discussed in our email below from last week. Since we have addressed all of the issues you raised, we should be able to get this taken care of in short order. Please let us know by noon tomorrow which vendor you prefer so we can get the process started.

Thank you.

**J. Evan Gibbs**
**Partner**
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

**From:** Gibbs, J. Evan
**Sent:** Wednesday, March 5, 2025 4:05 PM
**To:** Colleen O'Neil <Colleen@mmmlaborlaw.com>
**Cc:** Michael Mule <MichaelMule@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; James Orioli <James@mllaborlaw.com>; Kent, Paris L. <Paris.Kent@troutman.com>; kmulry@FarrellFritz.com; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Adler, Matt <Matt.Adler@Troutman.com>
**Subject:** RE: SiteOne v. Giordano

Colleen –

This message responds to yours of earlier today and addresses the other outstanding discovery items we currently have.

**Subpoenas to NextPoint and WeRecover Data**

4

With respect to the two subpoenas, Mike initially emailed us on Friday, 2/28 asking to meet and confer on the subpoenas. Dan responded a few minutes later and asked if you would identify your objections to the subpoenas so we can evaluate our response. That email chain is attached. We did not hear back until your email below. Can please tell us briefly what your objections are? We are happy to schedule a call to discuss in more detail, but it is difficult for us to prepare for such a call without having any idea what your objections are. We're not asking for an exhaustive analysis—but at least some context would be very helpful. We are happy to schedule a call, but can you please send that? We can carve out time to discuss on Friday if you are available then.

**SiteOne Email Searching/Production**

With respect to the email production issue, it is not clear what you are asking about in your message below. We have already "produced emails" for the first 10 individuals on your list and have been discussing additional search parameters for those 10 and others as proposed by Defendants.

To get us back on the same page, when we were discussing this issue last week (email attached), Mike left the issue as follows on 2/27: "Therefore, Defendants request that SiteOne rerun the supplemental parameters excluding Troutman's domain and send us the updated hit count." We agreed on 2/28 to do that, and we now have those results. We identified 854 hits on "Troutman," and 439 hits on "Troutman.com." As you will recall (as detailed in our 2/24 correspondence), we applied Defendants' search parameters to the email data we've collected so far and there were hits on 203,704 documents. Removing our firm's domain thus had a negligible impact on the volume resulting from Defendants' search parameters. We remain open to discussing this issue further, but we must reiterate that SiteOne estimates it would cost about $400,000 to promote that data into a review database, host the data, and review the documents for relevance and responsiveness for production, which is not proportional to the needs of the case—especially considering we already negotiated search terms with Defendants last summer and spent hundreds of thousands of dollars reviewing and producing the responsive documents.

Additionally, with respect to the last three individuals on your list (Hoffman, Francassi, and Ferrante), we also explained on 2/24 that it would cost approximately $76,000 to collect, process, host, review, and produce documents for those three additional people. We have provided (more than once) a detailed factual analysis as to why collecting and searching emails for these three individuals is not appropriate or proportional. You all have not responded to our explanation. If you have some factual basis to justify collecting, searching, and producing emails from these three individuals, please send that over and we are happy to discuss further.

In sum, as to the email issues, we have done everything you've asked us to do and remain willing to consider and discuss any further proposals you all might have to limit the scope of your most recent search parameters.

**SiteOne Text Message Searching/Production**

As we explained last week, we have already pulled the text messages for Joe Ketter, Greg Thistle, and Anthony Catalano and those messages are being individually reviewed for production as we speak. We should have those to you early next week. Once we have those messages ready, we will be able to fully respond to your request to collect and search the text messages of the other seven individuals.

**Forensic Vendor and Protocol**

With respect to the forensic protocol, Mike's email of 2/28 requested three things: a different forensic vendor and two changes to the forensic protocol. As I noted on 2/28, we are fine using a different vendor; we propose KLDiscovery or HaystackID. Both are nationally-recognized vendors which can handle this project. With respect to the proposed changes to the protocol, we have made those changes in redline in the attached. This therefore resolves all issues on this front. Please let us know which vendor you prefer and we will reach out to them—copying you all—to get them engaged and move this process forward.

Thank you.

5

**J. Evan Gibbs**
**Partner**
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Colleen O'Neil <Colleen@mmmlaborlaw.com>
**Sent:** Wednesday, March 5, 2025 11:47 AM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>; kmulry@FarrellFritz.com; dwalsh@danwalshlaw.com
**Cc:** Michael Mule <MichaelMule@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; James Orioli <James@mllaborlaw.com>
**Subject:** SiteOne v. Giordano

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Evan -

Please let me know by 5:00pm today whether SiteOne agrees to produce emails for the 13 individuals listed below and text messages for the first ten. If not, we will be moving to compel.

Also, we are going to move to quash the subpoenas that you had served on Nextpoint and WRD. Please let me know your availability for a meet and confer on that?

Thanks

1 - Alex Trama
2 - Gerard Passaro
3 - Phil Sausto
4 - Brian Kersnowski
5 - Anthony Catalano
6 - Greg Thistle
7 - Joe Ketter
8 - Jerry Justice
9 - Kevin Peattie
10 - Doug Black
11 - Brian Hoffman
12 - Lynn Francassi
13 - Anthony Ferrante

_____

Colleen O'Neil - Partner

Milman Labuda Law Group PLLC

6

3000 Marcus Avenue, Suite 3W8

Lake Success, New York 11042

Telephone Direct: (516) 303-1395

Telephone Office: (516) 328-8899

Fax: (516) 328-0082

This information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and the enclosed documents in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately.  Thank you.

---

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit [www.troutman.com](www.troutman.com). If services are provided by Troutman Pepper Locke UK LLP, please see our London office page ([www.troutman.com/offices/london.html](www.troutman.com/offices/london.html)) for regulatory information.