# EXHIBIT 3

```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NEW YORK
```

--------------------------------X **Docket#**
SITEONE LANDSCAPE SUPPLY, LLC,  : 23-cv-02084-GRB-SIL
                                :
            Plaintiff,          :
                                :
   - versus -                   : U.S. Courthouse
                                : Central Islip, NY
NICHOLAS GIORDANO et al.,       :
                                : March 26, 2025
            Defendants          : 2:37 p.m.
--------------------------------X

```
         TRANSCRIPT OF CIVIL CAUSE FOR MOTION HEARING
             BEFORE THE HONORABLE STEVEN I. LOCKE
               UNITED STATES MAGISTRATE JUDGE
```

**A  P  P  E  A  R  A  N  C  E  S:**

| | |
|---|---|
| **For the Plaintiffs**: | **Kevin P. Mulry, Esq.**<br>Farrell Fritz, PC<br>400 RXR Plaza<br>Uniondale, NY 11556 |
| | **Matthew Adler, Esq.**<br>Troutman Pepper Hamilton<br> Sanders LLP<br>3000 Two Logan Square<br>18th And Arch Streets<br>Philadelphia, PA 19103 |
| | **John Sikes Gibbs, III, Esq.**<br>Troutman Pepper Hamilton<br> Sanders LLP<br>600 Peachtree Street, N.E.<br>Suite 3000<br>Atlanta, GA 30308 |

(Appearances continue on next page)

| | |
|---|---|
| **Transcription Service**: | **Transcriptions Plus II, Inc.**<br>61 Beatrice Avenue<br>West Islip, New York 11795<br>RL.Transcriptions2@gmail.com |

Proceedings recorded by electronic sound-recording, transcript produced by transcription service

2

**APPEARANCES CONTINUED**

**For the Defendants**:   **Thomas A. Bizzaro, Jr., Esq.**
Law Offices of Thomas A.
 Bizzaro, Jr., P.C.
133C New York Avenue
Huntington, NY 11743


**Michael C. Mule, Esq.**
**Robert Milman, Esq.**
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11556

Transcriptions Plus II, Inc.

```
                                                              30
                        Proceedings
 1  look that the Cellebrite report --
 2           THE COURT:  You looked at the?
 3           MR. MULE:  The Cellebrite report that was
 4  provided by We Recover Data.
 5           THE COURT:  Yes.
 6           MR. MULE:  I had text messages.  None of them
 7  had anything to do with landscape related issues.  And
 8  that's basically, you know, where we are with that.  So I
 9  don't really know why they're trying to seek this
10  information.  It's as if -- to me is clearly protected
11  information.  These are our agents.  We use them as if
12  they were in-house, you know, if we had our own in-house
13  people.
14           THE COURT:  No, I get that.  Okay.  Mr. Gibbs?
15           MR. GIBBS:  Yes, your Honor.  So the --
16           THE COURT:  And I want to phrase it this way.
17  In a perfect world, what would that data tell you?
18           MR. GIBBS:  So this goes to so when we were at
19  Don's, we'll start with Don's deposition first because --
20           THE COURT:  Okay.
21           MR. GIBBS:  -- the We Recover Data only relates
22  to Don's phone.  So We Recover Data was the vendor they
23  hired to make a copy of the phone.  So there were many
24  points during Don's deposition that he couldn't remember
25  about engaging with the We Recover Data, the scope of
```