# EXHIBIT 4

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK


   SITEONE LANDSCAPE SUPPLY,    *    Case No. 23-CV-2084(GRB)
    LLC,                        *
                                *
              Plaintiff,        *    Long Island Federal
                                *     Courthouse
                                *    100 Federal Plaza
        v.                      *    Central Islip, NY  11722
                                *
   NICHOLAS GIORDANO, et al.,   *    October 15, 2024
                                *
              Defendants.       *
                                *
   * * * * * * * * * * * * * * *

           TRANSCRIPT OF CIVIL CAUSE FOR ORAL ARGUMENT
              BEFORE THE HONORABLE STEVEN I. LOCKE
                 UNITED STATES MAGISTRATE JUDGE

   APPEARANCES:

   For the Plaintiff:            JOHN SIKES GIBBS, III, ESQ.
                                 Troutman Pepper Hamilton
                                  Sanders LLP
                                 600 Peachtree Street, NE
                                 Suite 3000
                                 Atlanta, GA  30308

   For the Defendants:           MICHAEL MULE, ESQ.
                                 COLLEEN O'NEIL, ESQ.
                                 ROBERT MILMAN, ESQ.
                                 JAMES ORIOLI, ESQ.
                                 Milman Labuda Law Group PLLC
                                 3000 Marcus Avenue
                                 Lake Success, NY  11042



   Proceedings recorded by electronic sound recording,
   transcript produced by transcription service.
```

**Fiore Reporting and Transcription Service, Inc.**
**Shelton, CT 06484 (203)732-6461**

1           THE COURT:  As far -- forget the lawyer.  I don't
2    want to hear -- as far -- unless you can tell me, my client
3    said no, he's building an amusement park there, then it's on
4    the table.  Okay.
5           Hold on one second because I've got to start
6    drafting orders.
7           (Pause)
8           THE COURT:  Those terms are for emails and
9    documents, but not text, I assume.  Is that fair to say, or
10   --
11          MR. GIBBS:  Correct, Your Honor.  That's our
12   request.
13          THE COURT:  Well, let Mr. Mule --
14          MR. MULE:  I thought it was for all.  We were --
15   the expectation was --
16          THE COURT:  Well, my concern is, you can't search
17   texts.  That's what I'm -- that's where my thinking is, so
18   that it would be for documents which can -- you can search
19   for, and emails similarly.  But then for the texts, you're
20   going to have to -- Mr. Mule, you're going to have to read
21   them and pull out responsive stuff.  Okay.
22          (Pause)
23          THE COURT:  The Horse -- what's it called?
24   Horseblock?
25          MR. MULE:  Horseblock.