# EXHIBIT A



From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Nuts

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/12/2023 10:49:13 AM(UTC-4) | |

Status: Read

7/12/2023 10:49:13 AM(UTC-4)



From: +16314843535 Dad
To: +16314843532 Donnie (owner)

**Attachments:**

Title: Audio Message.caf
Size: 57751
File name: ~/Library/SMS/Attachments/63/03/03CCED9B-5F43-4869-B05B-E74F5C5A39F2/Audio Message.caf
~/Library/SMS/Attachments/63/03/03CCED9B-5F43-4869-B05B-E74F5C5A39F2/Audio Message.caf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/12/2023 10:55:07 AM(UTC-4) | |

Status: Read

7/12/2023 10:55:03 AM(UTC-4)



From: +16314843532 Donnie (owner)
To: +16314843535 Dad

Tell eddy don't

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/12/2023 10:55:42 AM(UTC-4) | | |

Status: Sent

7/12/2023 10:55:42 AM(UTC-4)



From: +16314843532 Donnie (owner)
To: +16314843535 Dad

Retract deal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/12/2023 10:55:48 AM(UTC-4) | | |

Status: Sent

7/12/2023 10:55:47 AM(UTC-4)



From: +16314843532 Donnie (owner)
To: +16314843535 Dad

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/12/2023 10:55:56 AM(UTC-4) | 7/12/2023 10:56:02 AM(UTC -4) | |

**Status:** Sent
**Label:** Recalled
**Deletion Date:** 7/12/2023 10:56:02 AM(UTC-4)

7/12/2023 10:55:56 AM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

I did. But will be war. U know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/12/2023 10:57:47 AM(UTC -4) | |

**Status:** Read

7/12/2023 10:57:44 AM(UTC-4)

From: +16314843535 Dad
To: doncaroleo5484@gmail.com (owner)

Call me. Lets be in private

| Participant | Delivered | Read | Played |
|---|---|---|---|
| doncaroleo5484@gmail.com | | 7/12/2023 12:09:17 PM(UTC -4) | |

**Status:** Read

7/12/2023 12:07:58 PM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Call me when ever

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/12/2023 12:47:07 PM(UTC -4) | |

**Status:** Read

7/12/2023 12:47:02 PM(UTC-4)