# EXHIBIT B









CONFIDENTIAL

NLG00001437



From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Little plastic on window

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/12/2023 5:48:18 PM(UTC-4) | |

Status: Read

7/12/2023 5:48:14 PM(UTC-4)



From: +16314843535 Dad
To: doncaroleo5484@gmail.com (owner)

I got pull over

| Participant | Delivered | Read | Played |
|---|---|---|---|
| doncaroleo5484@gmail.com | | 7/12/2023 5:51:58 PM(UTC-4) | |

Status: Read

7/12/2023 5:49:47 PM(UTC-4)

From: +16314843535 Dad
To: doncaroleo5484@gmail.com (owner)

I'm going to the dentist. Nick wants to have a meeting right away with the three of us.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| doncaroleo5484@gmail.com | | 7/12/2023 5:51:58 PM(UTC-4) | |

Status: Read

7/12/2023 5:51:50 PM(UTC-4)

23

CONFIDENTIAL    NLG00001438