# EXHIBIT D



From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Dominickthorne@suffolkcountyny.gov

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 10:40:14 AM(UTC-4) | |

Status: Read

7/13/2023 10:40:12 AM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Dominicks.thorne@suffolkcountyny.gov

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 10:40:14 AM(UTC-4) | |

Status: Read

7/13/2023 10:40:12 AM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Send to both

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 10:40:14 AM(UTC-4) | |

Status: Read

7/13/2023 10:40:12 AM(UTC-4)



From: +16314843532 Donnie (owner)
To: +16314843535 Dad

Call u in a hour

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/13/2023 10:40:29 AM(UTC-4) | | |

Status: Sent

7/13/2023 10:40:29 AM(UTC-4)

26

CONFIDENTIAL



From: +16314843535 Dad
To: +16314843532 Donnie (owner)

I'm asking you to do something simple he's the legislator draft up some sort of memo he wants it on paper

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 11:13:26 AM(UTC-4) | |

Status: Read

7/13/2023 10:46:48 AM(UTC-4)

---

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Larry will call you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 1:09:46 PM(UTC-4) | |

Status: Read

7/13/2023 1:03:34 PM(UTC-4)

---

From: +16314843532 Donnie (owner)
To: +16314843535 Dad

I'm driving with Focus turned on. I'll see your message when I get where I'm going.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/13/2023 1:03:35 PM(UTC-4) | | |

Status: Sent

7/13/2023 1:03:34 PM(UTC-4)

---

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Look for his number

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 1:09:46 PM(UTC-4) | |

Status: Read

7/13/2023 1:03:50 PM(UTC-4)

27

CONFIDENTIAL                                                                NLG00001442



From: +16314843532 Donnie (owner)
To: +16314843535 Dad

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/13/2023 1:10:04 PM(UTC-4) | | |

Status: Sent

7/13/2023 1:10:03 PM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Left messsage

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 1:11:18 PM(UTC-4) | |

Status: Read

7/13/2023 1:11:14 PM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Call u

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 1:11:18 PM(UTC-4) | |

Status: Read

7/13/2023 1:11:18 PM(UTC-4)



From: +16314843532 Donnie (owner)
To: +16314843535 Dad

Why me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/13/2023 1:11:24 PM(UTC-4) | | |

Status: Sent

7/13/2023 1:11:24 PM(UTC-4)

28



From: +16314843535 Dad
To: +16314843532 Donnie (owner)

**I don't know shit**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 1:12:21 PM(UTC-4) | |

**Status: Read**

7/13/2023 1:12:19 PM(UTC-4)



From: +16314843532 Donnie (owner)
To: +16314843535 Dad

**Attachments:**

Title: Audio Message.caf
Size: 35320
File name: ~/Library/SMS/Attachments/4e/14/A48D1DF2-A781-4F58-84AF-C5ECA0EAF7ED/Audio Message.caf
~/Library/SMS/Attachments/4e/14/A48D1DF2-A781-4F58-84AF-C5ECA0EAF7ED/Audio Message.caf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/13/2023 1:12:40 PM(UTC-4) | | |

**Status: Sent**

7/13/2023 1:12:39 PM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

**Attachments:**

Title: Audio Message.caf
Size: 74554
File name: ~/Library/SMS/Attachments/21/01/A1EA1CD4-0E4E-45A0-9B9B-86586E19111D/Audio Message.caf
~/Library/SMS/Attachments/21/01/A1EA1CD4-0E4E-45A0-9B9B-86586E19111D/Audio Message.caf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 3:30:07 PM(UTC-4) | |

**Status: Read**

7/13/2023 3:29:16 PM(UTC-4)

29

CONFIDENTIAL

NLG00001444





From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Don't yell.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 3:34:41 PM(UTC-4) | |

Status: Read

7/13/2023 3:31:11 PM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Teach

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 3:34:41 PM(UTC-4) | |

Status: Read

7/13/2023 3:31:17 PM(UTC-4)

30

CONFIDENTIAL

NLG00001445

From: +16314843532 Donnie (owner)
To: +16314843535 Dad

Yep

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/13/2023 3 34:46 PM(UTC-4) | | |

Status: Sent

7/13/2023 3:34:44 PM(UTC-4)



From: +16314843535 Dad
To: +16314843532 Donnie (owner)

https://www.tiktok.com/t/ZT8dWyQqg/

Attachments:

Title: EF02E8C2-C1AF-40B6-9BA4-0E4EDE774C9D.pluginPayloadAttachment
Size: 27829
File name: ~/Library/SMS/Attachments/79/09/23E76055-4871-4250-8CDA-333EAF8B6B46/EF02E8C2-C1AF-40B6-9BA4-0E4EDE774C9D.pluginPayloadAttachment
~/Library/SMS/Attachments/79/09/23E76055-4871-4250-8CDA-333EAF8B6B46/EF02E8C2-C1AF-40B6-9BA4-0E4EDE774C9D.pluginPayloadAttachment

Title: 7CB83906-075C-4A9C-888D-47A3DF578A44.pluginPayloadAttachment
Size: 39051
File name: ~/Library/SMS/Attachments/ac/12/025A1845-F65F-489A-9834-1387A727FD4C/7CB83906-075C-4A9C-888D-47A3DF578A44.pluginPayloadAttachment
~/Library/SMS/Attachments/ac/12/025A1845-F65F-489A-9834-1387A727FD4C/7CB83906-075C-4A9C-888D-47A3DF578A44.pluginPayloadAttachment

Title: 290144B4-9036-4EAB-B497-6E932722A62C.pluginPayloadAttachment
Size: 8137
File name: ~/Library/SMS/Attachments/ec/12/8115D8CC-4DE5-49F9-BDB7-4A6F121A08C5/290144B4-9036-4EAB-B497-6E932722A62C.pluginPayloadAttachment
~/Library/SMS/Attachments/ec/12/8115D8CC-4DE5-49F9-BDB7-4A6F121A08C5/290144B4-9036-4EAB-B497-6E932722A62C.pluginPayloadAttachment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/13/2023 5:34 37 PM(UTC-4) | |

Status: Read

7/13/2023 5:33:37 PM(UTC-4)

31

CONFIDENTIAL

NLG00001446