# EXHIBIT E

**From:** +16314843535 Dad
**To:** +16314843532 Donnie (owner)

I hope u wrote letter to DOM

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/15/2023 8:30:01 AM(UTC-4) | |

Status: Read

7/15/2023 8:29:58 AM(UTC-4)

**From:** +16314843535 Dad
**To:** +16314843532 Donnie (owner)

The legislator guy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/15/2023 8:30:05 AM(UTC-4) | |

Status: Read

7/15/2023 8:30:04 AM(UTC-4)

**From:** +16314843535 Dad
**To:** +16314843532 Donnie (owner)

Wtf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/15/2023 8:30:09 AM(UTC-4) | |

Status: Read

7/15/2023 8:30:09 AM(UTC-4)

**From:** +16314843535 Dad
**To:** +16314843532 Donnie (owner)

We need play list from the past for the new. Send asap

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/15/2023 8:54:36 AM(UTC-4) | |

Status: Read

7/15/2023 8:54:33 AM(UTC-4)

41

CONFIDENTIAL NLG00001456







CONFIDENTIAL

NLG00001457



From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/15/2023 9:05:00 AM(UTC-4) | |

Status: Read

7/15/2023 9:01:36 AM(UTC-4)



From: +16314843535 Dad
To: +16314843532 Donnie (owner)

https://music.apple.com/us/playlist/garden-dept/pl.u-8aAVXkyFXyG9Pm

Attachments:

Title: F5A5D2F6-CEFD-494F-927E-46AEF8D11FF3.pluginPayloadAttachment
Size: 3519686
File name: ~/Library/SMS/Attachments/42/02/BFB907FC-7AEA-48D0-8397-3A352E53609D/F5A5D2F6-CEFD-494F-927E-46AEF8D11FF3.pluginPayloadAttachment
~/Library/SMS/Attachments/42/02/BFB907FC-7AEA-48D0-8397-3A352E53609D/F5A5D2F6-CEFD-494F-927E-46AEF8D11FF3.pluginPayloadAttachment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/15/2023 9:05:00 AM(UTC-4) | |

Status: Read

7/15/2023 9:03:41 AM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

How was the games today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/15/2023 5:42:35 PM(UTC-4) | |

Status: Read

7/15/2023 5:42:03 PM(UTC-4)

43

CONFIDENTIAL                                                                                                NLG00001458









CONFIDENTIAL					NLG00001459