# EXHIBIT F









CONFIDENTIAL

NLG00001464



From: +16314843532 Donnie (owner)
To: +16314843535 Dad

Just call me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/16/2023 3:58:02 PM(UTC-4) | | |

Status: Sent

7/16/2023 3:58:02 PM(UTC-4)



From: +16314843532 Donnie (owner)
To: +16314843535 Dad

From now on

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/16/2023 3:58:07 PM(UTC-4) | | |

Status: Sent

7/16/2023 3:58:07 PM(UTC-4)

---

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/16/2023 3:58:58 PM(UTC-4) | |

Status: Read
Label: Recalled
Deletion Date: 7/16/2023 3:59:19 PM(UTC-4)

7/16/2023 3:58:55 PM(UTC-4)

---

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/16/2023 3:59:13 PM(UTC-4) | |

Status: Read
Label: Recalled
Deletion Date: 7/16/2023 3:59:25 PM(UTC-4)

7/16/2023 3:59:09 PM(UTC-4)

50

CONFIDENTIAL

NLG00001465



From: +16314843532 Donnie (owner)
To: +16314843535 Dad
Dad stop texting me period

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/16/2023 3:59:28 PM(UTC-4) | | |

Status: Sent

7/16/2023 3:59:27 PM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)
U guys home

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/16/2023 8:33:40 PM(UTC-4) | |

Status: Read

7/16/2023 8:30:37 PM(UTC-4)



From: +16314843532 Donnie (owner)
To: +16314843535 Dad
No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/16/2023 8:33:43 PM(UTC-4) | | |

Status: Sent

7/16/2023 8:33:43 PM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/17/2023 9:40:02 AM(UTC-4) | |

Status: Read
Label: Recalled
Deletion Date: 7/17/2023 9:40:18 AM(UTC-4)

7/17/2023 9:39:59 AM(UTC-4)

51

CONFIDENTIAL

NLG00001466









CONFIDENTIAL    NLG00001467