# EXHIBIT G



From: +16314843532 Donnie (owner)
To: +16314843535 Dad

My eyes can't read this

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/17/2023 9:40:26 AM(UTC-4) | | |

Status: Sent

7/17/2023 9:40:26 AM(UTC-4)

---

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/17/2023 9:40:46 AM(UTC-4) | |

Status: Read
Label: Recalled
Deletion Date: 7/17/2023 9:40:49 AM(UTC-4)

7/17/2023 9:40:44 AM(UTC-4)

---

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Call this new law guy Mike

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/17/2023 9:41:13 AM(UTC-4) | |

Status: Read

7/17/2023 9:41:08 AM(UTC-4)

---

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

I will explain

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/17/2023 9:56:32 AM(UTC-4) | |

Status: Read

7/17/2023 9:41:21 AM(UTC-4)

CONFIDENTIAL    NLG00001468



From: +16314843535 Dad
To: +16314843532 Donnie (owner)

Feinstein michael

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/17/2023 9:56:32 AM(UTC-4) | |

Status: Read

7/17/2023 9:56:28 AM(UTC-4)



From: +16314843532 Donnie (owner)
To: +16314843535 Dad

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/17/2023 9:56:42 AM(UTC-4) | | |

Status: Sent

7/17/2023 9:56:41 AM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

+1 (516) 206-3100, Mike

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/17/2023 10:02:41 AM(UTC-4) | |

Status: Read

7/17/2023 10:01:58 AM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

A conv. Maybe smart

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/17/2023 10:02:41 AM(UTC-4) | |

Status: Read

7/17/2023 10:02:22 AM(UTC-4)

CONFIDENTIAL NLG00001469

**From:** +16314843535 Dad
**To:** +16314843532 Donnie (owner)

U cant charm him to help

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/17/2023 10:02:41 AM(UTC-4) | |

**Status:** Read

7/17/2023 10:02:39 AM(UTC-4)

---

**From:** +16314843535 Dad
**To:** +16314843532 Donnie (owner)

Send him papers. No sales price

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/17/2023 12:42:34 PM(UTC-4) | |

**Status:** Read

7/17/2023 12:38:57 PM(UTC-4)

---

**From:** +16314843532 Donnie (owner)
**To:** +16314843535 Dad

I'm driving with Focus turned on. I'll see your message when I get where I'm going.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | | | |

**Status:** Sent

7/17/2023 12:38:57 PM(UTC-4)

---

**From:** +16314843532 Donnie (owner)
**To:** +16314843535 Dad

(I'm not receiving notifications. If this is urgent, reply "urgent" to send a notification through with your original message.)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | | | |

**Status:** Sent

7/17/2023 12:38:57 PM(UTC-4)

CONFIDENTIAL                                                                 NLG00001470









56

CONFIDENTIAL

NLG00001471

**From:** +16314843535 Dad
**To:** +16314843532 Donnie (owner)

I think smart. But doesn't know how to build a business

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/17/2023 12:44:13 PM(UTC-4) | |

Status: Read

7/17/2023 12:44:08 PM(UTC-4)

---

**From:** +16314843535 Dad
**To:** +16314843532 Donnie (owner)

Hi

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/17/2023 12:53:42 PM(UTC-4) | |

Status: Read

7/17/2023 12:53:35 PM(UTC-4)

---

**From:** +16314843535 Dad
**To:** +16314843532 Donnie (owner)

I am here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | | |

Status: Read

7/17/2023 12:53:41 PM(UTC-4)

---

**From:** +16314843535 Dad
**To:** doncaroleo5484@gmail.com (owner)

Get mike papers.  No sales price

| Participant | Delivered | Read | Played |
|---|---|---|---|
| doncaroleo5484@gmail.com | | 7/17/2023 1:02:41 PM(UTC-4) | |

Status: Read

7/17/2023 1:02:28 PM(UTC-4)

CONFIDENTIAL                    NLG00001472

From: doncaroleo5484@gmail.com (owner)
To: +16314843535 Dad

I heard u

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/17/2023 1:02:46 PM(UTC-4) | | |

Status: Sent

7/17/2023 1:02:46 PM(UTC-4)

From: doncaroleo5484@gmail.com (owner)
To: +16314843535 Dad

He's been emailed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843535 Dad | 7/17/2023 1:02:50 PM(UTC-4) | | |

Status: Sent

7/17/2023 1:02:50 PM(UTC-4)

From: +16314843535 Dad
To: doncaroleo5484@gmail.com (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| doncaroleo5484@gmail.com | | 7/17/2023 1:04:53 PM(UTC-4) | |

Status: Read

7/17/2023 1:04:48 PM(UTC-4)

From: +16314843535 Dad
To: +16314843532 Donnie (owner)

I hope nick doesn't call Eddie and says that if you have any questions, call me on the papers the envelopes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314843532 Donnie | | 7/17/2023 1:52:52 PM(UTC-4) | |

Status: Read

7/17/2023 1:52:50 PM(UTC-4)

58

CONFIDENTIAL NLG00001473



From: +16314643532 Donnie (owner)
To: +16314643535 Dad

He won't but I'll clue him in

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314643535 Dad | 7/17/2023 1:53:47 PM(UTC-4) | | |

Status: Sent

7/17/2023 1:53:47 PM(UTC-4)

From: +16314643535 Dad
To: +16314643532 Donnie (owner)

R any games close by

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16314643532 Donnie | | 7/17/2023 7:13:28 PM(UTC-4) | |

Status: Read

7/17/2023 7:13:23 PM(UTC-4)

CONFIDENTIAL NLG00001474