36

Proceedings

1   anything, casting no aspersions on anybody when I say
2   that.  But I am a realist.
3           MR. MULE:  So your Honor, this is regarding --
4   so Nextpoint is going to make -- they're going to get a
5   subpoena that says respond, provide -- I mean this says
6   all documents and communications from January 2022 to
7   present concerning --
8           THE COURT:  About this case.
9           MR. MULE:  -- concerning Nextpoint's services
10  provided to Don or his attorneys.  That's a lot of
11  communications.
12          THE COURT:  Your client should not have
13  destroyed evidence.  Period.  The motion to quash is
14  denied.  But that's how it's going to go, Mr. Gibbs.
15  You'll get a box or a file, I don't know what you're
16  going to get.  Confirm what it is and give it to -- don't
17  read it until Mr. Mule has a chance to go through it.
18  You want a chance to go through it?
19          MR. MULE:  Absolutely.
20          THE COURT:  Okay.  And that's what you get.
21          MR. GIBBS:  And your Honor, just to --
22          THE COURT:  Yes.
23          MR. GIBBS:  -- just to tie a finer point on it,
24  would you envision that they would just produce the
25  documents to us with any type of log or anything that --

EXHIBIT 1

Proceedings                                                      37

1       THE COURT:  It has to be -- well, I'm sorry.
2  Let me continue.  I'm envisioning that you'll assert a
3  privilege, the work product doctrine, with respect to
4  some of it.  You will then provide me with those
5  documents and I will review them and will determine
6  what's privileged and what's not because my view and
7  lawyers' views are not always identical when it comes to
8  that, with a log.  It's just that my experience reviewing
9  logs is even though it's made with the best intentions
10 are never sufficient to explain what the heck the
11 document actually is.  It just doesn't.
12              (Pause in proceedings)
13         THE COURT:  Okay.  That's 195.  So the last
14 thing we have is 193 which is really 189.  That has
15 moving parts or several parts to it, so I'd like to sort
16 of break that out into its constituent parts.
17         Okay.  The first part, and I'm just looking at
18 what you would call the prayer for relief, is produce
19 text messages from 13 custodians.  Right?  Let's do it
20 issue by issue.  So Mr. Mule, let's start with that.
21         MR. MULE:  Yeah.  Your Honor, as far as the
22 texts, I don't know if it makes sense, would you like to
23 give like a little timeline and the process for
24 background?
25         THE COURT:  Yes.  It's a lot to absorb.

Transcriptions Plus II, Inc.