## Gibbs, J. Evan

| | |
|---|---|
| **From:** | Anthony W. Cummings <acummings@certilmanbalin.com> |
| **Sent:** | Monday, January 12, 2026 3:05 PM |
| **To:** | Thomas A. Bizzaro, Jr.; Steve Blatt; Gibbs, J. Evan |
| **Cc:** | Adler, Matt; Gorman, Daniel E.; kmulry@farrellfritz.com; Marko, Mia S.; Kent, Paris L. |
| **Subject:** | Re: SiteOne - Defendants' NLG Privilege Log |

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Evan,

I reached out to chambers to see how they want to handle this. I am awaitng a response.

---

**From:** "Gibbs, J. Evan" <Evan.Gibbs@troutman.com>
**Date:** 01/12/2026 at 09:25 am
**To:** "Anthony W. Cummings" <acummings@certilmanbalin.com>,"Thomas A. Bizzaro, Jr." <tbizzaro@tab-law.com>,"Steve Blatt" <sblatt@tab-law.com>
**Cc:** "Adler, Matt" <Matt.Adler@troutman.com>,"Gorman, Daniel E." <Daniel.Gorman@troutman.com>,"Mulry, Kevin P." <kmulry@farrellfritz.com>,"Marko, Mia S." <Mia.Marko@troutman.com>,"Kent, Paris L." <Paris.Kent@troutman.com>
**Subject:** SiteOne - Defendants' NLG Privilege Log

**External Email: Proceed with caution!**

---

Anthony –

On receiving Defendants' privilege log of the NLG documents, we were surprised to see so many documents designated as privileged after Judge Locke expressed skepticism that many of these communications would be deemed such. Further, your letter to the Court dated January 9, 2026, states that "[t]he privilege log and privileged material [with respect to the NLG documents] is available for the Court to review in camera, if, as and when required as *suggested* by Plaintiff's counsel …" (emphasis added). Your letter appears to overlook the fact that Judge Locke already ordered that he be provided with the privilege log and the documents as to which you assert the privilege applies, and this was not a simple suggestion by SiteOne.

During the March 26, 2025 hearing with Judge Locke, Judge Locke ordered that to the extent Defendants wished to withhold documents produced by NLG on privilege grounds, Defendants were to provide all such documents to Judge Locke for his review:

> THE COURT: It has to be -- well, I'm sorry. Let me continue. I'm envisioning that you'll assert a privilege, the work product doctrine, with respect to some of it. **You will then provide me with those documents and I will review them and will determine what's privileged and what's not because my view and lawyers' views are not always identical when it comes to that, with a log**. It's just that my experience reviewing logs is even though it's made with the best intentions are never sufficient to explain what the heck the document actually is. It just doesn't.

(March 26, 2025 Hearing Transcript p. 37:1-11) (emphasis added).

Please confirm tomorrow that you will comply with the Court's Order and provide Judge Locke with the privilege log and the 200+ documents withheld on privilege grounds by no later than COB Tuesday. If defendants do not agree that this is required based on the Court's direction quoted above, please provide times for a meet-and-confer for Wednesday. We would like to discuss, at a minimum, why so many documents have been designated as privileged, and we would like to avoid a further application to Judge Locke with respect to this matter.

Thank you.

**J. Evan Gibbs**
**Partner**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

**troutman pepper locke**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.