# CERTILMAN BALIN
ATTORNEYS

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

ANTHONY W. CUMMINGS
PARTNER
DIRECT DIAL 516.296.7062
acummings@certilmanbalin.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  FEB 1 3 2026  ★

LONG ISLAND OFFICE

February 13, 2026

**Via Hand Delivery**
Chambers of
Magistrate Judge Steven Locke
United States District Court
Eastern District of New York
100 Federal Plaza, Room 820
Central Islip, New York 11722

Re:     SiteOne Landscape Supply, LLC v. Giordano et al.
        2:23-cv-02084

Dear Chambers,

I enclose privilege log and associated documents related to the NextPoint Law Group production. DE [203]

Respectfully,

Anthony W. Cummings, Esq.



CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788

8676957.1

# CERTILMAN BALIN
ATTORNEYS

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★    FEB 1 3 2026    ☆

LONG ISLAND OFFICE

Chambers of
Magistrate Judge Steven Locke
United States District Court
Eastern District of New York
100 Federal Plaza, Room 820
Central Islip, New York 11722