Troutman Pepper Locke LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

troutman.com

**troutman**
**pepper locke**

February 20, 2026

**BY ECF**

Magistrate Judge Steven Locke
Eastern District Court New York
100 Federal Plaza, Room 820
Central Islip, New York 11722

**Re:**   *SiteOne Landscape Supply, LLC v. Nicholas Giordano et al.* **(2:23-CV-02084)**
        <u>**Withdrawal of Motion to the Extent Defendants' Complied with Court Order**</u>

Dear Judge Locke:

 We write on behalf of Plaintiff SiteOne Landscape Supply, LLC ("SiteOne") to respectfully withdraw the Letter Motion to Compel Compliance with the Court's March 26, 2025 Order, filed on February 16, 2026 [ECF No. 278], to the extent Defendants have complied with the Court's earlier Order [ECF No. 203] and have now produced to the Court the 233 line items identified as allegedly privileged in Defendants' log (in connection with Defendants' letter dated February 17, 2026 [ECF No. 279]).

 We thank Your Honor for your consideration and attention to this matter.

Respectfully submitted,

J. Evan Gibbs III

cc:    All Counsel (By ECF)