**LAW OFFICES OF THOMAS A. BIZZARO, JR., P.C.**

February 20, 2026

**_Via PACER and Email_**
Michael C. Cardello III, Esq.
Morritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, New York 11530

      **Re:**    **SiteOne Landscape Supply, LLC v. Giordano, et al.**
              United States District Court, Eastern District of New York
              <u>Docket No.: 23-cv-2084</u>

Dear Special Master Cardello:

    As you are aware, my firm represents the Defendants in this action. Following the meet and confer that I had with Evan Gibbs, Esq., Plaintiff's counsel, as directed by you, Defendants hereby withdraw the letter motion to quash/modify Plaintiff's FRCP 30(b)(6) Notices dated February 16, 2026, without prejudice.

    Thank you for your prompt attention to this matter. Should you have any questions or concerns., please do not hesitate to contact the undersigned.

                                          Respectfully submitted,

                                          Thomas A. Bizzaro, Jr., Esq.

cc:    All Counsel via NYSCEF