UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING;<br><br>    Defendants. | Civil Action No.: 2:23-CV-02084<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Kevin A. Cyrulnik of Kasowitz LLP, an attorney admitted to practice in this Court, hereby enters an appearance as counsel for defendants Nicholas Giordano, Dominick Caroleo, Victor Caroleo, Narrow Way Realty, LTD., Narrow Way 2 LLC, The Garden Dept. Corp., Group 5 Associates, LTD., 3670 Route 112 LLC, 9 4th St. LLC, Scapes Supply, LLC, Neway Management, LLC, and Neway Trucking, in the above-captioned action, and respectfully requests that all further papers and correspondence be served upon him.

Dated: New York, New York
      March 25, 2026

                KASOWITZ LLP

                By: */s/ Kevin A. Cyrulnik*
                    Kevin A. Cyrulnik
                    kcyrulnik@kasowitz.com
                    Kasowitz LLP
                    1633 Broadway
                    New York, New York 10019
                    Telephone: (212) 506-3368
                    Facsimile: (212) 656-1792