# EXHIBIT E



Troutman Pepper Locke LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

troutman.com

---

**J. Evan Gibbs III**
evan.gibbs@troutman.com

March 30, 2026

**VIA EMAIL**

Thomas A. Bizzaro, Jr.
Law Offices of Thomas A. Bizzaro, Jr. P.C.
23 Green Street, Suite 309
Huntington, New York 11743

Anthony W. Cummings
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554

Kevin A. Cyrulnik
Kasowitz LLP
1633 Broadway 22nd Floor
New York, NY 10019

**Re:** *SiteOne Landscape Supply, LLC v. Giordano, et al.* **(2:23-CV-02084)**

Counsel:

We write to inform you that we located Doug Black's cellphone, which includes 7,882 total text messages and 16,790 including attachments from May 28, 2016 through January 26, 2024. Using the search terms we were ordered to run on text messages, we reviewed potentially responsive messages and located only four responsive text messages, all of which we produce herewith.

In addition to Doug Black's text messages, we are producing an additional 45 documents, including certain communications that were previously omitted from prior productions due to an issue with our initial searches, which did not capture all necessary fields. Once we identified the issue, we promptly updated the searches, reviewed the results, and are now producing the relevant messages that were inadvertently omitted. To the extent you would like to reconvene certain depositions (i.e., of Gerard Passaro and Phil Sausto) for the limited purpose of asking about these messages, we will work with you to find available dates to do so.

Should you have any questions, we are happy to meet and confer.

March 30, 2026
Page 2

troutman
pepper locke

---

Thank you.

J. Evan Gibbs III

Cc: Special Master Michael Cardello III, Esq.