# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
SITEONE LANDSCAPE SUPPLY, LLC,

                                         PLAINTIFF,


   v.                        Civil Action No.
                             23-CV-02084-GRB-SIL

NICHOLAS GIORDANO, DOMINICK CAROLEO,
VICTOR CAROLEO, NARROW WAY REALTY, LTD.,
NARROW WAY 2 LLC, THE GARDENDEPT. CORP.,
GROUP 5 ASSOCIATES, LTD., 3670 ROUTE 112 LLC
and 94TH ST. LLC,

                                 DEFENDANTS.
-----------------------------------------------X

                        October 15, 2025

                        9:03 A.M.


               DEPOSITION of SITEONE LANDSCAPE

SUPPLY, LLC, by a Corporate Representative,

DOUGLAS BLACK, taken by the Defendants, pursuant

to an Order and to the Federal Rules of Civil

Procedure, held at the above time and date via

videoconference, before Vanessa Walker, a

Shorthand Reporter and a Notary Public of the

State of New York.


              LH REPORTING SERVICES, INC.
            Computer-Aided Transcription
            50 Glen Street, Suite 316
              Glen Cove, NY 11542

20

D. BLACK

information; is that right?

A.    Yes.

Q.    It talks about financial information including but not limited to sales, earnings, pricing, vendor, supplier list, customer list, et cetera, do you see that?

A.    Yes.

Q.    Do you believe that any of that type of confidential information existed on your lost cell phone?

A.    I do not.

Q.    What makes you believe that that information did not exist on the cell phone that was lost or misplaced?

A.    Because I'm not a texter.  I send all that type of information by e-mail.  My texts are typically personal.  I use the same phone for business and for personal use.  And/or to make general contact with people, like, hey call me or I'll call you in five minutes or you know those kinds of things.

MR. BIZZARO, JR.:  If you can read me the answer back, Ms. Walker.

(Whereupon, the referred to answer