# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x
SITEONE LANDSCAPE SUPPLY, LLC,

                          Plaintiff,

                          Case No.:
          -against-       2:23-CV-02084(GRB)(SIL)

NICHOLAS GIORDANO, DOMINICK CAROLEO,
VICTOR CAROLEO, NARROW WAY REALTY, LTD.,
NARROW WAY 2 LLC, THE GARDEN DEPT.
CORP., GROUP 5 ASSOCIATES, LTD., 3670
ROUTE 112 LLC, and 9 4TH ST.LLC, SCAPES
SUPPLY, LLC, NEWAY MANAGEMENT, LLC, and
NEWAY TRUCKING,

                          Defendants.
_____x

                          April 16, 2026
                          9:00 a.m.


     VIRTUAL DEPOSITION OF DOUGLAS COFFEY BLACK,

a witness on behalf of the  Plaintiff, taken

by Defendant, pursuant to order, held via

Zoom videoconference before Susan Fabbricante,

a Stenographer and Notary Public within and

for the State of New York.




            LH Reporting Services, Inc.
            Computer-Aided Transcription
            50 Glen Street, Suite 316
            Glen Cove, New York 11542

DOUG BLACK

conclusion.

You can answer.

A.    I guess my definition of relevant is meaningful to any -- any -- any side of the case, and I made that statement, because I don't put detail in texts.

I tend to send, You call me. I'll call you back, et cetera, and that has proven to be the case here.

Q.    Got it.  I think I understand now.

When you testified at your deposition in October of 2025, when you used the word "relevant," and we're talking about relevant data, in your mind that those answers in and that testimony was concerning meaningful information to either side of the case?

A.    Yes.

MR. CYRULNIK:  That's new information which pose a host of problems, but we can -- let me think about that and come back to it.