# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC, | * | Case No. 23-CV-2084(GRB) |
| | * | |
| | * | |
| Plaintiff, | * | Long Island Federal |
| | * | Courthouse |
| | * | 100 Federal Plaza |
| v. | * | Central Islip, NY  11722 |
| | * | |
| NICHOLAS GIORDANO, et al., | * | October 15, 2024 |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANSCRIPT OF CIVIL CAUSE FOR ORAL ARGUMENT
BEFORE THE HONORABLE STEVEN I. LOCKE
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | JOHN SIKES GIBBS, III, ESQ. |
| | Troutman Pepper Hamilton Sanders LLP |
| | 600 Peachtree Street, NE |
| | Suite 3000 |
| | Atlanta, GA  30308 |
| | |
| For the Defendants: | MICHAEL MULE, ESQ. |
| | COLLEEN O'NEIL, ESQ. |
| | ROBERT MILMAN, ESQ. |
| | JAMES ORIOLI, ESQ. |
| | Milman Labuda Law Group PLLC |
| | 3000 Marcus Avenue |
| | Lake Success, NY  11042 |

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

**Fiore Reporting and Transcription Service, Inc.**
**Shelton, CT 06484 (203)732-6461**

114

point.

MR. MULE:  Yeah, that's right.

THE COURT:  Right?  You've already indicated you want to.

MR. MULE:  And we were looking to do it sooner rather than later.

THE COURT:  I understand.  I understand that. Okay.  Motion for protective order is granted in its entirety.  I think the whole thing is a fishing expedition in this regard.  I understand the logic of defendant's point, I just think this is -- to say it's disproportionate to the needs of this case is an understatement, and so that motion is granted.  Does that cover everything that's pending on the docket?

MR. GIBBS:  Other than the deadline issues, yes, Your Honor.

THE COURT:  Okay.  We'll do that.  That's a motion, but that's like with a small M.  Hold on.

MR. GIBBS:  Yes, Your Honor.

(Pause)

THE COURT:  Okay.  Mr. Mule, you're getting -- you're ordered to produce a variety of information.  How long will it take you to get it all together, do you think?

(Pause)

MR. MULE:  So, Your Honor, we were thinking with