

**Michael Cardello**
Managing Partner
Direct Dial: (516) 880-7290
Email:  mcardello@moritthock.com

May 26, 2026

**<u>Via ECF</u>**

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: ***Siteone Landscape Supply, LLC v. Nicholas Giordano, et al.***
      **<u>Case Number 2:23-cv-02084-GRB-SIL</u>**

Dear Magistrate Judge Locke:

   Pursuant to the Minute Order dated May 18, 2026, Your Honor authorized me, as Special Master, to "retain an appropriate expert to examine a Samsung Galaxy cell phone for the purpose of determining whether any type of text messages have been deleted between January 1, 2024 through March 31, 2026, and whether the phone had been turned on and where, during that same period."

   On May 19, 2026, I have engaged an IT forensic company, Lexpath Technologies Holdings, Inc. (the "Expert"), to perform a forensic analysis on the Samsung Galaxy cell phone. The analysis process will begin as soon the Expert receives the cell phone, which they expect to receive within the next day.  However, notwithstanding the work done by all, the Expert will not be able to report back to the undersigned by May 29, 2026 as directed by the Court.  As such, I respectfully request that the Expert be given ten additional days (*i.e.*, June 5, 2026) to report his findings to me.  I will soon thereafter share the findings with all sides.  Please let me know if this is acceptable to the Court.  I appreciate the Court's attention to this matter.

        Respectfully submitted,

         *Michael Cardello III*

        Michael Cardello III
        Special Master

cc: All counsel via ECF