

**Michael Cardello**
Managing Partner
Direct Dial: (516) 880-7290
Email:  mcardello@moritthock.com

June 9, 2026

<u>**Via ECF**</u>

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    ***Siteone Landscape Supply, LLC v. Nicholas Giordano, et al.***
              <u>**Case Number 2:23-cv-02084-GRB-SIL**</u>

Dear Magistrate Judge Locke:

      Pursuant to the Minute Order dated May 18, 2026, Your Honor authorized me, as Special Master, to "retain an appropriate expert to examine a Samsung Galaxy cell phone for the purpose of determining whether any type of text messages have been deleted between January 1, 2024 through March 31, 2026, and whether the phone had been turned on and where, during that same period."

      In my letter application dated May 26, 2026, I informed the Court that the IT forensic company, Lexpath Technologies Holdings, Inc. (the "Expert"), needed additional time to complete his work.  After a discussion with the Expert, additional time is needed to complete the forensic analysis.  As such, I respectfully request that the Expert be given an additional two weeks (*i.e.*, June 23, 2026) to report his findings to me.  I will soon thereafter share the findings with all sides.

      Please let me know if this is acceptable to the Court.  I appreciate the Court's attention to this matter.

                          Respectfully submitted,

                          *Michael Cardello III*

                          Michael Cardello III
                          Special Master

cc:    All counsel via ECF

---

400 Garden City Plaza, 2nd Floor, Garden City, NY 11530 | P: 516.873.2000 | F: 516.873.2010 | www.moritthock.com

4335429v1