# KASOWITZ LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

KEVIN A. CYRULNIK
DIRECT DIAL: (212) 506-3368
DIRECT FAX: (212) 656-1792
KCYRULNIK@KASOWITZ.COM

July 7, 2026

**VIA ECF**
Hon. Steven I. Locke
U.S. Magistrate Judge
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  ***SiteOne Landscape Supply, LLC v. Giordano, et al***
     **Case No. 2:23-cv-02084 (GRB)(SIL)**

Dear Judge Locke:

We represent Defendants in the above-referenced matter and write, pursuant to Rule 2(B) of Your Honor's Individual Rules of Practice, to request a short adjournment of the status conference currently scheduled for July 28, 2026. Plaintiff's counsel consents to this request.

There are two reasons for this request. First, the parties are scheduled to submit a joint status letter on July 31, 2026, which we understand the Court prefers to receive before the conference.  Second, the undersigned will be out of the country on July 28 and cannot appear.

The Court originally set this conference for July 7, 2026, and has adjourned it once, at the request of Special Master Michael Cardello, due to a delay in receiving the forensic expert's findings. This is therefore Defendants' first request for an adjournment. Consistent with Your Honor's Individual Rules, the parties conferred and are all available on the following three alternative dates: August 5, 2026, August 11, 2026, and August 12, 2026, or whatever date in August that works for the Court.

We thank the Court for its consideration of this application.

Respectfully,

Kevin A. Cyrulnik