

**Michael Cardello**
Managing Partner
Direct Dial: (516) 880-7290
Email:  mcardello@moritthock.com

July 31, 2026

**Via ECF**

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> Re:  ***Siteone Landscape Supply, LLC v. Nicholas Giordano, et al.***
>       **Case Number 2:23-cv-02084-GRB-SIL**

Dear Magistrate Judge Locke:

Pursuant to the Minute Order dated May 18, 2026, Your Honor authorized me, as Special Master, to "retain an appropriate expert to examine a Samsung Galaxy cell phone for the purpose of determining whether any type of text messages have been deleted between January 1, 2024 through March 31, 2026, and whether the phone had been turned on and where, during that same period."

In my letter application dated June 9, 2026, I informed the Court that the IT forensic company, Lexpath Technologies Holdings, Inc. (the "Expert"), needed additional time to complete his work.  The Court reset the date to June 23, 2026.

Thereafter, I made a second letter application dated June 18, 2026 for additional time to complete the forensic review.  The Court reset the date to July 31, 2026 and set a status conference for August 12, 2026.

After the issuance of Lexpath's Interim report dated July 28, 2026, and a subsequent discussion with the Expert, further additional time is necessary in order to complete the forensic analysis and issue the final report.  I am informed by the Expert that the final report should be provided to me, as Special Master, by August 5, 2026.  I will immediately thereafter forward the final report to all counsel.

As such, I respectfully request that the parties provide the Court with a joint status update letter by the close of business on August 10, 2026.  As previously set by the Court, all counsel and I will be appearing before the Court on the August 12, 2026 in-person Court Conference.

---

400 Garden City Plaza, 2nd Floor, Garden City, NY 11530  |  P: 516.873.2000  |  F: 516.873.2010  |  www.moritthock.com

4398822v1



Magistrate Judge Steven I. Locke
July 31, 2026
Page 2 of 2


       Please let me know if this is acceptable to the Court.  I appreciate the Court's attention to this matter.

Respectfully submitted,

*Michael Cardello III*

Michael Cardello III
Special Master

cc:     All counsel via ECF

4398822v1