UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Siteone Landscape Supply, LLC, | Case No.: 2:23-cv-02084(GRB)(SIL) |
| Plaintiff, | |
| -against- | |
| Nicholas Giordano, et al., | |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW AND TO ADJOURN CONFERENCE

For the reasons set forth in the accompanying Declaration of Kevin Cyrulnik, Kevin Cyrulnik hereby moves this Court for an order (i) allowing him to withdraw his appearance as counsel for Defendants NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDEN DEPT. CORP., GROUP 5 ASSOCIATES, LTD., 3670 ROUTE 112 LLC, 9 4TH ST. LLC, SCAPES SUPPLY, LLC, NEWAY MANAGEMENT, LLC, and NEWAY TRUCKING (collectively, "Defendants") in the above-referenced matter and removing him from electronic notification in this matter, and (ii) adjourning the conference currently scheduled for August 12, 2026 to allow Defendants to source and retain new counsel.

Dated:  August 5, 2026

SMRH:4928-5248-5573.1

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By:   /s/ Kevin Cyrulnik

Kevin Cyrulnik
30 Rockefeller Plaza
New York, NY 10112
Tel.:  (212) 653-8700
kcyrulnik@sheppard.com

*Attorney for Defendants NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDEN DEPT. CORP., GROUP 5 ASSOCIATES, LTD., 3670 ROUTE 112 LLC, 9 4TH ST. LLC, SCAPES SUPPLY, LLC, NEWAY MANAGEMENT, LLC, and NEWAY TRUCKING*