UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Siteone Landscape Supply, LLC, | Case No.: 2:23-cv-02084(GRB)(SIL) |
| Plaintiff, | |
| -against- | |
| Nicholas Giordano, et al., | |
| Defendants. | |

**DECLARATION OF KEVIN CYRULNIK
IN SUPPORT OF MOTION FOR LEAVE
TO WITHDRAW AND TO ADJOURN CONFERENCE**

I, Kevin Cyrulnik, hereby declare as follows:

1.      I am counsel of record and lead counsel for Defendants NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDEN DEPT. CORP., GROUP 5 ASSOCIATES, LTD., 3670 ROUTE 112 LLC, 9 4TH ST. LLC, SCAPES SUPPLY, LLC, NEWAY MANAGEMENT, LLC, and NEWAY TRUCKING (collectively, "Defendants") in the above-referenced matter.

2.      As of August 3, 2026, I have joined the law firm of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard") and am no longer affiliated with the law firm of Kasowitz LLP.

3.      The reason I now seek to withdraw as counsel for Defendants is that Sheppard has an existing client with a conflict against the Defendants.

4.      I make this motion reluctantly given the pending conference before Magistrate Locke scheduled for August 12, 2026, which as the Court is aware, has already been postponed

given the multiple delays with the forensic analysis being performed pursuant to the Court's

Order dated May 18, 2026 (which analysis is still in process).

5.      While Defendants are represented by Thomas A. Bizzaro, Jr. of the Law Offices

of Thomas A. Bizzaro, Jr., P.C. in this case, I have been the primary attorney for Defendants

dealing with the issues that are the subject of the upcoming conference and preparing to

represent Defendants at the conference.

6.      Accordingly, so that my withdrawal will not cause any prejudice to Defendants, I

also respectfully ask the Court to adjourn the upcoming conference for thirty days to allow

Defendants to source and retain new lead counsel.

7.      I am not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2026.

/s/ Kevin Cyrulnik
Kevin Cyrulnik