UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Siteone Landscape Supply, LLC, | Case No.: 2:23-cv-02084(GRB)(SIL) |
| Plaintiff, | |
| -against- | |
| Nicholas Giordano, et al., | |
| Defendants. | |

**ORDER GRANTING LEAVE TO WITHDRAW**

For good cause shown, the Court finds that the Motion of Kevin Cyrulnik for leave to withdraw should be granted. It is therefore Ordered that Kevin Cyrulnik is hereby withdrawn as counsel of record for Defendants NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDEN DEPT. CORP., GROUP 5 ASSOCIATES, LTD., 3670 ROUTE 112 LLC, 9 4TH ST. LLC, SCAPES SUPPLY, LLC, NEWAY MANAGEMENT, LLC, and NEWAY TRUCKING in the above-referenced matter and that he be removed from electronic notification in this matter.

The conference scheduled for August 12, 2026 is adjourned until _____, 2026.

Dated this ___ day of _____, 2026.

_____
Hon.

SMRH:4928-5248-5573.1                                    -6-