UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Siteone Landscape Supply, LLC,

Plaintiff,

-against-

Nicholas Giordano, et al.,

Defendants.

Case No.: 2:23-cv-02084(GRB)(SIL)

## CERTIFICATE OF SERVICE

I, Kevin Cyrulnik, hereby certify that, on August 5, 2026 I served a true and correct copy of the foregoing documents upon NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDEN DEPT. CORP., GROUP 5 ASSOCIATES, LTD., 3670 ROUTE 112 LLC, 9 4TH ST. LLC, SCAPES SUPPLY, LLC, NEWAY MANAGEMENT, LLC, and NEWAY TRUCKING by e-mailing a true copy of the aforesaid documents to them by e-mail. I further certify that on August 5, 2026, the foregoing documents were served by electronic means upon counsel of record for all parties via the Court's CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2026.

/s/ Kevin Cyrulnik
Kevin Cyrulnik

SMRH:4928-5248-5573.1                    -5-