Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**Daniel E. Gorman**
daniel.gorman@troutman.com

August 5, 2026

Magistrate Judge Steven Locke
Eastern District Court of New York

**Re:**   *SiteOne Landscape Supply, LLC v. Nicholas Giordano et al.* **(2:23-CV-02084)**
      **Opposition to Motion to Adjourn Conference**

Dear Judge Locke:

    We write on behalf of SiteOne Landscape Supply, LLC ("SiteOne") in opposition to the application by the Kasowitz law firm to adjourn the August 12, 2026 status conference.[1]

    Defendants' latest adjournment request, based on their latest counsel change, continues a pattern of replace-and-delay that has characterized this litigation.  As Your Honor aptly noted at the December 1, 2025 conference, "The problem is you don't get to reboot this every time a new lawyer comes into the case. I'm not doing this in rotating arguments."  Dec. 1, 2025 Hearing Tr. 18:19-21.  Your Honor further observed, "My perception, and I will share this, is it seems that with every subsequent new counsel for Defendants, the new attorney finds that something was perhaps not litigated in the way they would have done it by prior counsel, and that's generating more discovery . . . I'm also not going to allow it to go in the fashion that's going on. We're going to get to depositions."  Dec. 1, 2025 Hearing Tr. 23:14-24.  SiteOne wholeheartedly agrees that this Court should not be "waiting for the [newest] set of attorneys to come in, if that were to happen . . ." for the case to proceed.  Dec. 1, 2025 Hearing Tr. 39:9-11.

    This is especially so because Defendants' longest-tenured counsel remains in the case. Thomas Bizzaro, Esq. entered an appearance on March 26, 2025 as counsel for Defendants and remains counsel of record in this matter.  The departing Mr. Cyrulnik's tenure has been much briefer: the Kasowitz firm only appeared in this case as Defendants' counsel *less than 5 months ago* on March 25, 2026.  The current request to withdraw by the Kasowitz firm, Defendants' eighth counsel of record, and, simultaneously, to adjourn the August 12 conference, does nothing to change that fact, nor does Mr. Cyrulnik's argument that he had led on one limited issue that will be discussed at the August 12 conference.  Mr. Bizzaro has not sought to withdraw, has not been relieved, and retains full authority to appear and represent Defendants, who will retain continuity

---

[1] SiteOne does not oppose the request by the Kasowitz firm to withdraw from representation.

August 5, 2026
Page 2

of counsel.  There is accordingly no legal or practical basis to adjourn a scheduled conference merely because one of Defendants' many attorneys is moving to withdraw from the case.[2]

The Court should also consider this request in its broader context.  The August 12 conference was already adjourned once due to delays with the forensic examination ordered by Your Honor on May 18, 2026.  At that time, SiteOne counsel argued that this exercise should not delay further progress towards dispositive motions and trial: "[T]the substance of the review is fine if we can do it expeditiously and move things along, get other deadlines set and keep the case moving. That is our primary concern."  May 18, 2026 Hearing Tr. 14:7-10.  The conference was previously scheduled for July 7, 2026, and the last time the parties appeared before Your Honor was May 18, 2026.

Plaintiff is anxious that this case proceed toward the expert and dispositive motion stage and will present a proposed schedule to the Court in the upcoming status report, which is to be provided to the Court by August 10, 2026.  Defendants should not be permitted to continue using the revolving door of counsel changes as an instrument of delay.  The August 12 conference serves important case management purposes.  Accordingly, SiteOne respectfully requests that the Court deny the Kasowitz firm's application to adjourn the August 12, 2026 conference and direct that the conference proceed as scheduled.

Respectfully submitted,

*/s/ Daniel E. Gorman*
Daniel E. Gorman

---

[2] Tellingly, despite SiteOne's repeated discussions with special master Michael Cardello, and Mr. Cyrulnik, that SiteOne would adamantly oppose any adjournment request – Mr. Cyrulnik failed to apprise the Court of SiteOne's position in its most recent submission.