**UNITED STATES DISTRICT COURT**　　　　**CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**　　　**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE　　　　　　　DATE:　8/12/26
　　　　　U.S. MAGISTRATE JUDGE　　　　TIME:　11:30 am

CASE:　**CV 23-2084(GRB) SiteOne v. Giordano et al**
TYPE OF CONFERENCE:　STATUS　　　　　　FTR: 11:16-11:51

APPEARANCES:
　　　For Plaintiff:　 Paris Kent and Timothy Mulry

　　　For Defendant: Kevin Cyrulnik
　　　　　　　　　　 Thomas Bizzaro

**THE FOLLOWING RULINGS WERE MADE:**

☒　　Order: The motion to withdraw, DE [294], is granted as to the withdrawal.  Consistent with the discussion on the record, the expert is granted another 30 days to attempt to obtain the encrypted information addressed in the Court's May 18, 2026 order.  The final report will be produced on September 18, 2026.  Further, the schedule set forth at Schedule A of Plaintiff's portion of the August 11, 2026 status report is adopted with a one-month extension, meaning:

　　　　September 28, 2026 – Deadline to produce documents in response to post-deposition document demands.
　　　　October 8, 2026 – Deadline for filing discovery-related motions (including those related to spoliation).
　　　　October 26, 2026 – Identification of case-in-chief expert and service of Rule 26 disclosures.
　　　　December 4, 2026- Identification of rebuttal experts and service of Rule 26 disclosures
　　　　January 8, 2027 – Completion of expert depositions and expert discovery.
　　　　February 5, 2027 – Deadline to commence summary judgment motion practice.

　　　　Finally. Michael Cardello, Esq. will continue his appointment as Special Master to supervise expert discovery, including depositions, on terms consistent with the prior orders of the Court.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

　　　　11/30/26 at 12:00 pm　　　　　　: Status conference
　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　United States Magistrate Judge