**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SITEONE LANDSCAPE SUPPLY, LLC,

Plaintiff,

v.

NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING;

Defendants.

Civil Action No.: 2:23-CV-02084

**NOTICE OF APPEARANCE**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Joanna Menillo of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 295 5th Avenue, 9th Floor, New York, New York 10016, hereby appears on behalf of defendants Nicholas Giordano, Dominick Caroleo, Victor Caroleo, Narrow Way Realty, LTD., Narrow Way 2 LLC, The Garden Dept. Corp., Group 5 Associates, LTD., 3670 Route 112 LLC, 9 4th St. LLC, Scapes Supply, LLC, Neway Management, LLC, and Neway Trucking.

I hereby certify that I have been admitted to practice before this Court and request that all notices, pleadings, and other documents served or filed in this case be served upon me via ECF or at the address set forth herein.

Dated: August 26, 2026

Respectfully submitted,

/s/ Joanna Menillo
Joanna Menillo
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
joannamenillo@quinnemanuel.com

*Attorney for Defendants Nicholas Giordano, Dominick Caroleo, Victor Caroleo, Narrow Way Realty, LTD., Narrow Way 2 LLC, The Garden Dept. Corp., Group 5 Associates, LTD., 3670 Route 112 LLC, 9 4th St. LLC, Scapes Supply, LLC, Neway Management, LLC, and Neway Trucking*