# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x
SITEONE LANDSCAPE SUPPLY, LLC,

Plaintiff,

-against-

Case No.:
2:23-CV-02084-GRB-SL

NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDENDEPT. CORP., GROUP 5 ASSOCIATES,LTD., 3670 ROUTE 112 LLC, and 94TH ST. LLC,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - -x

April 20, 2026
8:49 a.m.

EXAMINATION BEFORE TRIAL of VICTOR CAROLEO, the Defendant herein, held at 400 Garden City Plaza, Garden City, New York 11530, pursuant to Subpoena, taken before DANIELLE DEYOUNG, a Shorthand Reporter and Notary Public in and for the State of New York.



MAGNA LEGAL SERVICES

LLC.

MR. GORMAN: Daniel Gorman, Troutman Pepper Locke, on behalf of the Plaintiff.

MR. CYRULNIK: Kevin Cyrulnik, Kazowitz LLP on behalf of Defendants and the witness.

MR. BIZZARO: Thomas Bizzaro for the Defendants and the witness.

MR. CARDELLO: Michael Cardello, Court-Appointed Special Master.

THE VIDEOGRAPHER: Thank you.

Will the court reporter please swear in the witness, and then counsel may proceed.

V I C T O R C A R O L E O, after having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

MR. GIBBS: And I will just note for the record that Mr. Giordano is present for the deposition as well.

MR. CARDELLO: Before we get started, I just want to put on the

V. CAROLEO

that.

A You're welcome.

Q Your sister's last name, I think, is different, though?

A Correct.

Q What is her last name?

A Veccione.

Q Do you know when the mortgage on the Coram property will be paid off?

A I don't.

Q The Yaphank Middle Island Road property -- and we will talk about this in more detail in a few minutes, but do you remember how much you paid --

Well, did you purchase that property yourself?

A Yes.

MR. CYRULNIK: Object to the form.

BY MR. GIBBS:

Q What was the purchase price for that property?

A 950,000.

Q Is that property subject to

V. CAROLEO

any kind of mortgage or anything like that?

A No.

Q Who did you purchase the property from?

A I don't recall the individual's name.

Q The money for that purchase, where did that money come from?

MR. CYRULNIK: Object to the form.

A The money from that purchase came from myself.

Q What vehicles do you currently drive?

A I drive a Benz -- no, a BMW. My wife drives a Benz. Is that included in this?

Q Well, let me ask this question. I will answer your question with a question.

Do you and your wife share finances?

A Yes.

V. CAROLEO

A Yes.

Q What property does it own?

A 650 Deer Park Avenue, Dix Hills.

Q That is --

If I'm correct, that's the property, the Dix Hills property that Garden Dept. previously operated. Is that right?

A Yes.

Q How long has Don Caroleo Ventures LLC owned the Deer Park Avenue property?

A I don't recall.

Q Who are the shareholders -- and again, we'll --

Oh, actually, before I get off of this. So that was currently. Has Don Caroleo Ventures ever owned any property other than the Deer Park Avenue property?

A Not that I recall.

Q Who are the current shareholders of Don Caroleo Ventures?

MR. CYRULNIK: Objection.

V. CAROLEO

A There's only one, me.

Q Have there ever been any other shareholders?

A No.

Q Are there any other --

Have there ever, through the present, been any other officers or directors of the company?

A Not that I recall. I believe not.

Q So going back to this e-mail -- and again, the one sort of at the bottom, the original e-mail, it says: "No money will be given to you from Don Ventures."

What were you referring to there?

MR. CYRULNIK: Object to the form.

A Only God knows in 2021 what I was saying.

Q It says -- the second half of the sentence says: "No money will be given to you from Don Ventures or Garden

V. CAROLEO

place.)

THE VIDEOGRAPHER: We are going back on the record. The time is 12:08.

MR. GIBBS: I will start after our break with another exhibit.

MR. CYRULNIK: This is 13?

THE COURT REPORTER: Yes, 13.

(Whereupon, Vic Exhibit 13 was marked for identification.)

MR. GIBBS: If you would, Mr. Caroleo, review the document that I've put in front of you. And for the record, I will identify Vic Exhibit 13 as -- it's a double-sided page. On one side it says "Assignment of Contract," which relates to the 38 Yaphank Middle Island Road property. On the other side is a resolution adopted by the sole member of Narrow Way 2 LLC.

And if you would, just let me know once you've had a chance

to review the document.

THE WITNESS: Well, I want to set this right. I get confused between Narrow Way LLC and the Narrow Way --

What's the other one?

MR. GIBBS: Narrow Way 2.

THE WITNESS: Right, so which one is this?

