# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x
SITEONE LANDSCAPE SUPPLY, LLC,

Plaintiff,

-against- Case No.: 2:23-CV-02084-GRB-SL

NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDENDEPT. CORP., GROUP 5 ASSOCIATES,LTD., 3670 ROUTE 112 LLC, and 94TH ST. LLC,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - -x

April 21, 2026
8:51 a.m.

EXAMINATION BEFORE TRIAL of DOMINICK CAROLEO, the Defendant, held at 400 Garden City Plaza, Garden City, New York 11530, pursuant to Order, taken before DANIELLE DEYOUNG, a Shorthand Reporter and Notary Public in and for the State of New York.

LLC.

MR. GORMAN: Daniel Gorman, also Troutman Pepper Lock on behalf of SiteOne.

MR. CYRULNIK: Kevin Cyrulnik, Kasowitz LLP on behalf of all Defendants and the witness.

MR. BIZZARO: Thomas Bizzaro for the Defendants.

MR. CARDELLO: Michael Cardello, Court-Appointed Special Master.

THE VIDEOGRAPHER: Will the court reporter please swear in the witness.

D O M I N I C K C A R O L E O, after having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

MR. CARDELLO: So before we get started with the questioning, I just want to explain to the witness, Mr. Caroleo, my presence here.

So I was appointed by Judge Locke to oversee depositions in this case, which includes yours

D. CAROLEO

doncaroleo@gardendept.com from June 21, 2021. The beginning Bates number is SiteOne_00040492.

My first question is: Do you recall this e-mail exchange?

A No.

Q The first e-mail is from Vic Caroleo and it says: "No money will be given to you from Don Ventures or Garden Dept. property unless I get my money first."

My question is: What is Don Ventures? Do you know what that refers to?

MR. CYRULNIK: Object to the form.

A Don Ventures is an LLC that my dad is a single member of.

Q Have you ever owned any portion of Don Caroleo Ventures?

A No.

Q Are you aware of anyone who has ever been -- other than your dad -- that's been an officer or director of Don

D. CAROLEO

Caroleo Ventures?

A No.

Q Do you or any entity that you own receive payments or distributions of any kind from Don Caroleo Ventures?

MR. CYRULNIK: Object to the form.

A Again, you know it's been a while, but there is a payment from Don Caroleo Ventures that comes to me monthly.

Q What is that payment for?

A Sometime in 2020 or 2021 I made a loan to my father to pay off some liabilities he had on a mortgage for the Dix Hills land. It was an -- it's an interest-free loan. I -- and it cost --

I took it from a loan off of some -- a mechanism that I had, gave it to my dad. It cost me $8,000 a month and he reimburses that every month through rent that he gets from SiteOne.

Q I'm going to walk through that and make sure that I understand what you

said.

A Sure.

Q So it sounds like Vic took out a loan to, I guess, originally purchase the --

A Let me try to explain it again.

Q That would be great.

A And again, this has been a long time and I am -- I'm going to try to jog my memory. I told you this morning I don't remember what I had for lunch yesterday. I have a lot going on.

Sometime in 2020 or 2021 my dad had a note on that property. My dad asked -- my dad wanted to pay off that note and asked me for a loan to pay off the lender. I borrowed the money off of equities that I had in the market and I gave it to my dad. My dad then paid off the lender.

The payment to repay the loan is $8,000 a month. Don Caroleo Ventures gets rent from SiteOne, $8,000 a month

D. CAROLEO

goes to me to reimburse the loan and pay off the loan. There's no interest, there's no profit on it for me or anything like that. It's a no interest loan that my dad -- and I wanted to help him.

Q The original loan that your father took out against the property, how much was that for?

MR. CYRULNIK: Object to the form.

A It was so long ago. It was 2011. I don't have those details.

Q What was the -- I guess what was the outstanding balance that you paid off?

A I can't remember.

MR. CYRULNIK: Object to the form and the characterization of "you paid off," which mischaracterizes the testimony.

THE WITNESS: My father paid it off, not myself.

MR. GIBBS: That's right, that's

D. CAROLEO

right, not trying to mischaracterize, just --

THE WITNESS: Sounds like you are.

MR. GIBBS: Well, that is just inartful misstatements.

THE WITNESS: I know it is. I'm just playing with you. But I don't remember the amount. It was maybe in the neighborhood of 800,000, but I'm not certain.

BY MR. GIBBS:

Q And just to make sure I'm clear, that's approximately the amount you gave your father to pay off the note?

MR. CYRULNIK: Object to the form, misstates the testimony "loaned" to his father.

MR. GIBBS: You can answer.

