# EXHIBIT 5

| Nick Giordano | Date | Description |
|---|---|---|
| Scapes Supply, LLC | 04/06/23-04/25/2023 | Former sole owner owner, current manager |
| | | |
| **Vic Caroleo** | **Date** | **Description** |
| Scapes Supply, LLC | 04/26/23 - present | Current sole owner, president |
| Narrow Way Realty, Ltd. | Inception - present | Current sole owner, president |
| Narrow Way 2 LLC | Inception - present | Current sole owner, president |
| Group 5 Associates, Ltd. | Inception - present | Current sole owner, president |
| Neway Management, LLC | Inception - present | Current sole owner, president |
| Don Caroleo Ventures, LLC | Inception - present | Current sole owner, president |
| Horseblock Road, LLC | Inception - present | Current sole owner, president |
| | | |
| **Don Caroleo** | **Date** | **Description** |
| The Garden Dept. Corp. | Sole owner prior to SiteOne acquisition | Current sole owner, president |
| 3670 Route 112 LLC | Inception - present | Current sole owner, president |
| 9 4th St. LLC | Inception - present | Current sole owner, president |
| 3 Girls 1 Boy LLC | Inception - present | Current sole owner, president |
| 3660 Route 112 LLC | Inception - present | Current sole owner, president |
| 6 4th Street LLC | Inception - present | Current sole owner, president |

| Entities | Description |
|---|---|
| Scapes Supply, LLC | Landscape supply company |
| Narrow Way Realty, Ltd. | Designated Landlord - SiteOne Coram Location |
| Narrow Way 2 LLC | SPE- Real estate holding - Middle Island Road, Yaphank |
| Group 5 Associates, Ltd. | SPE- Real estate holding - SiteOne Coram Location |
| Neway Management, LLC | Equipment holding company |
| Don Caroleo Ventures, LLC | SPE- Real estate holding - Landlord - SiteOne Dix Hills |
| Horseblock Road, LLC | SPE- Real estate holding - Horseblock Road, Brookhaven |
| The Garden Dept. Corp. | Inactive landscape supply company; to be dissolved |
| 3670 Route 112 LLC | SPE- Real estate holding - SiteOne Coram Location |
| 9 4th St. LLC | SPE- Real estate holding - SiteOne Coram Location |
| 3 Girls 1 Boy LLC | SPE- Real estate holding, Landlord, SiteOne Speonk |
| 3660 Route 112 LLC | SPE- Real estate holding - Coram (Unrelated to SiteOne) |
| 6 4th Street LLC | SPE- Real estate holding - Coram (Unrelated to SiteOne) |