# EXHIBIT 6

N. GIORDANO

MS. KENT: Paris Kent. I represent Plaintiff SiteOne Landscape Supply LLC.

MR. CARDELLO: Michael Cardello, the Court-Appointed Special Master.

MR. BIZZARO: Thomas Bizzaro for the Defendants.

THE VIDEOGRAPHER: Thank you.

Will the court reporter please swear in the witness and then Counsel, you may proceed.

N I C H O L A S G I O R D A N O, after having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. GIBBS:

Q Mr. Giordano, as we've just finished another deposition, I will refrain from going through all of the basic instructions again, but I will just say that the instructions I gave at the beginning of today still stand for this deposition.

N. GIORDANO

Q What is the agreement or understanding that -- pursuant to which that is paid every month?

MR. BIZZARO: Objection. Outside the scope of this deposition.

You can answer if you know.

A I don't know.

Q So you, as a 30(b)(6) witness for Narrow Way Realty, you do not know why $2,006 is paid every month to the siblings?

MR. BIZZARO: Objection, asked and answered.

You can answer again.

A I don't.

Q What about monthly payments to Don Caroleo Ventures, what are those payments for?

A Those go towards the shortfall of rent on the Dix Hills property.

Q Explain that to me. What do you mean by "shortfall"?

A So what SiteOne pays for rent

N. GIORDANO

to the Dix Hills property at 650 Deer Park Avenue does not cover the bills associated with the property. So Narrow Way Realty sends money to Don Caroleo Ventures to cover those payments.

Q Is there an agreement between Narrow Way Realty and Don Caroleo Ventures for these payments?

MR. BIZZARO: Objection.

You can answer.

A No.

Q Who owns Don Caroleo Ventures?

A Vic does.

Q Is there any contracts specifically with Don Caroleo Ventures and Narrow Way Realty relating to these payments?

MR. BIZZARO: Objection.

A No, there's not.

Q The amount that's paid to Don Caroleo Ventures monthly, does that vary each month? Is there a set payment every month?

A It's a set payment.

N. GIORDANO

Q And how much is that payment?

A 8,000.

Q How long have those payments been made from Narrow Way Realty to Don Caroleo Ventures?

A As far as I know, since the acquisition of SiteOne. You know, I haven't looked at the bank statements from January 1, 2020 until this date.

Q What about MJSO Inc.? There were several payments, which appear to be monthly payments, to MJSO Inc. by Narrow Way Realty. What is that company?

A MJ --

What is it again?

Q MJSO Inc.

A That's the guy that does the website work for Victor's company, his ministry.

Q And is that paid monthly?

A It is. Yes.

Q Does Narrow Way Realty have a contract or some other type of agreement with MJSO, Inc. for these payments?

N. GIORDANO

C E R T I F I C A T E

I, DANIELLE DeYOUNG, a Shorthand Reporter and Notary Public of the State of New York, do hereby certify:

That the WITNESS whose examination is hereinbefore set forth, was duly sworn, and that such examination is a true record of the testimony given by such WITNESS.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

Danielle DeYoung

DANIELLE DeYOUNG