Troutman Pepper Locke LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

troutman.com

October 8, 2026

**BY ECF**

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:** ***SiteOne Landscape Supply, LLC v. Giordano, et al.*** **(2:23-CV-02084)**

Dear Judge Locke:

This firm and Farrell Fritz, P.C. represent Plaintiff SiteOne Landscape Supply, LLC ("Plaintiff") in the above-captioned action. Pursuant to Rule 4(C)(ii) of this Court's Individual Practice Rules, and in accordance with the Scheduling Order dated August 12, 2026 [ECF 298], Plaintiff confirms that on October 8, 2026, it served Defendants with Plaintiff's Notice of Motion for Sanctions Based on Defendants' Spoliation of Evidence, the Memorandum of Law in Support of Plaintiff's Motion for Sanctions Based on Defendants' Spoliation of Evidence, the Declaration of John S. Gibbs III in support of the motion, and the exhibits cited therein.

All papers will be filed by SiteOne's counsel once the motion is fully briefed.[1]

Respectfully submitted,

J. Evan Gibbs III

cc: All counsel (By ECF)

[1] To the extent the Court reads the Scheduling Order dated August 12, 2026 [ECF 298] as requiring the parties to file their moving papers now, and not follow the "Bundle Rule," SiteOne is prepared to file.