# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X

SITEONE LANDSCAPE SUPPLY, LLC,

Plaintiff,

-against-

Case No.: 2:23-CV-02084(GRB)(SIL)

NICHOLAS GIORDANO, DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEP'T CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH STREET LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; and NEWAY TRUCKING,

Defendants.

---------------------------------------X

April 24, 2026
8:34 a.m.

** CONFIDENTIAL - ATTORNEYS' EYES ONLY **
** PAGE 47, LINE 21 THROUGH PAGE 48, LINE 13 **

DEPOSITION of SEAN KRAMER, a non-party witness herein, taken by the Defendants, pursuant to Subpoena, held at the above-mentioned time via Zoom Videoconference, before Elbia Brumit, a Notary Public of the State of New York.

LH REPORTING SERVICES, INC.
50 Glen Street, Suite 316
Glen Cove, New York 11542
(718)526-7100

A P P E A R A N C E S:

TROUTMAN PEPPER HAMILTON SANDERS, LLP
Attorneys for Plaintiff and non-party witness,
SEAN KRAMER
600 Peachtree Street, NE
Atlanta, Georgia 30208
BY: EVAN GIBBS, ESQ.
File No.: n/a
E-mail: evan.gibbs@troutman.com
Phone: 404-885-3093

LAW OFFICES OF THOMAS A. BIZZARO, JR., P.C.
Co-Counsel for Defendants
133C New York Avenue
Huntington, New York 11743
BY: THOMAS A. BIZZARO, JR., ESQ.
File No.: n/a
E-mail: tbizzaro@tab-law.com
Phone: 631-510-0144

KASOWITZ LLP
Co-Counsel for Defendants
1633 Broadway
New York, New York 10019
BY: KEVIN A. CYRULNIK, ESQ.
File No.: n/a
E-mail: kcyrulnik@kasowitz.com
Phone: 212-506-3368

ALSO PRESENT:

MICHAEL CARDELLO III, ESQ., Special Master

DOMINICK "DON" CAROLEO, Defendant

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing, sealing and certification, and the same are, hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to the form of the question shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to by an officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

SEAN KRAMER

a SiteOne-issued phone would have been given to Mr. Passaro in February or March of '23 immediately prior to the commencement of this lawsuit but there be no text message data on his device that's earlier than July 18, 2023, for over five months after he got the phone?

MR. GIBBS: Objection. Calls for speculation.

A. I would just respond in that there's a lot of folks -- there was associates that had multiple cell phones and they preferred having their personal cell phone. They would use their personal cell phone more for text communication and they would use the company cell phone for e-mail.

So that's my guess.

Q. Let's go on to the next line, because it says, this device has been collected and the text message data has been searched. A total of 16,557 text messages were collected and searched from this device.

Do you still think Mr. Passaro was not using his business phone for texting if there were 16,557 text messages extracted from

SEAN KRAMER

his business phone?

MR. GIBBS: Objection. Calls for speculation.

A. No.

Q. The question I have for you as the former CIO, I know you are not involved and don't have personal knowledge, but I want to ask you in your experience, do you have any understanding of why there would be missing data from February or March of '23, text messages, to July 18th of 2023? Have you ever experienced any type of technical issue or problem that would cause such a data loss?

MR. GIBBS: Objection. Compound.

A. No. Not aware. Not aware.

Q. So am I fair to say that in your career, or at least working for SiteOne, you have never had an experience where an associate's corporate cell phone only had data from a certain point to the present and not from when they first got the phone?

A. I would say no. But in IT, you work with many different strange situations. Right.

SEAN KRAMER

But to answer your specific question, no. I haven't experienced -- no recollection of experiencing something along those lines.

Q. Okay. I'll stop sharing this. Okay.

MR. BIZZARO: Mr. Cardello, Mr. Kramer, if you can give me ten minutes, until 12 o'clock, I will be done by 12:30 and I will close this deposition by 12:30. Provided I get the answers I expect to get with the next 30 minutes of questioning, which is probably more along the same lines.

MR. CARDELLO: Let's come back at 12 o'clock.

THE REPORTER: Off the record at 11:52 a.m.

(At this time, a recess was taken.)

THE REPORTER: We are back on the record at 12:01 p.m.

BY MR. BIZZARO:

Q. I want to take you back quickly,

A C K N O W L E D G E M E N T

STATE OF NEW YORK) :SS

COUNTY OF _____________)

I, SEAN KRAMER, hereby certify that I have read the transcript of my testimony taken under oath in my DEPOSITION of April 24, 2026; that the transcript is a true, complete and correct record of my testimony, except as noted in the Errata Sheet, and that the answers on the record as given by me are true and correct.

_____________________________

SEAN KRAMER

Subscribed and sworn to before me

this _______ day of _________, 20___.

_____________________________

NOTARY PUBLIC

I N D E X

EXAMINATION OF SEAN KRAMER


| EXAMINATION BY | PAGE |
|---|---|
| MR. BIZZARO | 5 |


SEAN KRAMER EXHIBITS

(Exhibits retained by Mr. Bizzaro.)


| | DESCRIPTION | PAGE |
|---|---|---|
| A | Upgrade and Lost Samsung Device Documents | 53, 161 |
| B | Phone History | 120, 161 |
| C | Text Messages | 128, 161 |
| D | Text Messages | 132, 161 |
| E | Text Messages | 133, 134, 162 |
| F | Transcript | 139, 162 |


INFORMATION / DOCUMENT REQUESTS

DESCRIPTION PAGE

(No information/document requests.)

C E R T I F I C A T E

STATE OF NEW YORK)

:SS

COUNTY OF NASSAU)

I, Elbia Brumit, a Notary Public within and for the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such an examination is a true record of the testimony given by such witness.

I further certify that I am not related to any of these parties to this action by blood or marriage, and that I am not in any way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand on this 1st day of May, 2026.



ELBIA BRUMIT

ERRATA SHEET FOR THE TRANSCRIPT OF:
Case Name: SITEONE LANDSCAPE SUPPLY, LLC v. NICHOLAS GIORDANO, et al.
Deposition Date: April 24, 2026
Witness: SEAN KRAMER
Place: via Zoom Videoconference

CORRECTIONS

| PG | LN | NOW READS | SHOULD READ | REASON |
| --- | --- | --- | --- | --- |
| __ | __ | ___________ | ___________ | ___________ |
| __ | __ | ___________ | ___________ | ___________ |
| __ | __ | ___________ | ___________ | ___________ |
| __ | __ | ___________ | ___________ | ___________ |
| __ | __ | ___________ | ___________ | ___________ |
| __ | __ | ___________ | ___________ | ___________ |
| __ | __ | ___________ | ___________ | ___________ |
| __ | __ | ___________ | ___________ | ___________ |
| __ | __ | ___________ | ___________ | ___________ |

____________________________

SEAN KRAMER

Subscribed and sworn to before me

this ____ day of _______, 20___.

__________________________

(NOTARY PUBLIC)