# EXHIBIT E

# Report of Findings

Forensic Imaging and Analysis of:

Model: Samsung Galaxy S9 (SM-G960U)

Phone No.: [redacted]

IMEI: 353305095389447

OS Version: Android 10 (API 29), One UI 2.5; Build G960USQU9FVB2 (February 2022); Kernel 4.9.186

Samsung Account: [redacted]

September 17, 2026

Prepared For:
Michael Cardello III, Esq.
Special Master

Prepared by:
Joseph Caruso, CISSP
Forensic Examiner

## DETAILED FINDINGS

**Scope of Work**

1. Lexpath Technologies was retained by the Special Master, Michael Cardello III, Esq., to forensically image a Samsung Galaxy S9 mobile phone on the Verizon cellular network for the purpose of determining whether any messages of any type had been deleted from the device between January 1, 2024, and March 31, 2026. Lexpath was also tasked with establishing if the device had been powered on between January 1, 2024, and March 31, 2026.[1]

2. Lexpath assigned this scope of work to its contracted forensic specialists, Veronica Perez and Joseph Caruso, whose qualifications are set out in the Interim Report of Findings dated July 28, 2026 (the "Interim Report") and in the curricula vitae annexed to that report as Exhibit A. Ms. Perez performed the device acquisition and the tool-based decoding and analysis described below. Mr. Caruso reviewed Ms. Perez's analysis and findings and is the author of this report.

3. The Interim Report documented the enterprise security configuration of the device (an AirWatch mobile device management agent with a non-removable Intelligent Hub, CrowdStrike Falcon endpoint protection, and Samsung Knox hardware-backed file-based encryption), the six unsuccessful Cellebrite extraction attempts, the two bootloader extractions that recovered only volatile session data, the evaluation of JTAG and chip-off acquisition on a sacrificial device, and the Emergency Download Mode (EDL) acquisition

---

[1] The scope was defined in Magistrate Judge Locke's Minute Order of May 18, 2026 at Docket Number 287: Defendants motion to compel, DE 285 . Is granted as follows: "Special Master Michael Cardello is authorized to retain an appropriate expert to examine a Samsung Galaxy cellphone for the purpose of determining whether any type of text messages have been deleted during the period from January 1, 2024 to March 31, 2026, and whether the phone had been turned on and where during the same time period."

that had produced an encrypted image not yet decrypted as of that date. The Interim Report is incorporated by reference and is not repeated here except where necessary for context. This report supersedes the interim findings and sets out Lexpath's final findings on the questions presented.

4. Unless otherwise stated, times in this report are expressed in the local time recorded by the device (Eastern Time, or Central Time during the January 8–11, 2024 travel period discussed below). The device's own logs record both UTC and local time; where an export displayed times inconsistently, the discrepancy is noted.

**Summary of Conclusions**

5. **Power state.** The device was powered on and in regular use from January 1, 2024 through February 1, 2024. It was powered on during two brief intervals in March 2024 (March 7–11 and March 19–22), during which it connected to a network and received background application data but generated no messaging or other user-attributable activity that survives on the device. No artifact of any kind places the device in a powered-on state from March 23, 2024 through March 13, 2026. The device was powered on again on March 14, 2026 and intermittently through March 30, 2026, a period that coincides with the location and collection of the device described in the record.

6. **Message deletion.** No deleted message dated within January 1, 2024 through March 31, 2026 was identified in any of the three SMS/MMS message stores on the device, and none of the three forensic platforms used recovered any deleted message record from those stores. Lexpath holds a complete decrypted image of the device and therefore had full access to all three stores. The same processing did recover deleted records of

other kinds from the image, including Google location records and Google Maps notifications, which confirms the recovery capability was operating. The analysis is described in paragraphs 27 through 32.

7. **Basis and limitations.** These conclusions rest on a complete decrypted image of the device's user-data partition, analyzed with three independent forensic platforms. The principal limitation is that certain Android diagnostic logs are retained for only days or weeks, so that the absence of those logs for 2024 and 2025 is expected regardless of device activity; the power-state conclusions therefore rest on the persistent Samsung power logs and on application data that is not subject to those retention limits. Carrier and enterprise-console records, which were not available to Lexpath, would permit independent corroboration and are discussed in paragraph 39.

