# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____________________________________________x
SITEONE LANDSCAPE SUPPLY, LLC,

Plaintiff,

-against- 2:23-CV-02084

NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTS, NARROW WAY 2 LLC, THE GARDEN DEPT. CORP., GROUP 5 ASSOCIATES, LTS, 3670 ROUTE 112 LLC, 9 4TH STREET LLC, SCAPES SUPPLY, LLC, NEWAY MANAGEMENT, LLC AND NEWAY TRUCKING,

Defendants.
_____________________________________________x

October 24, 2025
1:30 p.m.

CONITINUED VIRTUAL DEPOSITION OF DAVID EUGENE BLACK, a witness on behalf of the Plaintiff herein, taken by Defendants, pursuant to notice, held at the above-mentioned date and time, before Susan Fabbricante, a Stenographer and Notary Public within and for the State of New York.

LH Reporting Services, Inc.
Computer-Aided Transcription
718-526-7100

A P P E A R A N C E S:

TROUTMAN PEPPER LOCKE LLP
Attorney for Plaintiff
600 Peachtree Street, NE Suite 3000
Atlanta, Georgia 30308

BY: EVAN GIBBS, ESQ.
Email: Evan.gibbs@troutman.com

LAW OFFICES OF THOMAS A. BIZZARO, JR., P.C.
Attorneys for Defendants
Seven High Street, Suite 300
Huntington, New York 11743

BY: THOMAS A. BIZZARO, ESQ.
Email: Tbizzaro@tab-law.com

ALSO PRESENT:

MICHAEL CARDELLO, III
Court Appointed Special Master

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing and sealing be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

THE COURT REPORTER: The attorneys participating in this deposition acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely. They further acknowledge that, in lieu of an oath administered in person, the witness will verbally declare his/her testimony in this matter is under penalty of perjury. The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting.

D. BLACK

if they're using them?

Q. To collect them and search them for relevancy in connection with this lawsuit.

A. No one that I know in SiteOne would have that. Outside counsel may have.

They're the ones that the phones investigation.

Q. Who at SiteOne would know? If it was not you, who would be the person that legal outside would speak to in SiteOne to try to obtain or review the internal messaging contents from Webex?

A. I would think when they did the forensic, they pull that off the phones themselves and do the analysis.

Q. Do you know if they were asked to do that by the attorneys?

A. No, I do not know.

Q. Do you know who would know that answer other than the attorneys?

A. No.

Q. Who deals with text message retention presently for SiteOne Landscape

D. BLACK

Supply?

MR. GIBBS: Objection.
Asked and answered.
You can answer.

A. There is no text message retention.

Q. So is it your testimony that despite litigation hold letters, not just in this case, but any lawsuit, that SiteOne Landscape Supply, LLC's team may be involved in, there is no text message retention policy in place?

MR. GIBBS: Objection.
Asked and answered repeatedly.
You can answer.

A. The litigation hold close out text message for individuals that receive it as a custodian to maintain that to provide it and request it.

Q. Isn't that a text message retention policy?

A. It's not a retention policy like other policies with a litigation hold.

A C K N O W L E D G M E N T

STATE OF NEW YORK)

ss:

COUNTY OF )

I, DAVID EUGENE BLACK, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of October 24, 2025; that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

___________________________________
DAVID EUGENE BLACK

Signed and subscribed to
before me this ______ day
of __________________, 2025.

____________________________
Notary Public

D. BLACK

INDEX


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Mr. D. Black | Mr. Bizzaro | 236 |
| | Mr. Gibbs | 415 |


EXHIBITS


| DEFT'S | DESCRIPTION | PAGE |
|---|---|---|
| H | Transcript | 237 |
| J | Email | 264 |


(Exhibits retained by counsel)

CERTIFICATION

STATE OF NEW YORK )

COUNTY OF NASSAU )

I, SUSAN FABBRICANTE, a Stenotype Reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness whose deposition is herein before set forth, was duly sworn by me, and that such examination is a true and accurate record of the testimony given by such witness to the best of my ability.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of November 2025.

Susan Fabbricante

SUSAN FABBRICANTE

D. BLACK

ERRATA SHEET

Please make any changes/corrections on this sheet. Please DO NOT write in the deposition.

PAGE NO./LINE NO.
EXPLANATION

_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________