# EXHIBIT H

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
SITEONE LANDSCAPE SUPPLY, LLC,
PLAINTIFF,

v. Civil Action No. 23-CV-02084-GRB-SIL

NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDENDEPT. CORP., GROUP 5 ASSOCIATES, LTD., 3670 ROUTE 112 LLC and 94TH ST. LLC,

DEFENDANTS.
-----------------------------------------------X

October 15, 2025

9:03 A.M.

DEPOSITION of SITEONE LANDSCAPE SUPPLY, LLC, by a Corporate Representative, DOUGLAS BLACK, taken by the Defendants, pursuant to an Order and to the Federal Rules of Civil Procedure, held at the above time and date via videoconference, before Vanessa Walker, a Shorthand Reporter and a Notary Public of the State of New York.

LH REPORTING SERVICES, INC.
Computer-Aided Transcription
50 Glen Street, Suite 316
Glen Cove, NY 11542

A P P E A R A N C E S:

TROUTMAN PEPPER LOCKE LLP
Attorneys for Plaintiff
875 Third Avenue
New York, New York 10022
BY: J. EVAN GIBBS, ESQ.
E-mail: EVAN.GIBBS@TROUTMAN.COM

LAW OFFICES OF THOMAS A. BIZZARO, JR., P.C.
Attorneys for Defendants
23 Green Street, Suite 309
Huntington, New York 11743
BY: THOMAS A. BIZZARO, JR., ESQ.
E-mail: TBIZZARO@TAB-LAW.COM

CERTILMAN BALIN ADLER & HYMAN, LLP
Attorneys for Defendants
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
BY: ANTHONY CUMMINGS, ESQ.
E-mail: ACUMMINGS@CERTILMANBALIN.COM

MORITT HOCK & HAMROFF, LLP
Court Appointed Special Master
400 Garden City Plaza, 2nd Floor
Garden City, New York 11530
BY: MICHAEL CARDELLO III
E-mail: MCARDELLO@MORITTHOCK.COM

ALSO PRESENT:
DOMINIC CAROLEO
TRAVIS JACKSON, ESQ., SiteOne General Counsel

* * * * *

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing, sealing and certification, and the same are, hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to by an officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

* * *

D. BLACK

Wireless through subpoena?

A. Yes. I know we made attempts to do that.

Q. Did you personally speak with anyone, whether it be Verizon or someone at SiteOne or outside counsel, concerning these Verizon records?

MR. GIBBS: I'll object to the extent it calls for privilege information and I'll instruct the witness to only answer to the extent it does not disclose communications with SiteOne attorneys.

MR. BIZZARO, JR.: I'm asking for a yes or no.

A. Can you repeat the question.

MR. BIZZARO, JR.: Madam, can you read it back.

(Whereupon, the referred to question was read back by the Reporter.)

A. No.

Q. Do you know what the results of the Verizon subpoena were?

A. Yes. I was told that they could not

D. BLACK

get the texts.

Q. Do you have any knowledge or information personal about SiteOne's Verizon business wireless account?

A. No, I do not.

Q. Are you aware of what your agreement says in connection with maintaining data or an extra data plan associated with SiteOne's business accounts to maintain text message data?

A. If you're referring with an agreement with Verizon, no.

Q. Are you aware that Verizon withdrawn -- withdrawn.

Do you know if Verizon business offers for a fee enhanced data retention specifically dealing with text messages?

A. No.

Q. Do you know whether or not anyone at SiteOne ever asked Verizon if such a feature was included in the SiteOne account with Verizon or contract with Verizon?

A. No. I don't know the details of those discussions.

Q. Did you ever have any discussions

D. BLACK

A C K N O W L E D G M E N T

STATE OF NEW YORK)

:ss

COUNTY OF )

I, DOUGLAS BLACK, hereby certify that I have read the transcript of my testimony taken under oath on 10/15/2025; that the transcript is a true, complete and correct record of what was asked, answered and said during this proceeding, and that the answers on the record as given by me are true and correct.

__________________________
DOUGLAS BLACK

Signed and subscribed to
before me this _____ day
of ______________, 2025

________________________
Notary Public

C E R T I F I C A T E

STATE OF NEW YORK )
: SS.:
COUNTY OF KINGS )

I, VANESSA WALKER, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 15th day of October, 2025.

Vanessa Walker
____________________
Vanessa Walker

D. BLACK

INDEX

EXAMINATION OF DOUGLAS BLACK


| EXAMINATION BY | PAGE |
|---|---|
| MR. BIZZARO, JR. | 8, 128 |
| MR. GIBBS | 127 |


EXHIBITS

MARKED FOR IDENTIFICATION


| DEFENDANTS' EXHIBIT LETTER | EXHIBIT DESCRIPTION | PAGE |
|---|---|---|
| A | SiteOne Code of Conduct | 15 |
| D | 5/27/2025 Evan Gibbs E-Mail | 23 |
| F | 12/6/2023 David Black E-Mail | 37 |
| G | 7/14/2025 Evan Gibbs Letter | 51 |
| B | Master Records Retention Policy | 76 |
| C | Supplemental Data Security Disclosure | 104 |
| E | David Black Declaration | 111 |


(Exhibits retained by Reporter.)

D. BLACK

ERRATA SHEET FOR THE TRANSCRIPT OF:

Witness Name: DOUGLAS BLACK
Examination Date: 10/15/2025

| Pg. | Ln.Now Reads | Should Read | Reason |
|---|---|---|---|
| ___ | ______________ | ___________ | __________ |
| ___ | ______________ | ___________ | __________ |
| ___ | ______________ | ___________ | __________ |
| ___ | ______________ | ___________ | __________ |
| ___ | ______________ | ___________ | __________ |
| ___ | ______________ | ___________ | __________ |
| ___ | ______________ | ___________ | __________ |
| ___ | ______________ | ___________ | __________ |
| ___ | ______________ | ___________ | __________ |
| ___ | ______________ | ___________ | __________ |
| ___ | ______________ | ___________ | __________ |
| ___ | ______________ | ___________ | __________ |
| ___ | ______________ | ___________ | __________ |

_____________________

Signature of Deponent

Subscribed and sworn to before me
this ____ day of _________, 2025

________________________________

(Notary Public)