# EXHIBIT I

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
___________________________________________x
SITEONE LANDSCAPE SUPPLY, LLC,

Plaintiff,

-against-

Case No.: 2:23-CV-02084(GRB)(SIL)

NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDEN DEPT. CORP., GROUP 5 ASSOCIATES, LTD., 3670 ROUTE 112 LLC, and 9 4TH ST.LLC, SCAPES SUPPLY, LLC, NEWAY MANAGEMENT, LLC, and NEWAY TRUCKING,

Defendants.
___________________________________________x

April 16, 2026
9:00 a.m.

VIRTUAL DEPOSITION OF DOUGLAS COFFEY BLACK, a witness on behalf of the Plaintiff, taken by Defendant, pursuant to order, held via Zoom videoconference before Susan Fabbricante, a Stenographer and Notary Public within and for the State of New York.

LH Reporting Services, Inc.
Computer-Aided Transcription
50 Glen Street, Suite 316
Glen Cove, New York 11542

A P P E A R A N C E S:

TROUTMAN PEPPER LOCKE
Attorneys for Plaintiff
600 Peachtree Street, Suite 3000
Atlanta, Georgia 30308
BY: EVAN GIBBS, ESQ.

LAW OFFICES OF THOMAS A. BIZZARO, JR., P.C.
Attorneys for Defendants
23 Green Street, Suite 309
Huntington, New York 11743

BY: THOMAS BIZZARO, ESQ.

KASOWITZ LLP
Co-Counsel for Defendants
1633 Broadway
New York, New York 10019

BY: KEVIN CYRULNIK, ESQ.

ALSO PRESENT:

MICHAEL CARDELLO III, ESQ., Special Master

DON CAROLEO, Defendant

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing and sealing be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

DOUG BLACK

ramp up in his knowledge.

Q. After Nick was terminated in February of '23, am I correct that Catalano was put in place to run the Garden Department?

A. He was involved, but we had Kevin Peattie who was the nursery leader that we ended up using to lead, you know, to run the business.

Again, Anthony's not a nursery -- you know, there's a lot of details to the nursery business that you have to know.

Don and Nick obviously had tons of that. You know, they did that their whole lives.

Kevin Peattie had the same background. He worked in a nursery for a long time. He was a younger leader. We promoted him up to run the business.

Q. Had he run any nurseries prior to that?

A. I don't remember what his role was specifically.

He had been with us, but I don't

A C K N O W L E D G M E N T

STATE OF NEW YORK)

ss:

COUNTY OF )

I, DOUGLAS C. BLACK, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of April 16, 2026; that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

___________________________________
DOUGLAS C. BLACK

Signed and subscribed to
before me this ______ day
of __________________, 2026.

____________________________
Notary Public

INDEX


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Douglas Black | Mr. Cyrulnik | 5 |


CONFIDENTIAL TESTIMONY


PAGES:

49-51


EXHIBITS


| DOUG BLACK'S EXHS | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Email | 114 |
| 2 | Email | 131 |
| 3 | Email | 148 |
| 4 | Email | 182 |
| 5 | Email | 195 |
| 6 | 10-K | 215 |
| 7 | Letter | 266 |
| 8 | Letter | 277 |
| 9 | Text Messages | 306 |
| 10 | Text Messages | 309 |
| 11 | Text Messages | 313 |
| 12 | Text Messages | 325 |


REQUESTS


| PAGE | DESCRIPTION |
|---|---|
| 136 | Explanation |
| 150 | Explanation |

CERTIFICATION

STATE OF NEW YORK )

COUNTY OF NASSAU )

I, SUSAN FABBRICANTE, a Stenotype Reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness whose deposition is herein before set forth, was duly sworn by me, and that such examination is a true and accurate record of the testimony given by such witness to the best of my ability.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of April 2026.



ERRATA SHEET

Please make any changes/corrections on this sheet. Please DO NOT write in the deposition.

PAGE NO./LINE NO.
EXPLANATION

_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________