# EXHIBIT 1

**Kent, Paris L.**

| | |
|---|---|
| **From:** | Miriam George <miriamgeorge@quinnemanuel.com> |
| **Sent:** | Thursday, October 8, 2026 4:28 PM |
| **To:** | Gibbs, J. Evan; Gorman, Daniel E.; Kevin P. Mulry; Adler, Matt; Kent, Paris L. |
| **Cc:** | Manisha Sheth; Joanna Menillo; Thomas A. Bizzaro, Jr.; Zahreena Rahimi |
| **Subject:** | RE: SiteOne v. Caroleo - 23-cv-2084 - Defendants' Post-Deposition Production |

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Counsel,

Thank you for the meet-and-confer earlier today. We have considered your request for additional documents and we will not be producing anything further. The records that we have already provided are sufficient for the purposes that you described in our meeting. We do not view the additional documents you have requested as relevant to this case—indeed, the Court has already found certain of your requests to be decidedly *irrelevant*, as we explained in our September 28, 2026 letter. You are welcome to file a letter motion to compel, which we will oppose.

Separately, to the extent you file a motion on notice, such motion is untimely. Rule 4.C.ii of Judge Locke's Individual Motion Practices states that "all motions are subject to the 'Bundle Rule,' that is, ***no motion papers shall be filed with the Court*** until the motion is fully briefed by both sides and exchanges of all papers have been made." The August 12, 2026 Civil Conference Minute Order (ECF 298) notes that the "[d]eadline for filing discovery-related motions (including those related to spoliation)" is today, October 8. You have not, and cannot, satisfy Judge Locke's bundle rule, given that your motion has not been fully briefed. We intend to oppose any motion that is filed on notice, as opposed to as a letter motion, on these and other grounds.

Regards,

**Miriam George**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7043 Direct
212-849-7000 Main Office Number
miriamgeorge@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Sent:** Thursday, October 8, 2026 11:40 AM
**To:** Miriam George <miriamgeorge@quinnemanuel.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Kevin P. Mulry <kmulry@farrellfritz.com>; Adler, Matt <Matt.Adler@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>
**Cc:** Manisha Sheth <manishasheth@quinnemanuel.com>; Joanna Menillo <joannamenillo@quinnemanuel.com>; Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>; Zahreena Rahimi <zahreena@tab-law.com>
**Subject:** RE: SiteOne v. Caroleo - 23-cv-2084 - Defendants' Post-Deposition Production

**[EXTERNAL EMAIL from evan.gibbs@troutman.com]**

---

Yes, that works for us. I would appreciate you circulating an invite when you're able. Thank you.

**J. Evan Gibbs**
**Partner**
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Miriam George <miriamgeorge@quinnemanuel.com>
**Sent:** Thursday, October 8, 2026 11:21 AM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Kevin P. Mulry <kmulry@farrellfritz.com>; Adler, Matt <Matt.Adler@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>
**Cc:** Manisha Sheth <manishasheth@quinnemanuel.com>; Joanna Menillo <joannamenillo@quinnemanuel.com>; Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>; Zahreena Rahimi <zahreena@tab-law.com>
**Subject:** RE: SiteOne v. Caroleo - 23-cv-2084 - Defendants' Post-Deposition Production

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Evan,

Are you available to meet and confer at 12:30 PM ET today?

Thank you,

**Miriam George**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7043 Direct
212-849-7000 Main Office Number
miriamgeorge@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Sent:** Thursday, October 8, 2026 10:12 AM
**To:** Joanna Menillo <joannamenillo@quinnemanuel.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Kevin P. Mulry <kmulry@farrellfritz.com>; Adler, Matt <Matt.Adler@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>
**Cc:** Manisha Sheth <manishasheth@quinnemanuel.com>; Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>; Zahreena Rahimi <zahreena@tab-law.com>
**Subject:** RE: SiteOne v. Caroleo - 23-cv-2084 - Defendants' Post-Deposition Production

**[EXTERNAL EMAIL from evan.gibbs@troutman.com]**

---

Good morning –

SiteOne will be moving to compel productions of documents responsive to Request Nos. 1 and 2 of its post-deposition document demands, along with a fulsome production of materials responsive to Request No. 3. Please let us know your availability to meet and confer today over these items.

Thank you.

**J. Evan Gibbs**
**Partner**
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Joanna Menillo <joannamenillo@quinnemanuel.com>
**Sent:** Monday, September 28, 2026 9:58 PM
**To:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Kevin P. Mulry <kmulry@farrellfritz.com>; Adler, Matt <Matt.Adler@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>
**Cc:** Manisha Sheth <manishasheth@quinnemanuel.com>; Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>; Zahreena Rahimi <zahreena@tab-law.com>
**Subject:** SiteOne v. Caroleo - 23-cv-2084 - Defendants' Post-Deposition Production

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Counsel:

Please see the attached letter concerning SiteOne's post-deposition demands and the below link containing Defendants' production in response thereto.

https://qe.box.com/s/lz1vgc4tdu06t7f9z7rscjr2e0b0s2h1

Please note that these documents are being produced subject to the parties' protective order.

The password for this production will be sent in a separate e-mail.

**Joanna Menillo**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 Fifth Avenue
New York, NY 10016
212-849-7050 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
joannamenillo@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.