# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

SITEONE LANDSCAPE SUPPLY, LLC,

Plaintiff,

Case No.:
2:23-CV-02084(GRB)(SIL)

-against-

NICHOLAS GIORDANO, DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEP'T CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH STREET LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; and NEWAY TRUCKING,

Defendants.

-----------------------------------------X

400 RXR Plaza
Uniondale, New York

March 4, 2026
9:19 a.m.

DEPOSITION of SITEONE LANDSCAPE SUPPLY, LLC, by ANTHONY CATALANO, the Plaintiff herein, taken by the Defendants, pursuant to Order, held at the above-mentioned time and place, before Elbia Brumit, a Notary Public of the State of New York.

LH REPORTING SERVICES, INC.
50 Glen Street, Suite 316
Glen Cove, New York 11542
(718)526-7100

A P P E A R A N C E S:

TROUTMAN PEPPER HAMILTON SANDERS, LLP
Attorneys for Plaintiff
600 Peachtree Street, NE
Atlanta, Georgia 30208
BY: EVAN GIBBS, ESQ.
File No.: n/a
E-mail: evan.gibbs@troutman.com
Phone: 404-885-3093

FARRELL FRITZ, P.C.
Co-Counsel for Plaintiff
400 RXR Plaza
Uniondale, New York 11553
BY: KEVIN MULRY, ESQ.
File No.: n/a
E-mail: kmulry@farrellfritz.com
Phone: 516-227-0700

LAW OFFICES OF THOMAS A. BIZZARO, JR., P.C.
Co-Counsel for Defendants
133C New York Avenue
Huntington, New York 11743
BY: THOMAS A. BIZZARO, JR., ESQ.
File No.: n/a
E-mail: tbizzaro@tab-law.com
Phone: 631-510-0144

ALSO PRESENT:

DON CAROLEO, via Zoom videoconference

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing, sealing and certification, and the same are, hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to the form of the question shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to by an officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

(30(b)(6) Deposition Notice was marked as Exhibit A for identification, as of this date.)

(Complaint was marked as Exhibit B for identification, as of this date.)

(Spreadsheet was marked as Exhibit C for identification, as of this date.)

(Declaration of Gerard Passaro was marked as Exhibit D for identification, as of this date.)

(Declaration of Alex Trama was marked as Exhibit E for identification, as of this date.)

(Declaration of Brian Kersnowski was marked as Exhibit F for identification, as of this date.)

(Declaration of Anthony Catalano was marked as Exhibit G for identification, as of this date.)

(Declaration of Greg Thistle

was marked as Exhibit H for identification, as of this date.)

(Declaration of Phil Sausto was marked as Exhibit I for identification, as of this date.)

(Declaration of John Hopkins was marked as Exhibit J for identification, as of this date.)

(Revenue List was marked as Exhibit K for identification, as of this date.)

A N T H O N Y C A T A L A N O, after having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

THE REPORTER: Please state your name for the record.

THE WITNESS: Anthony Catalano. That's A-N-T-H-O-N-Y, C-A-T-A-L-A-N-O.

THE REPORTER: Please state your address for the record.

THE WITNESS: [redacted]

THE REPORTER: Thank you.

EXAMINATION BY

ANTHONY CATALANO

Q. So in 20 -- January 2023?
A. Or very early February.
Q. Who hired the investigator? Was it SiteOne or SiteOne's attorneys?
A. I believe it was our attorneys.
Q. Is that the Troutman firm?
A. Yes.
Q. What is the name of the investigation company that was hired by the Troutman firm?
A. Forgive me, it's either Smith & Carson or Carson & Smith.
Q. What position or title did Phil Sausto have at the time that the ethics hotline report was filed?
A. Branch manager.
Q. Was Mr. Sausto a legacy Garden Department employee?
A. Yes.
Q. He had worked for the Caroleo family prior to SiteOne's acquisition?
A. Yes.
Q. What about Gerard Passaro, what was his title at the time?

ANTHONY CATALANO

A. I believe he was an account executive.

Q. And was Mr. Passaro also a legacy Garden Department employee?

A. He was.

Q. Did anyone ever ask either Mr. Sausto or Mr. Passaro at or around the time that they filed the ethics hotline complaints whether or not Don Caroleo was involved in any of the activities they said they witnessed?

A. Did anyone ask them if they believed Don was involved?

Q. Yes.

A. Yes.

Q. Who asked them?

A. I might have asked them myself.

Q. And what did Mr. Sausto say?

A. Yes, he believed Don was involved.

Q. Did you ask Mr. Sausto why he believed Don was involved?

A. Yes.

Q. And what did Mr. Sausto say?

A. He said that -- and I don't remember who it was, but it was either a former employee

ANTHONY CATALANO

Q. Or Nick Giordano?

A. I'm not aware of any.

Q. Okay. Perfect. Thank you.

When did Scapes -- I'm sorry.

When did SiteOne first learn that Scapes Supply had been sold by Nick Giordano to Victor Caroleo?

A. I don't know when we first learned it.

Q. Who is Kevin Peattie? And did he have any supervision or control over the two Bissett assets or the Garden Department assets?

A. During what time frame?

Q. From 2020 through 2023.

A. Kevin Peattie took over control of the Garden Department and Bissett branches shortly after Nick was separated.

Q. And when was Mr. Catalano -- what dates following Don Caroleo's termination did Mr. Catalano oversee or run the Bissett and Garden Department assets?

A. From October 20th through -- directly involved through when Kevin Peattie first took over.

C E R T I F I C A T E

STATE OF NEW YORK)

:SS

COUNTY OF NASSAU)

I, Elbia Brumit, a Notary Public within and for the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such an examination is a true record of the testimony given by such witness.

I further certify that I am not related to any of these parties to this action by blood or marriage, and that I am not in any way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand on this 6th day of March, 2026.

ELBIA BRUMIT