**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SITEONE LANDSCAPE SUPPLY, LLC,

Plaintiff,

v.

NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING,

Defendants.

Civil Action No.: 2:23-CV-02084

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Sanctions Based on Defendants' Spoliation of Evidence, the accompanying Declaration of John S. Gibbs III dated October 8, 2026, all the exhibits attached thereto, and all other pleadings and proceedings had in this action to date, Plaintiff SiteOne Landscape Supply, LLC ("SiteOne") will move this Court before the Honorable Steven I. Locke, on a date and time to be designated by the Court, in the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, for entry of an order, pursuant to Rule 37(e), of sanctions against Defendants, and granting such other and further relief as the Court deems just and proper.

Dated: October 8, 2026

TROUTMAN PEPPER LOCKE LLP

By: ______________________________
John S. Gibbs III (*pro hac vice*)
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308
Phone: (404) 885-3000
email: evan.gibbs@troutman.com

Daniel E. Gorman
Paris L. Kent
875 Third Avenue
New York, New York 10022
Phone: (212) 704-6000
email: daniel.gorman@troutman.com
email: paris.kent@troutman.com

Matthew H. Adler (*pro hac vice*)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Phone: (215) 981-4802
email: matt.adler@troutman.com

FARRELL FRITZ, P.C.

Kevin P. Mulry
400 RXR Plaza
Uniondale, NY 11556
Phone: (516) 227-0620
kmulry@farrellfritz.com

*Attorneys for Plaintiff*
*SiteOne Landscape Supply, LLC*