**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING,<br><br>Defendants. | Civil Action No.: 2:23-CV-02084<br><br>**DECLARATION OF JOHN ("EVAN") S. GIBBS III IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS BASED ON DEFENDANTS' SPOLIATION OF EVIDENCE** |

JOHN ("EVAN") S. GIBBS III, pursuant to 28 U.S.C. § 1746, declares:

1. I am an attorney with the law firm Troutman Pepper Locke LLP, attorneys of record for Plaintiff SiteOne Landscape Supply, LLC ("SiteOne"). I am fully familiar with the facts and circumstances set forth herein.

2. I submit this declaration in support of SiteOne's motion for sanctions based on Defendants' spoliation of evidence.

3. Attached hereto as Exhibit 1 is a true and correct copy of the lease agreement dated January 14, 2020 by and between Narrow Way Realty Ltd. and SiteOne, bearing Bates SITEONE_00000060–SITEONE_00000090.

4. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Defendant Victor Caroleo, held on March 13, 2025.

5. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the deposition of Defendant Victor Caroleo, held on April 24, 2025.

6. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of Defendant Victor Caroleo, held on April 20, 2026.

7. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of Defendant Dominick Caroleo, held on March 14, 2025.

8. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of Defendant Dominick Caroleo, held on April 24, 2025.

9. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of Defendant Dominick Caroleo, held on April 21, 2026.

10. Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from the deposition of Defendant Nicholas Giordano, held on April 25, 2025.

11. Attached hereto as Exhibit 9 is a true and correct copy of transcript excerpts from the deposition of Defendant Nicholas Giordano, held on March 31, 2026.

12. Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from the deposition of the corporate representative of Defendant Narrow Way Realty Ltd., held on April 13, 2026.

13. Attached hereto as Exhibit 11 is a true and correct copy of Morgan Stanley wire confirmations for Defendant Dominick Caroleo’s March 24, 2022, July 7, 2022, and January 4, 2023 transfers relating to the purchases of the properties located at 38 Yaphank Middle Island Road, Middle Island, New York 11953 and 2094 Horseblock Road, Medford, New York 11763.

14. Attached hereto as Exhibit 12 is a true and correct copy of Defendant Victor Caroleo's amended responses and objections to SiteOne's first set of interrogatories, verified on August 21, 2024.

15. Attached hereto as Exhibit 13 is a true and correct copy of the redacted Cellebrite Extraction Report from Dominick Caroleo's iPhone, created on July 26, 2023, produced to SiteOne on March 19, 2025.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Cellebrite Extraction Report from Dominick Caroleo's iPhone, created on July 26, 2023, bearing Bates NXTPT0001412–509.

17. Attached hereto as Exhibit 15 is a true and correct copy of the list of Defendants' entities produced to SiteOne on November 19, 2024.

18. Attached hereto as Exhibit 16 is a true and correct copy of an email chain between Defendant Dominick Caroleo and Dean Sadek, dated March 30, 2022, bearing Bates SITEONE_00016267–68.

19. Attached hereto as Exhibit 17 is a true and correct copy of the Department of State, Division of Corporations Entity Information for Horseblock Road LLC.

20. Attached hereto as Exhibit 18 is a true and correct copy of Department of State, Division of Corporations Entity Information for Oneway Road LLC.

21. Attached hereto as Exhibit 19 is a true and correct copy of an email chain between Defendant Dominick Caroleo, Liam Bryne, and Nicholas Felix, dated July 6, 2022, bearing Bates SITEONE_00008447–49.

22. Attached hereto as Exhibit 20 is a true and correct copy of an email chain between Defendant Dominick Caroleo, Nicholas Felix, and Lisa Guargilia, dated July 6 and July 7, 2022, bearing Bates SITEONE_00008417–21.

23. Attached hereto as Exhibit 21 is a true and correct copy of an email from Defendant Dominick Caroleo to Dean Sadek, dated July 7, 2022, bearing Bates SITEONE_00302717.

24. Attached hereto as Exhibit 22 is a true and correct copy of an email from Defendant Dominick Caroleo's email account to Dominick Thorne, dated July 15, 2023, bearing Bates DonCaroleo_000456–57.

Dated: October 8, 2026

TROUTMAN PEPPER LOCKE LLP

By: ______________________________
John ("Evan") S. Gibbs III (*pro hac vice*)
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308
Phone: (404) 885-3000
email: evan.gibbs@troutman.com

*Attorneys for Plaintiff SiteOne Landscape Supply, LLC*