# EXHIBIT 6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - -

SITEONE LANDSCAPE SUPPLY, LLC,

Plaintiff, Civil Action No.

v. 2:23-CV-2084(GRB)(SL)

NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPARTMENT CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING,

Defendants.

- - -

April 24, 2025

- - -

Videotaped deposition of DOMINIC CAROLEO, conducted at Farrell Fritz, P.C., 400 RXR Plaza, Uniondale, New York, commencing at 10:40 a.m. EDT, on the above date.

Magna Legal Services
866-624-6221
www.MagnaLS.com

Marie Foley
RMR, CRR

present state their appearances and whom they represent.

MR. GIBBS: This is Evan Gibbs here on behalf of plaintiff SiteOne Landscape Supply, LLC with the Troutman Pepper Locke law firm.

MR. MULRY: Kevin Mulry from Farrell Fritz also for plaintiff.

MR. MULE: Michael Mule from Milman Labuda, PLLC on behalf of defendants.

MR. BIZZARO: And Thomas Bizzaro for the defendants as well.

THE VIDEOGRAPHER: Would the court reporter please swear in the witness.

THE STENOGRAPHER: If I could ask you to raise your right hand, please.

Do you swear or affirm the testimony you give will be the truth, the whole truth, and nothing but the truth today?

THE WITNESS: I do.

THE STENOGRAPHER: Thank you.

- - -

DOMINIC CAROLEO, the Witness herein, having been first duly sworn by a Notary Public in and of the State of New York, was examined and testified as follows:

EXAMINATION BY
MR. GIBBS:

Q. We'll start, Mr. Caroleo, with you providing us with your full name for the record.

A. Dominic Caroleo.

Q. Are you presently taking any medications or drugs that could affect your testimony today?

A. No.

Q. Just quickly to go over the ground rules. Same as last time, if you would, try to verbalize your answers, no head nods, "uh-uh," "uh-huh." If you would, make sure that I finish my question before you start to answer so we're not talking over one another. And of course,

have -- I was on some phone calls with them with my attorneys present, but I don't -- I -- I didn't deal with them. I didn't tell them what to do. I don't remember when they were -- you know, it was a couple years ago, I think.

Q. Do you recall the purpose of engaging or hiring Nextpoint?

A. I assumed that -- I think I was explained at the time that they were a company that, you know, will sort through and organize our electronic communications for the case.

Q. In your prior deposition, you testified that you got a new phone in or around December of 2024.

Is that correct?

A. Yeah.

Q. Did you tell your lawyers that you were going to get a new phone prior to doing so?

A. It's hard to remember if I told my attorneys or if I told the Verizon -- I think I was just telling the Verizon guy

that I needed my data and everything to be ported over to the new phone that I have.

Q. Did you tell your attorneys, and this is just specifically your attorneys, did you tell your attorneys that you were going to turn in your old phone to Verizon?

A. I can't remember.

Q. Just to clarify the prior question.

Were your attorneys aware, to the best of your knowledge, that you were getting a new phone in December of 2024 prior to doing so?

A. I'm -- I'm not positive, but I feel like I did have a conversation with one of my attorneys, I don't remember who at the time, saying that I was going to now get a new phone because I was carrying a phone that was broken for a long time, and now that the phone was copied by, I think, it was Nextpoint at the time, you know, I thought it would be okay to get a new device. I remember, you know, the

glass being broken and when I swiped, I mean, I was cutting my thumb. So I carried the phone for a long time and was hoping -- the data extraction took longer than I wanted it to be, but eventually it happened, and I went out and got a new phone. I can't remember if I spoke -- who I spoke to or what I was told, but I do feel like people were aware that that was going to happen.

Q. In March 2023 when this lawsuit was filed and served, did any of your attorneys tell you at that time that you needed to preserve documents, either verbally or in writing?

A. Repeat that, I'm sorry?

Q. Sure.

Going back to March of 2023 when this lawsuit was first filed, do you recall if any of your attorneys at the time instructed you to preserve documents or evidence as part of the case?

A. I -- I can't remember that long back. I -- I -- I think I remember being

on a phone call with an attorney. I don't -- Saul. He wasn't my attorney at the time, and I think he might have made mention, it's very foggy in my brain. I don't remember who was on the call and exactly the whole context, but I thought he did mention something like that.

Q. And do you remember just approximately the time frame that discussion with Mr. Zabell would have been? Was it close in time to the filing of the lawsuit?

A. It -- I would -- I would say it was in the beginning of the lawsuit.

(Exhibit 2, email 15 Jul 2023 (redacted), Bates DonCaroleo_000456-457, was marked for identification, as of this date.)

BY MR. GIBBS:

Q. And I'm handing you now a document that was marked as Exhibit 2 to your earlier deposition, and if you would just take a moment and review this document as --

C E R T I F I C A T E

I, MARIE FOLEY, Registered Merit Reporter, Certified Realtime Reporter, and Notary Public for the State of New York, do hereby certify that prior to the commencement of the examination, DOMINIC CAROLEO, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Marie Foley
COURT REPORTER
Registered Merit Reporter
Certified Realtime Reporter
Notary Public
Dated: May 4th, 2025