# EXHIBIT 10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x
SITEONE LANDSCAPE SUPPLY, LLC,

Plaintiff,

-against- Case No.:
2:23-CV-02084-GRB-SL

NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDENDEPT. CORP., GROUP 5 ASSOCIATES,LTD., 3670 ROUTE 112 LLC, and 94TH ST. LLC,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - -x

April 13, 2026
1:26 p.m.

EXAMINATION BEFORE TRIAL of NICHOLAS GIORDANO, on behalf of the Defendant, NARROW WAY REALTY, LTD., held at 400 Garden City Plaza, Garden City, New York 11530, pursuant to Subpoena, taken before DANIELLE DEYOUNG, a Shorthand Reporter and Notary Public in and for the State of New York.

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com

MS. KENT: Paris Kent. I represent Plaintiff SiteOne Landscape Supply LLC.

MR. CARDELLO: Michael Cardello, the Court-Appointed Special Master.

MR. BIZZARO: Thomas Bizzaro for the Defendants.

THE VIDEOGRAPHER: Thank you.

Will the court reporter please swear in the witness and then Counsel, you may proceed.

N I C H O L A S G I O R D A N O, after having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. GIBBS:

Q Mr. Giordano, as we've just finished another deposition, I will refrain from going through all of the basic instructions again, but I will just say that the instructions I gave at the beginning of today still stand for this deposition.

and answered.
You can answer again.
A I'm not sure. That was a discussion between SiteOne and the other parties discussed. So you would have to ask, you know, Don, Vic and SiteOne's attorneys, whoever they were at that time, why they decided to do that.
Q Well, my question is little -- it's a little bit different.
A Okay.
Q So my question is: Who at Narrow Way Realty Limited decided that Narrow Way Realty Limited would be a landlord for purposes of this lease?
A I guess that would be Vic's decision.
Q Does Narrow Way Realty Limited have any ownership interest in any of the other parcels that are identified in the map in Exhibit B, or is it just parcel seven?
A Again, I'm having a really hard time reading this. I don't have

very good eyesight. So I can't really say -- I don't even know what I'm looking at. I know where the main parcel is, but I don't know what the rest of it is. So I can't answer that question truthfully.

Q If you go to section 6.5, it's titled "Non-Competition Covenant." If you would just take a minute to read that provision and I will have a couple of questions.

A (Perusing).

I don't understand any of it.

Q There's a section -- it's about a third or so of the way down -- it starts with "This covenant shall," and I will let you read that specific sentence and just let me know once you've had a chance to do so?

MR. CARDELLO: Could you, for the record, say what section number it was?

MR. GIBBS: Sure. I'm sorry. 6.5, it's "Non-Competition Covenant," and I will read the sentence out

loud.

MR. CARDELLO: Thank you.

MR. GIBBS: The sentence says: "This covenant shall be binding upon landlord and landlord's successors or signees or beneficiaries during the term of this lease and shall survive in the expiration or termination of this lease for a period of 12 months."

BY MR. GIBBS:

Q Do you see that sentence?

A Yeah, I see that sentence.

Q Who are Narrow Way Realty's successors?

MR. BIZZARO: Objection.

A I don't know who the successors are.

Q Who are its assigns?

MR. BIZZARO: Objection.

A I don't believe there are any.

Q And beneficiaries?

MR. BIZZARO: Same objection.

A You know, the only beneficiary

N. GIORDANO

I would know would be Victor.

Q If you go to section 24.2, it's titled "Notices."

A Wait. What was the --

Q I'm sorry, 24.2. It's on page 17.

A Okay.

Q And it says: "If to landlord," and it identifies Don Caroleo Ventures LLC. And my question is: Why were notices to be sent to Don Caroleo Ventures instead of Narrow Way Realty?

MR. BIZZARO: Objection.

A I don't know. I think he owns both of those companies.

Q And why was it designated: Attention: Don Caroleo under the address notice?

A I'm not sure.

Q And who would know that?

A Whoever wrote this lease up.

Q Does Narrow Way Realty own -- have any ownership interest in any other corporate entity at all?

N. GIORDANO

C E R T I F I C A T E

I, DANIELLE DeYOUNG, a Shorthand Reporter and Notary Public of the State of New York, do hereby certify:

That the WITNESS whose examination is hereinbefore set forth, was duly sworn, and that such examination is a true record of the testimony given by such WITNESS.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

Danielle DeYoung

DANIELLE DeYOUNG