# EXHIBIT 13

Cellebrite
www.cellebrite.com

# Extraction Report - Apple iPhone

## Summary

| | |
|---|---|
| **Cellebrite Physical Analyzer version** | 7.59.1.16 |
| **Report creation time** | 7/26/2023 3:54:45 PM -04:00 |
| **Time zone settings (UTC)** | (UTC-05:00) New_York (America) |
| **Examiner name** | SCOTT GIBBS |

## Source Extraction

| | |
|---|---|
| **Advanced Logical** | |
| Extraction start date/time | 7/18/2023 1:23:03 PM(UTC-4) |
| Extraction end date/time | 7/18/2023 2:27:03 PM(UTC-4) |
| Unit identifier | 743139955 |
| UFED version | 7.65.0.247 |
| Internal version | 7.65.0.247 |
| Selected manufacturer | Apple |
| Selected device name | A2483 iPhone 13 Pro |
| Machine name | LAB8-PC |
| Connection type | Cable No. 210 or Original Cable |
| Is encrypted | Encrypted by Physical/Logical Analyzer during the extraction process for user credentials information |
| Backup password | 1234 |
| Extraction type | Advanced Logical |
| Extraction ID | 9230B1FB-5FE0-47AD-825C-86647A8C671E |
| Extraction (UFD) file data integrity | Intact |

## Image Hash Details (1)

⚠ Hash data is available for this project.

| # | Name | Info | |
|---|---|---|---|
| 1 | **FileDump** | **Path** | Apple_A2483 iPhone 13 Pro.zip |
| | | **Size (bytes)** | 54803976976 |
| | | **SHA256** | A2B62E1D51ED5DA2069E87C5609445636CB73047BB8546103AE7D2C8AD614693 |

## Plugins

| # | Name | Author | Version |
|---|---|---|---|
| 1 | **PreProject** | Cellebrite | 2.0 |
| 2 | **iPhone Backup Parser**<br>Parses all iPhone Backup/Logical/FS dumps, including decryption and/or FileSystem creation when necessary | Cellebrite | 2.0 |
| 3 | **ContactsCrossReference**<br>Cross references the phone numbers in a device's contacts with the numbers in SMS messages and Calls. Will fill in the Name field of calls and SMS if there's a match. | Cellebrite | 2.0 |
| 4 | **ProjectProcessorFinisher** | Cellebrite | 2.0 |
| 5 | **PostProject** | Cellebrite | 2.0 |

## Contents

| Type | Included in report | Total |
|---|---|---|
| Chats | 39 | 39 |
| Native Messages | 36 | 349 |
| [redacted]3532 | 2 | 80 |
| doncaroleo5484@gmail.com | 11 | 53 |
| stang5484@aol.com | 4 | 53 |
| Recents | 1 | 305 |
| WhatsApp | 2 | 104 |
| [redacted]3532@s.whatsapp.net | 2 | 104 |
| Instant Messages | 2 | 2 |
| Tags | 41 | 59 |

REDACTED
(PAGES 2-98)