# EXHIBIT 14

# FILED UNDER SEAL