# EXHIBIT 16

**From:** Sadek, Dean [Dean.Sadek@morganstanley.com]
**Sent:** 3/30/2022 9:47:30 AM
**To:** Don Caroleo [doncaroleo@gardendept.com]
**Subject:** RE: Dean

Free at 10?

**Dean N. Sadek** | **Executive Director**
Sr. Ultra High Net Worth Specialist

Morgan Stanley Private Bank, N.A.
1585 Broadway
New York, NY 10036
NMLS# 801958

Office: (212) 761-9900
Cell: [redacted]0365
E-Fax: (610) 260-8236
Email: Dean.Sadek@morganstanley.com

**Important Notice to Recipients:**
It is important that you do not use e-mail to request, authorize or effect the purchase or sale of any security or commodity, to send fund transfer instructions, or to effect any other transactions. Any such request, orders or instructions that you send will not be accepted and will not be processed by Morgan Stanley Private Bank, N.A.

The sender of this e-mail is an employee of Morgan Stanley Private Bank, N.A. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Erroneous transmission is not intended to waive confidentiality or privilege. Morgan Stanley Private Bank, N.A. reserves the right, to the extent permitted under applicable law, to monitor electronic communications. By e-mailing with Morgan Stanley Private Bank, N.A., you consent to the foregoing.

---

**From:** Don Caroleo <doncaroleo@gardendept.com>
**Sent:** Wednesday, March 30, 2022 7:43 AM
**To:** Sadek, Dean (UHNW SALES) <Dean.Sadek@morganstanley.com>
**Subject:** Dean

I'm buying a property that I'm going to set my business up again in 2.5 years from now. I have made a 165k payment recently at contract using liquidity line.

We should make this a interest only for next couple years until I start making money there.

Let's discuss

--
Sincerely,

Don Caroleo

President

The Garden Dept. Corporation
Wholesale Nurseries

Headquarters & Main Location

3672 Route 112
Coram N.Y. 11727
Phone 631-736-DEPT (3378)
Fax 631-698-0404

Dix Hills Distribution Center

650 Deer Park Ave.
Dix Hills N.Y. 11746
Phone 631-242-DEPT (3378)
Fax 631-667-3378

Speonk - Hamptons Distribution Center

166 Old Country Road.
Speonk N.Y. 11941
Phone 631-325-DEPT (3378)
Fax 631-325-1111

http://www.gardendept.com/

This email is intended only for the use of the addressee named herein and may contain LEGALLY PRIVILEGED AND COPYWRITED INFORMATION from The Garden Dept. Corporation If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us by telephone and return the original email to us at the above via the appropriate postal service. We will reimburse any costs you incur in notifying us and returning this email to us.

---

To view Morgan Stanley's Client Relationship Summary and other important disclosures about our accounts and services, please visit www.morganstanley.com/disclosures/account-disclosures