# EXHIBIT 19

**From**: Byrne, Liam [Liam.Byrne@morganstanleypwm.com]
**Sent**: 7/6/2022 3:16:29 PM
**To**: Felix, Nicholas [Nicholas.Felix@peoples.com]
**CC**: Don Caroleo [doncaroleo@gardendept.com]; teamnorman [teamnorman@morganstanleypwm.com]
**Subject**: RE: Team

Nick,

Confirming receipt. Thank you for sending!

Liam

Liam Byrne, PWM Wealth Management Associate
**Morgan Stanley Private Wealth Management**
1585 Broadway, 21st Floor | New York, NY 10036
Phone: +1 212 761-6457
Mobile: [redacted]4836
Liam.Byrne@morganstanleypwm.com
Team Email: teampfeifler@morganstanley.com

**From:** Felix, Nicholas <Nicholas.Felix@peoples.com>
**Sent:** Wednesday, July 06, 2022 3:14 PM
**To:** Don Caroleo <doncaroleo@gardendept.com>; teamnorman <teamnorman@morganstanleypwm.com>
**Subject:** RE: Team

Liam:

Responded to secure message please confirm receipt?

*Nick Felix*
Peoples United, a division of M&T Bank
Medford Market | Vice President - Market Manager
2801 Route 112 Suite B | Medford, NY 11763
631.758.1500 **(F)** 844.300.4113 **(C)** [redacted]7678
Nicholas.felix@peoples.com | www.peoples.com
NMLS #660886

**From:** Don Caroleo <doncaroleo@gardendept.com>
**Sent:** Wednesday, July 6, 2022 2:40 PM
**To:** teamnorman <teamnorman@morganstanleypwm.com>
**Cc:** Felix, Nicholas <Nicholas.Felix@peoples.com>
**Subject:** Team

**This Message Is From an External Sender**
This message came from outside your organization.

Liam - please e-meet Nick from my local bank.

Nick please provide wire instructions for oneway road llc for Liam.

--

Sincerely,

Don Caroleo

President

The Garden Dept. Corporation
Wholesale Nurseries

Headquarters & Main Location

3672 Route 112
Coram N.Y. 11727
Phone 631-736-DEPT (3378)
Fax 631-698-0404

Dix Hills Distribution Center

650 Deer Park Ave.
Dix Hills N.Y. 11746
Phone 631-242-DEPT (3378)
Fax 631-667-3378

Speonk - Hamptons Distribution Center

166 Old Country Road.
Speonk N.Y. 11941
Phone 631-325-DEPT (3378)
Fax 631-325-1111

http://www.gardendept.com/

This email is intended only for the use of the addressee named herein and may contain LEGALLY PRIVILEGED AND COPYWRITED INFORMATION from The Garden Dept. Corporation If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us by telephone and return the original email to us at the above via the appropriate postal service. We will reimburse any costs you incur in notifying us and returning this email to us.

---

The security, delivery, and timeliness of delivery of electronic mail sent over the Internet is not guaranteed. Most electronic mail is not secured. Do not send us confidential information like social security numbers, account numbers, or driver's license numbers by electronic mail.

The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential, proprietary, and/or privileged material. Any review, re-transmission, dissemination, or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this e-mail in error, please contact the sender and delete the material from the computer.

---

If you would like to unsubscribe from marketing e-mails from Morgan Stanley Wealth Management, you may do so here . Please note, you will still receive service e-mails from Morgan Stanley Wealth Management.

You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge https://www.morganstanley.com/privacy-pledge for more information about your rights.

To view Morgan Stanley's Client Relationship Summary and other important disclosures about our accounts and services, please visit www.morganstanley.com/disclosures/account-disclosures