# EXHIBIT 20

**From**: Guariglia, Lisa [Lisa.Guariglia@peoples.com]
**Sent**: 7/7/2022 1:12:48 PM
**To**: Don Caroleo [doncaroleo@gardendept.com]; Felix, Nicholas [Nicholas.Felix@peoples.com]
**Subject**: RE: Nick - very important

Transfer complete.
Let me know if you need me to do anything else today.
Regards,
Lisa

**From:** Don Caroleo <doncaroleo@gardendept.com>
**Sent:** Wednesday, July 6, 2022 5:30 PM
**To:** Felix, Nicholas <Nicholas.Felix@peoples.com>
**Cc:** Guariglia, Lisa <Lisa.Guariglia@peoples.com>
**Subject:** Re: Nick - very important

**This Message Is From an External Sender**
This message came from outside your organization.

Prob like 3 or 4

On Wednesday, July 6, 2022, Felix, Nicholas <Nicholas.Felix@peoples.com> wrote:

> Ok,
>
> How many checks are you going to need?
>
> Remember Horseblock Road has Dad only as signer. Dad will need to come in to sign or have him sign a few withdrawal tickets and bring with you. He should sign one withdrawal ticket per check.
>
> Let me know if you have questions?
>
> *Nick Felix*
> Peoples United, a division of M&T Bank
> Medford Market | Vice President - Market Manager
> 2801 Route 112 Suite B | Medford, NY 11763
> 631.758.1500 **(F)** 844.300.4113 **(C)** [redacted]7678
> Nicholas.felix@peoples.com | www.peoples.com
> NMLS #660886

**From:** Don Caroleo <doncaroleo@gardendept.com>
**Sent:** Wednesday, July 6, 2022 4:05 PM
**To:** Felix, Nicholas <Nicholas.Felix@peoples.com>
**Cc:** Guariglia, Lisa <Lisa.Guariglia@peoples.com>
**Subject:** Re: Nick - very important

**This Message Is From an External Sender**

This message came from outside your organization.

Tomorrow once wire received I want to send that money to Horseblock llc.

Then I will come in to get back checks from that account - waiting on that list of people

On Wednesday, July 6, 2022, Felix, Nicholas <Nicholas.Felix@peoples.com> wrote:

> OK no problem.
>
> I will be out of the office tomorrow and Friday. I will leave the starter checks with Branch Manager Lisa Guariglia. I included her on this email.
>
> She is aware of the need to transfer funds via bank check later this week for the purchase we discussed.
>
> Let me know if you have questions?
>
> *Nick Felix*
> Peoples United, a division of M&T Bank
> Medford Market | Vice President - Market Manager
> 2801 Route 112 Suite B | Medford, NY 11763
> 631.758.1500 **(F)** 844.300.4113 **(C)** [redacted]7678
> Nicholas.felix@peoples.com | www.peoples.com
> NMLS #660886

**From:** Don Caroleo <doncaroleo@gardendept.com>
**Sent:** Wednesday, July 6, 2022 3:54 PM
**To:** Felix, Nicholas <Nicholas.Felix@peoples.com>
**Subject:** Re: Nick - very important

**This Message Is From an External Sender**

This message came from outside your organization.

Let

Me get back to u tomorrow on just I'll be in

On Wednesday, July 6, 2022, Felix, Nicholas <Nicholas.Felix@peoples.com> wrote:

> Don:
>
> 1. I have two starter checks for each account. Do you want me to hold them in the branch until you come in on Friday for the bank check?
>
> 2. Did you want us to order checks for each account or leave that up to Terri?
>
> *Nick Felix*
> Peoples United, a division of M&T Bank
> Medford Market | Vice President - Market Manager
> 2801 Route 112 Suite B | Medford, NY 11763
> 631.758.1500 **(F)** 844.300.4113 **(C)** [redacted]7678
> Nicholas.felix@peoples.com | www.peoples.com
> NMLS #660886

The security, delivery, and timeliness of delivery of electronic mail sent over the Internet is not guaranteed. Most electronic mail is not secured. Do not send us confidential information like social security numbers, account numbers, or driver's license numbers by electronic mail.

The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential, proprietary, and/or privileged

material. Any review, re-transmission, dissemination, or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this e-mail in error, please contact the sender and delete the material from the computer.

--
Sincerely,

Don Caroleo

President

The Garden Dept. Corporation
Wholesale Nurseries

Headquarters & Main Location

3672 Route 112
Coram N.Y. 11727
Phone 631-736-DEPT (3378)
Fax 631-698-0404

Dix Hills Distribution Center

650 Deer Park Ave.
Dix Hills N.Y. 11746
Phone 631-242-DEPT (3378)
Fax 631-667-3378

Speonk - Hamptons Distribution Center

166 Old Country Road.
Speonk N.Y. 11941
Phone 631-325-DEPT (3378)
Fax 631-325-1111

http://www.gardendept.com/

This email is intended only for the use of the addressee named herein and may contain LEGALLY PRIVILEGED AND COPYWRITED INFORMATION from The Garden Dept. Corporation If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us by telephone and return the original email to us at the above via the appropriate postal service. We will reimburse any costs you incur in notifying us and returning this email to us.

--
Sincerely,

Don Caroleo

President

The Garden Dept. Corporation
Wholesale Nurseries

Headquarters & Main Location

3672 Route 112
Coram N.Y. 11727
Phone 631-736-DEPT (3378)
Fax 631-698-0404

Dix Hills Distribution Center

650 Deer Park Ave.
Dix Hills N.Y. 11746
Phone 631-242-DEPT (3378)
Fax 631-667-3378

Speonk - Hamptons Distribution Center

166 Old Country Road.
Speonk N.Y. 11941
Phone 631-325-DEPT (3378)
Fax 631-325-1111

http://www.gardendept.com/

This email is intended only for the use of the addressee named herein and may contain LEGALLY PRIVILEGED AND COPYWRITED INFORMATION from The Garden Dept. Corporation If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us by telephone and return the original email to us at the above via the appropriate postal service. We will reimburse any costs you incur in notifying us and returning this email to us.