# EXHIBIT 21

**From:** Don Caroleo [doncaroleo@gardendept.com]
**Sent:** 7/7/2022 6:58:15 PM
**To:** Sadek, Dean [Dean.Sadek@morganstanley.com]
**Subject:** Dean

Not sure you got my text but want to hook up with you regarding my new purchase.

--
Sincerely,

Don Caroleo

President

The Garden Dept. Corporation
Wholesale Nurseries

Headquarters & Main Location

3672 Route 112
Coram N.Y. 11727
Phone 631-736-DEPT (3378)
Fax 631-698-0404

Dix Hills Distribution Center

650 Deer Park Ave.
Dix Hills N.Y. 11746
Phone 631-242-DEPT (3378)
Fax 631-667-3378

Speonk - Hamptons Distribution Center

166 Old Country Road.
Speonk N.Y. 11941
Phone 631-325-DEPT (3378)
Fax 631-325-1111

http://www.gardendept.com/

This email is intended only for the use of the addressee named herein and may contain LEGALLY PRIVILEGED AND COPYWRITED INFORMATION from The Garden Dept. Corporation If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us by telephone and return the original email to us at the above via the appropriate postal service. We will reimburse any costs you incur in notifying us and returning this email to us.