# EXHIBIT 22

**From:** Don Caroleo <doncaroleo5484@gmail.com>
**Sent:** Sat, 15 Jul 2023 09:44:31 -0400
**To:** DominickS.Thorne@suffolkcountyny.gov, VICTOR CAROLEO <Victorcaroleo@aol.com>
**Subject:** From : Victor Caroleo

---

Dear Mr. Thorne

I wanted to give you some color regarding the property I bought at 38 Yaphank Middle Island Road in Middle Island.

On or about January 15, 2023 I Vic Caroleo took possession of this property under a LLC Narroway 2.

Previous owner had cleared property to set it up for selling but left a quarter acre or a little more. Ariels pictures show more than this but they are not up to date by the actual minute.

We cleared the rest of the property and remediated the property that the town allowed the previous owner to use the property for his own dumping ground for all sorts of garbage. To be clear we removed between 300-500 yards of garbage which was a tremendous cost. Again the town allowed this garbage dumping to occur for many years.

We were ticketed for clearing trees, and operating on what the town calls a protected wetland in the very back portion. The town alleges there's a river that runs behind our property but the closest river is over 2 miles away. In fact the same property they are so concerned to preserve this so called wetland area back portion they recently allowed the county to pipe a road run off pipe system under my property into this protected area. Keep in mind this water is black and filled with road and non environmentally sound substances.

The town acted aggressively and filed a TRO in court, and the courts granted a TRO on any items that "require a permit." We have come back to the property once after, and did minor things that do not require a permit. The town attorney heard of this, and now has decided to punish us by not wanting to settle this situation. At this point we just want to sell this property. We have dumped lots of money into the site, and have given the community, and town a property back that is substantially in better shape than it was.

We feel our position in the court system is favorable, but for timing purposes we are willing to settle with Anette in the town reasonably and be on our merry way.

Please let me know if you need any more info.

My cell is [redacted]-3532

Thank you,

Vic Caroleo

--

Regards,

Don Caroleo-

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.