# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - -

SITEONE LANDSCAPE SUPPLY, LLC,
Plaintiff,

Civil Action No. 2:23-CV-2084(GRB)(SL)

v.

NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPARTMENT CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING,
Defendants.

- - -

March 14, 2025

- - -

Videotaped deposition of DOMINICK CAROLEO, conducted at 400 RXR Plaza, Uniondale, New York, commencing at 10:00 a.m. EDT, on the above date.

Magna Legal Services
866-624-6221
www.MagnaLS.com

Marie Foley

APPEARANCES:

ON BEHALF OF PLAINTIFF:

TROUTMAN PEPPER HAMILTON SANDERS, LLP
BY: EVAN GIBBS, ESQUIRE
600 Peachtree Street, NE
Suite 3000
Atlanta, Georgia 30308
PHONE: 470.885.3093
EMAIL: evan.gibbs@troutman.com

-and-

FARRELL FRITZ, P.C.
BY: KEVIN P. MULRY, ESQUIRE
400 RXR Plaza
Uniondale, New York 11556
PHONE: 516.227.0620
EMAIL: kmulry@farrellfritz.com

A. I -- yes, it was.

Q. And how was it searched? Did you give someone access to the account? Did you search it personally?

I guess how was the search performed?

A. I gave -- I -- I don't want to -- I don't know if I should talk on what happen --

MR. LABUDA: You can't disclose any attorney/client privileged communications.

A. But it was given to my attorneys.

Q. Access was given --

A. Access.

Q. -- to your attorneys?

A. Yeah.

Q. Since this lawsuit was filed in March 2023, have you deleted any emails from the Gmail account since that day?

A. No.

Q. Have you ever communicated with Nick Giordano using your Gmail account?