# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x
SITEONE LANDSCAPE SUPPLY, LLC,

Plaintiff,

-against-

Case No.:
2:23-CV-02084-GRB-SL

NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDENDEPT. CORP., GROUP 5 ASSOCIATES,LTD., 3670 ROUTE 112 LLC, and 94TH ST. LLC,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - -x

April 20, 2026
8:49 a.m.

EXAMINATION BEFORE TRIAL of VICTOR CAROLEO, the Defendant herein, held at 400 Garden City Plaza, Garden City, New York 11530, pursuant to Subpoena, taken before DANIELLE DEYOUNG, a Shorthand Reporter and Notary Public in and for the State of New York.

A P P E A R A N C E S:

TROUTMAN PEPPER LOCKE LLP
Attorneys for Plaintiff
875 3rd Avenue
New York, New York 10022

BY: EVAN GIBBS, ESQ.
DANIEL GORMAN, ESQ.

LAW OFFICES OF THOMAS A. BIZZARO, JR, PC
Attorneys for Defendants
23 Green Street, Suite 309
Huntington, New York 11743

BY: THOMAS A. BIZZARO, JR., ESQ.

KASOWITZ LLP
Attorneys for Defendants
1633 Broadway
New York, New York 10019

BY: KEVIN CYRULNIK, ESQ.

MORITT HOCK & HAMORFF LLP
Court-Appointed Special Master
400 Garden City Plaza
Garden City, New York 11530

BY: MICHAEL CARDELLO III, ESQ.

ALSO PRESENT:
NICHOLAS GIORDANO, Defendant
ALEJANDRO GOMEZ, Videographer, Magna

V. CAROLEO

A I don't recall that, telling you that.

Q Were you still having [redacted] as of today?

A Yes.

Q Have you received any specific diagnoses from any physician related to your condition?

A As I understood, the [redacted]

Q When did you receive that diagnosis for the first time?

MR. CYRULNIK: Object to the form.

A I don't recall.

Q What physician was it that diagnosed you?

A [redacted]

Q Was it [redacted]? Is that the last name?

A Spell it.

Q [redacted]

A Yes.

Q Your attorney mentioned a

V. CAROLEO

THE WITNESS: Okay.

So this says "Why me?"

Again, I think I'm asking Donnie saying -- I'm asking Donnie: Write the letter for me. And he's saying to me back: Why me? I mean, was there another part of this?

BY MR. GIBBS:

Q Yeah, the next one appears to be from you to him, and it says: "I don't know shit."

A I don't know how to write. I don't know how to write.

Q Okay.

A I'm poor -- poor grammar.

Q If you go a few more pages to page 37, down at the bottom of page 37 -- page number 37.

A Got it.

Q So there's a text at the bottom that says "Calls only," from Don to you. Do you see that?

A "Calls only." Yeah.

Q Do you --

V. CAROLEO

How did you interpret that message?

MR. CYRULNIK: Object to the form, calls for speculation.

Go ahead.

A Dad, stop texting me, I don't understand a damn thing you're writing, call me.

Q Did you ever discuss with your son that you shouldn't be putting things in writing because the litigation with SiteOne was ongoing?

MR. CYRULNIK: Object to the form.

A He never said anything like that to me.

Q Did you ever have a similar discussion as I've described with Mr. Giordano about not putting things in writing?

MR. CYRULNIK: Object to the form.

A No. I never had a conversation with Nick about that.