# EXHIBIT D

# FILED UNDER SEAL