# EXHIBIT E

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

\- - -

SITEONE LANDSCAPE SUPPLY, LLC,

Plaintiff, Civil Action No.

v. 2:23-CV-2084(GRB)(SL)

NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPARTMENT CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING,

Defendants.

\- - -

April 25, 2025

Videotaped deposition of NICHOLAS GIORDANO, conducted at Farrell Fritz, P.C., 400 RXR Plaza, Uniondale, New York, commencing at 10:00 a.m. EDT, on the above date.

Magna Legal Services
866-624-6221
www.MagnaLS.com

Marie Foley
RMR, CRR

APPEARANCES:

ON BEHALF OF PLAINTIFF:

TROUTMAN PEPPER HAMILTON SANDERS, LLP
BY: EVAN GIBBS, ESQUIRE
600 Peachtree Street, NE
Suite 3000
Atlanta, Georgia 30308
PHONE: 470.885.3093
EMAIL: evan.gibbs@troutman.com

-and-

FARRELL FRITZ, P.C.
BY: KEVIN P. MULRY, ESQUIRE
400 RXR Plaza
Uniondale, New York 11556
PHONE: 516.227.0620
EMAIL: kmulry@farrellfritz.com

Q. Do you recall who asked for the meeting?
A. I did.
Q. What was the -- what was the purpose of the meeting?
A. To go over the spring season, what their expectations were.
Q. Who had you requested for that meeting?
A. Anthony Catalano.
Q. What was -- what was Anthony's role with respect to your employment at SiteOne? Was he your direct supervisor?
A. Yes, direct supervisor.
Q. What about Greg Thistle, what was his role?
A. I believe he was VP of the east division.
Q. And what about Joe Ketter?
A. Head of HR.
Q. I want to talk now a little more about your current phone, the one that you got on February 20th of 2023.
Was -- I guess it sounds like,