# EXHIBIT F

**Camilo Rivera**

**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Sent:** Wednesday, October 14, 2026 3:53 PM
**To:** Joanna Menillo
**Subject:** FW: TNU0030 | Project connect

**[EXTERNAL EMAIL from tbizzaro@tab-law.com]**

---

**Thomas A. Bizzaro, Jr., Esq.**

TAB
LAW OFFICES OF
THOMAS A. BIZZARO, JR., P.C.

**Law Offices of Thomas A. Bizzaro, Jr., P.C.**
23 Green Street, Suite 309
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (631) 987-4135
tbizzaro@tab-law.com
www.TAB-LAW.com

---

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Date:** Wednesday, May 14, 2025 at 10:08 PM
**To:** Michael Mule <MichaelMule@mllaborlaw.com>
**Cc:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>; James Orioli <James@mllaborlaw.com>; Hope Devito <hdevito@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; Thomas A. Bizzaro, III <paralegal@tab-law.com>; Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Subject:** RE: TNU0030 | Project connect

Mike –

These temporal limitations are fine as they are aligned with what was discussed at our hearings with the Court on these matters. We are also agreeable to May 23, 2025 being the date by which the Relevant

Communications (as defined in the protocol) will be identified to Epiq pursuant to Sections 5(ii)-(iii) of the protocol based on Tom's earlier email. Please confirm with us once you've made that identification to Epiq.

Given our agreement on these issues, we can cancel our call for tomorrow.

Thank you.

**J. Evan Gibbs**
**Partner**
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Wednesday, May 14, 2025 2:43 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Cc:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>; James Orioli <James@mllaborlaw.com>; Hope Devito <hdevito@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; Thomas A. Bizzaro, III <paralegal@tab-law.com>; Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Subject:** RE: TNU0030 | Project connect
**Importance:** High

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

We are communicating with Epiq to make sure that we understand how the documents are organized so that we review all documents that Epiq has in conformity with the Court's Order.

Consistent with our position as previously expressed, we propose the following time limitations to expedite our review:

as to communications between Nick and Vic, we propose limiting the time frame from October 19, 2022 through April 5, 2023 – as Scapes Supply was formed on April 6, 2023 and was competing, we contend, as of right, from then, and

as to communications between Don on the one hand and Nick or Vic on the other hand, we propose limiting the time frame from October 19, 2022 through January 14, 2025 when the last of restrictive covenants, signed by Don personally, expired.

Please confirm that this is acceptable. Otherwise, we will make the appropriate application to the Court.

Michael C. Mulè, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michaelmule@mllaborlaw.com
516 303-1442 office

516 328-0082 fax

Note: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

---

**From:** Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Sent:** Wednesday, May 14, 2025 12:57 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Michael Mule <MichaelMule@mllaborlaw.com>
**Cc:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>; James Orioli <James@mllaborlaw.com>; Hope Devito <hdevito@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; Thomas A. Bizzaro, III <paralegal@tab-law.com>
**Subject:** Re: TNU0030 | Project connect

Evan – see my prior email. thx

**Thomas A. Bizzaro, Jr., Esq.**

TAB
LAW OFFICES OF
THOMAS A. BIZZARO, JR., P.C.

Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
**tbizzaro@tab-law.com**
**www.TAB-LAW.com**

---

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Date:** Wednesday, May 14, 2025 at 12:41 PM
**To:** Michael Mule <MichaelMule@mllaborlaw.com>, Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com>
**Cc:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>, Adler, Matt <Matt.Adler@troutman.com>, Kent, Paris L. <Paris.Kent@troutman.com>, James Orioli <James@mllaborlaw.com>, Hope Devito <hdevito@mllaborlaw.com>, Joseph Labuda <joe@mllaborlaw.com>
**Subject:** RE: TNU0030 | Project connect

Thanks, Mike. Let's plan to speak at 2:00 Thursday afternoon. I'll send an invitation.

**J. Evan Gibbs**
**Partner**

**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Wednesday, May 14, 2025 12:37 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; tbizzaro@tab-law.com
**Cc:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>; Michael Mule <MichaelMule@mllaborlaw.com>; James Orioli <James@mllaborlaw.com>; Hope Devito <hdevito@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>
**Subject:** RE: TNU0030 | Project connect

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Thanks Evan. We just access the records yesterday. The records were not accessible on Friday. Nevertheless, can we confer on Thursday afternoon (except 4:30-5:30), or Friday at 12 p.m. or 1 p.m.? I believe we'll be able to give a timeline at that point.

