# EXHIBIT G


Count of NextpointID
Total Messages by Month - Nick Giordano Cell Phone (M1)
3,500
3,000
2,500
2,000
1,500
1,000
500
0
Oct
Dec
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
2022
2023
2024
Years (Date)
Months (Date)
Date


Count of NextpointID
Total Messages by Month - Nick Giordano Cell Phone (M1)
3,500
3,000
2,500
2,000
1,500
1,000
500
0
Oct
Dec
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
2022
2023
2024
Years (Date)
Months (Date)
Date