**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS GIORDANO; DOMINICK CAROLEO; VICTOR CAROLEO; NARROW WAY REALTY, LTD.; NARROW WAY 2 LLC; THE GARDEN DEPT. CORP.; GROUP 5 ASSOCIATES, LTD.; 3670 ROUTE 112 LLC; 9 4TH ST. LLC; SCAPES SUPPLY, LLC; NEWAY MANAGEMENT, LLC; AND NEWAY TRUCKING,<br><br>Defendants. | Civil Action No.: 2:23-CV-02084<br><br>**DECLARATION OF JOHN ("EVAN") S. GIBBS III IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS BASED ON DEFENDANTS' SPOLIATION OF EVIDENCE** |

JOHN ("EVAN") S. GIBBS III, pursuant to 28 U.S.C. § 1746, declares:

1. I am an attorney with the law firm Troutman Pepper Locke LLP, attorneys of record for Plaintiff SiteOne Landscape Supply, LLC ("SiteOne"). I am fully familiar with the facts and circumstances set forth herein.

2. I submit this declaration in support of SiteOne's motion for sanctions based on Defendants' spoliation of evidence.

3. Attached hereto as Exhibit 23 is a true and correct copy of an email chain dated April 11, 2025, to April 15, 2025, with subject: Case: 2:23-cv-02084-GRB-SIL SiteOne Landscape Supply, LLC et al, Rule 11 Motion for Sanctions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 19, 2026.

TROUTMAN PEPPER LOCKE LLP

By: ______________________________

John ("Evan") S. Gibbs III (*pro hac vice*)
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308
Phone: (404) 885-3000
email: evan.gibbs@troutman.com

*Attorneys for Plaintiff SiteOne Landscape Supply, LLC*