# EXHIBIT 23

**Kent, Paris L.**

| | |
|---|---|
| **From:** | Thomas A. Bizzaro, Jr. <tbizzaro@tab-law.com> |
| **Sent:** | Tuesday, April 15, 2025 1:16 PM |
| **To:** | Gibbs, J. Evan; Michael Mule; Joseph Labuda; Colleen O'Neil; Robert Milman |
| **Cc:** | Gorman, Daniel E.; Adler, Matt; Mulry, Kevin P.; Kent, Paris L. |
| **Subject:** | Re: Case 2:23-cv-02084-GRB-SIL Siteone Landscape Supply, LLC v. Giordano et al, Rule 11 Motion for Sanctions |

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Evan –

When SiteOne can provide a shred of credible evidence supporting its claims, we will gladly consider withdrawing the Rule 11. All SiteOne has is purported evidence of deleted text messages – even if you get a negative inference at trial – which you likely will not – you still can't prevail with just an inference. You guys know that.

Let's get the depositions done and our clients' phones examined by your techs and see what, if anything, has changed.

**Thomas A. Bizzaro, Jr., Esq.**

TAB
LAW OFFICES OF
THOMAS A. BIZZARO, JR., P.C.

Law Offices of Thomas A. Bizzaro, Jr., P.C.
7 High Street, Suite 300
Huntington, New York 11743
(T) (631) 380-3297
(D) (631) 510-0144
(M) (516) 238-6240
tbizzaro@tab-law.com
www.TAB-LAW.com

---

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Date:** Tuesday, April 15, 2025 at 12:59 PM
**To:** Michael Mule <MichaelMule@mllaborlaw.com>, Joseph Labuda <joe@mllaborlaw.com>, Thomas A.

Bizzaro, Jr. <tbizzaro@tab-law.com>, Colleen O'Neil <Colleen@mllaborlaw.com>, Robert Milman <rob@mmmlaborlaw.com>
**Cc:** Gorman, Daniel E. <Daniel.Gorman@troutman.com>, Adler, Matt <Matt.Adler@troutman.com>, Mulry, Kevin P. <kmulry@FarrellFritz.com>, Kent, Paris L. <Paris.Kent@troutman.com>
**Subject:** RE: Case 2:23-cv-02084-GRB-SIL Siteone Landscape Supply, LLC v. Giordano et al, Rule 11 Motion for Sanctions

Mike –

The arguments made in your Rule 11 letter were already rejected by the Court when it denied Defendants' leave to move to dismiss. SiteOne will not withdraw the Amended Complaint. We suggest instead that you withdraw the Rule 11 letter. SiteOne regards this letter, as it will regard any subsequent Rule 11 motion, as frivolous, and SiteOne will seek reasonable fees and costs for our time in responding. Please be advised accordingly.

Thank you.

**J. Evan Gibbs**
**Partner**
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Friday, April 11, 2025 6:10 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Gorman, Daniel E. <Daniel.Gorman@troutman.com>; Adler, Matt <Matt.Adler@troutman.com>
**Cc:** Michael Mule <MichaelMule@mllaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; tbizzaro@tab-law.com; Colleen O'Neil <Colleen@mllaborlaw.com>; Robert Milman <rob@mmmlaborlaw.com>
**Subject:** Case 2:23-cv-02084-GRB-SIL Siteone Landscape Supply, LLC v. Giordano et al, Rule 11 Motion for Sanctions
**Importance:** High

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Counsel,

Please see the attached letter and exhibit which serves as notice that Defendants intend to motion for sanctions unless Plaintiff takes the steps as outlined therein within 21 days.

Very truly yours,

Michael C. Mulè, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michaelmule@mllaborlaw.com
516 303-1442 office

516 328-0082 fax

Note: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

---

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.