UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDEN DEPT. CORP., GROUP 5 ASSOCIATES, LTD., 3670 ROUTE 112 LLC, and 9 4TH ST. LLC,<br><br>Defendants. | Civil Action No. 2:23-cv-02084 (GRB) (SIL)<br><br>**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS** |

IT IS HEREBY STIPULATED AND AGREED that the law firm of GISH LLP shall be substituted as counsel of record for Defendants Dominick Caroleo, Victor Caroleo, Nicholas Giordano, (collectively, "Individual Defendants") and Defendants Narrow Way Realty, Ltd., Narrow Way 2 LLC, The Garden Dept. Corp., Group 5 Associates, Ltd., 3670 Route 112 LLC, and 9 4th St. LLC (collectively, "Entity Defendants," and together with the Individual Defendants, "Defendants") in the above-captioned action, in the place and instead of the law firm of QUINN EMANUEL URQUHART & SULLIVAN, LLP ("Quinn Emanuel"). Said substitution has been effected with the knowledge and consent of Defendants, as evidenced by their signatures below.

IT IS FURTHER STIPULATED AND AGREED that this substitution will not affect any pending dates or deadlines in this action.

IT IS FURTHER STIPULATED AND AGREED that upon approval of this substitution by the Court, the Clerk's Office is respectfully requested to terminate Quinn Emanuel attorneys Manisha M. Sheth and Joanna E. Menillo from the docketing and noticing.

Dated: November 17, 2026

GISH LLP
*Superseding Attorneys*

By: /s/ Michael Powell
Michael Powell
Ray Bilderbeck
41 Madison Avenue, Floor 31
New York, New York 10010
(212) 518-2866
(212) 518-7942
michael@gishllp.com
ray@gishllp.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
*Withdrawing Attorneys*

By: /s/ Manisha M. Sheth
Manisha M. Sheth
Joanna E. Menillo
295 5th Avenue, 9th Floor
New York, New York 10016
(212) 849-7000
manishasheth@quinnemanuel.com
joannamenillo@quinnemanuel.com

Agreed to and consented to by Defendants:

Dominick Caroleo Date 11/17/26

Victor Caroleo Date 11/17/26

Agreed to by Nicholas Giordano, on behalf of himself and the Entity Defendants:

Nicholas Giordano Date 11/17/26

IT IS HEREBY SO ORDERED:

/s/ Steven I. Locke
Hon. Steven I. Locke
United States Magistrate Judge

Date: November 18, 2026