UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>NICHOLAS GIORDANO, DOMINICK CAROLEO, VICTOR CAROLEO, NARROW WAY REALTY, LTD., NARROW WAY 2 LLC, THE GARDEN DEPT. CORP., GROUP 5 ASSOCIATES, LTD., 3670 ROUTE 112 LLC, and 9 4TH ST. LLC,<br><br>*Defendants.* | Civil Action No.: 2:23-cv-02084 (GRB) (SIL) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael M. Powell of Gish LLP hereby appears on behalf of Defendants Nicholas Giordano, Dominick Caroleo, Victor Caroleo, Narrow Way Realty, Ltd., Narrow Way 2 LLC, The Garden Dept. Corp., Group 5 Associates, Ltd., 3670 Route 112 LLC, and 9 4th St. LLC in the above-captioned matter. I hereby certify that I am admitted to practice before this Court.

Dated: November 18, 2026

*/s/ Michael M. Powell*
Michael M. Powell (Bar No. 5263876)
GISH LLP
41 Madison Avenue, Floor 31
New York, NY 10010
(212) 518-2866
michael@gishllp.com