MR. GIBBS: This is 2, this is Narrow Way 2 --

Well, we will start first on the side of the document that says "Assignment of contract." We will start there.

THE WITNESS: Yes.

MR. GIBBS: And if you would, just let me know once you've had a chance to read it.

THE WITNESS: I did.

BY MR. GIBBS:

Q This particular document, this identifies a purchase price of $900,000 for the property address at 38 Yaphank Middle Island Road, Middle Island, New

V. CAROLEO

York 11953. Is that an accurate statement of the purchase price?

A Yes.

Q This indicates the contract date was November 22, 2022. Does that sound accurate to you?

A Yes.

Q And if you look down here --

MR. CYRULNIK: Object to the form. I'm sorry. Where was that date, Evan, that you said?

MR. GIBBS: Flip it over. It's on the assignment of contract at the top.

MR. CYRULNIK: Thank you.

BY MR. GIBBS:

Q So in the paragraph here, it says to purchase the property from Thomas Lilly. Is that the individual that you purchased the 38 Yaphank property?

A Yes.

Q And just so we are clear, when I refer to the 38 Yaphank property, I'm talking about this property.

V. CAROLEO

York 11953. Is that an accurate statement of the purchase price?

A Yes.

Q This indicates the contract date was November 22, 2022. Does that sound accurate to you?

A Yes.

Q And if you look down here --

MR. CYRULNIK: Object to the form. I'm sorry. Where was that date, Evan, that you said?

MR. GIBBS: Flip it over. It's on the assignment of contract at the top.

MR. CYRULNIK: Thank you.

BY MR. GIBBS:

Q So in the paragraph here, it says to purchase the property from Thomas Lilly. Is that the individual that you purchased the 38 Yaphank property?

A Yes.

Q And just so we are clear, when I refer to the 38 Yaphank property, I'm talking about this property.

V. CAROLEO

A Yes.

Q How long had the $900,000 been in your checking account approximately?

MR. CYRULNIK: Object to the form.

A A year.

Q And how did it come into your account a year earlier?

MR. CYRULNIK: Object to the form.

A How did it come into my account? I have to think about this.

MR. CYRULNIK: I caution you not to speculate, Mr. Caroleo.

THE WITNESS: Yeah, I don't recall.

MR. CYRULNIK: If you know, you can answer.

BY MR. GIBBS:

Q Do you remember if you had to liquidate any assets for the $900,000 purchase price?

MR. CYRULNIK: Object to the form.

V. CAROLEO

A I don't recall.

Q Other than yourself, did anyone at all contribute to the purchase price for the Middle Island property?

MR. CYRULNIK: Object to the form.

A I believe my son did.

Q And how much did your son contribute to the purchase price?

MR. CYRULNIK: Object to the form and the use of the word "contribute."

But if you understand, you can answer.

A I don't recall.

Q What records --

Well, let me ask the question this way. Would it just be your checking account records that would reflect the source of the funds that were used for the purchase of this property?

MR. CYRULNIK: Object to the form.

A I'm not sure.

Q Do you know if anyone else

V. CAROLEO

A I decided I wanted a name that's more universal with the day and age we are living in.

Q Did you come up with the name "Land Source Supply"?

A Yes. You know, years ago I would have named it Vic Caroleo's Nursery, but that day hasn't become, it doesn't exist anymore. And I want to brand a name.

Q Say that one more time.

A I want to brand a name.

Q Got it.

I know it's known now as Land Source Supply, but I'll just keep calling it Scapes Supply for now because that's how we've been referring to it --

A Okay.

Q Scapes Supply, it eventually moved to a property on Horseblock Road; is that correct?

A Yeah. The lease was up.

Q When was the Horseblock Road property purchased?

V. CAROLEO

A I purchased it in 2022.

Q Who was it purchased from?

A An Italian guy, he was in the bricks and stuff. Vigaloti [phonetic], Vigalotti [phonetic], something like that.

Q What was the purchase price of that property?

A One point six.

Q That property, what was the purpose of that purchase in 2022?

MR. CYRULNIK: Object to the form.

Go ahead.

A You know, like I said, I did some real estate. I seen that piece of property, and I said, This would make a good place for an apartment house, condominium and stuff like that. Then my afterthought was if that doesn't work maybe I'd open a nursery here some day.

Q How did you find out about the Horseblock Road property?

MR. CYRULNIK: Is something

V. CAROLEO

funny, Dan? I don't know why you're laughing at the witness' answer. It's not appropriate.

MR. CARDELLO: Hold on, hold on. Now I'm going to direct this. There's been smiling, chuckling back and forth. I have let it go because it hasn't been disruptive. But I'm going to ask for that not to occur anymore.