THE WITNESS: Ask the question again.

MR. GIBBS: Sure.

BY MR. GIBBS:

Q So I just want to make sure

D. CAROLEO

I'm clear. The $800,000, that was the amount that you loaned to your dad to pay off the original lender?

A Mm-hmm.

Q Got it.

A That was yes. I think I answered you with an "mm-hmm."

Q Got it. Thank you for the clarification.

Do you know, as you sit here today, what the balance is on the, you know, the loan that Vic owes to you currently?

A No.

Q Was there a written agreement memorializing this exchange between you and your father?

A No.

Q Are you familiar with a company called Group 5 Associates Limited?

A I'm familiar with it. I don't know the inner-workings of it.

Q Is it your general

D. CAROLEO

MR. CYRULNIK: Object to the form.

A I don't know when I found out exactly, but I did come to find out that knowledge at some point. I can't tell you when.

Q Did your -- we will say in approximately December of 2022, did your dad borrow $900,000 from you?

MR. CYRULNIK: Object to the form, misstates --

THE WITNESS: Repeat the question one more time.

MR. GIBBS: Sure.

BY MR. GIBBS:

Q In December of 2022, did your dad borrow -- or November of 2022, did your dad borrow $900,000 from you to purchase a property?

MR. CYRULNIK: Object to the form, misstates the evidence.

A It sounds correct. I mean, I don't know if those are the exact specifics.

D. CAROLEO

Q Did he -- when he borrowed the money from you, did he tell you what the money was for?

MR. CYRULNIK: Object to the form.

A He asked me for a loan. He said that he was going to buy a property. He didn't get into where the property was or how he found it and that was really to the -- that was the extent of it.

Q When he asked for the loan, did he tell you anything about what he intended to do with the property?

MR. CYRULNIK: Object to the form, asked and answered.

A No.

Q The loan for -- the money that you gave him as a loan, what were the terms of that? What was the, you know, the repayment terms, so to speak?

A You know, I was just let go from SiteOne, maybe a day or two later my dad was let go from SiteOne. My dad needed a job. My dad needed to make

D. CAROLEO

money and my dad asked me for a loan. I didn't set up any type of payment terms or anything like that with him because I didn't want him to have that stress of that type of thing. I just felt like, you know, I wanted to help him and I didn't get into much of what he was doing or what was going on and that's really it. That's what I could recollect.

Q Since then, have you discussed with him -- do you have any repayment terms or anything like that?

A We've had conversations, but it's not something that's like on my mind 24/7 because I don't want to give my dad that type of pressure at the moment. I'm very -- you know, as you can see today, I'm very grateful for my dad. He's -- we wouldn't be here today if it wasn't, you know, for my -- I wouldn't be -- yeah.

Q Understood. I get it.

A Thanks.

Q Do you recall -- I think this would have been some years ago, but do

MR. GIBBS: That will speed it up. Let me identify it for the record.

THE WITNESS: I have never seen this in my life.

MR. GIBBS: Okay. So what I've marked as Don Exhibit 22 is the Agricultural Land Sublease Agreement between Vic Caroleo and Liere Brothers Farm South; it's Defendants -- Bates number is Defendants_000114, and I'll -- the witness has answered the question that I was going to have for that document.

BY MR. GIBBS:

Q At the time that you joined Scapes Supply, was it operating at 99 Long Island Avenue?

A Yes, sir.

Q Is Scapes Supply -- it's now operating at the Horseblock Road location?

A Yes.

D. CAROLEO

Q Do you know what the official open date or start date was at the Horseblock location?

A January 10, 2026 -- January, early January, mid January.

Q That works.

A Maybe even a little later. I don't know.

MR. GIBBS: Have her mark that for us (handing).

(Whereupon, Don Exhibit 23 was marked for identification.)

BY MR. GIBBS:

Q I'm marking as Don Exhibit 23 some e-mails between -- I will not say the name right, but Kristen Vlahopoulos from February of 2021. The beginning Bates number is SiteOne_00052063, and if you would just take a moment and look through these particular documents. There's an e-mail that was forwarded, originally from James Hogan, and just tell me if you remember this particular

D. CAROLEO

(Whereupon, Don Exhibit 33 was marked for identification.)

BY MR. GIBBS:

Q We marked as Don Exhibit 33 an e-mail from Lisa Guariglia to Don Caroleo from July of 2022. The beginning Bates number is SiteOne_00008417. And you know, first question, as always, is: Do you recall this particular e-mail exchange?

A No.

Q Do you recall what this was in reference to, having reviewed the e-mail correspondence?