**Procedural History and Chain of Custody**

8. The device was received at Ms. Perez's laboratory on May 27, 2026 (FedEx 872255849705) in Airplane Mode and sealed in a Faraday bag, and was photographed and inventoried on receipt (Exhibit C, Photographs 1–14). It was identified as a Samsung Galaxy S9, model SM-G960U, IMEI 353305095389447, ICCID 89148000002771695316, with a SIM assigned telephone number [redacted]. The Cellebrite extraction attempts described in the Interim Report were made at that laboratory and failed because the AirWatch agent prevented USB debugging from being enabled (Exhibit C, Photograph 15).

9. The device was then repackaged and transferred to Mr. Caruso's laboratory, where the bootloader extractions described in paragraphs 13 through 19 of the Interim Report were performed. On June 17, 2026 the device was requested back by Ms. Perez's

laboratory for advanced acquisition (FedEx 873225067040) and was received there on July 23, 2026 (FedEx 874745710605). The device remained in the custody of the two examiners throughout.[2]

**EDL Acquisition and Decryption**

10. Following receipt on July 23, 2026, Ms. Perez performed the Emergency Download Mode acquisition described in paragraphs 24 through 27 of the Interim Report. The device was disassembled to expose the test pads on the printed circuit board and, while the device was powered on and unlocked, the test points were shorted to force the Qualcomm Snapdragon processor into EDL (Exhibit C, Photographs 16–21). Passware Mobile Forensics software was used to acquire a physical image of the device storage, including the full user-data partition in encrypted form.

11. As reported in the Interim Report, Passware initially returned a decryption error not encountered on the test device, and a support ticket (#124976) was opened. Working with Passware support, Ms. Perez processed the encrypted image through successive beta releases of Passware's decryption software. Passware ultimately decrypted the user-data partition, producing a readable image suitable for forensic analysis. The verification hash values are:

**Encrypted image** (Image 3\unprotected\userdata.dd): MD5 41c41ab74f8864788e507734fc7fadbf

**Decrypted partition** (Image 3\userdata): MD5 676dd1b861c452b91fcc71bcffdf528e

[2] The Power Off Reset log on the device records two battery-depletion shutdowns on June 13 and June 28, 2026. Both fall outside the scope period and occurred while the device was in the examiners' custody; they are consistent with the examination activity described in the Interim Report and are noted here only for completeness of the custody record.

12. The decrypted image was processed and analyzed with Cellebrite Physical Analyzer, ALEAPP (Android Logs Events and Protobuf Parser), and Oxygen Forensics Detective version 18.3.0.100. The data exports produced by that analysis are listed in Exhibit B and accompany this report. Photographs of the device on receipt and during the EDL acquisition are collected in Exhibit C.

**Data Sources Relied Upon**

13. The following persistent logs and application data on the device bear on the power-state question. Each is a native artifact created by the device's operating system, by Samsung system services, or by installed applications in the ordinary course of operation.

**Wipe & Setup log (Errp).** A Samsung system log that records each power-on and each shutdown with a timestamp in both UTC and local time and, for shutdowns, a reason code ("user requested" or "no power," the latter indicating battery depletion). This log spans the entire scope period.

**Samsung Device Health Management Service (SDHMS) configuration history.** Records a BOOT_COMPLETED entry each time the operating system finishes starting. This log also spans the entire scope period and records several boots that the Errp log does not, including all boots in March 2024. The two logs are treated together as the authoritative power record.[3]

[3] Where the two logs record the same boot, the SDHMS entry follows the Errp entry by five to seven seconds, reflecting the time between the power-on event and completion of the boot sequence. The Errp log contains no power-on entry for the boots of January 10, 2024 (afternoon), February 1, 2024 (11:58 AM), March 7, 2024, March 19, 2024, and March 14, 2026 (12:36 PM), each of which is recorded by SDHMS. The Errp log also records two consecutive shutdowns on January 26, 2024 (1:17 PM and 1:30 PM) with no intervening boot in either log. Lexpath concludes that neither log alone is exhaustive and has relied on their union.

**Power Off Reset logs.** Primary and backup files recording shutdown reasons. Their entries match the Errp shutdown entries to the second, but the export displays them four hours earlier because the export applied a time-zone offset to values already expressed in local time. The Errp log, which carries both UTC and local time, is adopted as the primary source for those events.

**Network and location artifacts.** The Verizon diagnostic (RDD) WiFi connection log; the Samsung WiFi geofence records, which store the learned location of saved WiFi networks and the time each was last updated; Google Location History and Google Mobile Services context records; Google Maps search history, navigation voice-guidance cache, and inbox notifications; and time-zone offsets embedded in the power logs.