Michael C. Mulè, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michaelmule@mllaborlaw.com
516 303-1442 office
516 328-0082 fax

Note: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

---

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Sent:** Wednesday, May 14, 2025 12:31 PM
**To:** Michael Mule <MichaelMule@mllaborlaw.com>; tbizzaro@tab-law.com
**Cc:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>
**Subject:** RE: TNU0030 | Project connect

***Dropping Epiq***

Mike and Tom –

Please let us know Defendants' proposal as to a timeline for Defendants' review of the text message data pulled by Epiq. Pursuant to Section 5(ii) of the protocol, the parties are required to confer within seven days of Defendants' receiving access to the materials, which occurred on May 9—giving us until this Friday, May 16 to confer and agree on a schedule. If we are not able to agree, we must submit letters to the Court on Monday, May 19 addressing the issue.

Thank you.

**J. Evan Gibbs**
**Partner**
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Friday, May 9, 2025 5:14 PM
**To:** Salamoddin, Mohamad <Mohamad.Salamoddin@epiqglobal.com>; Krasner, Michael <MKrasner@epiqglobal.com>; Das, Aarkaja <Aarkaja.Das@epiqglobal.com>; tbizzaro@tab-law.com; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>; Kent, Paris L. <Paris.Kent@troutman.com>; DL-TNU0030 <TNU0030@epiqglobal.com>; M, Vijay kumar <Vijaykumar.M@epiqglobal.com>
**Cc:** Farrell, Jessica <JFarrell@epiqglobal.com>; Michael Mule <MichaelMule@mllaborlaw.com>
**Subject:** RE: TNU0030 | Project connect
**Importance:** High

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

I do not have a password, and therefore, I have no access. **I REMIND EPIQ THAT, UNDER THE PROTOCOL, ACCESS IS ONLY TO BE PROVIDED TO ME AND CO-COUNSEL TOM BIZZARO.**

Thomas A. Bizzaro, Jr.: tbizzaro@tab-law.com
Michael C. Mulè: michaelmule@mllaborlaw.com

IF ANY ELSE HAS ACCESS AT THIS POINT, THEY MUST IMMEDIATELY HAVE SUCH ACCESS TERMINATED, AND ALL LINKS FOR ACCESS MUST BE DELETED.

Thank you.

Michael C. Mulè, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michaelmule@mllaborlaw.com
516 303-1442 office
516 328-0082 fax

Note: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

**From:** Salamoddin, Mohamad <Mohamad.Salamoddin@epiqglobal.com>
**Sent:** Friday, May 9, 2025 4:43 PM
**To:** Krasner, Michael <MKrasner@epiqglobal.com>; Michael Mule <MichaelMule@mllaborlaw.com>; Das, Aarkaja <Aarkaja.Das@epiqglobal.com>; tbizzaro@tab-law.com; Evan.Gibbs@troutman.com; Daniel.Gorman@troutman.com; Matt.Adler@troutman.com; Paris.Kent@troutman.com; DL-TNU0030 <TNU0030@epiqglobal.com>; M, Vijay kumar <Vijaykumar.M@epiqglobal.com>
**Cc:** Farrell, Jessica <JFarrell@epiqglobal.com>
**Subject:** Re: TNU0030 | Project connect

Hello Team,

The Caroleo, Don MCA documents have completed processing and are now in the hosted database for review. Please see the summary below:

| | |
|---|---|
| Media ID: | M-1246393 |
| Epiq Request #: | **WR-4503482** |
| Custodians: | Caroleo, Don |
| Total Documents w/ Att: | 324 |
| Documents Deduped | - |
| Total Moved to Host: | 324 |
| Total Exceptions (if applicable): | - |
| Folder Location: | TNU0030 TPL SiteOne vs Giordano\Caroleo, Don |
| Delivery Saved Search: | |

Additionally, based on the "Cel - DateTimeSent" field, we have created separate saved searches to filter documents by date range. Please find the details below.

| Saved Search Name | Doc Count | Search Link |
|---|---|---|
| MCA DATA - 2021 | 16 | https://relativity.epiqsystems.com/Relativity/go?id=19344170-1928862 |
| MCA DATA - 2023 | 257 | https://relativity.epiqsystems.com/Relativity/go?id=19344170-1928863 |
| MCA DATA - No Dates | 51 | https://relativity.epiqsystems.com/Relativity/go?id=19344170-1928864 |

We have set up workspace access for Thomas and Michael. Our support team will be sending their credentials in a separate email directly to the users.

At present, we are processing the additional RSMF data and will notify as soon as the documents are available in the workspace.