BY MR. GIBBS:

Q You purchased the Horseblock Road property for 1.6 million. Do you remember how you found out about the property?

A I found out about the property through my son. He told me there was a piece of property for sale. He was thinking about it. Then he came to me later and said, This is something you should buy.

Q Did you purchase the property with your own money?

A No, I didn't purchase it with

V. CAROLEO

my own money.

Q What money did you purchase it with?

A I borrowed the money.

Q From whom?

A My son.

Q Did you borrow the full purchase price from your son?

A Yes.

Q Was borrowing the money from your son, was there any type of, like, a written agreement between the two of you for that loan?

A I imagine there was, I don't recall. It's my son.

Q Understood. You purchased the property with money that you borrowed from him. Did you promise to pay him back?

A Yes.

Q At any point since 2022 when you purchased the property, have you made any payments to your son towards this, the 1.6 million that you borrowed?

V. CAROLEO

A No.

Q Has he ever asked you for any payments on that?

A At times, you know, it was, you know: Figure out what you're going to do. I would like to get my money back.

Q And do you know where your son got the $1.6 million from?

A No, I have no idea.

Q At the time that you borrowed the money from Don, did you tell him what your plans were for the property, either apartments or a nursery?

MR. CYRULNIK: Object to the form.

A No, I didn't tell him.

Q Have you ever heard the name Neway Trucking?

A No.

Q Would it surprise you to learn that there are pictures of trucks at Scapes Supply with big stickers on the doors that say "Neway Trucking"?

V. CAROLEO

A It would surprise me.

Q Do you know what Scapes Supply's revenue was for 2023?

A Their revenue was $8 million.

Q What about for 2024?

A $11 million.

Q What about 2025?

A $9.5 million.

Q I know it's early, but what about 2026 so far?

MR. CYRULNIK: Object to the form.

A I can't answer that. I have no idea. It's been a terrible spring.

MR. GIBBS: (Handing).

(Whereupon, Vic Exhibit 24 was marked for identification.)

BY MR. GIBBS:

Q I've marked as Exhibit 24, it's a packet of financial records that were produced by the defendants in the case. It's Bates number Defendants_000194 through 300. And if

you give me one second, I'll tell you what page. If you go to -- I'll find it for you.

THE WITNESS: I appreciate it, sir.

MR. GIBBS: Here we go.

And for the record, this is Bates number Defendants_000264. I'll give you a minute to find it.

MR. CYRULNIK: Got it.

BY MR. GIBBS:

Q So there is a --

I'll tell you what these documents are. These were Mr. Giordano's bank records that were produced in the case. There was a court order, and so only certain transactions are shown here. But there's a particular -- a wire in to Mr. Giordano's account for $49,955 on February 1st of 2023, and it says it originated from Johannesen and Johannesen.

Do you have any idea what that payment was for?

V. CAROLEO

A No, I don't.

Q Have you ever heard of Dime Community Bank?

A I've heard of them.

Q Have you ever had any accounts at Dime Community Bank?

A I might have.

Q Have you had an account there at any time, we'll say, since 2020 -- January of 2020?

MR. CYRULNIK: Object to the form.

A I'm not sure.

Q If you go to --

I'll find the page for you again.

A Thank you.

Q Here you go. And this is, for the record, Defendants_000273, and these are -- again, these are deposits into Mr. Giordano's account. There's a wire in from Narrow Way 2, LLC, for $140,000.

Do you remember that particular transaction?

V. CAROLEO

Q And did you --

Have you looked for that in particular as part of, you know, producing documents in this case?

MR. CYRULNIK: Object to the form.

A I don't recall.

Q Since January 2020, have you received any payments or distributions from Neway Management, LLC?

A Neway, I'm not sure if I have.

Q Do you recall there was a time when Neway Management and Scapes Supply operated out of the same financial accounts? Do you recall that?

A What is the name of the companies?

Q Scapes Supply and Neway Management.

A They did not operate out of the same accounts.

MR. CYRULNIK: Object to the form.

BY MR. GIBBS:

V. CAROLEO

Q There are payments from Narrow Way Realty, Limited, to Don Caroleo Ventures, LLC, monthly. Can you tell me what those payments are for?

A Narrow Way --

Q -- Realty.

A To what?

Q To Don Caroleo Ventures, LLC.

A I -- I think the rent comes in as one bulk check, and then he owns some of the properties, so he gets reimbursed for that.

Q Horseblock Road, LLC, what does that company do?

A Horseblock, LLC, is the holding company for the property, another layer of protection for liabilities.