A I really don't know.

MR. GIBBS: (Handing).

(Whereupon, Don Exhibit 34 was marked for identification.)

BY MR. GIBBS:

Q We marked as Exhibit 34 an e-mail exchange -- Mr. Caroleo is copied on this particular e-mail exchange and

D. CAROLEO

it's Bates number SiteOne_00008447. I want to ask you in particular, if you look, the very first e-mail here, it's from you to teamnorman@morganstanleypwm.com, and it says: "Liam, please e-meet Nick from my local bank."

And on the next page it says: "Nick, please provide wire instructions for Oneway Road LLC."

My question for you is: What is Oneway Road LLC?

MR. CYRULNIK: And Don, before you respond, let me just put something on the record.

I just wanted to note, and given Mr. Cardello's instruction earlier, I presume it will just be a preservation issue, but over the last -- one, two, three -- four exhibits, I believe, or five, 30 through 35, these are all e-mails that SiteOne, it looks like and presumably obtained, through Don's

D. CAROLEO

discovery requests anyway. So, presumably, we would have had the documents anyway.

MR. CYRULNIK: We disagree on that, but that's fine. You can continue.

MR. CARDELLO: We have the notation of the objection on the record. Let's continue.

MR. GIBBS: Could you read back my last question, please?

(Whereupon, the requested testimony was read back by the reporter.)

THE WITNESS: I honestly don't remember.

BY MR. GIBBS:

Q Is that a company that you formed?

MR. CYRULNIK: Objection.

A I don't remember. I don't recall.

MR. GIBBS: (Handing).

(Whereupon, Don Exhibit

and just ask you a couple of questions to make sure I understand. So let's start with Exhibit 30.

Don, do you remember looking a few minutes ago at Exhibit 30?

A Yes.

Q Okay. I want to focus on the bottom e-mail that Mr. Gibbs focused on. It's an e-mail from you to a Dean Sadek, March 30, 2022. Do you see that one on the bottom?

A Yes.

Q Okay. I want to focus specifically on the second statement for now -- I will go back to the first one in a minute -- and it says, quote: "I have made a 165k payment recently at contract using liquidity line. We should make this a interest only for the next couple of years until I start making money there," period.

Do you see that?

A Yes.

Q Do you have an understanding

D. CAROLEO

of what payment was made and in connection with what, having seen the rest of the documents that were shown to you after this and that I think you said jogged your memory and whatnot. I don't know if this is related, but I just wanted to see if there's any understanding that you can give us about that.

A The 165 was a loan payment I made on, I believe, the Horseblock Road property to my dad.

Q Okay. So you testified that your father purchased the Horseblock Road property?

A Yes.

Q And you loaned him the money for that?

A Yes.

Q So this is a reference to the start of that loan, is essentially what you're saying?

A Yes.

Q Got it. Okay. And in order

D. CAROLEO

to make that loan, you borrowed the money from a liquidity line at Morgan Stanley? Is that how I understand this?

A Yes.

Q Okay. The first sentence actually struck me, so I just wanted to make sure I understand. It says: "I'm buying a property that I'm going to set my business up again in 2.5 years from now."

Do you see that?

A Yes.

Q Do you know why you said "in 2.5 years from now"? I mean, it just seems like a bizarre thing to say, like in the future I'm going to do something.

Can you explain that to me, if you have an understanding?

A At the time I was estimating when my non-compete would be over with SiteOne. And if I was going to set up a nursery business, it would have to be after that time.

Q Oh, I see. Okay. Am I

D. CAROLEO

right -- I think you testified earlier that there was a point in time that you considered buying the Horseblock Road property yourself. Is that right?

A Yes.

Q But you ended up not buying it?

A Yes.

Q Okay. Then one other thing on Exhibit 26 --

THE WITNESS: Give me just one second to catch up with you.

MR. CYRULNIK: No problem.

MR. GIBBS: Which one was that?

MR. CYRULNIK: It's the plumbing invoice, Maccarone Plumbing.

BY MR. CYRULNIK:

Q Do you remember looking at Exhibit 26 a few minutes ago, Don?

A Yes.

Q Okay. I want to just -- I don't think Mr. Gibbs asked you about this. So I wanted to ask you if you have an understanding again.

D. CAROLEO

C E R T I F I C A T E

I, DANIELLE DeYOUNG, a Shorthand Reporter and Notary Public of the State of New York, do hereby certify:

That the WITNESS whose examination is hereinbefore set forth, was duly sworn, and that such examination is a true record of the testimony given by such WITNESS.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

DANIELLE DeYOUNG

DANIELLE DeYOUNG