**Usage and battery statistics.** Android usage statistics (per-application foreground events), Android battery statistics, and SDHMS battery histories. By default Android retains battery statistics for two to four days and usage statistics for fourteen days;[4] on this device these sources contain entries only from March 14, 2026 onward. Their absence for 2024 and 2025 is therefore expected and is given no weight either way.

**Application caches.** Data synchronized from the internet by installed applications (for example, e-mail cached by Gmail and notifications delivered to Google Maps) can only be written while the device is powered on and connected to a network. The dates of such content therefore mark times at which the device was online. These caches are not governed by the short retention windows applicable to the diagnostic statistics.

[4] Android Developers, dumpsys documentation, https://developer.android.com/tools/dumpsys. Because the examiners do not have access to the device's configuration, the retention policy actually applied to this device cannot be confirmed.

LEXPATH



**Power-State Analysis**

14. **Overview.** Exhibit A sets out every power-on and shutdown event recorded on the device within the scope period, with its source. The events fall into five phases, summarized in Table 1.

**Table 1 – Summary of Device Power State, January 1, 2024 through March 31, 2026**

| Period | State | Basis |
|---|---|---|
| Jan 1 – Feb 1, 2024 | Powered on; active daily use | 34 power events; 430 SMS/MMS records (last dated Jan 26, 2024); continuous location history through Feb 1, 2024; WiFi connections at home and office networks; Google Maps navigation and searches; attempts to migrate text messages from the device to an iPhone using AnyTrans. |
| Feb 2 – Mar 6, 2024 | No recorded activity (34 days) | No power event, network connection, location fix, message or synchronized application content. |
| Mar 7 – Mar 22, 2024 | Two brief powered-on intervals | Boot Mar 7, 3:20 PM; battery-depletion shutdown Mar 11, 11:30 AM. Boot Mar 19, 3:24 PM; battery-depletion shutdown Mar 22, 11:02 PM. Home WiFi network geofence updated at the Mar 19 boot; Google Maps notifications received Mar 19 and Mar 22; Gmail content dated Mar 5, 13 and 15 synchronized. No messaging or user-attributable activity. |
| Mar 23, 2024 – Mar 13, 2026 | No recorded activity (approx. 722 days) | No power event, network connection, location fix, message, notification, or synchronized application content of any kind. |
| Mar 14 – Mar 31, 2026 | Powered on intermittently | Boots Mar 14 (three), Mar 18, Mar 20, Mar 21; shutdowns through Mar 29; alarm-clock usage events Mar 30. Application usage dominated by Settings, Smart Switch and data-transfer utilities. No network data traffic, location data or messaging activity recorded. |

15. **Active use, January 1 through February 1, 2024.** During January 2024 the device was in daily use. The Errp and SDHMS logs record 34 power events, nearly all user-requested shutdowns followed within minutes or hours by a restart. The messaging databases contain 430 SMS and MMS records dated between January 1 and January 26, 2024. Google Location History contains 1,376 location fixes between January 1 and February 1, 2024, and Google Maps records 19 place searches and some 365 cached navigation voice prompts between January 6 and January 25, 2024.

16. The location data place the device in the northern suburbs of Atlanta, Georgia (Peachtree Corners, Suwanee, Norcross, Chamblee and Dunwoody, among others). Two

saved WiFi networks anchor the pattern: "DBhome 5G," whose geofence record places it at a residence at approximately [redacted], and "SiteOne Guest," placed at approximately 34.0439° N, 84.3253° W, the SiteOne corporate offices. The Verizon WiFi log records the device moving between these two networks on January 26, 2024 in a pattern consistent with a commute, and the device last connected to "SiteOne Guest" at 12:27 PM on January 26, 2024, disconnecting from it at 3:44 PM that day.[5]

17. Between January 8 and January 11, 2024 the local-time offset embedded in the power logs shifts from Eastern (UTC−5) to Central (UTC−6) and back, indicating travel to and from the Central time zone; the messaging records of that period refer to a business conference in San Antonio, Texas. A Google Maps search on January 14, 2024 places the device in Auburn, Alabama on that date.