Please let us know if you need any further information or assistance.

epiq
**Mohamad Salamoddin** (he/him)
Client Services Project Manager | Legal Solutions
9949207292
+1 212-313-9346
Mohamad.Salamoddin@epiqglobal.com

www.epiqglobal.com

Microsoft Compliance Partner of the Year 2022 Finalist 2023 Winner 2024 Finalist

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged, or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all co the original communication to include any copy that may reside in your sent box.

---

**From:** Salamoddin, Mohamad <Mohamad.Salamoddin@epiqglobal.com>
**Sent:** Saturday, May 10, 2025 1:02 AM
**To:** Krasner, Michael <MKrasner@epiqglobal.com>; Michael Mule <MichaelMule@mllaborlaw.com>; Das, Aarkaja <Aarkaja.Das@epiqglobal.com>; tbizzaro@tab-law.com <tbizzaro@tab-law.com>; Paroff, Esq., Jason <jparoff@epiqglobal.com>; Evan.Gibbs@troutman.com <Evan.Gibbs@troutman.com>; Daniel.Gorman@troutman.com <Daniel.Gorman@troutman.com>; Matt.Adler@troutman.com <Matt.Adler@troutman.com>; Paris.Kent@troutman.com <Paris.Kent@troutman.com>; DL-TNU0030 <TNU0030@epiqglobal.com>; M, Vijay kumar <Vijaykumar.M@epiqglobal.com>
**Cc:** Farrell, Jessica <JFarrell@epiqglobal.com>
**Subject:** Re: TNU0030 | Project connect

Thank you, Micheal!

epiq

**Mohamad Salamoddin** (he/him)
Client Services Project Manager | Legal Solutions
9949207292
+1 212-313-9346
Mohamad.Salamoddin@epiqglobal.com
www.epiqglobal.com

Microsoft Compliance Partner of the Year 2022 Finalist 2023 Winner 2024 Finalist

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged, or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all co the original communication to include any copy that may reside in your sent box.

---

**From:** Krasner, Michael <MKrasner@epiqglobal.com>
**Sent:** Saturday, May 10, 2025 12:50 AM
**To:** Salamoddin, Mohamad <Mohamad.Salamoddin@epiqglobal.com>; Michael Mule <MichaelMule@mllaborlaw.com>; Das, Aarkaja <Aarkaja.Das@epiqglobal.com>; tbizzaro@tab-law.com <tbizzaro@tab-law.com>; Paroff, Esq., Jason <jparoff@epiqglobal.com>; Evan.Gibbs@troutman.com <Evan.Gibbs@troutman.com>; Daniel.Gorman@troutman.com <Daniel.Gorman@troutman.com>; Matt.Adler@troutman.com <Matt.Adler@troutman.com>; Paris.Kent@troutman.com <Paris.Kent@troutman.com>; DL-TNU0030 <TNU0030@epiqglobal.com>; M, Vijay kumar <Vijaykumar.M@epiqglobal.com>
**Cc:** Farrell, Jessica <JFarrell@epiqglobal.com>
**Subject:** RE: TNU0030 | Project connect

Mohamad,

As discussed on the call, Thomas and Michael will need access to Relativity.

Thomas A. Bizzaro, Jr.: tbizzaro@tab-law.com
Michael C. Mulè: michaelmule@mllaborlaw.com

Thank you as always.

Cheers,
Michael

**Michael Krasner**
Senior Account Director | Legal Solutions
**www.epiqglobal.com**

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unaut
use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the orig
communication to include any copy that may reside in your sent box.

---

**From:** Salamoddin, Mohamad <Mohamad.Salamoddin@epiqglobal.com>
**Sent:** Friday, May 9, 2025 3:18 PM
**To:** Michael Mule <MichaelMule@mllaborlaw.com>; Das, Aarkaja <Aarkaja.Das@epiqglobal.com>; tbizzaro@tab-law.com; Paroff, Esq., Jason <jparoff@epiqglobal.com>; Evan.Gibbs@troutman.com; Daniel.Gorman@troutman.com; Matt.Adler@troutman.com; Paris.Kent@troutman.com; DL-TNU0030 <TNU0030@epiqglobal.com>; M, Vijay kumar <Vijaykumar.M@epiqglobal.com>
**Cc:** Farrell, Jessica <JFarrell@epiqglobal.com>
**Subject:** Re: TNU0030 | Project connect

Hello Evan,

Thank you for your time today explaining the case and the goals for the data set. We have included below a summary of the topics we discussed on today's call as well as some helpful links to help guide you while we assist with this project.