Q Did you create Horseblock Road, LLC, or did you purchase Horseblock Road, LLC?

A No. I created it with the lawyer.

Q Who owns the outstanding shares of Horseblock Road, LLC?

V. CAROLEO

MR. CYRULNIK: Object to the form, asked and answered.

You can answer.

A I'm the only shareholder.

Q Does Horseblock Road, LLC, have a board of directors?

A No.

Q Does it have any employees?

A No.

Q Have you ever received any payments or distributions from Horseblock Road, LLC?

A No.

Q Does Horseblock Road, LLC, have any bank accounts?

A Yes.

Q Tell me about those. What accounts does it have?

A Let me just think about that. I think I just closed the account because it wasn't being used for anything just recently.

Q Okay. Do you remember what bank that was?

V. CAROLEO

A MTD, is that what they call it? MTD?

Q M&T?

A M&T.

Q And Horseblock Road, LLC, was it created back in 2022 when you purchased the property?

A I'm sure.

MR. GIBBS: Have her mark this for us (handing).

(Whereupon, Vic Exhibit 25 was marked for identification.)

BY MR. GIBBS:

Q I've marked as Vic Exhibit 25 a summons with notice that was filed on September 4, 2025. This indicates there was a lawsuit filed by Horseblock Road, LLC, against F&P Holdings and Frank Vigiarolo. That was filed by Mr. Bizarro in September of last year.

Have you seen this particular document before?

A I have seen it.

Q You have?

A Yes.

Q Tell me about this. What was or is this particular lawsuit about?

THE WITNESS: Tom? The rocks?

(Simultaneous speaking.)

MR. GIBBS: He can't answer for you --

MR. CYRULNIK: Hold on. Evan, I'll talk to my witness.

He can't answer questions and neither can I. So if you don't remember, you don't remember. If you do, you do.

THE WITNESS: Yeah, I don't remember.

BY MR. GIBBS:

Q Do you know if this lawsuit is still ongoing?

A It is still ongoing.

(Whereupon, Vic Exhibit 26 was marked for identification.)

BY MR. GIBBS:

Q I've marked as Exhibit 26 the closing statement for the Horseblock Road property. This was dated -- or the closing date at least was July 8, 2022 at 10:00 a.m. Do you remember seeing this document before, Mr. Caroleo?

A Yes.

MR. CYRULNIK: Can I just ask you -- there's no Bates stamp on this. Do you know why?

MR. GIBBS: No, I'm not sure.

MR. CYRULNIK: Do you know if it was produced in this action?

MR. GIBBS: Well, I mean, it came from somewhere, presumably. You -- Oh, I do remember. This was produced at the depositions --

MR. CYRULNIK: -- deposition.

(Simultaneous speaking.)

MR. GIBBS: -- testified about. That's where it came from.

MR. CYRULNIK: Okay.

MR. GIBBS: This was produced at the Horseblock Road, LLC, deposition.

V. CAROLEO

BY MR. GIBBS:

Q My question for you is -- there is --

Down here at the bottom it indicates there was a 165,000-dollar down payment. My only question is: Did you borrow that -- the down payment from your son Don as well?

MR. CYRULNIK: Object to the form.

A I don't know if I borrowed a small amount from him.

Q Other than providing you with the purchase monies, was your son Don involved at all with the Horseblock Road property in 2022 or 2023?

MR. CYRULNIK: Object to the form and the use of the word "providing with."

BY MR. GIBBS:

Q You can answer.

A Well, he's the one who told me about the property, as I stated earlier.

Q Other than telling you about

V. CAROLEO

MR. CYRULNIK: I was just making an objection, Vic, sorry.

THE WITNESS: Okay. Sorry. Try not to interrupt.

(Simultaneous speaking.)

BY MR. GIBBS:

Q Was that your answer, you don't recall?

A I don't recall.

Q Okay. Don Caroleo Ventures, LLC, we talked earlier that a payment is made from Narrow Way Realty to that company each month. And my question is: What does Don Caroleo Ventures, LLC, do with the funds that it receives from Narrow Way Realty?

MR. CYRULNIK: Object to the form.

A I'm not exactly sure.

Q Who would know that?

MR. CYRULNIK: Object to the form.

A The accountant.

Q Does -- Don Caroleo Ventures,

V. CAROLEO

C E R T I F I C A T E

I, DANIELLE DeYOUNG, a Shorthand Reporter and Notary Public of the State of New York, do hereby certify:

That the WITNESS whose examination is hereinbefore set forth, was duly sworn, and that such examination is a true record of the testimony given by such WITNESS.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

Danielle DeYoung

DANIELLE DeYOUNG