18. The final week of active use shows a change in pattern. The last message in any messaging store is dated January 26, 2024 at 12:27 PM. On January 25 and 26, 2024 the device was shut down by the user six times and restarted five times. It then shut down for lack of battery on January 28, 2024 and, apart from a momentary boot that failed for lack of power at 11:58 AM, was not powered on again until 12:02 PM on February 1, 2024. On February 1 the device was restarted twice by the user, disconnected from the home network "DBhome 5G" at 12:20 PM, connected briefly to an unidentified network, and was shut down by the user at 1:09 PM. Google Location History ends at 12:08 PM that day. That is the last event of the active-use period.[6]

[5] The Verizon RDD WiFi log retained on the device covers only January 26 through February 1, 2024. Earlier WiFi sessions are inferred from the geofence records and from the Google location data rather than from the Verizon log.

[6] This pattern is consistent with the account in the record that Mr. Black began using a replacement iPhone on or about January 25, 2024, that SiteOne information technology personnel attempted unsuccessfully to migrate his text messages from the Galaxy S9 using two software applications, and that the device was returned to IT personnel on February 1, 2024 for removal of

19. **Initial dormancy, February 2 through March 6, 2024.** For 34 days following the February 1, 2024 shutdown, no power event, network connection, location fix, message, notification or synchronized application content was recorded.

20. **March 2024.** The device was powered on during two intervals in March 2024. The SDHMS log records a boot at 3:20 PM on March 7, 2024; the Errp and Power Off Reset logs record a battery-depletion shutdown at 11:30 AM on March 11, 2024. The SDHMS log records a second boot at 3:23:59 PM on March 19, 2024, and the Errp and Power Off Reset logs record a second battery-depletion shutdown at 11:02 PM on March 22, 2024. Neither boot appears in the Errp log, but the SDHMS BOOT_COMPLETED entry is the same record type that corroborates every other boot on the device and Lexpath treats both as established: the operating system writes a BOOT_COMPLETED entry only upon completing a start-up sequence, and the March 19 entry is corroborated by the WiFi geofence update one minute earlier and the Google Maps notification received two minutes later.

21. Three independent artifacts establish that the device connected to a network during the March 19–22 interval and that it was at the residence associated with the "DBhome 5G" network. First, the Samsung WiFi geofence record for "DBhome 5G" was last updated at 3:22:59 PM on March 19, 2024, one minute before the boot completed; this is the final geofence update on the device. Second, the Google Maps application received a server-delivered notification at 3:26 PM on March 19, 2024 and another at 11:01 PM on March 22, 2024, one minute before the final shutdown. A notification can be received only

enterprise applications. See letter of SiteOne's counsel dated July 14, 2025, as read into the depositions of Douglas Black of October 15, 2025 and April 16, 2026. See also excerpts of Webex Chat at Bates SITEONE_00756794 to SITEONE_00756811. Lexpath has not independently verified those accounts, but the forensic data are noted to be consistent with them.

while the device is online.[7] Third, the Gmail application cache contains e-mail content dated March 5, March 13 and March 15, 2024, which could only have been synchronized during a powered-on, online session after those dates. No Gmail content on the device is dated after March 15, 2024.

22. No message, application-usage event, screen-state record or other user-attributable activity dated in March 2024 was identified. Application usage statistics do not survive from that period because of the retention limits described above, so Lexpath cannot determine whether the screen was turned on or any application opened during the March 7–11 or March 19–22 intervals. What can be said is that both intervals began with a boot and ended with battery depletion rather than a user-requested shutdown, a pattern consistent with a device connected to power at a fixed location, booting when charge was restored, and discharging without being carried, charged or actively used. Both intervals are also consistent with an unattended device receiving background data, and the record does not exclude brief handling that left no surviving trace.

23. **Complete dormancy, March 23, 2024 through March 13, 2026.** For approximately 722 days no artifact of any kind was recorded: no power event in either power log, no WiFi connection or geofence update, no location fix, no message, no notification, and no synchronized application content. The last three categories are significant because they do not depend on the short-retention diagnostic logs; an online session during this period would be expected to leave synchronized e-mail or notifications dated within it,

[7] Both notifications were recovered by Cellebrite Physical Analyzer from the rollback journal of the Google Maps notification database (inbox_notifications.db-journal) and are marked "Deleted" in the export. That designation reflects recovery from the journal rather than from the live table and is a routine consequence of how the application manages its notification inbox; it does not indicate user action.

and none exists. Lexpath concludes that the device was powered off throughout this period. The retention limits on the diagnostic statistics prevent an absolute statement that the device was never briefly powered on without network access, but no artifact supports that possibility.