**Epiq Support:**

- **Epiq Project Management Team:**

**Contact Email: TNU0300<TNU0030@epiqglobal.com>**

▪ Project Manager: "Salamoddin, Mohamad"Mohamad.Salamoddin@epiqglobal.com

▪ Project Manager: "Mallikarjuna, Rishika" <Rishika.Mallikarjuna@epiqglobal.com>

- **Helpful Links:**

o **Support Email:** support@epiqglobal.com (24/7 technical support for technical and account issues)

o **Epiq Access:** https://signon.epiqglobal.com/

**Kick-off Summary:**

- **Project Scope & Timeline**
  - Data transfer (Epiq FTP/Client Fileshare/HDD): **Forensic Team Collection**
  - Data expectations in terms of size and volume: **~8GB**
  - Production Deadline: **Next 7 Days**
- **Processing Specifications**
  - Hosting Platform: **Relativity Environment**
    - **Relativity User Access for:** Please send us the user details (First Name, Last Name and Email address), who required access.
  - Processing (Straight/Filtering): **Straight**
    - Data
      - Date Filters – N/A
      - Terms Filters – N/A
  - Deduplication Method: **Global De-duplication**
  - Processing Time Zone: **EST**
  - Privilege Terms or Highlights: **NA**
- **Analytics & Review**
  - Email Threading / Near Duplicate Detection: **N/A**
  - Relativity Advanced Analytics for review assistance: **N/A**
  - 3*rd* Party Review teams / Epiq Review Services: **N/A**

Please let us know if any point needs to be modified or added.

Thanks,

Salam

Regards,

**Mohamad Salamoddin**

Senior Associate Project Manager

| Client Services

Work: +1 212-313-9346

Email: Mohamad.Salamoddin@epiqglobal.com

**People. Partnership. Performance.**

www.epiqglobal.com

***How would you rate your experience with Epiq? Let us know using this Survey Link***: Client Survey | Epiq (qualtrics.com)

---

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Friday, May 9, 2025 11:12 PM
**To:** Das, Aarkaja <Aarkaja.Das@epiqglobal.com>; tbizzaro@tab-law.com <tbizzaro@tab-law.com>; Paroff, Esq., Jason <jparoff@epiqglobal.com>; Evan.Gibbs@troutman.com <Evan.Gibbs@troutman.com>; Daniel.Gorman@troutman.com <Daniel.Gorman@troutman.com>; Matt.Adler@troutman.com <Matt.Adler@troutman.com>; Paris.Kent@troutman.com <Paris.Kent@troutman.com>; DL-TNU0030 <TNU0030@epiqglobal.com>; M, Vijay kumar <Vijaykumar.M@epiqglobal.com>
**Cc:** Farrell, Jessica <JFarrell@epiqglobal.com>; Michael Mule <MichaelMule@mllaborlaw.com>
**Subject:** RE: TNU0030 | Project connect

Some people who received this message don't often get email from michaelmule@mllaborlaw.com. Learn why this is important

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Tom is unavailable due to arbitration. I've been tied up on call. Not sure we need a call. Just advise when documents will be available for review. Thanks.

Michael C. Mulè, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michaelmule@mllaborlaw.com
516 303-1442 office
516 328-0082 fax

Note: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

-----Original Appointment-----
**From:** Das, Aarkaja <Aarkaja.Das@epiqglobal.com>

**Sent:** Friday, May 9, 2025 5:35 AM
**To:** tbizzaro@tab-law.com; Paroff, Esq., Jason; Evan.Gibbs@troutman.com; Daniel.Gorman@troutman.com; Matt.Adler@troutman.com; Paris.Kent@troutman.com; Michael Mule; DL-TNU0030; M, Vijay kumar
**Cc:** Farrell, Jessica
**Subject:** TNU0030 | Project connect
**When:** Friday, May 9, 2025 11:00 PM-11:30 PM (UTC+05:30) Chennai, Kolkata, Mumbai, New Delhi.
**Where:** Microsoft Teams Meeting

Hi All,

Please let us know if the time works for you.

Regards,
Aarkaja

**Aarkaja Das** (she/her)
Client Services Senior Associate Project Manager | Legal Solutions
+91 7093965777
+1 (212) 313-9343
Aarkaja.Das@epiqglobal.com
**www.epiqglobal.com**

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unaut
use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the orig
communication to include any copy that may reside in your sent box.

---

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 281 405 985 941 3

Passcode: HP2De7ym

---

### Dial in by phone

+91 22 6001 6146,,,,378959629# India, Mumbai

Find a local number

Phone conference ID: 378 959 629#

For organizers: Meeting options | Reset dial-in PIN

Org help

---

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.