24. **Reactivation, March 14 through March 30, 2026.** On March 14, 2026 the device recorded its first activity in approximately two years. The SDHMS log records a boot at 12:36 PM that ended with a "no power" shutdown at 12:37 PM. A second boot completed at 12:50 PM; the device was unlocked at 12:49–12:50 PM, and the SDHMS battery history shows the battery at 36 percent, declining to 32 percent over the following ten minutes. During that session the SDHMS per-application history records zero mobile-data packets and zero WiFi packets for every application. Usage statistics show the Gmail, Outlook, Settings, Samsung Messages and Gallery applications brought to the foreground between 12:35 PM and 1:13 PM. The device was shut down by the user at 12:59 PM, restarted at 1:10 PM, and shut down again by the user at 2:04 PM.

25. The device was next powered on at 11:18 AM on March 18, 2026. Usage statistics for that day are dominated by the Settings application (61 foreground events), Samsung Smart Switch (the Samsung data-migration utility), the USB media-transfer service, and Samsung Messages, and continue to 5:33 PM. On March 20, 2026, usage from 9:43 AM to 4:52 PM again centers on Smart Switch and a third-party file-transfer application; the Smart Switch log provided to Lexpath by counsel, referenced in paragraph 3 of the Interim Report, was generated on that device at 10:17 AM that day. The Errp log records a boot at 4:09 PM and a user-requested shutdown at 4:24 PM on March 20.

26. The device was powered on at 8:54 AM on March 21, 2026 and remained on for eight days. Android battery statistics show the battery discharging from 89 percent to 47 percent between March 21 and March 29 with the screen off throughout, and the only usage events are alarm-clock alerts on the evening of March 23. At 9:32 AM on March 29, 2026 the Gmail application and the AirWatch Intelligent Hub agent were brought to the foreground, and the device was shut down by the user at 9:33 AM. Alarm-clock alerts recorded between 7:10 PM and 7:25 PM on March 30, 2026 show that the device was powered on again that evening, although neither power log records that boot. No WiFi connection, location fix, message or synchronized application content was recorded in March 2026, and the time-zone offset throughout is Eastern Daylight Time.[8]

**Message Deletion Analysis**

27. **Message stores examined.** The device holds SMS and MMS messages in three databases: (1) the Android telephony provider database, mmssms.db (data/user_de/0/com.android.providers.telephony/databases/), which is the operating system's system of record for SMS and MMS; (2) the Samsung Messages application database, message_content.db (data/user_de/0/com.samsung.android.messaging/databases/), which the pre-installed Samsung Messages application maintains in parallel with the telephony provider; and (3) the Verizon Message+ application database. Each of the three stores was examined independently. E-mail and other non-messaging server-based applications on the device

[8] The single-value file last_boot_time_utc records a boot on March 14, 2026 at a time that does not correspond to any boot in the Errp or SDHMS logs. Given the offset artifacts observed in other exports and the fact that later boots are recorded by both principal logs, Lexpath gives this file no weight. The March 2026 activity coincides with the period in which, according to the record, the device was located and collected for this litigation; the Smart Switch sessions on March 18 and 20 are consistent with the collection efforts described in paragraph 3 of the Interim Report.

hold only synchronized copies of records that their providers maintain and that are obtainable from those providers; they are not addressed further. The handset is the only record of its SMS and MMS traffic, and the analysis below is directed to those three stores.

28. **Messages present.** The system of record, Android's Native SMS/MMS database (mmssms.db) contains 430 SMS and MMS records dated between January 1, 2024 at 1:57 AM and January 26, 2024 at 12:27 PM.

29. **Method.** Each of the three message databases was processed with three independent, industry-standard forensic platforms: Cellebrite Physical Analyzer, ALEAPP and Oxygen Forensics Detective. Each platform decodes the active tables of a database and, where the file contains them, recovers deleted records from unallocated pages, free lists and journal files. Because Lexpath holds a complete decrypted image of the device's user-data partition, each platform had access to the full contents of all three databases.

30. **Result.** None of the three platforms recovered any deleted SMS or MMS record dated within the scope period from any of the three stores. The same processing did recover deleted records from other databases on the same image, including some 2,400 Google location records and nine Google Maps notifications from the rollback journals of those databases, which confirms that the recovery capability was operating on this image. Every message record in the supplied timeline export is an intact record from the active tables.

31. **Verizon Message+.** No recovered deleted record or other indication of a deleted message was identified in the Verizon Message+ database within the scope period.

32. **Messaging activity after January 26, 2024.** No message dated after January 26, 2024 exists in any store. The messaging databases show no record and no recovered deleted record dated in March 2024 or March 2026, the two later periods in which the device was powered on. Usage statistics show the Samsung Messages application brought to the foreground on March 14, 18 and 20, 2026; no change to the message stores is associated with those events. Whether the handset's telephone number remained provisioned for service after January 2024, such that messages sent to it would have been delivered to this device when powered on, cannot be determined from the device and would require carrier records.

**Findings**

33. **Finding 1 – Powered on, January 1 through February 1, 2024.** The device was powered on and in regular use throughout this period, located in the northern Atlanta metropolitan area with travel to San Antonio, Texas (January 8–11) and Auburn, Alabama (January 14). Use of the device for messaging ended on January 26, 2024; the last power-on session of the period ended at 1:09 PM on February 1, 2024.

34. **Finding 2 – Powered on, March 7–11 and March 19–22, 2024.** The device booted on March 7, 2024 and shut down for lack of battery on March 11, 2024; it booted again on March 19, 2024 and shut down for lack of battery on March 22, 2024. During the second interval it was connected to a network at the residence associated with the "DBhome 5G" WiFi network and received background application data. No messaging or other user-attributable activity from either interval survives on the device, and the diagnostic logs that would show screen or application use are not retained from that period.

35. **Finding 3 – Not powered on, March 23, 2024 through March 13, 2026.** No artifact of any kind places the device in a powered-on state during this period of approximately 722 days. All persistent logs and all application caches are consistent with the device having been powered off throughout.

36. **Finding 4 – Powered on intermittently, March 14 through March 30, 2026.** The device was booted on March 14, 18, 20 and 21, 2026 and was in use on March 30, 2026. Activity consisted principally of device settings, data-transfer utilities and Smart Switch, consistent with the collection of the device for this litigation. No network data traffic, location data or messaging activity was recorded.

37. **Finding 5 – No deleted message identified.** No deleted SMS or MMS message dated between January 1, 2024 and March 31, 2026 was identified in the Android telephony, Samsung Messages or Verizon Message+ databases. Each store was processed with three independent, industry-standard forensic platforms — Cellebrite Physical Analyzer, ALEAPP and Oxygen Forensics Detective — operating on a complete decrypted image of the device's user-data partition. None of the three recovered any deleted message record from any of the three stores, while the same processing did recover deleted records from other databases on the same image, including some 2,400 Google location records and nine Google Maps notifications. Every message record in the three stores is an intact record from the active tables.

38. **Finding 6 – Limits.** The conclusions in Findings 2 and 3 are subject to the retention limits on Android diagnostic statistics described in paragraph 13, which prevent Lexpath from excluding a brief powered-on interval that left no network, location, messaging or synchronized-content trace. The conclusion in Finding 5 rests on the decoding and

deleted-record recovery performed by the three forensic platforms on the complete decrypted image of the device's user-data partition. Neither limitation is supported by any affirmative artifact pointing the other way.

**Corroborating Sources Outside the Device**

39. As noted in paragraph 31 of the Interim Report, records held by third parties could independently corroborate the findings above. Verizon's network records for telephone number [redacted] would show whether the number remained in service after January 2024 and whether any SMS or MMS traffic was routed to it, and would date any network registrations by the handset.

**Reservation**

40. The findings and opinions in this report are based on the data available to Lexpath as of its date. Lexpath reserves the right to supplement or amend them should additional data or information become available. The methods employed are consistent with generally accepted practice in mobile device forensics.

Dated: September 17, 2026

Joseph Caruso

## EXHIBIT A – POWER EVENT CHRONOLOGY

*All power-on and shutdown events recorded on the device from December 31, 2023 through March 31, 2026, merged from the Wipe & Setup (Errp) log, the SDHMS configuration history (BOOT_COMPLETED entries) and the Power Off Reset logs. Times are shown as recorded by the source, in the device's local time; the offset abbreviation reflects the local time zone recorded by the device at that moment. Power Off Reset times have been corrected for the four-hour display offset described in paragraph 13. Two out-of-scope shutdowns (June 13 and June 28, 2026) are appended for completeness of the custody record.*

| Date | Time (local) | Event | Reason / note | Source |
|---|---|---|---|---|
| **Phase 1 – Active use (through February 1, 2024)** | | | | |
| 12/31/2023 | 7:19:58 PM EST | Shutdown | no power | Wipe & Setup (Errp) |
| 12/31/2023 | 7:28:31 PM EST | Power on | — | Wipe & Setup (Errp) |
| 1/8/2024 | 8:57:11 AM EST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/8/2024 | 11:17:56 AM EST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 1/8/2024 | 4:06:21 PM CST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/8/2024 | 6:08:22 PM CST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 1/8/2024 | 6:37:18 PM CST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/8/2024 | 9:35:31 PM CST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 1/10/2024 | 1:11:44 PM CST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/10/2024 | 4:08:06 PM EST | Power on | BOOT_COMPLETED (not recorded in Errp) | SDHMS |
| 1/10/2024 | 7:11:42 PM CST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/10/2024 | 7:47:49 PM CST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 1/11/2024 | 7:54:21 AM CST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/11/2024 | 8:48:49 AM CST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 1/11/2024 | 1:57:22 PM CST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/11/2024 | 4:27:01 PM EST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 1/12/2024 | 3:56:40 PM CST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/12/2024 | 3:57:52 PM CST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 1/25/2024 | 10:35:41 AM EST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/25/2024 | 11:07:45 AM EST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 1/25/2024 | 11:22:57 AM EST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/25/2024 | 11:25:22 AM EST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 1/26/2024 | 8:52:52 AM EST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/26/2024 | 8:54:35 AM EST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 1/26/2024 | 12:24:02 PM EST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/26/2024 | 12:26:41 PM EST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 1/26/2024 | 1:17:40 PM EST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/26/2024 | 1:30:49 PM EST | Shutdown | user requested | Wipe & Setup (Errp) |
| 1/26/2024 | 1:34:58 PM EST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 1/28/2024 | 4:40:40 PM EST | Shutdown | no power | Wipe & Setup (Errp) |
| 2/1/2024 | 11:58:10 AM EST | Power on | BOOT_COMPLETED (not recorded in Errp) | SDHMS |

| Date | Time (local) | Event | Reason / note | Source |
|---|---|---|---|---|
| 2/1/2024 | 11:58:12 AM EST | Shutdown | no power | Wipe & Setup (Errp) |
| 2/1/2024 | 12:02:25 PM EST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 2/1/2024 | 12:17:19 PM EST | Shutdown | user requested | Wipe & Setup (Errp) |
| 2/1/2024 | 12:18:55 PM EST | Power on | — | Wipe & Setup (Errp); SDHMS |
| 2/1/2024 | 1:09:31 PM EST | Shutdown | user requested | Wipe & Setup (Errp) |
| **Phase 2 – No recorded events, February 2 through March 6, 2024** | | | | |
| **Phase 3 – March 2024 intervals** | | | | |
| 3/7/2024 | 3:20:31 PM EST | Power on | BOOT_COMPLETED (not recorded in Errp) | SDHMS |
| 3/11/2024 | 11:30:13 AM EDT | Shutdown | no power | Wipe & Setup (Errp); Power Off Reset |
| 3/19/2024 | 3:23:59 PM EDT | Power on | BOOT_COMPLETED (not recorded in Errp) | SDHMS |
| 3/22/2024 | 11:02:23 PM EDT | Shutdown | no power | Wipe & Setup (Errp); Power Off Reset |
| **Phase 4 – No recorded events, March 23, 2024 through March 13, 2026** | | | | |
| **Phase 5 – March 2026 reactivation** | | | | |
| 3/14/2026 | 12:36:22 PM EDT | Power on | BOOT_COMPLETED (not recorded in Errp) | SDHMS |
| 3/14/2026 | 12:37:26 PM EDT | Shutdown | no power | Wipe & Setup (Errp); Power Off Reset |
| 3/14/2026 | 12:50:03 PM EDT | Power on | — | Wipe & Setup (Errp); SDHMS |
| 3/14/2026 | 12:59:57 PM EDT | Shutdown | user requested | Wipe & Setup (Errp); Power Off Reset |
| 3/14/2026 | 1:10:26 PM EDT | Power on | — | Wipe & Setup (Errp); SDHMS |
| 3/14/2026 | 2:04:23 PM EDT | Shutdown | user requested | Wipe & Setup (Errp); Power Off Reset |
| 3/18/2026 | 11:18:59 AM EDT | Power on | — | Wipe & Setup (Errp); SDHMS |
| 3/20/2026 | 4:09:03 PM EDT | Power on | — | Wipe & Setup (Errp); SDHMS |
| 3/20/2026 | 4:23:59 PM EDT | Shutdown | user requested | Wipe & Setup (Errp); Power Off Reset |
| 3/21/2026 | 8:54:30 AM EDT | Power on | — | Wipe & Setup (Errp); SDHMS |
| 3/29/2026 | 9:33:29 AM EDT | Shutdown | user requested | Wipe & Setup (Errp); Power Off Reset |
| **Outside scope – forensic custody (2026)** | | | | |
| 6/13/2026 | 1:18:15 PM EDT | Shutdown | no power (outside scope; during forensic examination) | Power Off Reset |
| 6/28/2026 | 12:07:06 PM EDT | Shutdown | no power (outside scope; during forensic examination) | Power Off Reset |

## EXHIBIT B – DATA EXPORTS ACCOMPANYING THIS REPORT

*Exports generated from the decrypted image with Cellebrite Physical Analyzer, ALEAPP and Oxygen Forensics Detective 18.3.0.100. File names are as produced.*

| Export | Content |
|---|---|
| Power Events – Wipe & Setup_Errp.csv | Power-on and shutdown events with UTC and local time and shutdown reason. |
| Power Events – Power Off Reset.csv; Power Events – oldpowerOffReset.csv | Shutdown reason logs (primary and backup), two parser versions. |
| Power Events – Last Boot Time.csv | Single-value last_boot_time_utc file. |
| Samsung Device Health Management Service – SDHMS Config Reload History.csv | BOOT_COMPLETED and configuration events. |
| SDHMS Battery App History.csv; SDHMS Battery Device History.csv; SDHMS Battery Event History.csv; SDHMS Battery System History.csv; SDHMS CPU Stats.csv | Samsung battery and CPU histories (March 14, 2026 session). |
| Android Battery Statistics – Android Battery Stats Daily.csv | Battery discharge steps, March 21–29, 2026. |
| App Interaction – usageapps.csv | Application foreground events, March 14–30, 2026. |
| Verizon RDD Analytics – VerizonRDD-WIFI.csv; VerizonRDD-Battery.csv | Verizon diagnostic WiFi connection and battery sampling logs. |
| GEO Location – Samsung WiFi Geofence.csv | Saved WiFi network locations and last-update times. |
| GEO Location – Google Maps Searches.csv | Google Maps place searches with coordinates, January 2024. |
| Google Maps Voice Guidance.csv; Google Maps Voice Guidance (Temp).csv | Cached navigation voice prompts, January 6–25, 2024. |
| Locations and Messages within Date Range Report.xlsx | Cellebrite timeline export: messages (three stores), location records, notifications and device events dated within the scope period, with recovered-record flags. |
| Time Range – messages_body_gaps.csv | RowID discontinuity output, mmssms.db. |
| Samsung missing_messages_content.csv | RowID discontinuity output, message_content.db. |

## EXHIBIT C – PHOTOGRAPHS

*Photographs taken by Ms. Perez on receipt of the device (May 27, 2026) and during the Emergency Download Mode acquisition (July 2026). Reproduced from the examiner's working file; image sizes reduced for this exhibit.*

### Receipt and packaging, May 27, 2026




**Photograph 1.** Shipping carton as received, May 27, 2026 (FedEx label).



**Photograph 2.** Shipping carton, reverse.



**Photograph 3.** Inner packaging.




**Photograph 4.** Sealed evidence bag with chain-of-custody form.



**Photograph 5.** Evidence bag, reverse, seal intact.



**Photograph 6.** Faraday bag in which the device was shipped.



**Photograph 7.** Faraday bag, reverse.



**Photograph 8.** Device in protective case, front.




**Photograph 9.** Device in protective case, reverse, with asset label.



**Photograph 10.** Device removed from case, reverse.




**Photograph 11.** Lock screen on receipt, Wednesday, May 27.



**Photograph 12.** Home screen after unlock.

## Device identification and enterprise restriction



**Photograph 13.** Settings – About phone (model and IMEI 353305095389447).



**Photograph 14.** Settings – Software information (Android 10; build G960USQU9FVB2).



**Photograph 15.** Enterprise restriction blocking developer options: “Action not allowed … contact your organization’s IT administrator.”

**Emergency Download Mode acquisition**



**Photograph 16.** EDL acquisition – heating and separating the back cover.




**Photograph 17.** EDL acquisition – back cover separation.



**Photograph 18.** EDL acquisition – back cover removed, internal shielding exposed.



**Photograph 19.** EDL acquisition – shielding removed, main board exposed.



**Photograph 20.** EDL acquisition – main board with IMEI label and test-pad area.



**Photograph 21.** EDL acquisition – device connected to the acquisition workstation.